UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTONIO SAAVEDRA-VARGAS, | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 18-11461 |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY, | * * * | JUDGE FALLON |
| | * | MAGISTRATE |
| | * | JUDGE CURRAULT |
| DEFENDANTS. | * | |
| | * | |
| Related to:   12-968 BELO         in MDL No. 2179 | * * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## BP'S MOTION TO EXCLUDE TESTIMONY OF PATRICIA WILLIAMS, PH.D.

Defendants BP Exploration and Production, Inc. and BP America Production Company (collectively "BP") move this Court to exclude the testimony of Dr. Patricia Williams for the failure of her opinions to satisfy either the reliability or relevance tests of Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or the Fifth Circuit requirements for toxic tort causation testimony.

In support of this Motion, the BP Parties offer the following exhibits:

1. Exhibit "1" – Excerpts of the Deepwater Horizon Medical Benefits Class Action Settlement Agreement ("MSA");

2. Exhibit "2" – Expert Report from Patricia A. Williams re: General and Specific Causation Report Antonio Saavedra-Vargas dated February 17, 2020;

3. Exhibit "3" – Deposition transcript of Patricia A. Williams taken September 29, 2020;

4. Exhibit "4" – Expert Report form Patricia A. Williams re: General Causation in *In re: Deepwater Horizon BELO Cases*, Civ. No. 19-0963, Rec. Doc. 68-2 (N.D. Fl. Feb. 12, 2020);

5. Exhibit "5" – Table of deficiencies identified in Judge Rodgers' Order, *In re: Deepwater Horizon BELO Cases*, Civ. No. 19-0963, Rec. Doc. 97 (N.D. Fl. Nov. 4, 2020);

6. Exhibit "6" – Expert Report of Lee Lemond dated February 17, 2020;

7. Exhibit "7" – Deposition transcript of Lee Lemond taken November 13, 2020;

8. Exhibit "8" – Expert Report of Michael Ellis dated October 19, 2020;

9. Exhibit "9" – Expert Report of Steve Nelson dated October 19, 2020;

10. Exhibit "10" – Expert Report of Robert Cox dated October 19, 2020; and

11. Exhibit "11" – Expert Report of John Spencer dated October 19, 2020.

Additionally, BP fully incorporates herein by reference the facts, arguments, and authorities set forth in BP's Motion for Summary Judgment (Rec. Doc. 65), filed separately in this action.

WHEREFORE, BP respectfully requests that the Court grant its *Daubert* motion and enter order excluding Dr. Williams's opinion from the trial of this case.

Respectfully submitted,

 /s/ R. Keith Jarrett
R. Keith Jarrett (Louisiana Bar #16984)
Charles B. Wilmore (Louisiana Bar #28812)
Devin C. Reid (Louisiana Bar #32645)
LISKOW & LEWIS
One Shell Square, Suite 5000
701 Poydras Street
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979

- and -

Wade T. Howard, T.A. (Louisiana Bar #32041)
Michael P. Cash (Louisiana Bar #31655)
Jillian M. Marullo (Texas Bar #24080504)
LISKOW & LEWIS
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 651-2900

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION, INC. AND BP AMERICA PRODUCTION COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2020, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF System which will provide notice to all counsel of record.

 /s/   R. Keith Jarrett

-3-