UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO SAAVEDRA-VARGAS,

Plaintiff,                                    CIVIL ACTION NO. 2:18-cv-11461-EEF-JCW

                                                           JUDGE FALLON
vs.                                          MAGISTRATE JUDGE WILKINSON

BP EXPLORATION & PRODUCTION INC.
and BP AMERICA PRODUCTION COMPANY,

          Defendants.
_____/


February 17, 2020

Craig T.Downs, Esq.
3250 Mary Street, Suite 307
450-E
Coconut Grove, FL  33133

**Re:  General and Specific Causation Report Antonio Saavedra-Vargas**

Dear Mr. Downs:

    I have reviewed the scientifically documented evidence in the literature; governmental reports, facts revealed in discovery documents, medical records, health survey, environmental report of Lee Lemond,  and personal interview of the plaintiff.   All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this expert report.  Enclosed please find the results and my General and Specific Causation opinions based upon this preliminary work.


**Section 1.0 – Expert Witness Qualifications**

**1.1**  My qualifications as expert witness include the following:

**Summary of expert qualifications:**

**Board certification:  Diplomate of the American Board of Toxicology 2006-2011; 2012-2016, 2017-2021**

**EXHIBIT
2**

**Tulane University, School of Medicine, Department of Anatomy, Ph.D., 1983.**
  **Major:  Anatomy;  Minor: Biochemistry**
**Louisiana State University in Baton Rouge; M.S. in Microbiology, 1975**
**Louisiana State University in Baton Rouge; B.S. in Medical Technology, 1966**
**Clinical Laboratory Scientist-Generalist, Louisiana License Number: G00023**
**Laboratory Director – CLIA Certification 19D0898394  (1993-2005)**
**Board certified by the American Society of Clinical Pathologists, 1966, #56466**

   I am board-certified in Toxicology and a Diplomate of the American Board of Toxicology.   Currently, I serve as President of Environmental Toxicology Experts, LLC, my company formed for consulting and expert witnessing services since 2005.  I have served as expert witness in toxic tort litigation and drug and alcohol hearings and litigation for over 25 years in Federal and State Courts, and Workers' Compensation hearings in Louisiana, Mississippi, Texas, Florida, California, and West Virginia.

   From 2005 to 2017, I also served as a tenured Associate Professor and  Coordinator for Toxicology Research Laboratories of the Pontchartrain Institute for Environmental Sciences, University of  New Orleans.  In that capacity, I was also responsible for teaching courses in Toxicology to Graduate and Undergraduate students. I taught the following courses:  Toxicology and Human Health, Ecotoxicology, Toxicology of Coastal Organisms, Environmental Toxicology,  Toxicology of Metals, Reproductive and Developmental Toxicology, Embryology and Developmental Toxicology, Clinical and Forensic Toxicology, Toxicology of Herbal Products and Dietary Supplements, Independent Research Courses in Toxicology, and Histology and Cytology.

   From 1993 to 2005, I served for twelve years as Associate Professor of Medicine and the Director of the Occupational Toxicology Outreach Program of the Department of Medicine of the LSU Medical Center in Shreveport.  In that capacity, I surveyed or evaluated over 17,000 workers or community members with occupational or environmental toxic exposures for adverse symptoms and health effects of such exposures.  Environmental symptom surveys as well as disease/cancer histories were taken on each of these 17,000 workers to identify sources of environmental exposures. Additionally I assisted physicians in identifying the environmental and occupational etiology of diseases and cancers using the Environmental history survey (Patricia M Williams work product) which assessed symptoms and adverse health effects along with lifestyle, occupational, and environmental exposures.  I was a tenured Associate Professor of Medicine of the Department of Medicine of LSU Medical School in Shreveport.  Additionally, I served as the Laboratory Director of an in-house  CLIA-certified research laboratory for Medical Surveillance for adverse health effects of chemical exposure.  In this capacity, I was responsible for identifying the laboratory parameters that are clinical indicators of environmental and occupational toxic exposure and for the interpretation of the laboratory parameters to the attending physicians.  I am licensed by the State of Louisiana and certified by the American Society for Clinical Pathologists and meet the requirements of federal law, specifically, the Clinical Laboratory Improvement Act, to serve as the Laboratory Director.  I have been certified and have had work experience in the performance and interpretation of clinical laboratory

procedures for over forty years.

From 1985 to 1992, my work experience includes serving as Associate Professor and Department Head of Medical Technology, School of Allied Health Professions at LSU Medical Centers in New Orleans and Shreveport for seven years.  In that capacity, I was responsible for the development, organization, administration, review, revision, and direction of the educational program to train students at the baccalaureate and masters levels in the performance and the interpretation of clinical laboratory procedures in the areas of hematology, immunology, immunohematology, microbiology, parasitology, urinalysis, clinical chemistry, toxicology, phlebotomy, and management.  In that capacity, I also designed and taught courses in the various areas of clinical pathology to cytotechnology students, pathology residents, and maxillo-facial surgery dental residents, as well as medical students.  I also developed an in-house departmental clinical practicum, which was nationally accredited, in the performance and interpretation of laboratory procedures.  This clinical practicum substituted for six months of the required hospital training program in the various areas of clinical pathology for the baccalaureate students.

By virtue of my doctoral degree in Anatomy, I have extensive training and teaching in the areas of gross anatomy, medical histology, embryology, neuroscience, and cell biology.  I have a minor in biochemistry at the doctoral level with doctoral research in the areas of hematology, specifically megakaryocytopoiesis, thrombopoiesis, and erythropoiesis, and the stem cell compartment.  Also, I have graduate credit in epidemiology from Tufts University New England Epidemiology Institute.  I have performed health profiles and epidemiologic studies in communities to identify the evolution of disease in association with chemical exposure through the study of clinical symptoms, diagnosed diseases, lifestyle and behavior factors.  I have taught in numerous HASMET (hazardous materials) conferences, workshops, and seminars for union workers and industrial corporations.  I have assisted numerous physicians in the understanding of the etiology of occupational and environmental diseases and provided Continuing Medical Education for physicians and Continuing Education programs for Industrial Hygienists.  I conducted disease prevention programs for workplace, communities, homes, and schools including prevention of prostate cancer, inhalant abuse, fetal alcohol syndrome, alcohol toxicity, and abuse of drugs and alcohol.

I lectured to second year medical students at LSU Medical Center in Shreveport on the "Environmental Etiology of Disease", which includes: recognizing the adverse health patterns commonly observed in chemically associated diseases, the multifactorial nature of disease, effects of chemical interactions in a mixture, dose-response, and the cellular effects of DNA reactive carcinogens.

I was commissioned to conduct a health assessment and medical surveillance using laboratory procedures of the people of Grand Bois who reside next to a Non-hazardous oilfield waste site that received shipments of Benzene-contaminated wastes that were ordered removed from an out-of- state facility because of the toxic nature of the wastes. The preliminary results of this study resulted in announcement of funding provided from

the Department of Health and Hospitals budget by the then Governor of Louisiana, Mike Foster, for an additional medical surveillance research project of which I was designated the Principal Investigator.  Internal Review Board approval from the LSU Medical Center in Shreveport was granted for the conduct of both research studies.  Soon thereafter, the Louisiana Legislature granted an additional funding amount of $100,000 in the 1998 Legislative Session for additional medical surveillance of the adults and children of Grand Bois for the 1998-1999 fiscal year.  This study was not related to litigation and was an independent research project.  The results of this study are located in all of the State Libraries throughout Louisiana.  It consists of two volumes: Volume 1 consists of  a "Retrospective Study of Health Effects of the Grand Bois Community" utilizing a health survey for data collection.  Volume 2 consists of a one year medical surveillance project with the performance of clinical laboratory procedures that would serve as indicators of developing disease or indicators of abnormalities of concern with the potential for future disease development.  As laboratory director under Federal Law, specifically the Clinical Laboratory Improvement Amendments Subpart A Section 493,  I was responsible for ensuring that my consultation was available to the laboratory clients for the interpretation of the test results reported concerning specific patient conditions.  (pg. 7176, Federal Register, vol 57, No. 40, Friday, February 28, 1992)

I have performed health profiles and epidemiologic studies in communities to identify the evolution of disease in association with chemical exposure through the study of clinical symptoms, diagnosed diseases, lifestyle and behavior factors.  In the Combustion litigation of Livingston Parish in Louisiana, I served as the expert witness for a population of 10,000 who had exposures to benzene and other toxic chemicals. Leukemias and Neuroblastomas were prominent among the adverse consequences of chemical exposure.  Another case of 4,000 individuals, in the Thompson Hayward Case in Orleans Parish of Louisiana, involved pesticide exposure.  I examined the reproductive health outcomes from chemical exposure, which included spontaneous abortions, stillbirths, live births with short survival time, and children with birth defects and mothers with multiple children with birth defects.  In the Lincoln Creosote case in Bossier Parish of Louisiana, I examined a population exposed to Benzene, creosote, Pentachlorophenol, Toluene, Styrene, and other toxic compounds.  Leukemias, reproductive cancers, and birth defects were prominent among the adverse consequences of the toxic exposure in the Lincoln Creosote case.  Two Worker Compensation cases and six toxic tort suits, with single and multiple person complainants/plaintiffs, in which I served as Expert Witness  involved benzene-related hematologic malignancies.

I have conducted doctoral research on stem cell precursors for erythrocytic and megakaryocytic cell lineages.  My doctoral research included characterization of megakaryocytopoiesis under the hormonal influence of thrombopoietin and the development of an in vitro assay for thrombopoietin.  This was a study of stem cell precursors of the megakaryocytic cell line that differentiates into the mature cells that produce blood platelets.  Further doctoral research included the immunocytochemical localization of erythropoietin receptors on the cell surface of early erythrocytic precursors at the ultrastructural level.  For this research, I received the Arceneaux Memorial Award in Recognition of Outstanding Student Research in Electron Microscopy in May of 1981.

4

I have conducted funded research by the American Heart Association on the development of an assay for thrombopoietin and an additional grant for the characterization of megakaryocytopoiesis.  I conducted funded research from the American Cancer Society on an immunocytochemical characterization of skin biopsies in the diagnosis of human acute Graft-versus-Host Disease in Leukemia.  The American Heart Association further funded my research for the Isolation and Characterization of 4N and 8N Megakaryocytes. I served as a consultant to Karel A. Dicke, M.D., chief oncologist and Director of the Bone Marrow Transplantation Unit at M.D. Anderson Hospital for electron microscopic evaluation of in vitro chemotherapeutic treatment for autologous bone marrow transplantation therapeutic techniques.  I have written, developed, and taught numerous courses and lectures in Hematology and Immunology to students at the associate, baccalaureate, and masters levels, as well as, medical students, pathology residents, and maxillo-facial surgery residents.  I am qualified by both State and Federal Law to perform and interpret clinical laboratory procedures in the areas of hematology and immunology.  I am further qualified by Federal Law (CLIA-Clinical Laboratory Improvement Act) to serve as a Laboratory Director for all levels of complexity in the interpretation of laboratory procedures, which include hematology and immunology.  I served as the Laboratory Director of an in-house medical surveillance laboratory for ten years and have interpreted hematological parameters in a population of residents exposed to benzene and other toxic substances.  I have also served as principal investigator in a project to screen for Lupus Erythrematosus, an autoimmune disease of the hematologic/immunologic systems of the body.

In the area of Forensic Drug Testing, I have served as an expert witness and consultant on collection of specimens, chain of custody, and drug-testing in the workplace to numerous clients, including the Department of Education, School Boards, Unions, Medical Care Corporations, municipalities, the State of Louisiana, and private entities, and served as consultant to a collection company for collection of forensic urine and blood specimens and, in that capacity, designed and oversaw the administration of chain of custody and collection procedures.  Furthermore, I have served as expert witness in drug-testing litigation in State Court, Workman's Compensation and Unemployment compensation hearings, arbitration hearings, and criminal court as expert witness for the prosecution.  I have served as expert witness in numerous legislative committees on the subject of drug-testing and minimal guidelines for collection and testing of forensic specimens.  I drafted the bill for Louisiana Act 1036 of the 1990 Legislative Session establishing minimal guidelines for collection of forensic specimens and drug-testing in the State of Louisiana.  Additionally, I drafted Act 396 of the 1993 Legislative Session for Mandatory Licensure of Clinical Laboratory Personnel and Certification of Phlebotomists in the State of Louisiana.  I was the expert witness testifying for both bills at the request of Senators and Representatives, the Commissioner of Administration, the AFL-CIO, and the Louisiana State Society for Medical Technology during the course of passage into Law by the Louisiana Legislature.

As a Board-certified Diplomate of the American Board of Toxicology, I have qualified, have the toxicology expertise, and have testified in civil and criminal cases on the following: the mechanisms of action of prescription and illicit drugs and alcohol;

toxic effects of drugs and alcohol; signs of impairment of drugs and alcohol; mechanisms for production of these signs in the body; temporal occurrence of the signs of impairment specific to each drug or alcohol; the absorption, distribution, and elimination of drugs and alcohol; and peak plasma concentrations, biological half-lives, and elimination half-lives for the specific drugs and alcohol.  I have testified in numerous civil and criminal cases as to the interpretation of impairment;  and interpretation of the signs of intoxication and impairment with and without the drug testing result analyses.   I have served as the "pro bono" expert witness for the prosecution for District Attorneys in the Parishes of Orleans, Jefferson, East Baton Rouge, and St Landry Parishes.  These cases have involved interpretation of the following:  drug and alcohol testing; calculation of blood concentrations of alcohol at the time of the crash using established scientific methodology; interpretation of impairment from the clinical signs of impairment specific to each drug and or alcohol; interpretation of impairment from the clinical signs of impairment specific to each drug or alcohol testing result; and interpretation of post-mortem drug and alcohol testing as to impairment or toxicological cause of the death of the deceased.  I have testified in several trials with drug or alcohol matters including, Murder II and Vehicular homicide.   In these trials, I also gave interpretations of impairment and the drug and/or alcohol cause of impairment; windows for the time of death and toxicological cause of death from heroin; and back calculation of the alcohol concentrations at the time of death using the Widmark equation, zero order kinetics, and first order kinetics of alcohol metabolism.  I have provided continuing education to the Louisiana Assistant District Attorneys and Drug Recognition Experts officers in Louisiana, the Louisiana State Police Crime Lab, Law Enforcement and DEA officers, and the Family Law Section of the Louisiana Bar Association.   Many of the presentations were to teach the interpretation of the clinical signs of impairment including Nystagmus; specific Cranial Nerve involvement in nystagmus and loss of visual acuity; miosis (pupil constriction) and specific visual impairments;  mydriasis (pupil dilation) and specific visual impairments; temporality of blood shot eyes from marijuana use; motion parallax and impairment of depth perception;  vision tunneling; sedative-hypnotic toxidrome of methadone; parasomnias of Zolpidem; tunnel vision  of  benzodiazepenes (including alprazolam);  driving impairment of benzodiazepenes expressed by Standard Deviation of Lateral Position and Standard Deviation of Speed; CNS depression of Heroin and clinical warning signs of imminent death,  "Pharming" using over the counter drugs and specific effects of impairment; CNS depressants; CNS stimulants rhadomyolysis of cocaine toxicity; and post-mortem alcohol production.  These same topics and more are subjects of Dr. Williams' expert witness reports and testimony in both civil and criminal cases.

By virtue of my educational, research, and work experience, I am qualified to identify and interpret patterns of development of disease in association with toxic exposure and to determine the etiology/causation of environmental and occupational diseases.  I am qualified to conduct community health assessments and interpret the etiology/causation of environmental diseases and birth defects.  I am qualified to identify and interpret patterns of adverse reproductive outcomes, including fetal birth defects and embryonal tumors, in association with toxic exposure.  I am qualified to review the scientific and medical literature, and medical and laboratory data associated with

occupational and environmental exposures and to interpret said data as to the etiology/causation.  I am qualified to perform and interpret medical surveillance utilizing laboratory procedures as to the development and causation of environmental and occupational diseases.  I am qualified to interpret the causation of hematological diseases as related to environmental and occupational exposures.

Additionally, I am qualified to interpret the role of contributing factors in the development of cancer and birth defects.  I have qualified as an expert in anatomy, hematology, toxicology, medical surveillance utilizing laboratory procedures, neuroanatomy, and performance and interpretation of health assessments of environmentally exposed communities.

In the areas of forensic drug testing, as a licensed Clinical Laboratory Scientist who is board-certified by the American Society of Clinical Pathologists, I am qualified to perform analytical testing for drugs, review and interpret medical and laboratory data, including the phlebotomy, chain of custody, and accessioning techniques utilized in the collection of medical and forensic drug specimens.   As a toxicologist who is Board-certified in toxicology by the American Board of Toxicology, I am qualified to opine on the metabolism, biotransformation, and distribution of drugs, chemicals, and alcohol in the body.  I am further qualified to interpret drug testing results with impairment correlation.  Additionally, I testify for several District Attorneys in various Parishes in the State of Louisiana for criminal prosecution in matters of drug and alcohol intoxication and loss of life.

As a Board-certified Clinical Laboratory Scientist (Board certified by the American Society of Clinical Pathologists) who is licensed by the State of Louisiana and qualified by both State and Federal Law to perform and interpret clinical laboratory procedures in all areas of laboratory procedures at all levels of complexity, including the areas of hematology and immunology, I am qualified to review, interpret, and propose medical surveillance using laboratory procedures.   I am further qualified by Federal Law (CLIA-Clinical Laboratory Improvement Act) to serve as a Laboratory Director for all levels of complexity in the interpretation of laboratory procedures, which include hematology and immunology   As a Board-Certified toxicologist holding the title of Diplomate of the American Board of Toxicology, I am qualified to interpret these procedures as to the resultant health effects of toxic chemicals.  (4/12/18)

**1.2**   Methodology for the formation of an opinion on adverse health effects from toxic exposure included the following scientifically accepted investigative techniques for evaluation and causation of occupational and environmental diseases.  This methodology is published in the Reference Manual on Scientific Evidence 2nd edition and 3rd edition:  Reference Guides on toxicology, epidemiology, and medical testimony. The General and Specific Causation analysis includes review of the following documents:

1. In addition to a review of the scientific literature, I have examined medical and laboratory records of the plaintiffs, health surveys of the plaintiffs, and

facts revealed in discovery documents.  I have  personally interviewed the plaintiffs, and utilized established scientific methodology.

2.  The potential for a completed exposure pathway consisting of the five elements required by the EPA in investigation of superfund sites as published by Joseph LaDou, 1997:  a source of contamination, an environmental medium, a point of exposure, route(s) of exposure, and a receptor person or population has been evaluated for the plaintiff's exposures.

3.  Chemical causation was evaluated using the published Points for Consideration in Causal Reasoning as published by Kenneth Rothman, Ph.D., based on and including the proposals of Bradford Hill in 1965.

4.  The causal criterion for temporality (as first proposed by Bradford Hill in 1965) exists for the abnormal health effects.

5.  Chemical causation was evaluated using the published diagnostic and investigative methods of  Janette D. Sherman, M.D.

6.  Biologic plausibility as defined by Bradford Hill M.D. and Kenneth Rothman, Ph.D. exists for the chemical exposure and the mechanism of  development of the adverse health effects reported by the plaintiff.

7.  Methods for causal reasoning in determining General and Specific Causation: in accordance with the Reference Manual on Scientific Evidence 2nd and 3rd editions: Reference Guides on toxicology, epidemiology, and medical testimony.

8.  Medical records of the plaintiff

9.  Health survey of the plaintiff

10. Interview of the plaintiff

11. Environmental Report of Lee J. Lemond

12.  Discovery Documents

**Specifically the following considerations are included in rendering a General and Specific Causation opinion:**

A.  **An opinion of General Causation focuses on the question as to whether the toxic agent is capable of causing disease, cancer, or other health effects.   The following considerations are included in rendering an opinion of General Causation:**

Review of the Scientific Literature:  Considerations of the following are made for General Causation of Disease or other Adverse Health Effects when reviewing the scientific literature:

Strength of the Association of  disease and exposure
- the higher the relative risk, the stronger the association and the lower the probability that the effect is due to chance

Consistency- Is there consistency-repeated observation of an association in  different populations

Dose-response or biological gradients –are there dose-response relationships  or  evidence of biological gradients (duration

of employment; years since last employment, etc.) Are there exposure measures that are applicable to the exposures of the individual?

Temporal –Is there a temporal relationship of disease to exposure

Biologic Plausibility –Is the association biologically plausible

Coherence-an association does not conflict with the natural history and biology of the disease

Experimental evidence

**B.  An opinion of Specific Causation focuses on the question as to whether the toxic agent has caused the disease, cancer, or other health effects in the individual.  The following considerations are included in rendering an opinion of Specific Causation:**

Strength of the Association of the disease or cancer with the toxicant in the Scientific Body of evidence is relevant to the disease or cancer in the individual

Measure of Exposure or Dose -- Are there exposure measures that are applicable to the exposures of the individual?

Temporal—Is there a temporal relationship of the disease in the individual to his/her exposure

Biological Plausibility

Coherence

Consideration of alternative explanations

Cessation of exposure

**Consideration of the following are made when reviewing medical records and/or death certificates:**

Medical Records:

(1) Internal Causation

- Is there a diagnosis of the disease in the individual
- Are there any lifestyle or medical contributing factors listed in the medical records?
- Is there scientific evidence in the literature to support these contributing factors and the disease causation?  What is the strength of the association of the contributing factors and the disease causation?
- What is the temporality association of the disease with the contributing factors?
- Is there a biological gradient or dose-response for the contributing factor in the scientific literature that is applicable to the individual's disease causation?
- Is there biologic plausibility for the contributing factors and the individual disease causation?
- Is there coherence for the association of the contributing factors and the individual disease causation?

- Is there any experimental evidence to support or dispute the role of the contributing factors and the disease causation?

(2) <u>External Causation:</u>

- Is there an alternative external explanation for causation of the disease in the individual?
- Are there occupational or environmental exposures specific to the individual that are known to cause (general causation from scientific evidence discussed above) the disease that is found in the individual?
- Is there scientific evidence in the literature to support these exposures and the disease causation? What is the strength of the association of the exposures and the disease causation?
- Is there consistency, that is, repeated observation of an association in different populations with the chemical exposures in the scientific literature?
- Is there a biological gradient or dose-response in the scientific literature that is applicable to the individual's disease causation?
- What is the temporal association of the individual's occupational or environmental exposures to the disease diagnosis? Were the exposures before the disease diagnosis? What is the time period of the first exposure to the disease diagnosis?
- Is the temporal association of the individual's exposure and causation of disease consistent with the latency periods discussed in the scientific literature general causation evidence?
- Is there an explanation that may be responsible for difference in the latency of the individual's onset of disease as compared to the scientific evidence presented in the scientific literature?
- Is there any measure of the exposure experienced by the individual? (concentrations, duration of employment, job description, etc.) How does this compare to the scientific literature?
  - Are there any mitigating or exacerbating influences? (lack of respiratory equipment, accidental release of chemicals of unknown concentrations, individual susceptibilities, synergistic factors, short term exposures at high concentrations or long term exposures at low concentrations, individual with pre-existing condition that renders the individual more susceptible, etc.)
  - Is there biologic plausibility for the disease causation from occupational or environmental exposures?
  - Is there coherence for the association of the workplace/ environmental exposures and the individual disease causation?
  - Is there any experimental evidence to support or dispute the role of the exposures and the disease causation?
  - Is there a sudden appearance of disease in a previously healthy and functioning individual that was not explained by traditional diagnostic criteria.

- Is there an increase in specific diseases in a population with common exposures?
- Is there a clustering of the same diseases or related diseases in the applicable population?
- Are there unusual or uncommon diseases in the applicable population?
- Was the appearance of diseases or symptoms temporally associated with a change of environment?

C.   Personal Interview –
- Is there a completed exposure pathway?
- What is the source of contamination?
- What is the environmental medium? (air, water, soil, other?)
- What are the points of exposure?
- What are the routes of exposure?
- Is there an alternative external explanation for causation of the disease in the individual?
- Are there any known pre-existing conditions or susceptibilities that may contribute to the disease causation in the individual?
- Are there occupational or environmental exposures specific to the individual that are known to cause (general causation from scientific evidence discussed above) the disease that is found in the individual?
- What is the temporal association of the individual's occupational or environmental exposures to the disease diagnosis?  Were the exposures before the disease diagnosis?  What is the time period of the first exposure to the disease diagnosis?
- Is the temporal association of the individual's exposure and causation of disease consistent with the latency periods discussed in the scientific literature general causation evidence?
- Is there an explanation that may be responsible for difference in the latency of the individual's onset of disease as compared to the scientific evidence presented in the scientific literature?
- Is there any measure of the exposure experienced by the individual? (concentrations, duration of employment, job description, etc.)  How does this compare to the Scientific literature?
  - Are there any mitigating or exacerbating influences?  (lack of respiratory equipment, accidental release of chemicals of unknown concentrations, individual susceptibilities, synergistic factors, short term exposures at high concentrations or long term exposures at low concentrations, individual with pre-existing condition that renders the individual more susceptible, etc.)
  - Is there biologic plausibility for the disease causation from the individual's occupational or environmental exposures?

- Is there a sudden appearance of disease in a previously healthy and functioning individual that was not explained by traditional diagnostic criteria?
- Is there an increase in specific diseases in a population of workers/residents with common exposures?
- Are there other co-workers/co-students(children)/individuals with the same diseases in the individual's workplace/school/home?
- Are there other workers/children/individuals with the same diseases and common exposures in the scientific literature?
- Is there a clustering of the same diseases or related diseases in the applicable population?
- Are there unusual or uncommon diseases in the applicable population?
- Was the appearance of diseases or symptoms temporally associated with a change of environment?

## Section 2.0   Completed Exposure Pathways

Actual exposure is effected only if there is a completed exposure pathway.  A completed exposure pathway consists of the following five elements:  a source of contamination, an environmental medium, a point of exposure, route(s) of exposure, and a receptor population.  (LaDou, 1997)  Some of the exposure pathways that should be considered include the following:

Direct or incidental ingestion of contaminated surface water
Incidental ingestion of contaminated soil and dust
Incidental ingestion of contaminated soil, sediment, sand, dust, tar balls, and particles
Inhalation of contaminants that volatilize from water
Inhalation of contaminants that volatilize from soil and sand
Inhalation of contaminants that volatilize from sediment, soil, sand, dust, tar balls, tar mats, and particles
Inhalation of contaminants in soil, sand, sediment, dust, tar balls, and particles
Inhalation of contaminants in air
Inhalation of contaminants in dust and particles
Inhalation of contaminants in dispersants dropped on individual's body in personal breathing zone during spraying of dispersants
Inhalation of contaminants in dispersants during sifting or raking duties for clean-up that were dropped on sand and tar balls during spraying of dispersants
Inhalation of contaminants from cleaning activities of boats
Inhalation of contaminants from oil and dispersants on booms and poms-poms
Inhalation of contaminants from surface water spray during boating work activities
Dermal absorption from contaminated surface water
Dermal absorption from contaminated soil, sand, sediment, dust and particles
Dermal absorption from contaminated tar balls

Dermal absorption from contaminated water
Dermal absorption from contaminated soil
Dermal absorption from contaminated air
Dermal absorption from contact with dispersants/oiled sea turtles
Dermal absorption of contaminants in dispersants dropped on individual's body
Dermal absorption during sifting duties for clean-up of contaminants in dispersants
 dropped on sand and tar balls during spraying of dispersants
Dermal absorption from direct contact with dispersants on or in tar balls and tar mats
Dermal absorption from direct contact with dispersants on or in seaweed
Dermal absorption of contaminants from cleaning activities of boats
Dermal absorption of contaminants from surface water spray during boating work
 activities
Dermal absorption of contaminants from oil and dispersants on booms and pom-
 poms

***NARRATIVE:  These completed exposure pathways are derived from plaintiff
interviews and the published scientific literature.***

 ***One plaintiff who worked from 6 pm to 6 am saw the planes coming at night and
dropping dispersants right on the coastline.  The workers were sprayed with dispersants
in the process.  The planes would make a circle and come back and drop dispersants
again.  She asked for Personal Protective Equipment and never got it.  She felt the
dispersants fall on her; they hit her in the face and eyes.  The dispersants were dropped
on the sand and tar balls so that when they sifted for tar balls, they were breathing in
the dispersants.  When she scooped up the tar balls, they looked crystallized with the
dispersants.  When you put the tar balls in a bag or 5 gallon buckets, there was a lot of
dust that poofed up in her breathing zone.  Large tar mats had to be broken up to put
them in buckets and crystal powder poofed up.  The cloud of particles looked like a
white yellowish powder.  She sifted the sand to get the small tar balls and the
dispersants poofed up into her breathing zone.  The dust came up and got on her
clothes and skin.  She also got oil and stuff on her arms.  The beach clan-up was very
close to the water.  She waded in the edge of the water and got wet; picked up solid tar
balls and seaweed.  She saw dead turtles and picked them up and bagged them and
then buried them.***

 ***Another plaintiff that the tar balls that he picked up had crystal-like substance with
a silver color.  He picked up seaweed from the water and beach and when he pulled it
out of the water, he noticed a powdery substance that was white poofing up in his
breathing zone.  He did not wear a respirator, but asked for one and never got one.
The water that he waded in went a little over his knee; He had no waders provided to
him so he got his pants wet. His boots were from Walmart that went to his ankle so
water went into his boots.  He saw oil on the water and got oil on his pants and on his
skin through his pants.  He could smell the oil and it was a very strong odor.  He had a
claw-like grab stick to grab the seaweed.  When he moved the seaweed it poofed up a
white dust.  He saw the planes spraying at the edge of the coast on the water about 200
feet out from the edge of the beach.  The dispersant particles rained down on him.  He
did not know what was going on.  He did not have gloves in the beginning, then later
brought him thin latex gloves like surgical gloves and they broke a lot.  He pulled off***

*the gloves from one hand with a contaminated glove and pulled off the remaining contaminated glove with the bare hand that he had removed the glove from.*

*Another plaintiff recalls that a machine was brought to the beach to shake the sand and separate the oil. One day they got 800 gallon bags of oil from this process. Dust was generated from this process. He wore gloves that were loose at the wrist and allowed contaminants to go into the inside of the gloves. He got blisters under them. He was not latex sensitive.*

*Another plaintiff raked the beach and used a shovel to dig for tar balls. Dust came into her face from these activities.*

*Other plaintiffs recall breathing in the dust particles from breaking up the tar mats and picking up seaweed.*

*Other plaintiffs recall breathing in fumes and having dermal contamination when performing clean-up duties in the hull of cargo ships that retrieved crude oil from the surface waters with storage in the hull of the vessels. Residue was suctioned out and then cleaned by the workers. Building of scaffolding inside the hull of cargo ships prior to clean-up was performed without any PPE.*

*Another plaintiff recalls scouting for oil on surface waters and reporting to base with subsequent sending of aircraft that released dispersants directly onto the Vesssel of Opportunity boat that she was in on a daily basis with exposure to dispersants raining down on her body and the boat. Splashing of waves brought contamination of crude oil into the boat and directly on her with subsequent inhalation and dermal exposure to crude oil on the surface waters.*

*Another plaintiff entered the contaminated hulls of cargo ships that sucked up the crude oil and dispersants on the surface of the water and were subsequently cleaned by workers who needed rescue from the confined spaces due to heat or contaminant exposure. (PWilliams, PhD, DABT)*

*Another plaintiff crawled through 18 in holes to enter the hulls of ships that collected crude oil from surface waters as a firefighter member of the rescue team. He hooked up ropes and pulleys to get the worker up through the hole in confined space rescue and in the process was covered with oil an dispersants. When they went down the holes, the hull was covered with oil and they got it on them. Walls and floors were covered with oil after product was sucked out. They went into tight spaces. Tight spaces connecting from one compartment of the hull to the other. Got oil on them. The rescue team stayed close to the openings on the ships so that they could enter the crawl spaces into the hull of the ships on a moment's notice. They remained in close watch and ate lunch in that vicinity to accommodate the emergency call to rescue duty. They inhaled the fumes at the top of the holes in addition to those when entering the hull of the ship.*

**Section 3.0  Interview of Antonio Saavedra-Vargas**

**Name:**  Antonio Saavedra-Vargas                    **Date of Interview:**  2/12/20
**DOB:** 9/11/1976
**Ht:**  6'2"
**Wt:**  230 lbs  weighs less,   gained weight since worked in clean-up because of medical

reasons

**Home Address:** 70 Holcomb Avenue, Stamford, Ct.  06906

**Start date of work for BP cleanup:**  does not recall an exact date; thinks approx. 1 to 2 weeks after explosion around May 5.  Believes it was in Early May

**End date of work for BP cleanup:** sometime in November

**Days or time of cleaning duties:**   worked 21 days straight out in the Gulf and 7 days off;  6 am to whenever finished, usually around 6 pm

**Work schedule:** (days on and off): 21 days on and 7 days off

**Describe Job duties:**  He would organize the clean booms on a barge that were to go out to be loaded up on boat; Also he would go out and collect oil and dragged booms and collected the oil from the contaminated booms and then come back to the barge.  He collected the crude oil on the booms, took booms on his boat and took back to the barge to bag the contaminated booms with the oil on them; He placed the bag with the booms in a container—it was an open top garbage receptacle about 30 feet long,  After the containers were filled they would put a blue tarp on the open containers.  They are large iron 30 ft containers with an open top so need a tarp to cover the open top.

Also, in the mornings when the vessels were being cast out (lowered by a crane) he guided the crane operator to put the vessels in the water.  After that, he did the grouping of the teams that would go out to collect the booms contaminated with crude oil.  Sometimes he bagged the booms on the boats themselves and raised the contaminated booms with a crane to be transported to the barge.  When the boats were raised there was a lot of crude oil on the bottom of the vessel and the crude oil would drop all over the place.  It dropped on him and contaminated him.  The vessels (boats) were about 6 meters long but not sure, 6-7 meters long (20-23 feet) or even longer.  The boats (vessels) had two engines in the rear.  Not all the vessels that he was on had the engines at the rear of the vessel.  Some engines were under the captain's cabin.  The boats carried about 8 – 12 people depending on the size of the vessel itself.

Crude oil was recognized by him.  On some occasions he could tell that it was just crude oil and sometimes he saw the oil sinking and could tell it had dispersants mixed in it.  Yes he saw a change in the color when it was sinking.  On some crude oil, he could tell the dispersants when it was light brown in color; other days it was dark regular crude oil.  The indicator to them that something was different about the regular crude oil was when he saw the regular crude oil, and other days discolored, and then oil that was sinking to the bottom.

**Describe any personal protective equipment that was provided:**  He wore shin high rubber boots, like used on ranches; He wore a Tyvek suit that lasted for approximately an hour, it tore; It tore between his legs, on his back, and in his armpits.  He did not have replacements when the Tyvek suits tore.  Once it was torn—that was it.  He stayed in the torn suit for the rest of the day.  He was given this material and would also get the rubber

dishwasher gloves and the paper masks used in clinics for about one week—after that nothing was given to him.  He had Tyvek suits for 2-3 weeks but to no avail cause useless to have these because the protocol of the work indicated they had to reach out from the vessel and pull the contaminated boom on the vessel; the booms were as "heavy as the devil".  The water would go into their gloves, and enter the Tyvek suit through the neck and the sleeves, and that is how the material would get ruined.  Also, they had boots that got saturated with oil; the oil could not be cleaned from inside and outside the boots. Because of the work they did, his boots were sometimes submerged in the Gulf while trying to collect the booms; they were ordered to jump into the contaminated water to get the booms.

   Excluding The Captains of the Boats, the workers had to go into the water to get the contaminated booms or told that they might lose the jobs.  The vessel captains told them that.  The Captains were not Hispanic. Everyone working with him picking up the booms was Hispanic.

    On occasions they went to the beaches to collect the crude oil, and the boats could not get to the beaches.  He said that the workers were obligated (ordered) to swim from the vessels to the shoreline with their shovels; He swam through the crude oil to get to the islands .  When he got to the island he shoveled up the crude oil and put it into the bag that he carried with him and took the bag with oil back to the ship.  Every time they went to an island they had to do this.  He was almost always in the water.  The captains chose not to go close to land and destroy their engines.  One time the engine got stuck in the sand and the captain ordered them to get out and push the boat out of the sand.   The captains were fisherman from Mississippi and Alabama; he worked for a separate company under a subcontractor that worked for another subcontractor—he worked directly under the Tamaras Group. And the Tamaras Group was under Oil Mop.  He worked on the platform (barge) Trinity 1 that was controlled under Oil Mop.   On the occasion that the vessel (boat) got stuck in the sand, they had to dislodge the vessel and it took 4 hours to get it out.  He went in with rubber boots and the water got into the boots; he had to remove the boots to do the work—it took 4 hours to free the boat from the sand. He went to these islands about 10 to 20 times.

   The Coast Guard showed up when they were swimming to the islands.  The Coast Guard never stopped them from swimming in the Crude oil to reach the islands.

   On multiple occasions, the owner of Oil Mop would come out on a luxurious yacht and have lunch on the yacht and reviewed the work that he and the others were doing. The Oil Mop group laughed at them and ordered them to do the work.

   On occasions, when they collected the booms they left them in a certain position. They left the booms and they would tangle up in the water.  He had to go into the water to untangle the booms.  He could not touch the floor of the Gulf because the water was so deep.  The tangling of the booms was caused by high tide and high waves and the waves would overlap the booms and tangle the booms.  They were completely saturated with the oil.  He got oil all over him.

**Location Worked:**  Worked in the Gulf and on the beaches;  He did not know where they were because the barges were movable and were always out in the open water.   He came from Hopedale to the barge;  it took about 1 hr 20 minutes to 1 hour 30 minutes to get to the barge;  For the location in  Louisiana where he met to get to the barges, he can't

recall, but believes the location to be East New Orleans.  He cast out from different locations.  It took about 1 hr 45 min to 2 hours to get to the barges from the Louisiana shore.  When they were contracted to work, he and the other workers were not told they would be working off shore.  A lot of people stayed behind because they chose not to go. He and the others that went to the barges were unable to tell their families where they were.  They purchased their own life vests and construction style helmets. When they got to the barges, the company that hired them had the equipment and deducted the cost from their first paycheck.

Upon finishing his employment, he had to go to collect his paycheck and had to submit all badges and ID info; he lied and said that he lost it and he was given his check and also kept his badge.

Same thing occurred with the Hazwhopper license.  He speaks English but not as well as he speaks Spanish.  So he only spoke Spanish so he could get information correctly. He never got Hazwhoper training—he only had a 10 to 15 minute chat session and had to sign a document saying they had the training, but then he was never trained in Hazwhoper or to do the work.  But the company gave him a badge that said that he had training.

**Did you see planes dropping dispersants**:  yes --some dropped them on him

**Did you observe dispersants on the tar balls or seaweed on beaches:**  Yes

**Where did you eat lunch:**  He ate on the barge;  he had someplace to wash his hands. When on the island he ate on the island; He had nothing to wash hands with;

**Describe how the food was served to you**:  He had a buffet on the barge; on the island, he ate sandwiches bagged up in zip-locked bags; he got drinks out of a cooler and put his hands in to get the drinks.

**Did you see any dispersants on tents where food was served:**  On the islands took a tarp and made a tent and took turns resting under them.

**Describe health effects:**

**Symptoms during cleanup:**  He smelled fumes; got rashes, bumps; his skin was similar in color to the peel of an orange; his eyes were irritated and watery eyes;  he had ear infections on a daily basis; shortness of breath; diarrhea, headaches, and about a month after starting work he had sinus issues;  he had nasal congestion and discharge; he had a lot of coughing; sometimes sneezing, On one occasion when he swam to the beaches, he and a lot of the workers had boils with pus in them on their skin;  they were removed from the barge and taken where the doctor cut the boils, drained and bandaged them.  In Metairie La; Concentra was the medical facility.  They were asked to stay out of the workplace for approximately 5 days.  He and a lot of the workers had eczema all over their body and foot fungus which manifested as boils on their feet.  The paramedic in the barge gave them talcum powder, hydrogen peroxide, and foot spray.  The paramedic provided them with eardrops for infections, drops for eye infections also.  The company did not remove them from work while they had ear and eye infections, they kept working.

**Symptoms after cleanup or burning:**  A lot of headaches, respiratory problems, asthma, and sinusitis, no asthma as a child, not a smoker, like one time in his life at the age of 18 to 20,  just to try it, smoked only at that time. He has lack of sleep, depression, impotent, a test revealed he is unable to produce children; inflammation of eyelids approximately 1-2 times a week.  Mostly on left eye; swell up and turn red and tear up; He also has GI bleeding in feces; he doesn't have insurance, has darker colored patches on his skin, has white lines across his fingernails.  Persistent white lines ("Mees" lines), some they stay and also on his toenails.  Darker Patches on his skin--some stay and some come and go.

**Any physicians visited**:  see medical records
**Findings or diagnoses of physician**:  see medical records
**Any testing done**: see medical records
**Results of testing:**  see medical records

### 3.1  Health Survey of Antonio Saavedra-Vargas

The following diseases were diagnosed by a physician after the BP Oil Spill: kidney stones, jaundice, ulcers of stomach or GI tract, upper respiratory tract irritation or infection, bronchitis, low respiratory rate, abnormal pulmonary function, asthma started in 2012 as an adult, polyps in nasal mucosa, deafness or loss of hearing, conjunctivitis, damage to nerves of eyes (left eye), vision impairment or disorder (astigmatism, myopia, left eye), nerve damage, anemia, contact dermatitis, eczema, dermatitis, skin rash, allergies, bone fractures, psychiatric disorders, gingivitis

The following clinical symptoms were also experienced by Antonio Saavedra-Vargas. after April 20, 2010: skin rashes, changes in skin color, swollen painful joints, persistent skin trouble, sores that won't heal, darker color in areas of skin, discoloration of teeth, dry, cracked red skin, burns on skin, burns on eye, conjunctivitis, dry and bleeding nasal membranes, lips, and/or hands, hands and arms peel frequently, eczema (scaly red patches on skin), dried, irritated, sore throat and nasal membranes, allergies, eyes burning, excessive sweating, difficulty breathing, wheezing, coughing up blood, Persistent cough, increased flow of nasal mucus, frequent shortness of breath, asthma, consistent shortness of breath, shortness of breath only on exercise, chronic cough, abnormal chest x-ray, abnormal lung function tests, persistent indigestion, persistent abdominal pain, marked change in weight, vomiting of blood, stomach trouble, frequent nausea, abdominal pain, diarrhea, weight loss, loss of appetite, very dark brown urine, increased fatigue (tired), many small pin-point sized red dots on skin, blurred vision, blindness in either eye, chronic eye irritation, difficulty in vision, decrease in vision, frequent tearing of eyes, swelling of eyes, hands, or feet, kidney stones, very frequent urination, loss of memory, dizziness, frequent or severe headaches, forgetfulness, depression, fainting, trembling of fingers, eyelids, and lips, trembling of hands and arms, frequent numbness or tingling of hands or arms, sleep disorders, frequently irritable, extreme drowsiness, changes in personality, behavioral changes, severe anxiety, loss of smell and/or taste, pain in arms or legs, joint pain, lumbar pain, weakness, nerve damage, frequent ringing in ears, hearing loss, lumps or swelling in neck, high blood pressure,

yellowing of skin or whites of eyes, fevers of unknown cause, uncontrolled movement of eyeballs or eyelids, loss of hair on head, loss of hair on eyebrow, discoloration of skin, absent or reduced saliva, memory problems, inability to recall telephone numbers, inability to recall time of appointments, feeling weak and tired most of the time, difficulty carrying out daily activities, shortness of breath with the slightest exertion, appetite disturbances, sleep disturbances, persistent sore throat, tension, agitation, reduced muscle strength, noises in ears, inability to perceive colors, loss of ability to see color, loss of ability to distinguish different colors, colic.

### 3.2  Medical Records of Antonio Saavedra-Vargaas

7/17/20  Infection on right buttock; abscess drained

3/19/13  HEENT:  Eyes Abnormal-2+ erythema to bilat lower lid margins without discharge. Ears Abnormal:  2+ erythema to bilat external auditory canal.   Mouth Abnormal:  2+ erythema to posterior oropharynx without exudate.

Extremities:  Skin:  Abnormal-dermatitis with abscesses to posterior back; dermatitis to bilateral forearms, anterior and posterior aspects; White blotchy patches to both forearms; Diagnostic Codes:  Malaise and Fatigue, Headache, Visual Disturbance, unspecified; inflammation of eyelids; shortness of breath; abnormal pulmonary function; abnormality of urination, other; generalized pain, fingers, Dermatitis, other eczema due to solvents; Skin infection; Insomnia, unspecified;
Consultation Referral:  ENT, ophthalmology, dermatology, psychiatry.
Lab Results:  CBC normal; Abnormal BUN/Creatinine Ratio;

5/10/17  Mild chronic bilateral maxillary sinus disease
5/10/17  Lab Results:  High MCHC; High  IG%;  High #IG; High ALT
5/26/17  Shortness of Breath; Left facial numbness;

6/23/17  Asthma; dyspnea; cough; Tobacco dependence syndrome;
Lab Results:  High Immature Granulocytes %

1/31/18  Polyp in left maxillary sinus; Mucosal thickening in left and right sphenoid sinuses;

### 3.3  Plaintiff Declaration Under Penalty of Perjury

**Acute Conditions (within 24 to 72 hours of any exposure):** eye irritation, eye burning, nasal congestion, nasal discharge, post-nasal drip, headache, facial pain/pressure, sinus pain, decreased sense of smell, sputum production, shortness of breath;

**ENT:  Within 48 hours of exposure (Route of exposure inhalation):**  Throat irritation

**Dermal: (Within 72 hours of exposure:  Route of exposure direct skin contact:** redness, inflammation or pain, itching, dryness or flaking, welts, and/or pimples;

**Neurophysiologic/Neurological/Odor Related:  Within 24 hours of exposure (route of exposure:  Inhalation):**  headache, dizziness

**Gastrointestinal (stomach) distress:  Within 24 hours of exposure (Route of exposure:  inhalation):**  nausea

**Dates of Exposure:**  June 2010-December 2010

**Signed by:** AS   2/20/13

**3.4  Documented Work Areas:**

Hopedale, LA
Chandeleur Island
Chalmette Beach
Trinity

**3.5  Preliminary HSSE Incident Reports**

6/9/10  Incident occurred on Boat Chandelier Island, North Island;  ankles became sore and swollen; job task at time of incident:  Boom maintenance;   Witnesses to incident: Scott Zeiler, Coty Robicheaux

7/16/10  Incident Reported to:  Trinity One Medic Michael Clark on 7/17/10; Witness: Antonio Ramos; boom deployment;  Left buttock area has a severe staph infection;

7/16/10  Incident Reported to First Aid on Trinity I-Michael Clark Acadian on 7/17/10; Incident:  They jumped off the boat 3 days in a row and walked in the water;  Correction of the incident:  No workers in the water, Decontaminated Barge 2 times with 1/10 bleach and personal hygiene;  Insure the work is being done utilizing proper PPE; Staph infection in the buttocks area;  Removing boom from shore;

**3.6  Contractor's HSE Policy Summary:**

**#23:  Benzene:**  Contractor will comply with OSHA 1910.1028 (and any other applicable laws, rules, and regulations) regarding the protection of personnel from exposure to benzene.

**#31  Hazardous Waste Operations and Emergency Response-Hazwoper:**
HAZWOPER is designed to regulate the health and safety of workers who may be exposed to hazardous waste.  Contractor will implement a written plan to handle such waste and respond to any associated emergencies.

**4.0  Material Safety Data Sheets provided in Discovery**

**4.1  Crude Oil MSDS No. RS296  Rev Date 05/13/2002**

**HAZARD IDENTIFICATION:**
Avoid breathing vapors or mists.  Use only with adequate ventilation.

May cause irritation and more serious skin disorders!  May be harmful if inhaled!  May cause irritation of the nose, throat, and lungs, headache, dizziness, drowsiness, loss of coordination, fatigue, nausea and labored breathing.  May cause irregular heartbeats. Avoid prolonged or repeated liquid, mist, and vapor contact with eyes, skin, and respiratory tract.

Long-term tests show that similar crude oils have produced skin tumors on laboratory animals.

Crude oils contain some polycyclic aromatic hydrocarbons which have been shown to be carcinogenic after prolonged or repeated skin contact in laboratory animals.

**Routes of Exposure**:
Skin Contact:  Moderate skin irritation may occur upon short-term exposure.  Exposure to sunlight may increase the degree of skin irritation.  Absorption through the skin may occur and produce toxic effects.

**Summary of Chronic Hazards and Special Health Effects:**
Prolonged/repeated skin exposure, inhalation or ingestion of this material may result in adverse dermal or systemic effects.  Avoid prolonged or repeated exposure.  May be harmful if absorbed through the skin.  Prolonged or repeated contact may create cancer risk, organ damage, and adversely affect reproduction, fetal development and fetal survival.  Avoid all skin contact.

**Skin Contact:**  Immediately remove contaminated clothing.  Wash affected skin thoroughly with soap and water.  If irritation persists, obtain medical attention.

**EXPOSURE CONTROLS/PERSONAL PROTECTION:**
Skin:  Avoid all skin contact with this material.  If conditions of use present any potential for skin contact, clean and impervious clothing such as gloves, apron, boots, and facial protection should be worn.  Neoprene, Nitrile, Butyl Rubber or Viton glove material is recommended.  When working around equipment or processes which may create the potential for skin contact, full body coverage should be worn, which consist of impervious boots and oil-resistant coated Tyvek suit or other impervious jacket and pants.

Non-impervious clothing which accidentally becomes contaminated with this material should be removed promptly and not reworn until the clothing is washed thoroughly and the contamination is effectively removed.  Discard soaked leather goods.

Use good personal hygiene practices.  If skin contact should occur, material should be

removed from the skin with a waterless hand cleaner, and the affected area should then be washed with a mild soap and water.  Wash hands and other exposed areas thoroughly before eating, drinking, smoking or using toilet facilities.

**SARA, Title III**  (Superfund amendments And Reauthorization Act of 1986 [SARA]) Section 311/312 Hazard Categories:
Immediate (acute) health hazard
Delayed (chronic) health hazard

**4.2  Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude) MSDS # 0000003277  BP  Date of issue 06/28/2010**

**HAZARDS IDENTIFICATION**
Emergency Overview:  Warning! CAUSES EYE AND SKIN IRRITATION.  Prolonged or repeated contact can defat the skin and lead to irritation and/or dermatitis.  May be combustible at high temperature.  Keep away from heat, sparks and flame.  Avoid contact with eyes, skin and clothing.  Use adequate ventilation.  Do not ingest.  If ingested, do not induce vomiting.  Wash thoroughly after handling.

**Routes of entry**:  Skin contact, Inhalation, Ingestion.

**Skin:**  Causes skin irritation.  Prolonged or repeated contact can defat the skin and lead to irritation and/or dermatitis.

**Skin Contact**:  Immediately wash exposed skin with soap and water.  Remove contaminated clothing and shoes.  Wash clothing before reuse.  Clean shoes thoroughly before reuse.

**Personal protection in case of a large spill**:  Safety glasses with side shields or chemical goggles.  Tyvek protective suit.  Rubber boots.  Gloves.  (Nitrile, or Polyethylene)  Suggested protective clothing might not be adequate.  Consult a specialist before handling this product.

**Skin and body**:  Avoid contact with skin and clothing.  Wear Tyvek protective suit.

**Control Measures**:  Use only with adequate ventilation.  Use process enclosures, local exhaust ventilation or other engineering controls to keep worker exposure to airborne contaminants below any recommended or statutory limits.  The engineering controls also need to keep gas, vapor or dust concentrations below any lower explosive limits.

**Hygiene Measures**:  Wash hands, forearms and face thoroughly after handling chemical products, before eating, smoking and using the lavatory and at the end of the working period.  Appropriate techniques should be used to remove potentially contaminated clothing.  Wash contaminated clothing before reusing.

**Toxicological information**:  Exposure to sunlight may increase the degree of skin

irritation.  Crude oil administered orally or dermally to pregnant rats during gestation produced increased numbers of resorptions and decreases in fetal weight at maternally toxic doses.  Repeated exposures to some crude oils in rats have produced effects on the blood, liver and thymus.

From skin-painting studies in laboratory animals, it has been concluded that most, if not all, petroleum crudes, regardless of source, possess carcinogenic activity to some degree.  This means that workers who practice poor personal hygiene and who are repeatedly exposed by direct skin contact to crude oil over many years may potentially be at risk of developing **skin cancer**. However, intermittent or occasional skin contact with petroleum crude oils is not expected to have serious health effects as long as good personal hygiene measures such as those outlined in this material safety data sheet are followed.  Crude oil has not been identified as a carcinogen by NTP, IARC, or OSHA

**Section 5.0   Characterization of Environmental Toxicants released/resulting from the Deepwater Horizon Oil Spill.**

**5.1  Air Quality implications of the Deepwater Horizon oil spill**

Hydrocarbons (HCs) evaporating from oil that surfaced can affect air quality in three ways.  First, some of the measured compounds, including benzene, toluene, and naphthalene, are classified as hazardous air pollutants.  Second evaporating HCs reacted in the atmosphere to produce lower volatility products that then form SOA (Secondary Organic Aerosol) particles.  Third, the HCs reacted with $NO_x$ and sunlight to form secondary pollutants such as ozone and PAN  (Peroxyacetyl nitrate).  Approximately 4% by mass of oil burned on the surface was emitted as soot particles.  (Middlebrook, et al., 2012)

Particulate Matter (PM) and Aerosol Particles were formed either at the spill site or downwind:  SOA from the evaporating HCs and soot from the in situ burning of surface oil or from recovery operations.  The maximum measured increase in submicron particulate (almost exclusively organic) mass downwind of the spill was 20 ug m$^{-3}$ on June 8 and 7 ug m$^{-3}$ on June 10.  The National Ambient Air Quality Standard (NAAQS) for particulate matter less than 2.5 um in diameter is 15 ug m$^{-3}$ for the annual average [*changed to 12 ug/m³  by EPA, 2012*] and 35 ug m$^{-3}$ for the 24-hr average.  Particles smaller than 1 um in diameter accounted for most of the increased SOA mass downwind of the spill site.  These particles can penetrate into the lungs with potential health effects. (Middlebrook, et al., 2012)

Results indicate that air quality is affected not only by direct emissions from the spill and related operations but also by the reaction products in the atmosphere such as ozone and SOA.  In warm, sunny conditions most of the HCs observed from the DWH spill have photochemical lifetimes of less than a few days before they react in the atmosphere. In contrast, aerosol particulates typically survive for days in the lower atmosphere and it is likely that SOA from the DWH site impacted aerosol levels in populated areas near the

Gulf Coast.  (Middlebrook, et al., 2012)

NOAA (National Oceanic and Atmospheric Administration) conducted two aircraft flights to characterize the resulting air pollution in the Gulf of Mexico after the Deepwater Horizon (DWH) spill.  On the 8th and 10th of June, 2010 one of NOAA WP-3D aircraft, equipped with an extensive suite of in-situ chemical sensors was deployed over the Gulf of Mexico in the vicinity and downwind of the DWH spill site.  The major findings from the flights are:

1) The lower layer of the atmosphere (from the surface of the Gulf to ~2000 ft), which effectively traps most of the air pollution emitted from the surface, was polluted with organics from the spill and the products of their atmospheric chemical processing.

2) The sum of the measured aromatics (benzene, toluene and $C_8$-$C_{11}$ aromatics) in this region was below 20 ppbv but well above maximum concentrations measured recently over the Los Angeles urban area.

3) The highest concentrations of particulate matter (PM) were about 25 ug m$^{-3}$.  The PM was composed primarily (~80%) of organics.  These concentrations of organic PM are comparable to a day with very high concentrations in a major US city.

4) The highest concentrations of ozone were 70 – 80 ppbv, which are comparable to average maximum concentrations observed in US urban areas.

(NOAA, www.esrl.noaa.gov/csd/tropchem/2010gulf/ )

Brock et al., 2011, confirms the formation and growth of organic aerosols downwind of the Deepwater Horizon oil spill.  These unusual observations demonstrate that relatively low concentrations of the oxidation products of intermediate-volatility hydrocarbons can lead to rapid new particle formation and substantial condensational growth in the atmosphere.

Perring et al., 2011, reports that an estimated 5% of the total leaked oil was burned leading to the direct atmospheric emission of black carbon (BC), the refractory and most efficiently light absorbing component of soot, which affects both climate and human health.  The total amount of BC introduced to the atmosphere of the Gulf of Mexico via surface burning of oil during the 9-week spill is estimated to be $(1.35 \pm 0.72) \times 10^6$ kg.

Gullet et al., 2016, reports that sampling of the smoke plumes from the BP Deepwater Horizon surface oil burns led to the unintentional collection of soot particles on the sail of an instrument bearing tethered aerostat.  Thermal-optical analyses indicated that the particulate matter was 93% carbon with 82% being refractory elemental carbon.  PAHs accounted for roughly 68 ug/g of the PM filter mass and 5 mg/kg oil burned.  PAHs include: naphthalene, acenaphthylene, fluorene, phenanthrene, anthracene, fluoranthene, pyrene, benzo(a)anthracene, Chrysene, benzo(b)fluoranthene, Benzo(k)fluoranthene, benzo(a)pyrene, Indeno (1,2,3-cd)pyrene, Dibenz(a,h)anthracene, benzo(ghi)perylene.

Allan et al., 2012, characterizes the oil that flowed from the Macondo well during the Deepwater Horizon oil spill as containing approximately 3.9% polycyclic aromatic

hydrocarbons (PAHs) by weight; an estimated 2.1 x 10$^{10}$ g of PAHs were released during the spill.  PAHs are one of the principal contaminant classes of concern in oil spills because many compounds are toxic and/or carcinogenic to humans and wildlife.  The water solubility and volatility of PAHs decreases as their molecular weight increases. The use of chemical dispersants during the Deepwater Horizon oil spill was a source of contention among scientists and the public, in part because the application of dispersants to crude oil makes PAHs and other hydrophobic compounds more soluble in water, increasing their bioavailability.

All available ambient air quality data gathered during the Deepwater Horizon oil spill were reviewed, and a total of 106,569 measurements of fine PM and benzene were evaluated by Nance, et al., 2016.  Ambient air concentrations of PM 2.5 were generally higher during the oil spill than the previous year and exceeded the Clean Air act's 12 ug/m$^3$ annual and 35 ug/m$^3$ hourly standards in the parishes studied.  Daily AQI (Air Quality Index) exceedances for PM 2.5 were 10-45 times higher than background in all of the parishes studied.  All parishes also exceeded the annual 12 ug/m$^3$ concentration standard by factors of 1.65-1.99.  Similarly, ambient air concentrations of benzene were generally higher during the oil spill than during previous years.  Benzene concentration reached 2-19 times higher than background, and the estimated cancer risk exceeded the Clean Air Act's 10-in-a-million high risk guideline.  These findings provide a basis for concluding that ambient air quality—for PM 2.5 and benzene—was a likely threat to public health during the oil spill.  (Nance et al., 2016)

### 5.2  US EPA MSDS Corexit EC9500A and EC9527A

*Narrative:  For two weeks the following MSDS for Corexit EC9500A and EC9527A were posted on the US EPA website.  I personally downloaded these MSDS sheets because I was monitoring the contaminants and interested in the heavy metals in the dispersants due to the potential for seafood contamination.  In two weeks of my observations, I returned to the EPA site to find that MSDS from Nalco had been posted that had the metal constituents removed.  Later as I personally  interviewed BP Oil Spill clean-up workers I observed the clinical signs of arsenic exposure and had numerous individuals provide medical records of elevated urinary inorganic arsenic levels.  There was also an interview of a resident who had elevated urinary arsenic levels who lived two miles from the Mobile coast.  He had a pond stocked with fish and one morning he found that all the fish had died.  He removed the dead fish and drained the pond and then restocked the pond and again found that the fish died.  It was then that he called an Alabama State Agency to test his pond sediment and water for an explanation.  They found increased levels of arsenic.  He then went to his doctor and his own urinary arsenic levels were elevated.  Data on aerial and boat spraying of dispersants has not been provided to date in discovery and is pertinent to this case. Numerous clean-up workers had Mees lines and hyperpigmentation of skin that I observed during interviews.  (PWilliams, PhD, DABT)*

On April 20, 2010, the BP-leased Deepwater Horizon drilling rig exploded, releasing approximately 757 million liters of crude oil into the Gulf of Mexico over an 88-day period.  During this crisis, massive quantities of chemical dispersants were used to try to

reduce the spread of the crude oil into near-shore waters and onto coastlines.  Most notably, Nalco manufactures Corexit 9527 and 9500, the two products used in the Deepwater Horizon spill.  This crisis was the first large-scale application of these dispersants, and at least 7.57 million liters were used.  Corexit 9527 was used earlier during the spill but was discontinued because it was considered too toxic.  Corexit 9527 was used in smaller quantities and was applied via aerial application.  Corexit 9500 was administered via deep-water injection and aerial application and was used in higher quantities.  As a result of this crisis, the potential toxicity of chemical dispersants to humans and marine species has come into question because whether their application is relatively safe is uncertain.  (Wise J and Wise JP Sr., 2011)

Over 4.9 million barrels of crude oil was released into the Gulf of Mexico between the explosion of the Deepwater Horizon rig on 20 April 2010 and the top-capping of the wellhead on July 15 2010.  (United States Coast Guard 2011 in McGowan et al., 2017) As part of the oil spill response and cleanup (OSRC), approximately 1.8 million gallons (6.8 million liters) of oil dispersant was applied both to the sea surface [1.07 million gallons (4.05 million liters)] and directly into the stream of oil leaving the wellhead 5,000 feet (1.5 km) underwater [0.77 million gallons (2.9 million liters)] (United States Coast Guard 2011).  Dispersants are typically used to reduce the interfacial tension between crude oil and water and facilitate the breakup of oil slicks into small droplets that are thought to be more easily dispersed by natural processes such as wind and wave action. Two dispersants were used in the Deepwater Horizon spill response:  Corexit[TM]EC9500A (9500A), which was applied at both the water surface and the subsurface wellhead, and Corexit[TM]EC9527A (9527A) which was applied only at the water surface. Both dispersants are composed of propylene glycol and organic salts including dioctyl sodium sulfosuccinate (DOSS).  Additionally 9500A contains petroleum distillates, whereas 9527A does not contain petroleum distillates but does contain 2-butoxyethanol (Wise and Wise, 2011 in McGowan et al., 2017)

Dispersants were applied to the surface either through aerial spraying or by vessels within 3 nautical miles (5.5 km) of the wellhead area.  Aerial application consisted of both 9527A and 9500A from 22 April until 22 May, after which 9500A was used exclusively.  Vessels in the wellhead area applied 9500A exclusively (BP Gulf Science Data 2016 in McGowan et al., 2017)  Based on these uses, the most likely avenues for human exposure among responders are from dermal exposure and from inhalation of dispersant aerosol droplets.  (McGowan et al., 2017)

Previous epidemiologic studies have found adverse health effects associated with oil spill cleanup work.  Effects have included increased lumbar pain, migraine, dermatitis, eye and throat irritation, and respiratory symptoms.  Zock et al. (2012) found an association between participating in cleanup work and self-reported respiratory symptoms 5 years after the spill response in workers who responded to the Prestige oil spill in 2002.  (McGowan et al., 2017)

McGowan et al., 2017, categorized exposed clean-up workers as potentially exposed to 9500A only or as potentially additionally exposed to 9527A based on the dates of their

clean-up work duties. Because 9527A was used in aerial applications only prior to 22 May 2010, those who worked during that period were potentially exposed to 9527A and 9500A. Those who worked after 22 May were classified as potentially exposed to 9500A only. (McGowan et al., 2017) [Corexit 9500A contained 0.160 ppm or 160 ppb of Arsenic)

### 5.3 COREXIT® EC9500A MSDS  Technical Product Bulletin #D-4

IV.  Special Handling and Worker Precautions for Storage and Field Application:
1.  Flammability:
IMO:  Non-flammable; DOT:  Non-hazardous
2.  Ventilation:
Use with ventilation equal to unobstructed outdoors in moderate breeze.
3.  Skin and eye contact; protective clothing; treatment in case of contact:
Avoid eye contact.  In case of eye contact, immediately flush eyes with large amounts of water for at least 15 minutes.  Get prompt medical attention.  Avoid contact with skin and clothing.  In case of skin contact, immediately flush with large amounts of water, and soap if available.  Remove contaminated clothing, including shoes, after flushing has begun.  If irritation persists, seek medical attention.  For open systems where contact is likely, wear long sleeve shirt, chemical resistant gloves, and chemical protective goggles.

Constituents of  COREXIT® EC9500A as provided by the US EPA Emergency Management MSDS lists the following heavy metals:
IX. ANALYSIS FOR HEAVY METALS, CYANIDE, AND CHLORINATED HYDROCARBONS

| Compound | Concentration (ppm) |
|---|---|
| Arsenic | 0.16  (160 ppb) |
| Cadmium | N/D |
| Chromium | 0.03  (30 ppb) |
| Copper | 0.10  (100 ppb) |
| Lead | N/D |
| Mercury | N/D |
| Nickel | N/D |
| Zinc | N/D |
| Cyanide | N/D |
| Chlorinated Hydrocarbons | N/D |

N/D = Not detected

**AERIAL SPRAYING**: Aircraft provide the most rapid method of applying dispersants to an oil spill and a variety of aircraft can be used for spraying.  For aerial spraying, Corexit EC9500A is applied **undiluted.**  A typical treatment rate is two to ten US gallons per acre or a DOR (dispersant to oil ratio) of 1:50 to 1:10.  However, this can vary depending on the type of oil, degree of weathering, temperature an thickness of the oil slick.
    Typical application altitudes of 30 to 50 feet have been used, although higher altitudes may be effective under certain conditions.  Actual effective altitudes will depend on the

application equipment, weather and aircraft.

  Careful selection of spray nozzles is critical to achieve desired dose levels, since droplet size must be controlled.  Many nozzles used for agricultural spraying are of low capacity and produce too fine a spray.  A quarter inch open pipe may be all that is necessary if the aircraft travels at 120 mph (104 knots) or more, since the air shear at these speeds will be sufficient to break the dispersant into the proper sized droplets.

**BOAT SPRAYING:**  Corexit EC9500A may also be applied by workboats equipped with spray booms mounted ahead of the bow wake or as far forward as possible.  The preferred and most effective method of application workboat is to use a low-volume, low-pressure pump so the chemical can be applied undiluted.  However, if this is not practical, water-dilution systems that provide a 5-10% dispersant concentration should be used. Corexit EC9500A is formulated to be diluted with seawater if necessary during application, since the product is active at very low dosage (2-10 USGPA, 19-94L/ha)

  A seawater pump allows for easy chemical addition by eduction into the water stream. The mixture of dispersant and seawater is then discharged through booms having several nozzles.

  Corexit EC9500A should be applied as droplets, not logged or atomized.  Natural wave or boat wake action usually provides adequate mixing energy to disperse the oil. Recent tests have indicated that a fire monitor modified with a screen cap for droplet size control may also be useful for applying Corexit EC9500A.  Due to the increased volume output and the greater reach of the fire monitor, significantly more area can be covered in a shorter period of time.

***Narrative:  Of particular importance are the heavy metals, including Arsenic (160 ppb), Chromium (30 ppb), and Copper (100 ppb).  Metals are cumulative toxicants and are stored in the body with increasing concentrations and increasing toxic effects specific to the toxicokinetics of each metal. (PWilliams, PhD, DABT)***

## 5.4  COREXIT® EC9527A  MSDS Technical Product Bulletin #D-1  (Revised listing date:  December 18, 1995)

IV.  Special Handling and Worker Precautions for Storage and Field Application:
1.  Flammability:
COREXIT® EC9527A  is not classified as flammable by either DOT or IMO regulations.
2.  Ventilation:
Avoid prolonged breathing of vapors.  Use with ventilation equal to unobstructed outdoors in moderate breeze.
3.  Skin and eye contact; protective clothing; treatment in case of contact:
Avoid eye contact.  In case of eye contact, immediately flush eyes with large amounts of water for at least 15 minutes.  Get prompt medical attention.  Avoid contact with skin and clothing.  In case of skin contact, immediately flush with large amounts of water, and soap if available.  Remove contaminated clothing, including shoes, after flushing has begun.  If irritation persists, seek medical attention.  For open systems where contact is likely, wear long sleeve shirt, chemical resistant gloves, and chemical protective goggles.

Constituents of  COREXIT® EC9527A as provided by the US EPA Emergency
Management MSDS lists the following heavy metals:

ANALYSIS FOR HEAVY METALS, CYANIDE, AND CHLORINATED HYDROCARBONS

| Compound | Concentration (ppm) | |
|---|---|---|
| Arsenic | < 0.005 | < (5 ppb) |
| Cadmium | < 0.01 | < (10 ppb) |
| Chromium | < 1.0 | < (1000 ppb) |
| Copper | < 0.2 | < (200 ppb) |
| Lead | < 0.1 | < (100 ppb) |
| Mercury | < 0.003 | < (3 ppb) |
| Nickel | < 0.1 | < (100 ppb) |
| Zinc | 0.1 | (100 ppb) |
| Cyanide | < 0.01 | |
| Chlorinated Hydrocarbons | < 0.01 | |

**AERIAL SPRAYING**: Aircraft provide the most rapid method of applying dispersants
to be an oil spill and a variety of aircraft can be used for spraying.  For aerial spraying,
Corexit EC9527A is applied undiluted.  A typical treatment rate is 2 to 10 US gallons per
acre or a DOR (dispersant to oil ration) of 1:50 to 1:10.   However, this can vary
depending on the type of oil, degree of weathering, temperature and thickness of the oil
slick.  Typical application altitudes of 30 to 50 feet have been used, although higher
attitudes may be effective under certain conditions.  Careful selection of spray nozzles is
critical to achieve desired dose levels, since droplet size must be controlled.  Many
nozzles used for agricultural spraying are of low capacity and produce too fine a spray.
A quarter inch open pipe may be all that is necessary if the aircraft travels at 120 mph
(104 knots) or more, since the air shear at these speeds will be sufficient to break the
dispersant into the proper-sized droplets.

**BOAT SPRAYING:**  A seawater pump allows for easy chemical addition by eduction
into the water stream.  The mixture of dispersant and seawater is then discharged through
booms having several nozzles.  Corexit EC9527A should be applied as droplets, not
fogged or atomized.  Natural wave or boat wake action usually provides adequate mixing
energy to disperse the oil.  Recent tests have indicated that a fire monitor modified with a
screen cap for droplet size control may also be useful for applying Corexit EC9527A.

**5.5  Characterization of subsurface and sediment contaminants in Published
Literature and Government documents**

*Narrative:  This section is meant to document the toxicants of concern for the General
Causation and Specific Causation portions of this report.  (PWilliams, PhD, DABT)*

Diercks A, et al., 2010 reported on initial subsurface distribution of contaminants
following the explosion of the Deepwater Horizon oil well site.  Deepwater Horizon oil
release was likely to be associated with acute toxicity effects in discrete depth layers
between 1000 and 1400 m in the region southwest of the wellhead site and extending at

least as far as 13 km.  There was extensive release of additional oil and dispersants at the site.   Therefore, the effects on the deep sea ecosystem may be considerably more severe than supported by the observations reported in the article.  (Diercks A, 2010)

Brooks G, et al., 2015 report on the impacts of the Deepwater Horizon (DWH) oil discharge at the seafloor as recorded in bottom sediments of the DeSoto Canyon region in the northeastern Gulf of Mexico.  Through a close coupling of sedimentological, geochemical and biological approaches, multiple independent lines of evidence from 11 sites sampled in November/December 2010 revealed that the upper ~1 cm depth interval is distinct from underlying sediments and results indicate that particles originated at the sea surface.  Consistent dissimilarities in grain size over the surficial ~1 cm of sediments correspond to excess $Th^{234}$ depths, which indicates a lack of vertical mixing (bioturbation), suggesting the entire layer was deposited within a 4-5 month period.  Further, a time series from four deep-sea sites sampled up to three additional times over the following two years revealed that excess $Th^{234}$ depths, accumulation rates, and $Th^{234}$ inventories decreased rapidly, within a few to several months after initial coring.  Results are consistent with a brief depositional pulse that was also reported in previous studies of sediments, and marine snow formation in surface waters closer to the wellhead during the summer and fall of 2010.  The authors conclude that the sedimentation pulse in late 2010 is the product of marine snow formation and is likely linked to the DWH discharge.  Excess $Pb^{210}$ and $Th^{234}$ were detected in almost all cores.  Excess $Pb^{210}$ was detected in all eleven November/December 2010 cores to depths ranging from ~10-19 cm.  Excess $Th^{234}$ was detected in all November/December 2010 cores, except for Core M-01, collected at the shallowest depth of 100m.  Excess $Th^{234}$ depths ranged from 0.4 to 1.2 cm.  Excess $Pb^{210}$ and $Th^{234}$ was detected in all cores collected from the four time series sites over the two-year period.   (Brooks G, et al., 2015)

The US Department of the Interior and the US Geological Survey measured organic contaminants and trace and major elements, and nutrients in water and sediment sampled in response to the Deepwater Horizon Oil Spill.  Beach water and sediment samples were collected along the Gulf of Mexico coast to assess differences in contaminant concentrations before and after landfall of Macondo-1 well oil released into the Gulf of Mexico from the sinking of the British Petroleum corporation's Deepwater Horizon drilling platform.  Samples were collected at 70 coastal sites on the Gulf of Mexico between May 7 and July 7, 2010, to document baseline, "pre-landfall" conditions.  A subset of these sites was resampled during October 4 to 14, 2010, after oil had made landfall on the Gulf of Mexico coast "post-landfall" to determine if actionable concentrations of oil were present along shorelines.  (USGS 2011-1271)

The elements responsible for the most exceedances in post landfall samples of water were boron, copper, and manganese.  Nickel and vanadium, which the US Environmental Protection Agency specifically identified as relevant to the oil spill, were responsible for exceedances in only one of the fifty-two post-landfill samples with exceedances.  For trace elements in whole sediment (unsieved) in the less than 63-micrometer sediment fraction, one or more trace or major elements were anthropogenically enriched relative to national baseline values for US streams for almost all sediment samples.  Sixteen percent

of sediment samples exceeded upper screening-value benchmarks for, and were enriched in, one or more of the element(s):  barium, vanadium aluminum, manganese, arsenic, chromium, and cobalt.  These samples were collected from Louisiana and Texas. (USGS 2011-1271)

Concentrations in water were significantly higher ($p<0.05$) in post-landfall samples for barium, calcium, magnesium, molybdenum, potassium, and sodium,  These are all elements in seawater, and barium sulfate is a standard additive in drilling mud.  (USGS 2011-1271)

Aquatic-life benchmarks were available for 18 trace elements in water.  Acute and chronic benchmarks were exceeded in post-landfall water samples.  The acute benchmarks exceeded were for copper and zinc.  The chronic benchmarks exceeded were for boron, manganese, copper, cobalt, nickel, lead, barium, zinc, and vanadium.  Of 56 post-landfall samples, 52 exceeded one or more chronic aquatic-life benchmarks for trace elements in water, with exceedances for boron in 48 post-landfall samples, copper in 22, manganese in 12, barium in 2, and lead, nickel, vanadium, and zinc in 1 post-landfall water sample each.   (USGS 2011-1271)

**5.6  Evidence of Heavy metal contamination in Seafood—published poster presentation-- Heavy Metal Analysis of Northern Gulf of Mexico White Shrimp Harvested Following the Deepwater Horizon Oil Spill;  Poster Presentation.  3rd Anniversary of Deepwater Horizon Incident Conference, Baton Rouge, LA. April 22, 2013, Patricia M Williams PhD, DABT et al.**

With the usage of the XRF spectrometer, we were able to detect Ba, Pb/As, Co, Cu, Ni, Zn, and Ti in the Gulf white shrimp. The East Coast shrimp only showed levels of Zn and Sb. Though the XRF detected high levels of Sb with the East Coast shrimp, 103.15, we conclude that due to the measurements being in percent that this reading could possibly be an error. The XRF only detected Fe in the West Coast shrimp. Cd, Cr, Hg, Mn, Se, Ag are chemicals not detected in Gulf, East Coast, and West Coast shrimp. The chemicals Mo, Sr, and Rb were found throughout all three specimens.

Below is a chart showing the different measurements we received while screening the shrimp. The unit of measure is percent.

| Chemical | Gulf Shrimp | East Coast shrimp | West Coast Shrimp |
|---|---|---|---|
| Ba | Exoskeleton: 5.17 low<br>Exoskeleton: 6.23 high | ND | ND |
| Pb  or As | Exoskeleton: .35 low<br>Exoskeleton: .89 high | ND | ND |
| Co | Meat: .35 low<br>Meat: .89 high | ND | ND |
| Cu | Exoskeleton: .31 low<br>Exoskeleton: .99 high | ND | ND |
| Fe | Exoskeleton: 1.16 low<br>Exoskeleton: 22.08 high<br>Meat: 1.84 low<br>Meat: 44.34 high | ND | Exoskeleton: 1.15 low<br>Exoskeleton: 1.98 high<br>Meat: 3.08 low<br>Meat: 4.46 high |
| Ni | Meat: .47 low<br>Meat: .55 high | ND | ND |
| Ti | Exoskeleton: 5.77 low<br>Exoskeleton: 41.99 high<br>Meat: 2.73 low<br>Meat: 16.86 high | ND | ND |
| Zn | Exoskeleton: .32 low<br>Exoskeleton: 2.35 high<br>Meat: .61 low<br>Meat: 3.08 high | Meat: .72 | ND |
| Sb | ND | Exoskeleton: 103.15 | ND |



### 5.7  Congressional Research Service Report for Congress 7-5700; R41531: Deepwater Horizon Oil Spill:  The Fate of the Oil, December 16, 2010

The Deepwater Horizon explosion on April 20, 2010 released more than 200 million gallons (or 4.9 million barrels) of crude oil.  The uncertainty range of this estimate (± 10%) is equivalent to two Exxon Valdez size spills in either direction.  In the 2010 Gulf spill, responders employed a combination of mechanical removal (e.g. booming and skimming), in situ burning, and surface and sub-surface chemical dispersant application to remove the oil from the open waters of the Gulf.  (CRS Report for Congress, 2010)

Chemically dispersed Intervention:  The budget estimates that 770,000 barrels (~32 million gallons) of oil were dispersed through the application of 1.8 million gallons of surface and sub-surface chemical dispersants—16% of the total estimated release.  (CRS Report for Congress, 2010)



Figure 4. Surface and Subsurface Chemical Dispersant Application during the 2010 Gulf Oil Spill

Source: Prepared by CRS with data from daily "Current Operations" updates, available at http://www.restorethegulf.gov/.

The initial report released by the Fish and Wildlife Service today showed that as of September 14, 2010, a total of 3,634 dead birds and 1.042 live birds have been found in areas affected by the Deepwater Horizon Oil Spill.  These numbers are subject to verification and cannot be considered final.  Of the dead birds, the largest numbers are laughing gulls, followed by brown pelicans and northern gannets.  (US Department of the Interior, 2010)

NOAA fisheries report that 450 living, oiled sea turtles were rescued, brought into rehabilitation, cleaned, and released back into the wild.  In addition, 275 sea turtle nests were translocated.  About 28,000 sea turtle eggs were collected and 14,000 hatchlings were released off the Atlantic coast of Florida.  Ninety-five percent of released sea turtles were loggerhead sea turtles.  More than 600 turtles were found dead during the oil spill response, of which 18 were visibly oiled.  About 75 percent were Kemp's ridley turtles. (NOAA, 9/13/2019)



www.nationalgeographic.com



yourcruisingeditor.wordpress.com



news.mongabay.com

**5.8  Oil, Dispersants and Massive Islands of Seaweed (Sargassum)**

   Large brown seaweed, known as sargassum, form floating islands in open stretches of ocean and sea.  Sargassum is also an important part of the Gulf of Mexico, which contains the second most productive sargassum ecosystem in the world.  Some shrimp, crabs, and fish are specially suited to life in sargassum.  Certain species of eel, fish, and shark spawn there.  Each year, humpback whales, tuna, and seabirds migrate across these fruitful waters, taking advantage of the gathering of life that occurs where ocean currents converge.  (NOAA, 2015)



**Sargassum habitat for marine turtle. (NOAA, 2019)**



**Healthy
sargassum
ecosystem**
**(NOAA, 2015)**

However, an abundance of marine life is not the only thing that can accumulate with these large patches of sargassum.  Spilled oil, carried by currents, can also end up swirling among the seaweed.  As the ocean currents brought the spill into contact with sargassum, oil would coat those same snarled branches and bladders of the seaweed.  The turtles and other marine life living within and near the oiled sargassum would come into contact with the oil too, as they dove, swam, and rested among the floating mats.  That oil can be inhaled as vapors, be swallowed or consumed with food, and foul feathers, skin, scales, shell, and fur, which in turn smothers, suffocates, or strips the animal of its ability to stay insulated.  The effects can be toxic and deadly.  (NOAA, 2015)



Depending on how much oil sargassum would grow less, or not at die.  These floating seaweed oases shrinking.  As life in the sargassum **Impacts of an oil spill on sargassum and associated marine life in the water column  (NOAA, 2015)** arrived, the all, or even begin starts to perish, it may drop to the ocean bottom, potentially bringing oil and the toxic effects with it. Sargassum and its inhabitants are particularly vulnerable to threats such as oil spills and marine debris due to the fact that ocean currents naturally tend to concentrate all of these things together in the same places.  In turn, this concentrating effect can lead to marine life being exposed to oil and other pollutants for more extended periods of time and perhaps greater impacts.   (NOAA, 2015)



**Sargassum may at some point become soaked with oil and move into the water column (Wilson et al., 2015)**



**Sargassum may retain smaller amounts of floating oil and disprsants and remain afloat (Wilson et al., 2015)**

Emergency responders used a large amount of dispersants during the 2010 DWH oil

spill.  They applied approximately 1.8 million gallons of chemical dispersants (Corexit 9572A and 9500A) to surface waters that were oiled from April 22 through July 19. They also injected roughly 771,000 gallons of dispersants directly into the flow of oil and gas from the Macondo wellhead.  (Wilson et al., 2015)

During the Deepwater Horizon oil spill, responders applied chemical dispersants to the oil slick at the sea surface using planes and boats.  This method exposed the dispersants to direct sunlight, which could have caused some of the ingredients in them to be less effective.  However, the direct sunlight altered other chemical components in the water, which caused the Corexit to degrade.  *(Heavy metals do not degrade as they are elements.  Metals cannot be created or destroyed)*  (Wilson et al., 2015)



**Oil mixed with dispersants floating on the surface of the Gulf after the DWH oil spill.**
**(National Geographic, 2015)**



**Aerial spraying of dispersants in Gulf of Mexico.  (Google Images)**



**Seaweed and tar on Gulf beaches after BP Oil Spill.  (Google Images)**



**Seaweed and tar on Gulf beaches after BP Oil spill.  (Google Images)**



**Seaweed and liquid tar on Gulf beaches after the BP Oil Spill.  (Google Images)**



**Seaweed and liquid tar on Gulf beaches after BP Oil Spill.  (Google Images)**

### 5.9  Exposure Pathways for Oil, Dispersant, and Dispersant Oil Mixtures

Dermal and Inhalation Pathways:  During an oil spill response, primary response worker exposure pathways of concern are inhalational and dermal exposure to VOC components of oil, including benzene, and potential inhalational and dermal exposure to dispersants or dispersed oil.  Aerosolization of oil containing particles is another potential pathway to both inhalation and dermal exposures.  (NAS, 2019)

Dermal exposure to oil constituents has been shown to cause skin irritation and skin cancer (USEPA, 2017)  and transdermal absorption will also be an important route in chronic toxicity risk for oil components, particularly related to cancer risk estimates for benzene.  It is conceivable that the surfactant properties of dispersants may increase transdermal absorption.  The likelihood of workers being exposed to a mixture of dispersants and crude oil may be unknown but is expected to be low since few responders are in the immediate vicinity when dispersants are applied to surface slicks, either by vessel or aircraft.  For responders who could be in the area performing specific tasks, it is expected that appropriate Personal Protective Equipment (PPE) will be used.  (NAS, 2019)

Workers involved in dispersant operations, or otherwise in the pathway of dispersant exposure, are presumably most at risk, although the use of appropriate PPE is expected to mitigate this risk.  (NAS, 2019)

**5.10  Notice of hazards in signage in  Baldwin County, Alabama**





**(Google Images.com)**



**Orange Beach, Alabama**

**6.0  Chronic Dermatitis**

   Dermatitis is a general term that describes a skin irritation.  Dermatitis is a common condition that has many causes and occurs in many forms.  It usually involves itchy, dry skin or a rash on swollen, reddened skin.  Or it may cause the skin to blister, ooze, crust or flake off.  Examples of this condition are atopic dermatitis (eczema), dandruff, and contact dermatitis.  (Mayo Clinic, 2019)

Types of Dermatitis include:
Atopic dermatitis (eczema)
Contact dermatitis
Cradle cap
Diaper rash
Seborrheic dermatitis
Symptoms include:
   Red, itchy rash
   Rash may leak fluid or crust over
   Burning rash
   Blisters
   Thickened skin
   Bumps in hair follicles
(Mayo Clinic, 2019)

**Section  7.0  Health Effects of Oil Spill Workers**

   Numerous oils spills have occurred necessitating clean-up of the spillage by teams of workers or volunteers.  Although there are differences in the total constituents of the crude, all spills have the following constituents in the composition of the crude oil spill: Polycyclic Aromatic Hydrocarbons, heavy metals,  Volatile Organic compounds, including benzene, toluene, and xylene, and particulate matter.  Acute and chronic symptoms have been published and exposed participants share many common symptoms among the various spills.  Included and of high prevalence in clean-up workers are headache, throat irritation, dermatitis, and itchy eyes.  Below is a composite of the symptoms recorded from various oil spills that are relevant to the non-cancerous health effects discussed in this report.

The Sea Empress (Wales, February 15, 1996)
**Sore eyes   OR = 1.96   95% CI  (1.06 – 3.62)**          [Rodriguez-Trigo, 2007]
**Sore eyes   OR  =  3.90  95% CI  (2.41—6.35)**          [Lyons, 1999]  **p  = <.001**

The Prestige  (off Coast of Spain, November 13, 2002)
**Itchy eyes    OR = 2.67  95% CI  (1.13 – 6.28)**          [Rodriguez-Trigo, 2007]
           **OR  =  2.89  95% CI (1.21—6.90)**     [Carrasco, 2006]
           **OR = 18.37  95% CI  (2.58—130.76)  Bird Cleaners** [Carrasco, 2006]
**Itchy eyes    OR = 3.02 95% CI (1.04-8.79)   Unknown Age** [Suarez, 2005]
**Itchy eyes**    Days of Activity in Highly polluted Area:
           **OR = 1.00  < 3 days**  [Suarez, 2005]
           **OR = 3.12 95% CI (1.15-8.43)  3-20 days**   [Suarez, 2005]
           **OR = 3.07  95% CI (1.32-7.14)  > 20 days**   [Suarez, 2005]
**Itchy eyes**    No. of activities
           **OR = 1.00    1 activity**  [Suarez, 2005]
           **OR = 1.38  95% CI (0.50-3.77)   2 activities**  [Suarez, 2005]
           **OR = 5.24 95% CI (1.98-13.87)   3 or more activities**  [Suarez, 2005]
**Itchy eyes**    Cleanup of boulders and rocks/shingle beaches/wharves
           **OR = 2.68 95% CI (1.22-5.91)**   [Suarez, 2005]
**Nasal symptoms    OR =  1.87  95% CI  (1.62—2.16)  M** [Zock, 2007]
                **OR = 1,61   95% CI  (1.33—1.94)  F**   [Zock, 2007]

**Association between participation in cleanup activities and nasal symptoms according to the time elapsed since the last cleanup activities:**
322 to 436 days  **Nasal symptoms  OR = 2.66 95% CI  (227-3.11)** [Zock, 2007]
437  to 610 days                 **OR =  1.90  95% CI  (1.62—2.24)** [Zock, 2007]
Unknown time                 **OR =  1.98  95% CI  (1.70—2.32)** [Zock, 2007]

**Runny nose  OR = 2.12  95% CI  (1.47—3.05)   p  = <.001**   [Lyons, 1999]

**Lesions  Bird Cleaners    OR = 95% CI  (2.51-4.57)** [Suarez, 2005]

**Lesions Days of Activity**
>    **OR = 1.0   < 3 days**   [Suarez, 2005]
>    **OR = 1.29  95% CI (0.58-2.89)**  3-20 days   [Suarez, 2005]
>    **OR = 3.11  95% CI (1.68-5.78)** > 20 days      [Suarez, 2005]

**Lesions Less Polluted Area**
>    **OR = 1.00**    < 3 days  [Suarez, 2005]
>    **OR = 1.85  95% CI ( 0.89-3.85)**  3 – 20 days  [Suarez, 2005]
>    **OR = 3.40  95% CI (1.73-6.68)** > 20 days      [Suarez, 2005]

**Lesions No. of Activities**
>    **OR = 1.00**  1 activity   [Suarez, 2005]
>    **OR = 3.24  95% CI (1.55—6.67)**  2 activities   [Suarez, 2005]
>    **OR = 4.90  95% CI (2.18—11.02)** 3 or more activities   [Suarez, 2005]

**Lesions Type of Activity**
>    **OR = 5.59  95% CI (3.05-10.25)** Bird Care  [Suarez, 2005]
>    **OR = 6.16  95% CI (1.91—19.80)** Location of barriers  [Suarez, 2005]

**Lesions Protective clothing/devices: Suits**
>    **OR = 1.00**  Worn and not torn  [Suarez, 2005]
>    **OR = 2.47  95% CI (1.20—5.10)** Worn and torn  [Suarez, 2005]

**Lesions Skin Contact with Fuel-Head and Neck**
>    **OR = 2.00  95% CI (1.02—3.96)** [Suarez, 2005]


**Itchy Skin  OR = 13.48; P < 0.00001**  [D'Andrea, 2014]


Tasman Spirit Oil Spill  (Karachi, Pakistan; July 27, 2003)
**Sore eyes   Crude POR = 11.7  95% CI  (6.0—22.6)      [Janjua, 2006]**
>                **Adjusted POR  =  11.9  95% CI (5.7—24.9)** [Janjua, 2006]

**Itchy eyes    Crude POR = 6.4  95% CI  (3,5—11.6)      [Janjua, 2006]**
>                **Adjusted POR  =  5.9  95% CI  (3.0—11.7)** [Janjua, 2006]

**Watery eyes   Crude POR = 6.2  95% CI (3.2—11.7)      [Janjua, 2006]**
>                **Adjusted POR  =  5.3  95% CI (2.6—10.9)** [Janjua, 2006]

**Eye Irritation/Redness  OR = 23.06  95% CI (2.9-182.3) p = 0.0001** [Meo, 2009]
**Red Eyes   Crude POR = 8.3  95% CI (3.8—18.0)      [Janjua, 2006]**
>                **Adjusted POR  = 8.5  95% CI (3.6—19.7)** [Janjua, 2006]

**Skin symptoms**
**Itchy Skin   POR = 10.2  95% CI  (4.0—26.1)    [Janjua, 2006]**
**Itchy skin    OR = 2.66  95% CI (1.59—4.48)** [Lyons, 1999] **p = <.001**
**Rash         OR = 2.69  95% CI (1.41—5.18)**  [Lyons, 1999] **p = <.001**


**Skin irritation   POR =  8.1  95% CI  (2.8—23.0)** [Janjua, 2006]


**Runny Nose  OR = 13.5 95% CI (2.9-62.2)  p = 0.0001**  [Meo, 2009]


The Tanker MV Braer Oil Spill (Garth's Ness, south west of Shetland, January 5, 1993)
**Itchy Eyes  OR  =  26.0  95% CI (9.58—70.58)** Exposed Group  [Campbell, 1993]
>                Before:  17%   After 117%
>                **OR = 6.72  95% CI (2.53—19.45)** Exposed v Controls  [Campbell, 1993]

**Skin Irritation  OR  = 42.0  95% CI (7.19—376.15)** Exposed group   [Campbell, 1993]
Before:  14%   After:  65%
**Skin Irritation  OR = 2.62  95% CI (1.04-7.02)**  Exposed v Controls  [Campbell, 1993]

Crude Oil Pipeline Rupture (Etiama Nembe, Nigeria, May 2000)
**Itchy Eyes  OR  =  10.93; P < 0.0001**    [D'Andrea, 2014]

Bosch X, 2003 reports that exposure to oil spill has detrimental effect on clean-up workers' health.  The Prestige tanker oil spill off Spain's northwestern coast has had a devastating effect on wildlife in the region.  A report was released by the Spanish Higher Research Council that high lighted the toxic effects of the oil on the many volunteers and soldiers who are cleaning up the Galician coastline.   This report that was released on January 2, 2003 notes that the oil contains heavy metals, especially zinc, nickel, and vanadium, as well as sulphur, and polycyclic aromatic hydrocarbons (PAHs) such as benzene and toluene.  Direct contact with the oil or its vapours can cause skin rash and eye redness, the report adds, and prolonged and repeated exposure at low concentrations can cause nausea, dizziness, headache, and somnolence.  In mid-November, the Prestige, which was carrying 77,000 tonnes of fuel oil, broke in two and sank 240 km off the coast; so far, it is estimated to have lost about a quarter of its cargo, and more than 500 beaches have been contaminated.  On Jan 4, the Gallician Health Department released a report on people who sought medical attention for complaints between November 29 and January 3.  During this period 711 clean-up workers requested an examination for their symptoms.  These included **conjunctivitis (167),** headache (138), sore throat (137), breathing difficulty (115), vomiting (103), skin rash (73), and abdominal pain (42).  All clean-up workers were previously urged to wear respirators, goggles, gloves, and impermeable clothes.  (Bosch, 2003)

Benzene concentrations in the **Prestige Oil Spill** were  high (388 ug/m$^3$ for volunteers; 115 ug/m$^3$ for workers) in view of the fact that the yearly average value recommended by the European Union is 5 ug/m$^3$.   (Rodriguez-Trigo, 2007)

Jan-Paul Zock et al. (2007) [Prestige Oil Spill] reported that the risk of developing symptoms increased with the level of exposure from oil spillage.  A significant dose-related trend was seen when the number of days and the average number of hours of daily activities were considered.  The authors observed that the prevalent respiratory symptoms among male workers were wheezing with breathlessness (9.6%); shortness of breath (10.3%); chronic cough (16.1 %); chronic phlegm (17.6%); asthma (4.7%); chronic bronchitis (4.6%); nasal allergy or rhinitis (7.9%).  (Meo, 2009)

Suarez et al. (2005), and Carrasco et al. (2006) [Prestige Oil Spill] reported the toxic effects including headache, itchy eyes, nausea, vomiting, dizziness, throat and respiratory tract problems and noted that these symptoms were more prevalent among workers who did the cleanup in highly polluted areas.  The overall frequency of the health complaints reported by Suarez et al., (2005) was 8% for headache, 5% for eye symptoms, 10.7% for neuro-vegetative disorders, and 8.1 % for the throat and respiratory problems.

On December 12, 1999, the oil tanker Erika wrecked and sank 55 km off the French coast of Penmarch Point on the south coast of Brittany, resulting in more than 20,000 tons of heavy oil being released into the open sea.  The weather conditions and currents in the vicinity of the spill caused the oil slick to spread along 400 km of the coastline, from western Brittany to the northern tip of the islands of Re and Oleron, raising health concerns in the oil spill impacted area.  Health problems among people involved in clearing oils spills are not uncommon.  The Erika spill in 1999 (Penmarch, France) involved a similar type of oil to the Prestige Oil Spill.  (D'Andrea, 2014)  A survey on 3,669 clean-up workers found that 53% had at least one symptom including headache, rash, **eye redness**, respiratory problems, nausea, and abdominal pain.  (Bosch, 2003) Health problems such as lumbar pain (30%), migraines (22%), and **dermatitis (16%)** were reported.  To a lesser degree, participants also reported **eye irritation (9%),** respiratory problems (7%), and nausea (6%).  (D'Andrea, 2014- The Erika spill)

Benzene and other VOC concentrations in the Erika Oil Spill included atmospheric samples on the oil-polluted beach:

| | | |
|---|---|---|
| VOCs | 3,920 ug/m$^3$ | 4,450 ug/m$^3$ |
| Naphthalene | 4.22 ug/m$^3$ | 4.62 ug/m$^3$ |
| Benzene | 124 ug/m$^3$ | 96 ug/m$^3$ |
| Toluene | 489 ug/m$^3$ | 576 ug/m$^3$ |
| Xylenes | 1,687 ug/m$^3$ | 1,995 ug/m$^3$ |

(Baars, 2002 from Boudet et al., 2000- The Erika spill)

For dermal exposure to PAHs in soil matrices RIVM estimated in 1989 a limit value for the $1:10^4$ excess lifetime skin cancer risk of 2 ng benzo[a]pyrene equivalents per cm$^2$ skin per day. (Brinkman et al, 1989 in Baars, 2002- The Erika spill)  [National Institute of Public Health and the Environment (RIVM – Netherlands)]

The spillage from a Greek oil tanker the "Tasman Spirit" carrying approximately 67,535 ton of crude oil, which ran aground in the channel of the Karachi port, Pakistan, and sustained a hull damage that ruptured the tanker.  During the following week, an estimated 28,000 ton of crude oil spilled into the sea and started coming ashore.  Air pollution resulted from the release of approximately 11,000 ton of volatile organic compounds (VOCs) that had entered the air after the spillage.  The VOCs sampled at various areas surrounding the city ranged from 44 ppm to 179 ppm.  A pungent odor was reported and mist vapor was perceptible at a distance of about 2-4 km from the beach area.  The residents and workers were exposed to VOCs at 40 to 170 ppm.  (Meo, 2009)

Crude oil is a combination of various chemical compounds, including mainly para-phenols and aromatic hydrocarbons.  Among the aromatic hydrocarbons, of toxicological interest are benzene, alkyl benzene and polycyclic aromatic hydrocarbons (PAHs) along with trace amounts of metals.  Crude oil spillage in the sea is thought to produce health effects including cough, shortness of breath, sore throat, runny nose, asthmatic attacks, redness of eyes, nausea, vomiting, abdominal pain, diarrhea, headache, dizziness, back and leg pain.  In the present study [Tasmin Spirit Oil Spill], the subjects involved in oil cleanup operations showed a high prevalence of cough (38%), **runny nose (36%), eye**

**irritation/redness (32%)**, sore throat (28%), headache (28%), nausea (24%), and general illness (18%).  (Meo, 2009)

On January 5, 1993, the oil tanker MV Braer on passage from Norway to Quebec lost engine power and drifted.  A combination of strong winds and local currents grounded and wrecked it upon a rocky shoreline at the Garths Ness near Shetland, Scotland.  Over the next 6 days, it leaked its cargo of 25 million gallon (85,000 tons) of Norwegian Gullfaks crude oil into the sea.  The maximum discharge occurred as the ship broke up on January 11, 1993.  Concerns were raised about the health consequences among the population exposed to the oil spill.  Crum (1994) demonstrated that individuals exposed to crude oil at the grounding of the Braer oil tanker developed headache, **irritation of the eyes**, throat and skin.  Similarly, Campbell et al., (1994) noted that the exposed group experienced symptoms of bruising, unsteadiness, weakness, cramps, **eyesight problems**, wheezing and breathlessness.  (Meo, 2009)

On February 15, 1996, the oil tanker Sea Empress, carrying a cargo of 140,000 tons of crude oil, ran aground on the rocky shoreline at the entrance of the Milford Haven harbor in southwest Wales, United Kingdom.  By the next week, more than 72,000 tons of crude oil spilled into the sea, contaminating approximately 200 km of the coastline.  The oil spill from this tanker had strong pungent odors associated with it, leading to health complaints from the residents of the coastal towns.  Lyons et al. reported general illness, headache, nausea, vomiting, diarrhea, **sore eyes**, runny nose, sore throat, cough, itchy skin, shortness of breath, anxiety and depression.  (Sea Empress Oil Spill)  (D'Andrea, 2014)

Early on the morning of December 7, 2007, an oil tanker, the Hebei Spirit, carrying 263,000 KL of crude oil from the United Arab Emirates to Daesan Harbor on the western coast of Korea crashed into a crane ship, spilling 12,547 KL (about 10,900 tons) of oil into the sea.  The oil rapidly spread over 1,052 km or 3,000 ha of coastal line, damaging marine animals and beaches that used to attract millions of people each year by their natural beauty.  By July 2008, the number of people participating in the clean-up activity reached more than 2 million person-days, the majority of which were volunteers.  These workers were not properly protected, especially during the first few days of the accident. As a result, these individuals were exposed to volatile organic compounds, (VOCs), polycyclic aromatic hydrocarbons (PAHs) and metals including metallic mercury. (Cheong, 2011)

The urinary metabolites of PAHs did not show significant difference between clean-up participants and referents.  The samples of 2nd and 3rd week in the clean-up work participants showed significantly higher levels of both **2-naphthol and 1-hydroxypyrene than those of the 5th to 6th week (p = 0.02 and < 0.001, respectively)**. (Cheong, 2011- the Hebei Spirit oil spill)

Residents whose urinary hippuric acid level ( was higher than the median level reported significantly increased symptoms of **nasal irritation odds ratio OR = 2.97 95% CI ( 1.30 to 6.79), nausea and vomiting sensation (OR = 3.01 95% CI (1.22-**

7.42) while those whose urinary methyl-hippuric acid level (xylene) was higher than the median level more frequently reported **fatigue and fever (OR = 4.38 95% CI (1.25-15.37)** than those whose urinary level was median or lower.  Residents with higher levels of 1-hydroxypyrene (PAH) showed four times more **musculoskeletal symptoms (OR = 4.16 95% CI (1.10-15.68).  Eye irritation symptoms** were reported **20 times more often** and **skin irritation symptoms were reported five times more often among those with higher lead levels.  Eye irritation symptoms were reported five times more often among individuals with urinary mercury levels.   Skin irritation symptoms** were reported **two times more frequently** and headache and palpitation was two to four times higher **among individuals with higher urinary nickel and cadmium levels** respectively.  (Cheong, 2011- the Hebei Spirit oil spill)



**Figure 2.** Risk of physical symptoms accoding to the level of urinary VOCs and PAHs metabolites and metals in 154 residents pariticipating in clean-up of the Hebei Spirit oil spill, Taean, Korean, 2007-2008.

Physical symptoms 1: eye irritation, 2: visual disturbance, 3: nasal irritation, 4: sore throat, 5: bronchial irritation, 6: dermal irritation, 7: headache, 8: palpitation, 9: nausea/vomiting, 10: abdominal pain, 11: fatigue/fever, 12: musculoskeletal symptoms, 13: memory/coginitive disturbance, 14: back pain.
MA: t,t-muconic acid, MnA: mandelic acid, HA: hippuric acid, mHA: methyl hippuric acid, 1-OHP: 1-hydroxypyrene, 2-Naphthol: β-naphtol, Pb: lead, Hg: mercury, Mn: manganese, Ni: nickel, Cd: cadmium, VOCs: volatile organic compounds, PAHs: polycyclic aromatic hydrocarbons.
Odds ratio and 95% confidence intervals of people whose urinary level was in the upper half referenced by those with levels in the lower half, estimated using multiple logistic regression model adjusted for age, gender, history of asthma diagnosed, health belief regarding oil spill.
Statistically significantly increased risk of physical symptoms in individuals whose urinary level was in the upper half compared to those with levels in the lower half.

**Cheong, 2011 Figure 2**

   The urinary metabolites of benzene include the following:  urinary benzene level, trans, trans-muconic acid, S-phenyl mercapturic acid,  hydroquinone, catechol, 1,2,4-trihydroxybenzene, and phenol.  Toluene metabolites used as biological indicators of exposure include the following: Hippuric acid, ortho-cresol, m-cresol, and p-cresol.  Ortho-cresol is most commonly used.  The Xylene urinary metabolites used for biomarkers is methylhippuric acid.  Ethylbenzene urinary levels of mandelic acid and/or phenylglyoxylic acid are used as biomarkers.  However, these are also elevated following exposure to styrene.  (Qu Q, 2000; ATSDR, October 2017; Pierce CH, 2002; ATSDR, September 2011; Waidyanatha S, 2001; Langman JM, 1994)

Residents exposed to oil remnants through clean-up work showed associations between physical symptoms and the exposure levels defined by the days of work, degree of skin contamination, and levels of some urinary exposure biomarkers of VOC metabolites and metals. The symptom prevalence in visual disturbance, nausea/vomiting, abdominal pain, palpitation, and skin irritation decreased from 2nd or 3rd week to 4th or 5th week and then increased at 6th and 8th week while others continuously increased from earlier time to later. At 8 weeks after the disaster, the most common subjective symptoms included eye irritation (86.1%), musculoskeletal symptom (86.1%), headache (84.7%), fatigue/fever (83.3%), nasal irritation (83.3%), dermal irritation (81.7%), sore throats (73.6%), back pain (73.6%), bronchial irritation (72.2%), nausea/vomiting (72.2%), memory/cognitive disturbance (62.5%), visual disturbances (61.1%), palpitation (56.3%), and abdominal pain (50.0%). The crude oil initially evaporated strong volatile chemicals and then abruptly decreased in one or two weeks while PAHs evaporated slowly and continuously. Therefore, during working in contaminated coasts, the irritation symptoms mainly due to VOC exposure decreased accordingly. The fact that the complaint of symptoms increased as the days of the clean-up work increased indicates that the symptoms were actually associated with the hazardous effects of crude oil exposure. (Cheong, 2011; D'Andrea, 2014- the Hebei Spirit oil spill)

In May 2000, a crude oil pipeline of the major oil-producing company ruptured in Etiama Membe in Bayelsa State, Nigeria. The surrounding local communities were contaminated heavily with the spilled oil. To investigate the health effects of this oil contamination, Ordinioha and Sawyer (2010) conducted a study among the residents in the affected community. The study investigators assessed the acute health effects of the oil spill in 210 exposed subjects, and their outcomes were compared with those of 210 unexposed subjects. The findings of the study indicated that exposure in the prevalence of several physical symptoms including **diarrhea (OR = 4.6; P <0.0001)**; **cough (OR = 4.13; P < 0.0001)**; **headaches (OR = 3.84; P < 0.0001)**; **sore throats (OR = 6.49; P < 0.0001)**; **itchy eyes (OR = 10.93; P < 0.0001)**; **itchy skin (OR = 13.48; P < 0.00001)**; and **occupational injuries (OR = 5.29; P < 0.0005)**.

## 8.0 Arsenic and Chronic dermatitis

Arsenic is highly toxic to humans. Evidence from previous studies suggests that the oxidation state of arsenic and its degree of methylation affect the toxicity of arsenicals. The iAs (inorganic arsenic, include trivalent $As^{III}$ and pentavalent $As^{V}$), particularly $As^{III}$ has the highest toxicity and MMA (monomethylarsonic acid( is more toxic than DMA (dimethylarsinous acid). Arsenic is considered a Category I human carcinogen by the International Agency for Research on Cancer (IARC). The maximum permissible concentration of iAs in drinking water, as recommended by the World Health Organization (WHO) and the US Environmental Protection Agency is 10 ug/L. Subjects chronically exposed to high concentrations of arsenic in drinking water can develop skin lesions, including hyperkeratosis, depigmentation and pigmentation. In general, higher levels of %iAs and %MMA, and lower levels of %DMA in urine elevate the risk of skin lesions. Similarly, a higher primary arsenic methylation index (PMI, proportion of

methylate iAs to MMA) and lower secondary arsenic methylation index (SMI, proportion of further methylate MMA to DMA) can increase the risks of skin lesions. (Wei, et al., 2017)

Ramos et al., 2008, studied noninfectious dermatological diseases associated with chronic exposure to mine tailings in a Peruvian district.  A statistically significant difference between groups of exposed and nonexposed individuals was found for arsenical dermatitis, nonpruritic papulovesicular eruption, atopic dermatitis, contact dermatitis, seborrhoeic dermatitis and xerosis.  In the pediatric population 71 exposed and 64 nonexposed children were evaluated.  Sixty-nine per cent of the exposed group had some noninfectious dermatological disease vs 30% in the nonexposed group **(p<0.001; OR 6.00 95% CI (2.71-13.31)**  (Ramos et al., 2008)

A complete clinical examination of the skin was performed by a dermatologist, evaluating the presence of  noninfectious dermatological disease.  In addition, arsenic clearance was measured in a 24-h urine sample  In adults, chronic exposure to mine tailings is associated with arsenicosis, nonpruritic papulovesicular eruption, xerosis, seborrhoeic dermatitis, atopic dermatitis and contact dermatitis, while in children it is associated with xerosis and atopic dermatitis. In the adult population, there is an association between high levels of arsenic (10,000 mg/kg) in mine tailings and the appearance of precancerous lesions such as arsenical keratosis.  (Ramos et al., 2008)

Statistical analysis of noninfectious dermatological diseases in adult and pediatric populations exposed and  not exposed to mine tailings are as follows:

**Nonpruritic papulovesicular eruption   p = 0.01  OR = 6.98   95% CI(1.52-32.10)**
**Xerosis            p < 0.001  OR = 5.03   95% CI(2.45-10.37)**
**Seborrhoeic dermatitis  p = 0.01  OR = 4.17   95%CI (1.60-10.89)**
**Contact dermatitis   p = 0.04  OR = 3.82  95% CI (1.04-13.99)**
**Atopic dermatitis  p = 0.03   OR = 5.26  95% CI (1.13-24.60)**
 (Ramos et al., 2008)

Yunus et al ., 2011, presented a review of findings from arsenic and health studies in Matlab, Bangladesh including Arsenic exposure on the risk of skin lesions.  A  dose-response relationship for both genders with arsenic exposure and skin lesions was reported (p < 0.001).  Men had a higher risk of having skin lesions than women: **OR = 10.9 vs 5.78  in the highest average exposure quintile  ((p = 0.005)** (Ramos et al., 2008)

For arsenic metabolism, the risk for skin lesions is almost three times higher in the highest tertile of %methylarsonic acid compared with the lowest tertile.:
        **Adjusted OR = 2.8 95% CI (1.9-4.2),  p<0.001**
The study showed gender specific risk for skin lesion, higher risk observed for men comparing women because of less efficient methylation of As, as defined by a higher fraction of methylarsonic acid and lower fraction of dimethylarsonic acid in the urine among men.  (Ramos et al., 2008)

(Ramos et al., 2008)



Fig 3. Clinical manifestations of arsenicosis in San Mateo de Huanchor, Lima. (a) Arsenical hyperpigmentation in a man exposed to mine tailings. (b) Palmoplantar arsenical keratosis in an adult woman exposed to mine tailings.

(Ramos et al., 2008)

Several in vitro and in vivo studies have shown that DNA repair system is compromised by arsenic exposure. Keratosis is considered to be the premalignant lesion. As chromosomal aberrations (CA) in peripheral lymphocytes is proposed to be one of the most potent surrogate biomarkers for carcinogenic events, hence, we expected that individuals exhibiting keratosis might be having higher level of CA compared to the a second study group. Our study found **significantly higher chromosomal aberrations both in the form of % aberrant cell (p < 0.001) and CA/cell (p , 0.001) in the individuals with keratosis compared to individuals without arsenic-induced skin lesions.** (De Chaudhuri, et al., 2008)

Wei, et al., 2017, studied arsenic methylation and skin lesions in migrant and native adult women with chronic exposure to arsenic from drinking groundwater in Inner Mongolia, China. Odds Ratios are provided that results in urinary concentrations of DMA, MMA and iAs, and nail concentrations of arsenic were significantly higher in women with than without skin lesions. The concentrations of arsenic metabolites and arsenic methylation capacity varied widely among the different groups of women. The external group had the highest prevalence of skin lesions. Meanwhile, lower concentrations of DMA, MMA, and iAs and higher arsenic methylation capacity were

observed in the external group.  They were more susceptible to arsenic compared to other groups.

Birmingham et al., 1965, presents an outbreak of arsenical dermatoses in a Mining Community.  A variety of cutaneous effects, including eczematous contact dermatitis, folliculitis, pyoderma, and ulceration was observed.  The major cause of these dermatoses was arsenic trioxide, a by-product in smelting the ore processed for gold production.  Inadequate engineering controls to remove the arsenic trioxide and sulfur dioxide from the effluent was the cause of the community contamination

Chakraborti et al., 2016, investigated the distribution of arsenic in groundwater and the prevalence of arsenic toxicity including arsenical skin lesions.  To determine the number of people suffering from arsenical skin lesions and other arsenic-related symptoms, surveys were distributed in Shahpur, India.  In the Shahpur block all 11 adults had arsenical skin lesions with another 11 family members having similar lesions.

The prevalence of the various skin lesions were recorded as follows:
Spotted melanosis on palm  = 22%
Diffuse melanosis on palm = 55%
Spotted melanosis on trunk  = 78%
Diffuse melanosis on trunk  = 76%
Leuco-melanosis  = 11%
Whole body melanosis  = 46%
Spotted keratosis on palm  = 64%
Diffuse keratosis on palm  = 47%
Spotted keratosis on sole  = 57%
Diffuse keratosis on sole  = 48%
Dorsal keratosis  = 12
Suspected Bowens  = 3%
                                       (Chakraborti et al., 2016)



**Fig. 4** Subject from Semria Ojhapatti village, Shahpur block with keratosis and multiple Bowen's

(Chakraborti et al., 2016)



(Chakraborti et al., 2016)

Pigmentation and keratosis are the specific skin diseases characteristic of chronic arsenic toxicity.  The arsenic content of the current water source ranged up to 3,400 ug/L; however, more than 80% of the participants consumed water with arsenic levels less than 50 ug/L.  100% of 156 arsenicosis patients had pigmentation of the skin and 61.5% had keratosis from their arsenic exposures in a study in West Bengal, India.   (Mazumder and Dasgupta, 2011)

Ratnaike 2003, reports that Arsenic exerts its toxicity by inactivating up to 200 enzymes, especially those involved in cellular energy pathways and DNA synthesis and repair.  Numerous skin changes occur with long term exposure.  Dermatological changes are a common feature and the initial clinical diagnosis is often based on hyperpigmentation, palmar and solar keratosis.  The keratosis may appear as a uniform thickening or as discrete nodules.

Liao et al, 2011, demonstrated concentration-dependent cellular responses of arsenic in keratinocytes.  Arsenic is known to be cytotoxic because of its chemical reactions with the thiol group of proteins and its ability to generate free radicals during cellular metabolism.  At low concentrations ($\leq 1$ uM), As not only induces p53 expression but also concomitantly increases the p53 inhibitory protein murine double minute (MDM2).  Low concentrations of As promote p53 nuclear export (p53 inactivation) through MAPK pathway and promoter-mediated expression of human homologue of murine mdm2 in keratinocytes.  This functional loss of p53 in keratinocyte results in impaired apoptosis in response to UV irradiation or 5 fluorouracil treatment.  These findings suggest that a functional inhibition of As-induced p53 by low As concentrations is able to compromise the normal functions of keratinocytes against oxidative and genotoxic effects.

Yamaguchi et al., 2016, reports that Arsenic has been known to inhibit cell proliferation in *in vitro* conditions.   The mechanism involved in arsenic acid-mediated

inhibition of cell proliferation using mouse skin fibroblast cell line.  The present study found that 10 ppm arsenic acid inhibited cell proliferation, without any effect on cell death  Arsenic acid induced the generation of reactive oxygen species (ROS), resulting in oxidative stress to DNA.  It also  activated the mammalian Ste20-like protein kinase 1 (MST); however the serine/threonine kinase Akt was downregulated.  Forkhead box O (FOXO) transcription factors are activated through phosphorylation by MST1 under stress conditions.  Results showed that arsenic induced the nuclear translocation of FOXO1 and FOXO3a and altered the cell cycle, with cells accumulating at the G2/M phase.  These effects caused cellular senescence.  Taken together these results indicate that arsenic acid inhibited cell proliferation through cellular senescence process regulated by MST1-FOXO signaling pathway.

Arsenic exposure disrupts the redox balance and produces higher level of ROS in cells, through modulation of intracellular antioxidant activities, such as decreased catalase activity and increased superoxide dismutase activity, which lead to enhanced oxidative stress.  (Lee and Ho 1995 in Yamauchi, 2016)

## Section  9.0   Review of the Pertinent Literature on Arsenic

### 9.1  Metals

Metals differ from other toxic substances in that they are neither created nor destroyed by humans.  Metals are the oldest toxins known to humans.  Usage began prior to 2000 BC.  Metals are redistributed naturally in the environment by both geologic and biological cycles.



*Figure 23-1.  Routes for the transport of trace elements in the environment.*

When discharged in gaseous or fine particulate forms, metal may be transported in the atmosphere over global distances.  (Casarett & Doull's, 2001)

Dose is a multidimensional concept.  It is a function of time and concentration of the

metal.  Metals are cumulative toxins.  Every exposure may add to the body burden and the toxic effects will reflect the accumulation of the metal at the target tissue.  The most precise definition of dose is the amount of metal within cells or organs manifesting a toxicologic effect.  (Casarett & Doull's, 2013)

   Biological half-life describes the retention time of the metal.  The time it takes for the body or organ to excrete half of an accumulated amount.  Retention time varies according to the metal as well as the organ or tissue.  There is more than one half-life to fully describe the retention time for many metals.  For example: the half-life of lead in the blood is 35 days; in the bone—20-30 years.  (Casarett & Doull's, 2013)

   Toxicity is determined by the dose at the cellular level, valence state, and ligand binding.  For example: hexavalent chromium is highly toxic but trivalent chromium is an essential trace metal.  Ligand binding is the most fundamental chemical process in metal toxicity and in cellular defense against metals.  For example: thiol ligands (R-S-H) of metallothionein bind some metals as part of a defense system.  Arsenic remaining in the body after 4 weeks may be bound to sulfhydryl groups ($-SH$) in keratin-rich skin, hair, and nails.  This is an elimination process.  (Casarett & Doull's, 2013)

   Certain metals can form organometallic compounds which involve covalent metal-carbon bonds.  Organic forms differ in toxic properties from inorganic counterparts.  For example:  tetraethyl lead and dimethyl mercury are lipid soluble—readily pass across biological membranes --can cross the blood/brain barrier.  Organic species of metals are transformed ultimately to inorganic species.  Patterns of disposition and toxicity differ for inorganic and organic forms.  For example:  methyl mercury is a neurotoxin;  mecuric chloride is toxic to kidneys.  Persons at either end of the life span—young children and elderly people—are more susceptible to metal toxicity from exposure to a particular level of metal than are most adults.
(Casarett & Doull's, 2013)

## 9.2  Arsenic

   Arsenic is a steel-gray crystalline brittle metal.  There is also an unstable yellow crystalline form containing $As_4$ molecules, similar to the structure of phosphorus. The atomic number of arsenic is 33; and the atomic weight is 74.922.  (Patnaik, 2002)

   Inorganic arsenic is a potent human carcinogen.  The International Agency for Research on Cancer (IARC) classifies arsenic and inorganic arsenic compounds as Group 1 human carcinogens.  Arsenic causes cancers in: skin lungs, urinary bladder, kidney, and is also associated with cancers in the liver, prostate, and ovaries.  Drinking water concentrations around 10 µg/l are associated with 0.1% to 0.3% cancer risk  (1/1000 to 3/1000).  There is increased risk with other non-cancer effects: hyperkeratosis, pigment changes; cardiovascular diseases including hypertension; respiratory effects; neurological; liver;  kidney disorders; and diabetes mellitus.   The World Health Organization drinking water guideline is 10 µg/l.   (IARC, 2012; WHO, 2014)

Arsenic occurs in trivalent and pentavalent inorganic forms.  Arsenic occurs in two oxidation states:  a trivalent form:  arsenite ($As_2O_3$ ; As III; $As^{+3}$) and a Pentavalent form: arsenate ($As_2O_5$; As V; $As^{+5}$).  Arsenic III is 60 times more toxic than As V. Airborne arsenic is mostly trivalent arsenic oxide. Deposition in airways and absorption from the lungs is dependent on particle size and chemical form.  (Casarett & Doull's, 2013)

The whole body biological half-life of ingested arsenic is 10 hours for ingested inorganic arsenic and 30 hours for methylated arsenic.  80-90% of a single dose is absorbed from the GI tract. Excretion of absorbed arsenic is mainly via the urine.  50% to 80% of inorganic arsenic is excreted in 3 days in the urine.  Arsenic has a predilection for skin and is excreted by desquamation of skin and in sweat particularly during periods of profuse sweating.  Arsenic concentrates in newly forming fingernails and hair. (Casarett & Doull's, 2013)

Arsenic has no known beneficial effect.  The average adult consumes less than 1 µg/kg/day of arsenic in the diet.  The concentration of metabolites of inorganic arsenic in urine generally ranges from 5-20 µg/L.   Seafood contains organic arsenic.  The two most commonly found organic forms of arsenic in food are arsenobetaine and arsenocholine. These organic compounds are found in shellfish, cod, and haddock.  (See below)



**Arsenobetaine**

## 9.3  Transport and Distribution of Arsenic

After absorption by the lungs or the gastrointestinal tract, arsenic is transported by the blood to other parts of the body.  After exposure to arsenite or arsenate, most arsenic is cleared from the blood.  As a consequence of the efficient biotransformation of both trivalent and pentavalent inorganic arsenic in vivo, tissue partitioning is somewhat similar for the different forms of exposure.  In humans as well as in most animal species, exposure to either arsenite or arsenate leads to an initial accumulation in the liver, kidneys, and lungs.  Tissue analysis of organs taken from an individual after death from ingestion of 3g arsenic (in the form of arsenic trioxide) showed a much higher concentration of arsenic in the liver (147ug/g) than in the kidney (27 ug/g) or muscle, heart, spleen, pancreas, lungs, or cerebellum (11-12ug/g).  Small amounts were also found in other parts of the brain (8u/g), in the skin (3ug/g), and in hemolyzed blood (0.4 ug/g).  Clearance from these tissues is rather rapid.  **In contrast, long-term retention of arsenic is seen in the hair, skin, squamous epithelium of the upper gastrointestinal tract, epididymis, thyroid, lens, and skeleton.  Human autopsy data have also shown high arsenic levels in the hair, nails, teeth, bone, and skin.**  (Nordberg et al, volume 2, 4th ed, 2015)

Animals exposed to arsenic through inhalation or drinking water will have increased tissue levels during the first weeks or months, but the levels will then decrease even if the exposure is prolonged.  Changes in tissue retention in the case of chronic exposure should therefore be considered when evaluating biological half-times for arsenic compounds. Generally whole body clearance is fairly rapid, with half-times of 40-60 hours in humans. Three different phases of urinary excretion have been demonstrated in humans after a single intravenous injection of radiolabeled arsenite, with half-times of approximately 2h, 8h, and 8 days, respectively.  After oral intake of radiolabeled pentavalent arsenic, 66% was excreted with a half-time of 2.1 days, 30% with a half-time of 9.5 days, and 3.7% with a half-time of 38 days in the three phases.  (Nordberg et al, volume 2,  4th ed, 2015)

Elimination of arsenic from most tissues is complete in 2 to 4 weeks.  Arsenic remaining in the body after 4 weeks is bound to sulfhydryl groups ($-SH$) in keratin-rich skin, hair, and nails.  Organic arsenic forms found in fish and crustaceans—arsenobetaine and arsenocholine—are reported as not biotransformed in vivo in humans in many references.  However, there are reports that at very high concentrations, some will be metabolized in humans; others report metabolism of organic As in humans.   Organic arsenic is excreted completely within 1 to 2 days after ingestion.  Blood levels of inorganic arsenic decline rapidly and are detectable for only 2 to 4 hours after exposure. Methylated metabolites of inorganic arsenic (e.g. monomethylarsonic acid and dimethylarsinic acid) are detectable in the blood for more than 24 hours after ingestion. As arsenic is cleared from the blood, it is distributed to the liver, spleen, kidney, lungs, and GI tissues, with less accumulation in muscle and nervous tissue.   (Casarett & Doull's, 2013)

### 9.4  Potential Arsenic Exposure Through Dermal Penetration

Exposure to arsenic is a serious health problem in many areas of the world.  The most commonly reported route of exposure associated with adverse effects is ingestion of contaminated drinking water.  In some areas, arsenic in food may also play an important role.  The potential role of the skin in arsenic exposure, however, has not been well characterized.  One of the functions of skin is to prevent substances from entering the body.  Although the skin is a relative effective barrier, its protective properties are not absolute.  There are scant data on the dermal permeability of arsenic from contaminated water.  Research has shown that metals can penetrate through skin and reach the systemic circulation.  Prolonged contact with water increases dermal hydration, which results in an increase in the permeability of the skin.  Sweating permits soluble metals to bypass the stratum corneum (SC), the primary permeability barrier of the skin.  (Grissom et al., in Monteiro-Riviere ed, 2010)

Artsenic-contaminated groundwater is responsible for many adverse health problems from contaminated drinking (potable) water in several countries.  Dermal exposure is also occurring from nonpotable domestic uses of the arsenic-contaminated groundwater, including clothes and dish washing, personal hygiene, and bathing.  Contaminated groundwater is extensively used in some occupations (e.g. irrigation of crops, including rice and fish culture) and may also result in dermal exposure.  (Grissom et al., in

Monteiro-Riviere ed, 2010)

## 9.5  Dermal Absorption of Arsenic

Skin absorption of arsenic is very high—33 µg/cm$^2$/hr.  Arsenic has a predilection for skin and is excreted by desquamation of skin and in sweat.  Arsenic concentrates in nails and hair.  **Mee's lines (white bands in nails) appear 6 weeks after onset of symptoms of toxicity.**  Arsenic affects mitochondria, that is it impairs tissue respiration with resulting decreased ATP production.  Arsenic produces increased $H_2O_2$ forming Reactive Oxygen Species.  Arsenic induces metallothionein.  It readily crosses the placenta and affects the fetus.  (Casarett & Doull's, 2013)

The percent of total body surface area represented by body regions (Casaratt and Doull, 2001) includes the following:

Hands  =    6.90%  =  1324.8 cm$^2$
Calves  =  13.50%  =  2592  cm$^2$
Feet    =    6.40%  =  1228.8 cm$^2$

These estimated proportions are from the "50 percentile man" having a surface area of 1.92 m$^2$, ht of 175 cm, and body weight of 78 kg. (Source: Spear et al., 1977)  (1 sq cm = .0001 sq m therefore, 1.92 m$^2$ = 19,200 cm$^2$ )

Wood preservatives can protect wood from dry rot, fungi, mould and insect damage.  Chromated copper arsenate (CCA) has been used as an inorganic preservative for many years.  However, wood treated with CCA has been restricted from residential uses in the EU from June 30, 2004, due to its potential toxicity from dermal absorption.  CCA-treated wood is widely used in public parks.  CCA-treated wood poses potential health risks to the park users, due to easy dermal contact especially when the wood is wet after rainfall.  (Tang Y, et al., 2015)  Chromated copper arsenate is no longer used in residential applications, following a voluntary ban on its use in Canada and the United States of America at the end of 2003.  (IARC, 2012)

A three year study of metal levels in skin biopsies of whales in the Gulf of Mexico after the Deepwater Horizon oil crisis was published by Wise and Wise, 2017.  Several metals were reported in the MC252 oil from the Deepwater Horizon oil spill, including the nonessential metals aluminum, arsenic, chromium, nickel, and lead; genotoxic metals, such as these are able to damage DNA and can bioaccumulate in organisms resulting in persistent exposure.  The results from this three-year study of monitoring metal levels in whale skin show (1) genotoxic metals at concentrations higher than global averages previously reported and (2) patterns for MC252-relevant metal concentrations decreasing with time from the oil spill.  Skin biopsies were collected from free-ranging adult Bryde's, pilot, and sperm whales in the northern Gulf of Mexico in the summers of 2010, 2011, and 2012.  The precise route and duration of exposure cannot be determined, because the oil was burned, and metal exposures from the spill could have occurred through oral, dermal, or inhalation routes and may have lasted for a short time to several

months.  Since metals accumulate, the exposure may last for years inside the animal.
Average Arsenic concentrations showed the least changes across years and were the most
consistent across species, with most skin levels observed near 1 ug/g (1 ppm).  (Wise and
Wise, 2017)

Metals from the oil can easily enter the food web by inhalation, ingestion, or dermal
exposure to animals at any trophic level and many metals will bioaccumulate.  **Many
metals are also sequestered into tissue and can remain there for months to years
with the potential for re-exposure during physiological stress.**  Metal exposure has
been known to be an important component of oil spills for many years.  As the residual
oil is degraded or weathered, the relative concentrations of the metals in the oil are likely
to increase or be released into the environment and incorporated into some other
component (living or non-living) of the ecosystem.  (Wise and Wise, 2017)

The presence of Arsenic and its salts in cosmetics is banned by the EU legislations as
an intentional cosmetic ingredient.  Cosmetic products must not contain any of the
following substances:  heavy metals such as lead, cadmium, arsenic, antimony and its
compounds as well as mercury and its compounds, except those special cases included as
preservatives in Annex V.  The unintended presence of these heavy metals in cosmetic
products is only allowed if it is technically unavoidable under good manufacturing
practice and if the products are still safe for the human health.  In accordance with this
unintended presence in cosmetic products in general arsenic may be presence in no
greater amount than 0.5 mg/kg (0.5 ppm or 500 ppb) of arsenic.  (Bundesamt fur
Verbraucherschutz und Lebensmit-telsicherheit, 2017)

Van de Sandt et al., 2007 discusses from dermal exposure to internal dose.  Dermal
exposure has been defined as the process of contact between an agent and skin at an
exposure surface over a period  The target exposure surface in view of the dermal route is
the skin contaminant layer (SCL) compartment, that is, the compartment on top of the
stratum corneum of the human skin, and is formed by sebum lipids, sweat and additional
water from transepidermal water loss, rest products from cornification and unshed
corneocytes, and is given by its three-dimensional volume.  Parameters of the result of
contact are:  dermal exposure mass (i.e. the mass of agent present in the contact volume;
the contact volume is equivalent to the volume of the skin contaminant layer, and it is
defined by the mass (kg) of all substances onained in this compartment), dermal exposure
loading (i.e. dermal exposure mass divided by the skin surface area where an agent is
present) and dermal exposure concentration (i.e. dermal exposure mass divided by the
exposure volume of the SCL, or the exposure mass divided by the mass contained in the
SCL.)

The site of dermal exposure is directly related to the activity being performed at the
time of exposure.  Several factors can influence dermal exposure during activities,
including:
- Reduction or increase of chemical contact with skin due to normal clothing;
- Protective clothing and gloves worn by workers and the amount of protection they
offer;

- Individual difference in dermal exposure due to differing degrees of speed, care and dexterity in performing work;
- Variance in the amount of material available for dermal absorption due to actions such as wiping or cleaning the affected area; evaporation
- Variances in the barrier function of the skin in divverent parts of the body;
- Individual variability with regards to skin barrier function due to age and skin condition and
- The matrix of the chemical contaminant, solid, liquid, or vapor.

(Van de Sandt et al., 2007)

The skin is a living barrier with many functions including the protection of the body from chemical substances to which it is exposed.  It is composed of the outermost epidermis, the dermis and an underlying layer of subcutandous fat.  The uppermost layer of the epidermis is the stratum corneum, which is the rate-limiting barrier of the skin.  To cross the stratum corneum, a penetrant must first partition between its vehicle and the stratum corneum.  (Van de Sandt et al., 2007)



(www.pinterest.com)

There are then three different routes across the stratum corneum  (IPCS, 2006):  (1) between the cells, through the extracellular lipids (intercellular route), (2) through the cells, partitioning in and out of the cell membranes (transcellular route) and (3) through the shunts of the hair follicles, sweat glands and sebaceous glands (appendageal route). (Van de Sandt et al., 2007)

Dermal absorption of chemicals is most often expressed as a percentage of the dose that is in contact within the skin.  Another way to express dermal absorption is by absorption rate or flux (**J**), which is measured in *in vitro* tests and describes the net rate of transport once equilibrium (steady state) conditions have been reached.  The permeability coefficient ($K_p$) is the flux divided by the total concentration difference across the skin membrane, for measurements made with an infinite dose.  (Van de Sandt et al., 2007)

Dutkiewicz (1977) studied the absorption of arsenic in vivo by immersing the tails of female Wistar rats in solutions of 0.01, 0.1, or 0.2 M radiolabelled sodium arsenate for one hour.  The animals were sacrificed at time points from one hour to 10 days after exposure.  Arsenic was not detected in the blood or tissues for up to 24 hours aftr exposure, but increased in blood, liver, and spleen over the next 5 days.  It was concluded that the arsenic bound to the skin during the exposure period, and was slowly taken up after the exposure ceased.  The author calculated that the absorption of arsenic through skin at 0.01 M- 0.2M concentrations was 1.14 ug/cm$^2$ skin x hr – 33.1 ug/cm$^2$ skin x hr. (Dutkiewicz, 1977; Post, 2003)

The elimination of arsenic occurred chiefly in urine and feces, but the urine/feces ratio changed very substantially, depending on the route of administration.  There is a two phase kinetics elimination of arsenic from skin.  Skin application causes the accumulation of arsenic in the skin and next continuous, slow transport from the skin into the blood stream.  The Urine/feces ratio for Arsenic from the skin is 1:1.   Independent of the route of administration in vivo or in experiments in vitro considerable amounts of arsenic are bound to red blood cells.  Measurement of arsenic in red cells post dosing in skin remains steady during the 240 hours of the experiment.  (Dutkiewicz, 1977)

Rahman et al. (1994) studied the in vitro absorption of radiolabelled sodium arsenate in skin from B6C3F mice using flow-through diffusion cells.  Sodium arsenate (total mass 5, 50, or 500 ng) was applied to a skin sample of area 0.64 cm$^2$ in a volume f 100 ul or 250 ul.  After 24 hours in the diffusion chamber, the skin was washed repeatedly with water and the arsenic in the skin and in the receptor fluid was determined.  It was found that about 62% of the dose was taken up from the 100 ul volume and about 32% from the 250 ul volume, regardless of the dose.  When the arsenic was applied in a 100 ul volume, about 60% of the dose which was taken up remained in the skin and the remainder entered the receptor fluid, while when the arsenic was applied in 250 ul volume, about 90% of the dose taken up remained in the skin.  The authors also studied the absorption of "solid" arsenate applied in 50 ul of ethanol/water which was quickly evaporated;  this condition provided intermediate results between the two water volumes tested.  The reason for the great variation in absorption results between the two water volumes tested remain unclear.  However, it is interesting that in all cases tested, the percentages absorbed appeared to be independent of the doses of arsenic administered and dependent upon the way the dose was applied (100 ul, 250 ul, or "solid")  (Rahman et al., 1994; Post, 2003)

Wester et al. (1993) studied the skin absorption of inorganic arsenic, using radiolabelled arsenic acid, in vivo in Rhesus monkeys and in vitro in skin from human cadavers.  In the monkey studies, a small volume (5 ul/cm$^2$ skin) of the arsenic-containing solution was applied to the abdominal skin.  Two arsenic contrations were used, which differed by 5 orders of magnitude (0.000024 ug/cm$^2$ and 2.1 ug/cm$^2$).  The application site was covered for 24 hours, after which the cover was removed and the skin was washed with soap and water.  Urine was collected for 7 days, and the percentage of the dose absorbed was calculated by comparison to percent excreted over 7 days in an

intravenous dose (to account for non-urinary excretion and retention in the body).  The extent of percutaneous absorption of arsenic was found to be 6.4% for the trace dose and 2.0% for the high dose.  (Wester et al., 1993; Post, 2003)

In the study using human skin, Wester et al., 1993, applied the trace dose used to human cadaver skin samples in flow-through diffusion cells.  After 24 hours, arsenic was determined in the receptor fluid and in the skin following washing with soap and water.  It was found that 0.93% of the dose had entered the receptor fluid and 0.98% of the dose remained in the skin after washing, indicating a total absorption into the skin of 1.9%.  (Post, 2003)

Human cadaver skin was dermatomed to 500um and sored refrigerated at 4 degrees C in Eagle's minimum essential medium to preserve skin viability.  The skin was used within 5 days.  This preservation/use regimen follows that used by the human skin transplant bank.  (Wester et al., 1993)

Occupational exposures to pesticides containing organoarsenicals in California in 1975-1977 through Case Reports involving dermal exposures.   Skin exposure incidents included the following:

- A laborer on a construction site was exposed to an organoarsenic liquid (Phytar 560 [sodium cacodylate, cacodylic acid]  when the wind blew the spray from a power sprayer onto his face.  The employer had not provided any of the required safety equipment.  The employee developed a rash on his face the following day and sought medical aid when six days later, the rash had worsened.  The examining physician diagnosed the case as erythematous and edematous dermatitis and treated him with an injection of Kenalog.  Oral Prednisone and Synlar cream were prescribed, and the employee was directed to return for an additional office visit.
- A gardener exposed to a sodium cacodylate spray developed a rash on his arms and legs.  The examining physician diagnosed the case as contact dermatitis and treated with an injection of Depomedrol.  The employee was advised to avoid sprays for one week.
- A farm laborer was exposed to herbicides (Contact Weedkiller and Phytar 535 [sodium cacodylate, cacodylic acid]) when he turned on irrigation valves that had been sprayed two months prior with these herbicides.  The employee developed a rash on his left hand.  The examining physician diagnosed the case as contact dermatitis and prescribed steroids.
- Another irrigator went to his family doctor one month after exposure to an organoarsenic (Phytar 535) when the rash he had developed spread to his arms and face.  This physician diagnosed the case as allergic dermatitis.  Treatment consisted of unspecified medication and laboratory tests.  The employee was advised to return for two to three additional office visits.
- A laborer spraying an organoarsenic liquid containing MSMA, sodium cacodylate and cacodylic acid (Broadside) was exposed when a nearby electric weed-cutting device, used by a fellow employee, threw sprayed debris onto the laborer's neck.  The employee developed an itchy rash on the right side of his neck.  The

examining physician prescribed Deca-spray and advised the employee to return for a follow-up examination in two to three weeks. Carelessness in handling of the herbicides and power equipment, and inadequate employee supervision were indicated as the cause of the incident.

- A parks maintenance worker who sprayed an organoarsenic solution (Phytar 560) for a few minutes one morning developed a generalized rash and itching later that afternoon. The examining physician diagnosed his condition as a possible allergic reaction and treated this worker with intramuscular injections of Benadryl and Depomedrol.

- A guardsman was spraying an organoarsenic solution (HO-NO-MO) on a hot, windy day. He developed a rash on his face the following day. The examining physician diagnosed the case as allergic dermatitis and prescribed Aristocort ointment. The groundsman returned to the physician for two additional office visits, but no lingering effects were reported.

- A road maintenance worker operating a spray rig was exposed to an organoarsenic solution (Phytar 560) when the nozzle on his rig began leaking dilute material onto his pant leg. The examining physician diagnosed the case as contact dermatitis and prescribed Valisone cream.

- A landscaper spraying a mixture of sodium cacodylate and cacodylic acid (Phytar 560) complained five days later of pain and superficial peeling of the palms of both hands. He was wearing gloves at the time of exposure. The examining physician diagnosed the case as a possible chemical reaction and prescribed Mycolog cream.

- A nursery worker spilled sodium cacodylate and cacodylic acid (Phytar 560) on himself. He later developed a rash on his groin and feet. He was taken to a physician where he was treated for contact dermatitis and released.

- A ranch hand had been spraying MSMA (Bueno 6). He developed a skin rash on his face and arms two days later. The worker had been wiping the sweat off his face with his hands which were contaminated with MSMA. No safety equipment was required or worn. The employee was a little careless while spraying this material. The worker was taken to a physician and released.

- A forestry worker was cutting trees and putting Silvisar 500 on them. He later developed a rash. He was taken to a hospital emergency emergency room where he was treated and released.

(Peoples, 1979)

Eye exposure incidents included the following:
- A park maintenance worker applying a mixture of sodium cacodylate and cacodylic acid (Rad-E-Cate) was sprayed in his left eye when the wand on his sprayer detached from the hand valve. The employee had been provided with safety equipment but was not using it at the time of exposure. The worker washed his eye with water. The examining physician diagnosed the injury as a possible chemical irritation of the conjunctiva and cornea of the left eye. No treatment was required and no medication was dispensed.

- A gardener adjusting a sprayer was sprayed in the right eye by an organoarsenic liquid containing sodium cacodylate and cacodylic acid (Phytar 560). The

examining physician treated the injury by irrigating the eye and applying an eye patch. The employee was advised to see another doctor for further treatment within three days of the first examination.

- A worker spot-treating for weeds was sprayed in the face with an organoarsenic solution containing sodium cacodylate and cacodylic acid (EO-NO-MO Liquid) when the hose on his pressure sprayer came off. The worker developed mild conjunctivitis in his right eye. He was not provided with safety goggles as required. The investigator of this case deemed this worker's training inadequate and spraying equipment unsafe for use. A notice of violation was issued for not following label directions.

- A salesperson was putting a bottle of an organoarsenic liquid (Phytar 560) into a bag. The bottle was open and she got some of the liquid on her gloves. She then rubbed her right eye getting some of the liquid in the eye. She was examined by a physician and released.

- A grounds maintenance worker spraying sodium cacodylate (Phytar 560) around sprinkler heads was sprayed on the face when the hose on his three-gallon pressure sprayer slipped from its connection point. He developed an acute case of conjunctivitis. The examining physician flushed both eyes with Decadron and prescribed Neosporin ophthalmic drops.

- A gardener was cleaning a Eudson-type sprayer when rinse water contaminated with an organoarsenic solution (Phytar 560) splashed into his eye. He was taken to a physician where he was treated with ointment and a patch. He missed two days of work. The worker was not wearing a face shield or goggles to protect his eyes.

- A trailer hitch broke causing the spray rig to fall on and rupture the spray line. A worker tried to stop the leaking line by tying a rag around the line. While doing this, a Phytar ixture sprayed onto his face. He was taken to a physician who diagnosed the injury as a chemical burn of the eyes. He was treated and released.

- A gardener was pumping up a sprayer containing Phytar 560 when the hose broke loose from its connection point, spraying the worker in the eye. He was taken to a hospital emergency room where his injury was diagnosed as conjunctivitis. He was treated by a physician and advised not to return to work for three days.

- While holding the hose of a power sprayer, the fitting came off, spraying an organoarsenical solution (Phytar 560) in a laborer's eyes. He was taken to a physician and treated for chemical conjunctivitis. The worker was not wearing safety equipment as it was not required.

- While driving a tractor for a sprayer, the wheel ran over the spray line and pulled the gun out of another man's hand, spraying the tractor driver in the eye with MSMA (Answar 529). He had taken his goggles off because he was "going with the wind." He complained of blurred vision and eye irritation. A physician flushed his eyes with water. He did not lose any time from work.

- A gardener was sprayed in the eye with sodium cacodylate and cacodylic acid (Phytar 560) when the hose on a sprayer, being used by another gardener, broke. He was taken to a physician who treated the injury.

- A worker was spraying MSMA along a ditch bank.  He then rubbed his eye with contaminated hands or gloves.  He was taken to a physician where he was treated for chemical conjunctivitis and released.
- Another worker was spraying ditch banks with MSMA (Phytar 529).  His eyes became red and irritated.  He may have rubbed his eyes with his hands.  No safety equipment was required or worn.  He was taken to a physician and treated.  No work time was lost.

(Peoples, 1979)



www.google.com

*cacodylic acid*   *cacodylate*

$pK_a = 6.27$

US EPA Report of the Hazard Identification Assessment Review Committee on Inorganic Arsenic, August 21, 2001.

Summary of Toxicology Endpoint Selection:  The doses and toxicological endpoints selected for various exposure scenarios are summarized below:

**Dermal Short- and Intermediate Term:  LOAEL = 0.05 mg/kg/day**
                          **MOE =  100 mg/kg/day**
**Dermal Long-Term:  NOAEL  =  0.0008  mg/kg/day**
                    **MOE  =  3  mg/kg/day**
**Inhalation Short- and Intermediate-Term:   LOAEL  =  0.05 mg/kg/day**
                                **MOE  =  100  mg/kg/day**
**Inhalation Long-Term:   NOAEL  =  0.008  mg/kg/day**
                  **MOE  =  3  mg/kg/day**

MOE = Margin of Exposure
NOAEL = No observed adverse effect level
LOAEL = Lowest observed adverse effect level
The dermal absorption factor = 6.4%
For inhalation exposure, a default absorption factor of 100% is used.  Using route-to-route extrapolation to estimate the exposed dose.
(US EPA, 2001)

## 9.6  Clinical Manifestations of Arsenic

<u>**Clinical Manifestations of acute exposure to arsenic:**</u>

- ■ <u>Immediate to hours:</u>  metallic taste, extreme thirst, cough, dyspnea, pulmonary edema, nausea, vomiting, diarrhea, abdominal pain, hematemesis (vomiting of blood), confusion, seizures, headache
- ■ <u>Hours to Days:</u>  proteinuria, hematuria, hemolysis, jaundice, delirium, hallucinations
- ■ <u>Weeks to Months:</u>  alopecia, renal failure, hyperkeratosis, stomatitis, sensory/motor neuropathy, encephalopathy

(Casarett & Doull's, 2013)

**<u>Acute Arsenic Exposure may produce the following:</u>**
- ■ **Melanosis (pigmented skin areas)**
- ■ Mee's lines and hyperkeratosis appear 4-6 weeks after acute exposure
- ■ Cardiac arrhythmias
- ■ Cardiovascular collapse
- ■ Peripheral neuropathy-axon degeneration
  - 7-14 days with progression within 4-5 weeks;
  - Glove and stocking effect; bilateral foot drop
- ■ Cranial Nerve impairment (e.g. optic atrophy)

(Casarett & Doull's, 2013)

**<u>Chronic Arsenic Exposure may produce the following:</u>**
- ■ Hematopoietic: anemia  (↓RBC)
  - leukopenia (↓WBC)
  - thrombocytopenia
- ■ Sensory changes-paresthesias
- ■ Muscle weakness
- ■ Demyelination
- ■ Liver injury
- ■ Peripheral vascular disease-Reynaud's
- ■ Blackfoot Disease-peripheral vascular disease causing gangrene of lower extremities
- ■ Teratogenic-malformations in animals
   - crosses placenta
- ■ Cerebrovascular disease and cerebral infarction
- ■ Diabetes mellitus

(Casarett & Doull's, 2013)

   Personal interviews and health surveys of tar ball workers, boat captains, and deck hands conducted between October 2010 and August 2012 were correlated to reveal an overview of symptoms and diseases that are consistent with the crude oil/dispersant mixtures to which they were exposed.  Symptoms were observed in the following systems:  respiratory, neurological, dermal, urinary, vision, and gastrointestinal. Completed exposure pathways included inhalation, dermal, and incidental ingestion of toxicants.  Signature signs, symptoms, and diseases consistent with solvent and metal exposure were observed. Signature symptoms included hyperpigmentation of the skin, optic atrophy, loss of color vision and discrimination, frequent metallic taste, and

frequent numbness or tingling of hands/arms or legs/feet. In situ burning at the 2010 Deepwater Horizon/BP oil spill played a significant role in reducing the amount of oil on the water's surface. There were 411 burn operations conducted during the course of the response that removed an estimated 250,000 barrels of oil. While both tar ball workers and boat crews were exposed to contaminants of crude oil and dispersants, burn crews had additional exposures from airborne combustion products of crude oil in conduct of their duties. (Williams, P et al., 2016)

Previous publications have presented superficial accounts of the adverse health effects and workplace exposures of the BP Oil Spill Workers. The duties of the clean-up workers varied in the different work groups and consisted of tar ball clean-up workers and boat workers involved in burning of surface oil, booming of surface oil, and physical dispersion of surface oil using human-driven boats. The tar ball workers received extensive dermal exposure and inhalation of particulates laden with metals and other crude oil constituents as well as ingestion exposure to the constituents of the dispersant-laden crude oil. The boat workers received predominant inhalation exposure from fumes of the surface crude oil in addition to dermal and ingestion exposures of the crude oil, both dispersed and undispersed. Acute symptoms exhibited during the conduct of the respective and varied work duties were consistent with these variances in exposure pathways. The peripheral neuropathies of both solvents and metals were observed in both groups as well as the hyperpigmentation of the skin due to arsenic exposure. CNS depressant effects of solvents were observed in both groups while working in the conduct of their duties and afterwards as chronic and/or delayed effects of their workplace exposures. Patterns were studied only in the tar ball workers to date and revealed vision problems and optic nerve degeneration consistent with arsenic and toluene exposure, peripheral neuropathy consistent with metal and solvent exposure, metallic taste of metals, hyperpigmentation of skin consistent with arsenic exposure, and loss of color vision associated with solvents, particularly toluene. There has not been a previous study of the workers that distinguished symptoms and health effects of BP Oil Spill workers according to their work duties and exposure pathways. This is imperative in understanding the impact of oil spill exposures on clean-up workers. (Williams, P et al., 2016)

### 9.7 Metabolism of Arsenic

Inorganic As (iAs) is well absorbed from the GI tract. It is distributed throughout the body and freely crosses the placenta in rodents and humans. Biomethylation occurs in many tissues and is no longer considered a detoxification process, as trivalent methylated arsenical intermediates are highly toxic and carcinogenic. Reduction of arsenate ($As^{+5}$) to arsenite ($As^{+3}$) is necessary before methylation can occur. Arsenate is rapidly reduced to arsenite by glutathione S-transferase omega and/or arsenate reductase. (Casarett & Doull's, 2013)

- First reduced in the blood to arsenous acid (arsenite)
- Then arsenite is methylated mainly in the liver via a one carbon metabolism using S-adenosylmethionine (SAM) as the methyl donor

- ■ Arsenic (+3)-methyltransferase (AS3MT) was identified as the main enzyme transferring the methyl groups from SAM to arsenic in its trivalent form



Figure 23-2. *Arsenic metabolism.* GSH, reduced glutathione; SAM, *S*-adenosylmethionine; SAH, *S*-adenosylhomocysteine; AS3MT, arsenic methyltransferase (Cyt19); MMA³⁺, monomethylarsonic acid; MMA³⁺, monomethylarsonous acid; DMA⁵⁺, dimethylarsinic acid; DMA³⁺, dimethylarsinous acid; TMAO, trimethylarsine oxide.

(Casarett & Doull's, 2013)

Arsenite is then methylated to form intermediate metabolites including monomethylarsonous acid  (MMA$^{+3}$) and dimethylarsinous acid (DMA$^{+3}$) using  SAM as the methyl donor.  MMA$^{+3}$ can induce malignant transformation of human urothelial cells (transitional cells of bladder) in vitro.   MMA$^{+3}$ is a highly reactive and toxic intermediate. (Casarett & Doull's, 2013)

**Monomethylarsonous acid
MMA(III)**

**Dimethylarsinous acid
DMA(III)**

(Casarett & Doull's, 2013)

### 9.8  Mechanisms of Action

Arsenic targets a wide range of functional groups in the body.  Different mechanisms can occur depending on the tissue, dose, duration of exposure, and metabolism of arsenic. Arsenic in its trivalent form ($As^{+3}$) [forms salts as $As^{+3}$ called arsenite] is highly reactive, binding preferentially to sulfhydryl (SH-) groups.  Arsenic inhibits numerous enzymes e.g. DNA repair enzymes, antioxidant-related enzymes.  Low doses also induce ROS and RNS resulting in oxidative DNA damage and lipid peroxidation (It is the process in which free radicals remove electrons from the lipids in cell membranes, resulting in cell damage.)  Proteins to which arsenite may bind in vivo include: tubulin, estrogen receptor-alpha, arsenic (+3) methyltransferase, etc.  (Casarett & Doull's, 2013)

Alterations in DNA methylation patterns, both at specific loci and overall in the genome, are associated with many different health outcomes.  Most of these changes are observed at the tissue level.  DNA methylation may cause disease by silencing genes through hypermethylation or activating genes through hypomethylation.  In many cells arsenic undergoes mono- and dimethylation mediated by AS3MT using SAM (S-adenosylmethionine) as a methyl group donor.  (Casarett & Doull's, 2013)

SAM is needed for the majority of methyltransferases that modify DNA, RNA, histones, and other proteins that dictate replication, transcription and translation fidelity, mismatch repair, chromatin modeling, epigenetic modifications and imprinting. Genomic imprinting is an epigenetic process that can involve DNA methylation and histone modulation in order to achieve monoallelic gene expression without altering the genetic sequence. These epigenetic marks are established in the germline and can be maintained through mitotic divisions.  (Casarett & Doull's, 2013)

Since the SAM methyltransferase pathway for biotransformation of arsenic overlaps with the DNA methylation pathway, there may be an imbalanced SAM pool within the organism.  Hypomethylation of DNA occurs in mice with reduced levels of SAM resulting in aberrant gene expression.  Individuals exposed to arsenic in drinking water had hypermethylation of the whole genome.  Arsenic exposure results in both DNA hypomethylation and hypermethylation leading to aberrant gene expression.

Arsenic can disrupt DNA methylation.  DNA methylation is Important in carcinogenesis.  As-induced DNA hypomethylation and promoter specific hypermethylation of tumor suppressor genes is consistent with the fact that cancer cells exhibit promoter hypermethylation simultaneously with wide-spread loss of methylation. Tumorigenesis and progression of prostate cancer are results of genetic and epigenetic alterations.  DNA methylation in a promoter region is an important epigenetic mechanism for the downregulation (silencing) of expression of these genes.  Many of the silenced genes encode proteins that are tumor suppressor genes involved in tumorigenesis and progression.  (Casarett & Doull's, 2013)

Epigenetics is a normal gene regulatory phenomenon involved in human development Each cell type in the body is genetically identical but needs to differentiate

phenotypically to sustain a normally functioning human body.  Environmental factors can impact gene function epigenetically, both positively and negatively.  (Casarett & Doull's, 2013)

## Epigenetic Regulation of DNA



Epigenetic mechanisms of action  include alterations in DNA methylation patterns, both at specific loci and overall in the genome, and are associated with many different health outcomes.  Most of these changes are observed at the tissue level.  DNA methylation may cause disease by silencing genes through hypermethylation or activating genes through hypomethylation.  (Casarett & Doull's, 2013)





**Gene "switched on"**
- Active (open) chromatin
- Unmethylated cytosines (white circles)
- Acetylated histones

**Gene "switched off"**
- Silent (condensed) chromatin
- Methylated cytosines (red circles)
- Deacetylated histones

http://cnx.org/content/m26565/latest/graphics35.jpg

## 9.9  Toxication vs Detoxication

   A number of xenobiotics are directly toxic (parent compound), others are metabolized to the toxic form (metabolites).  Both parent compound and metabolites can be toxic and may or may not affect different target organs.  The Ultimate toxicant is the toxic form that attacks the target; may be the parent compound or a metabolite or both. Biotransformation to harmful products is called toxication or metabolic activation,

Detoxication involves a biotransformation that eliminates an ultimate toxicant or prevents its formation.  May have many different pathways to detoxify a toxicant.  (Casarett & Doull's, 2013)

**Reaction of the Ultimate toxicant with the target molecule:**



(Casarett & Doull's, 2013)

**Followed by development of toxicity through alteration of the regulatory or maintenance functions of the cell:**



(Casarett & Doull's, 2013)

There are three pathways to apoptosis: Mitochondrial insult, DNA damage, Death receptor stimulation and the cascade of protein and factors that results in apoptosis. Apoptosis is orderly programmed cell death that prevents proliferation of a cell with DNA damage and subsequent malignant transformation.  (See below)



(Casarett & Doull's, 2013)

The Sequence of events in cell death by apoptosis resulting in formation of apoptotic membrane bound blebs that will be engulfed by macrophages to product an orderly cell death.

### 9.10  Apoptosis





Apoptosis is a normal cell process used in embryological development to reorganize tissues such as the webs between fingers in the early fetus.  Also a process used in chemotherapy to remove dead malignant cells.  (Casarett & Doull's, 2013)

Apoptosis is an active deletion of damaged cells.  Cells shrink, Nuclear and cytoplasmic materials condense and  cells then break into membrane-bound fragments (apoptotic bodies).  These fragments are phagocytosed in an orderly process removing dead cells without inflammation.    This is in contrast to necrosis when cells and intracellular organelles swell and disintegrate with membrane lysis.  This is a disorderly process and ends with cell debris in the extracellular environment.
This cell debris of the necrotic cells attracts aggressive inflammatory cells with an ensuing inflammation that amplifies cell injury.  Dysrepair of DNA, apoptosis, and necrosis appear to represent different stages of toxicity.  When DNA repair mechanisms fail to cope with the damage, the cell initiates apoptosis.  The significance of apoptosis after toxic cell injury is twofold:
   1.  Apoptosis deletes injured cells without an aggressive inflammatory reaction
   2.  Deletion of cells with DNA damage prevents their malignant transformation
 (Casarett & Doull's, 2013)

Apoptosis is under genetic control.  Genetic control of apoptosis involves activation of the *c-myc* gene, which triggers passage of the differentiated resting cells from the $G_0$ to the $G_1$ phase of the cell cycle.  The progression to S phase is blocked by activation of p53, a tumor-suppressor gene.  This blockade allocates time for DNA repair—but if the repair fails, the cell is diverted to the apoptotic pathway.  In contrast, the *bcl-2* gene ( a B-cell leukemia oncogene) blocks apoptosis.  (Casarett & Doull's, 2013)

Arsenic produces a variety of stress responses in mammalian cells, including metabolic abnormalities accompanied by growth inhibition and eventually apoptosis. Morphological alterations in cells exposed to arsenic often suggest underlying disruption of cytoskeletal structural elements responsible for cellular integrity, shape, and locomotion.  Various tissues and organs differ in their sensitivity to arsenic, with the liver and skin being the most studied.  Characteristic skin pathology related to arsenic exposure ranges from hyperkeratotic lesions to squamous-cell carcinomas.  Although mutagenicity of arsenic has not been unequivocally established, recent evidence supports the view that oncogenic mutations do occur, and that only selected enzymes related to DNA replication and repair are affected by arsenic.  Sensitivity of the mitotic spindle to arsenic, particularly its organic compounds, underlies the well-documented chromosomal aberrations in arsenic-exposed populations.  (Bernstam L, and Nriagu J, 2000)

Arsenite-induced stress at the molecular level shares many features with the heat shock response.  This includes the differential sensitivity of the stress signal pathway elements to the magnitude of the stress, stressor-specific activation of the response elements, and the protective role of the heat shock response.  Oxidative stress, the central component of heat shock response, is typical of arsenic-related effects that are, in fact, regarded as the chemical paradigm of heat stress.  Similar to heat stress, arsenite induces heat shock proteins (HSPs) of various sizes.  The signal cascade triggered by arsenite-like heat stress induces the activity of the mitogen-activated protein (MAP) kinases, extracellular regulated kinase (ERK), c-jun terminal kinase (JNK), and p38.  Through the JNK and p38 pathways, arsenite activates the immediate early genes c-fos, c-jun, and egr-1, usually activated by various growth factors, cytokines, differentiation signals, and DNA-damaging agents.  Like other oxygen radical-producing stressors, arsenic induces nitric oxide production at the level of transcriptional activation along with induction of poly(ADP)-ribosylation, NAD depletion, DNA strand breaks, and formation of micronuclei.  (Bernstam L, and Nriagu J, 2000)

## Section 9.11  Arsenic as a Vesicant  (Blistering Agent)

Vesicants are a group of chemicals that cause skin blistering and inflammation following their cutaneous exposure.  One such class of agents is known as arsenicals.  Considering the feasibility of their synthesis and potential for instant painful tissue injury in humans, arsenicals were developed as chemical weapons to be used during the World War I/II.  The examples of arsenicals synthesized during this period include lewisite (l), methyldichloroarsine (MD), phenyldichloroarsine (PD), and etthyldichloroarsine (ED) besides others.  Lewisite, while being highly toxic among these became the lead candidate for ammunition.  Lewisite exposure produces irritation, redness, edema and blistering of the skin.  Systemic toxicity of lewisite following its cutaneous exposure has also been reported in humans and experimental animals.  (Srivastava, et al.  2016)

Exposure to Lewisite causes painful inflammatory and blistering responses in the skin, lung, and eye.  These chemicals also manifest systemic tissue injury following their

cutaneous exposure.  Arsenic is a highly toxic metalloid that occurs in both organic and inorganic chemical forms in oxidation states of $-3$, 0, +3 (AsIII) and +5 (As V), of which As III is considered the most toxic.  Naturally occurring inorganic arsenicals that may also pose health hazards at least in some geographical areas include arsenate $(AsO_4^{3-})$, arsenite $(AsO_3^{3-})$, arsenic oxides $(As_2O_3$ and $As_2O_5)$, arsenic sulfide $(As_2S_3)$ and arsine gas $(AsH_3)$.  All of these compounds are highly toxic.  (Li et al. 20160

Lewisite (chlorovinyldichloroarsine) is the most important arsenic-based chemical warfare agent.  Isolated by Lee Lewis in 1918, Lewisite was proposed to be used as a CWA in WWI.  However due to the agreement of armistice, the first marine shipment of Lewisite to the European battlefield was destroyed during shipping.  However, prior to the armistice, the CWA Mustard gas (Dichloroethyl Sulfide) was a vesicant producing blisters in the skin, lungs and eyes similar to lewisite.  Several countries, including Russia, Germany, Japan, Italy, and the United States have been known to stockpile significant amounts of Lewisite.  Mustard Gas and Lewisite were produced during World War I.  By the time of the armistice on November 11, 1918, the use of chemical weapons such as chlorine, phosgene, and mustard gas had resulted in more than 1.3 million casualties and approximately 90,000 deaths.  By July 1918, chemical warfare research in the United States involved more than 1900 scientists and technicians, making it at that time the largest government research program in American history.  The development, production, and deployment of war gases created a new and complex public health threat that endangered not only soldiers and civilians on the battlefield but also chemical workers on the home front involved in the large-scale manufacturing processes. (Fitzgerald et al., 2008)

At the beginning of the war in 1939, work on the mode of action of and possible antidotes for the vesicants likely to be used in chemical warfare was initiated by an extramural research team.  A new compound was prepared as an antidote, namely, 2,3 dimercaptopropanol (BAL) for use as an antidote to the arsenical vesicants.  Leewisite lesions in the eye were described in a rabbit model.  They effects on the cornea are as follows:

**Cornea**
Immediate:  Central opacity
3 hours:     Corneal epithelium shed, Edema of substantia propria all over
24 hours:    Staining all over with fluorescein
3 days:      Corneal epithelium healing
6-8 days:    Epithelium healed.  Uniform marginal vascularization of cornea.  Vessels
             reach center of cornea.
3 weeks:     Separation of central slough or central perforation.
6 weeks:     Proliferation of limbal pigment
(Mann et al., 1947)

The corneal wound healing response, including the development of stromal opacity in some eyes, is a process that often leads to scarring that occurs after injury, surgery or infection to the cornea.  Immediately after epithelial and stromal injury, a complex

sequence of processes contributes to wound repair and regeneration of normal corneal structure and function.  In some corneas, however, often depending on the type and extent of injury, the response may also lead to the development of mature vimentin+ alpha-smooth muscle actin+ desmin+ myofibroblasts.  Myofibroblasts are specialized fibroblastic cells generated in the cornea from keratocyte-derived or bone marrow-derived precursor cells.  The disorganized extracellular matrix components secreted by myofibroblasts, in addition to decreased expression of corneal crystallins in these cells, are central biological processes that result in corneal stromal fibrosis associated with opacity or "haze".  (Torrricelli et al., 2016)

**Epithelial injury-induced stromal cell apoptosis**—The corneal wound healing process, for example after photorefractive keratectomy, is mediated by autocrine and paracrine interactions of cytokines, growth factors, chemokines, and their receptors produced by epithelial, stromal, bone marrow-derived, and neural cells that contribute to remodeling and reestablishing normal corneal structure and function.  Anterior keratocyte apoptosis is the earliest change noted in the corneal stroma after injury or surgery in which there is trauma to the corneal epithelium.   The wave of stromal apoptosis normally lasts for several days to a week after the injury and also includes the death of inflammatory cells and other bone marrow-derived cells, such as myofibroblast precursor fibrocyte cells, that penetrate the stroma from the limbal blood vessels beginning almost immediately after epithelial injury.  (Torrricelli et al., 2016)

After the initial wave of keratocyte apoptosis, some cells dying in the stroma may also undergo necrosis.  Necrosis is characterized by loss of plasma membrane integrity and random DNA degradation and is often associated with greater tissue injury and inflammatory response.  (Torrricelli et al., 2016)

**Development of myofibroblast-associated stromal opacity**—Proliferation and migration of residual activated keratocytes in the peripheral and posterior stroma begins by 12 to 24 hours after corneal epithelial injury.  Immunohistochemical testing for the antibody anti-K167, a marker of cells that are undergoing mitosis, can be used to detect the proliferation of cells surrounding the area of keratocyte apoptosis and necrosis.  These proliferating keratocytes give rise to corneal fibroblasts that repopulate the depleted stroma and can give rise to immature and fully differentiated myofibroblasts.  Simultaneously, thousands of bone marrow-derived cells migrate into the stroma from the limbal blood vessels, and possibly the tear film.  Chemokines released from the injured epithelium and produced by keratocytes in response to cytokine stimulation attract inflammatory cells—such as macrophages/monocytes, T cells, and polymorphonuclear cells.  In many organs, including skin, liver, lung, and cornea, myofibroblasts can be generated from bone marrow-derived cells.  About 70% of the myofibroblasts develop from bone marrow-derived precursor cells, with the balance of corneal myofibroblasts thought to be developed from keratocyte-derived precursor cells.  (Torrricelli et al., 2016)

**Development of mature myofibroblasts**—One of the intriguing observations about haze development in the cornea is the time course of appearance of the haze and associated myofibroblasts after haze-inducing injury.  Severe "late haze" that is clinically

significant and associated with regression of the surgical correction is typically detectable around one month and reaches a peak at three or four months after surgery. The IF proteins vimentin and desmin, along with actin microfilamens, microtubules, and their associated proteins constitute a cytoskeleton system in the human cornea. These components interact with each other to form a meshwork which is essential for normal growth, differentiation, integrity, and function of corneal cells. Vimentin is a major class of the IF proteins in mesenchymal cells such as fibroblasts, vascular endothelial cells, and adipocytes. Desmin is expressed at high levels in striated muscle cells, myocardium, and most smooth muscle cells. Thus, corneal myofibroblast precursors, either keratocyte-derived or bone marrow-derived, undergo an ordered differentiation to mature cells during the healing response to corneal injury associated with haze. (Torrricelli et al., 2016)

Ocular injury by lewisite (LEW), a potential chemical warfare and terrorist agent, results in edema of eyelids, inflammation, massive corneal necrosis, and blindness. Tewari-Singh et al, 2016, studied six New Zealand white rabbits at one time, that were exposed to LEW vapor. The exposure produced clinical ocular lesions mainly in the cornea. The right eye of each rabbit was exposed to LEW (0.2 mg/L) [200 ppb] vapor for 2.5, 5.0, 7.5 and 10.0 min and clinical progression of injury was observed for 28 days post-exposure (dose-response study), or exposed to the same LEW dose for 2.5 and 7.5 min and clinical progression of injury was observed for up to 56 days post-exposure (time-response study). The left eye served as an unexposed control. Increasing LEW exposure caused corneal opacity within 6 hours post-exposure, which increased up to 3 days, slightly reduced thereafter til 3 weeks, and again increased thereafter. LEW corneal ulceration peaked at 1 day post-exposure and its increase thereafter was observed in phases. LEW exposure induced neovascularization starting at 7 days which peaked at 22-35 days post-exposure and remained persistent thereafter. In addition LEW exposure caused corneal thickness, iris redness, and redness and swelling of the conjunctiva. (Tewari-Singh et al, 2016)

Overall, gross injuries following ocular exposure of LEW are dose-dependent and could be similar and/or comparable to those reported for Sulfur mustard [SM; (bis(2-chloroethyl)sulfide]. Since corneal wounding, ulceration, inflammation, neovascularization and their progression were observed clinically and quantified with LEW in this study, examination of related histopathology and mechanisms of acute and long-term corneal injury and healing are now warranted in the future. In this regard, it is reported that LEW and SM produce lesions that have similar gross appearance in skin, eye, and lungs, but their pathology and development can differ since the mechanism of action of LEW-induced injuries is also associated with arsenic poisoning and inhibition of carbohydrate metabolism. (Tewari-Singh et al, 2016)

**Cutaneous effects** of Lewisite exposure to human skin causes instant burning pain followed by erythema, which occurs in 15-30 min. Vesication accompanying edema may develop later. Large fluid-filled blisters surrounded by minute vesicle occur within 24 hours. The severity of the skin injury continues to increase up to day 4 and remains stable until day 7, after which recovery of the skin lesions starts, and the healing if often

completed after 4 weeks.  Exposure to Lewisite vapor (0.06-0.33 mg/L) **[60—330 ppb]** also induces painful blistering, which is maximal around 36-48 hours.  (Li et al., August 2016)

**Ocular effects**—The eye is extremely vulnerable to Lewisite, and ocular exposure may result in permanent blindness if decontamination is not accomplished within 60 seconds.  Ocular injury caused by Lewisite in a rabbit model resulted in edema of the eyelids, inflammation, massive corneal necrosis, and blindness, which was similar to that reported in humans.  The single vapor exposure of Lewisite to the eye of  New Zealand white rabbits induced clinical ocular lesions, mainly in the cornea.  In this model, the right eye was exposed to Lewisite vapor (0.2 mg/L) [200 ppb]  for four different time intervals between 2.5 and 10.0 minutes and ocular injury progression was recorded up to day 28 or 56 postexposure.  A dose-dependent increase in corneal opacity was observed, which could be seen as early as 6 h postexposure, and gradually increased up to day 3.  However, corneal ulceration peaked at 1 day.  These alterations were associated with neovascularization which could be visualized at day 7, peaked between days 22 and 35, and remained persistent thereafter.  Lewisite also caused corneal thickness, iris redness, and redness and swelling of the conjunctiva.  (Li et al., August 2016)

**Systemic effects**—Lewisite is a systemic poison and could be lethal following dermal exposure.  It is estimated that 37.6 mg/kg Lewisite applied on the skin of an adult man can be fatal within several hours.  Cutaneous exposure causes extensive damage to the liver, lung, kidney, gall bladder, and bile duct.  The death caused by Lewisite exposure is known to be due to a condition known as "Lewisite shock", which occurs as a result of the loss of blood plasma from capillaries damaged by circulating Lewisite.  However, delayed fatality (within a week) of Lewisite may be attributable to multiorgan damage, including impaired kidney and liver function.  Inhalation of Lewisite causes a burning pain and irritation throughout the respiratory tract, and severe exposure can cause fatal pulmonary edema, pneumonitis, or respiratory failure.  (Li et al., August 2016)

Li et al., October 2016, studied the molecular mechanism underlying pathogenesis of Lewisite-induced Cutaneous Blistering and Inflammation.  A highly sensitive murine model that recapitulates the known human pathogenesis of arsenicals-induced cutaneous inflammation and blistering.  Topically administered lewisite induced potent acute inflammation and microvesication in the skin of Ptch 1[+/-]/SKH-1 mice.  Even at a very low dose, lewisite up-regulation unfolded protein response signaling, inflammatory response, and apoptosis.  These cutaneous lesions were associated with production of reactive oxygen species and extensive apoptosis of the epidermal keratinocytes.  The authors confirmed that activation of reactive oxygen species-dependent unfolded protein response signaling is the underlying molecular mechanism of skin damage.  Similar alterations were noticed in lewisite-treated cultured human skin keratinocytes.  (Li et al., October 2016)



mv = microvesicles

Topical administration of lewisite induces acute inflammation and skin damage in the Ptch 1$^{+/-}$/SKH-1 mice.  Histologic examination of skin sections showing lewisite-induced skin damages and inflammation.  Green arrows indicate the separation of collagen bundles by edema fluid in the dermis of Lewisite Exposed Skin (LES).  (Li et al., October 2016)

Exposure of the eye to relatively small quantities of Lewisite liquid or vapor produces a devastating ocular lesion.  The lesion is caused by the arsenical component of Lewisite. (Hughes, 1946)

### 9.12   Similarities in Production of Dry Eye Disease by Mustard Gas and Lewisite

Late ocular complications of sulfur mustard gas (MG) are very common among intoxicated individuals.  Ocular toxicity of MG often manifests as dry eye and decreased tear meniscus.  Victims of MG exposure experience symptoms of dry eye disease such as burning, itching, foreign body sensation, photophobia, red eye, and reduced visual acuity. The most frequent destructive ocular complications of MG injury include chronic blepharitis, decreased tear meniscus, limbal ischemia and conjunctival vascular abnormalities.  MG-induced keratitis may be persistent leading to corneal degeneration, or progress in silent manner to severe ocular lesions.  (Jadidi, 2014)

Mustard gas related ocular injuries can be divided into immediate, chronic, and delayed-onset phases.  Acute manifestations of varying degrees, including eyelid erythema and edema, chemosis, subconjunctival hemorrhage, epithelial edema, punctate erosions, and corneal epithelial defects, develop in 75-90% of exposed individuals and can follow three different courses:  complete resolution, persistent smoldering inflammation (chronic form), or reappearance of lesions after a latent period of

quiescence (delayed form).   (Javadi, 2017)

Late complications, developing after 1 to 40 years, can cause progressive and permanent reduction in visual acuity and even blindness, and they occur in approximately 0.5% of those initially severely wounded.  A wide range of late ocular involvements have been reported, which include chronic blepharitis, decreased tear meniscus, conjunctival vessel tortuosity, limbal ischemia and stem cell deficiency (LSCD), corneal scarring, and neovascularization, thinning, epithelial irregularity, recurrent or persistent epithelial defects, and secondary degenerative changes including lipid/amyloid deposits.  (Javadi, 2017)

### 9.13  Arsenic Accumulation in Bone Matrix and Release during Bone Remodeling

Arsenic is a metalloid, that is, it exhibits some properties of metals and some properties of nonmetals.  It occurs as inorganic As III (arsenic oxide, sodium arsenite, etc.) and As V (arsenic pentoxide, arsenic acid, sodium arsenate, etc.) and as organic arsenic species. Arsenic poisoning causes cancer and skin diseases (hyperpigmentation, hyperkeratosis), as well as liver, kidney, cardiovascular, respiratory, gastrointestinal, and nervous disorders, among other health effects.  The level below which the arsenic causes no adverse effects is 1 µg/L in blood (1 ppb).  (Rodriguez and Mandalunis, 2018)

### Bone Tissue:

Bone tissue is the main component of the skeletal system.  It is made up of different cell types (osteoblasts, osteoclasts, osteocytes, and bone lining cells) and a calcified extracellular matrix.  It is made up of minerals (50-70%, organic matter (20-40%), and water (5-10%).  Around 90% of the organic component of the extracellular bone matrix is type I collagen, which is synthesized by osteoblasts and is deposited in layers in mature or lamellar bone.  (Rodriguez and Mandalunis, 2018)



**Compact (dense) bone on periphery of an adult long bone (solid structure arrows); Spongy bone (cancellous) on interior—interconnecting bony trabeculae separated by a labyrinth of interconnecting marrow space.** (Ross and Pawlina, 2011)



Fig. 1. (a) A frontal view of a hemisected adult human proximal femur illustrating the cortical shell with cancellous bone on the inside. The trabeculae in the cancellous bone are arranged in patterns that reflect the longer-term loading characteristics of the bone. Bar=1.0 cm. (b) A frontal histological section through the distal femur. The prominent blue-staining hyaline cartilage of the growth plate separates the epiphyseal (E) and metaphyseal (M) regions. The central, mostly cortical, portion of the bone is the diaphysis (D). The thin articular cartilage (arrows) of the knee joint is evident next to the epiphysis. Ground section stained with a modified Giemsa stain. Bar=0.5 mm. (c) The histological section of a bone trabecula viewed under polarizing light illustrated the lamellar organization of the bone matrix. M=Fatty bone marrow. Bar=100 μm. (d) A bone remodeling unit, or bone multicellular unit (BMU), in cortical bone. Osteoclasts (OC) are evident in the cutting cone. Osteoblasts (OB) on a bone-forming seam fill in the bone that has been resorbed forming an osteon, or Haversian system. Unmineralized osteoid (arrows) is evident under the osteoblasts. Numerous osteocytes in their lacunae are buried in the bone matrix. Ground bone section stained with a modified Giemsa. Bar=50 μm.

(Shea and Miller, 2005)



**Osteoclasts**  (Ross and Pawlina, 2011)



**Cross-section of ground bone**
**HC = Haversian Canal**
**VC = Volkmann's canal**
**O = Osteon**
**CL = Circumferential lamellae**
(Ross and Pawlina, 2011)



**Growing Bone Spicule**
   Osteoblasts aligned on right side of spicule—light blue-stained layer of osteoid is uncalcified matrix produced by the osteoblasts
   Arrow denotes osteoblast surrounded by its osteoid product—now an osteocyte
(Ross and Pawlina, 2011)



Calcified cartilage (light blue)
Bone tissue (dark blue)

■ **Osteoclast resorbing bone tissue—lies in a depression in the spicule, called Howship's lacuna**
■ **Light band corresponds to the ruffled border of the osteoclast—plasma membrane infoldings to increase surface area for release of hydrolytic enzymes and H$^+$**
■ **Acidic environment—degradation of bone**
■ **Bone being deposited on opposite side**

(Ross and Paulina, 2011)

## **Bone Formation**:



**EPIPHYSIS**

bone
calcified cartilage
zone of reserve cartilage
zone of proliferation
zone of hypertrophy
zone of calcified cartilage
zone of resorption
bone
osteoclast
blood vessel
osteoblasts

**DIAPHYSIS**

**1.  Zone of Reserve Cartilage—no cellular proliferation or active matrix production**
**2.  Zone of Proliferation—cartilage cells undergo division and organize in distinct columns; larger than those in the reserve zone; actively produce collagen (mainly types II and XI) and other cartilage matrix proteins**
**3.  Zone of hypertrophy—contains greatly enlarged (hypertrophic) cartilage cells;**
**--remain metabolically active**
**--continue to secrete type I collagen**
**--increase secretion of type X collagen**
**--columns of hypertrophied cartilage cells**
**--layers of cartilage matrix between columns**
**4.  Zone of Calcified Cartilage—hypertrophied cells begin to degenerate;**
**--cartilage matrix becomes calcified and serves as platform for deposition of new bone**
**--chondrocytes positioned in the more proximal part (near the diaphysis) of this zone undergo apoptosis**
**5.  Zone of Resorption**
**--Zone nearest the diaphysis**
**--Calcified cartilage is in direct contact with the CT of the marrow cavity**
**--In this zone, small blood vessels and accompanying CT invade the region previously occupied by the dying chondrocytes and form spicules of calcified cartilage**
**--The invading blood vessels are the source of osteoprogenitor cells which differentiate into bone-producing cells with bone deposition on the cartilage spicules**

The RANK/RANK/OPG axis regulates osteoclast recruitment and activity. RANKL belongs to the TNF family and is expressed on the surface of osteoblasts. Upon binding to its receptor (RANK) on the surface of hematopoietic precursor cells, it induces osteoclast formation in the presence of macrophage-colony stimulating factor (MCS-F). Osteoprotegerin (OPG) is a glycoprotein belonging to the superfamily of TNF receptors, which by binding to RANKL prevents activation of RANK, inhibiting osteoclast formation. (Cao et al., 2003)

Alkaline phosphatases are a family of enzymes that are important to the mineralization process. There are 4 isoenzymes in the human body: 3 are tissue-specific (intestinal, placenta, and germ cells) and one is nonspecific and is expressed in high levels in bone, liver, and kidney. The nonspecific isoenzyme is expressed in hypertrophic chondrocytes and osteoblasts. Alkaline phosphatase (ALP) secreted by osteoblasts catalyzes hydrolysis of ATP and ADP and therefore decreases the concentration of extracellular iPP and increases iP, enhancing bioavailability of ions for mineralization. During the mineralization process, phosphate and calcium precipitate on the organic bone matrix forming hydroxyapatite crystals. (Maly et al., 2018)

Calcitriol, 1,25-dihydroxy-vitamin $D_3$, is necessary for intestinal absorption of calcium. Bone is a dynamic tissue undergoing constant remodeling throughout life. As a result of this feature of bone, several metals accumulate in bone. (Rodriguez and Mandalunis, 2018)

**Arsenic Toxicity in Bone Tissue:**

Arsenic has the ability to accumulate in soft tissue (liver, spleen, and the gastrointestinal tract) and hard tissues. Arsenic competes with the phosphate group in hyudroxyapatite crystals, forming apatite arsenate ($Ca_5AsO_4)_3OH$) and probably other calcium arsenate crystals. (Rodriguez and Mandalunis, 2018)

Clinical epidemiological trials have shown association between arsenic poisoning and Paget's disease, which is caused by an imbalance in bone remodeling generated by an initial increase in resorption followed by excessive bone formation, which leads to pain, increase in fracture rates, and bone deformities. (Rodriguez and Mandalunis, 2018)

In addition, there are clinical reports of osteomyelitis and osteonecrosis of alveolar bone caused by the use of dental paste containing arsenic trioxide to devitalize inflamed pulp prior to tissue removal in endodontic treatment. (Rodriguez and Mandalunis, 2018)

There are few reports describing the *in vivo* effect of arsenic on bone tissue. A study conducted by Aybar Odstrcil et al., 2010, showed that intoxication with low concentrations of arsenic inhibited long bone-endochondral ossification in the rat, due to the increase in growth cartilage width, particularly in the hypertrophic zone. In addition, Hu et al., 2012, showed that intoxication with arsenic trioxide *in vivo* decreased maturation of osteoclast precursors (by decreasing RANKL expression) and osteoclastic activity (by decreasing TRAP activity), altering the bone resorption process. The authors also found that *in vitro* exposure to arsenic decreases osteoblastogenesis (due to a

decrease in Runx2 expression and the VCAM-1 adherence molecule) and osteoblastic activity (due to a decrease in ALP activity), affecting the bone formation process.

The ERK signaling pathway is involved in the cell-bone matrix interactions and in the osteoblast differentiation process. *In vivo* studies have shown that arsenic decreases bone mineral density and increases ERK phosphorylation, altering bone cell differentiation. (Wu et al., 2014)

In vitro studies have demonstrated that arsenic inhibits proliferation and induces apoptosis of bone marrow derived mesenchymal cells (BMSCs), (Cai et al., 2010), osteoblasts, and chondrocytes (Tang et al., 2009), it generates an increase in reactive oxygen species in osteoblasts (Chiu et al., 2016), and it induces apoptosis.

Metals such as cadmium, arsenic, mercury, chromium, and aluminum are toxic to bone cells even at low concentrations. Arsenic decreases or inhibits bone formation, alters (increases or decreases) bone resorption, increases osteoclast differentiation, and increases endochondral ossification. (Rodriguez and Mandalunis, 2018)

Bone marrow undergoes constant remodeling throughout life. The process involves the coordinated action of resorption, synthesis, and mineralization of bone matrix. Overall, metals pose two problems: on one hand, their direct toxicity on bone cells and, on the other, their accumulation in the bone matrix. Their direct toxicity mainly affects osteoblasts, inhibiting osteoblast differentiation, synthesis activity, and mineralization of the extracellular matrix. Their effect on osteoclasts differs according to the metal, increasing or decreasing TRAP enzyme activity and inhibiting maturation of precursors. This generates an imbalance in the bone remodeling process, decreasing bone formation and contributing to the generation of bone diseases such as osteopenia and osteoporosis. In addition the ability of trace metals to accumulate in the extracellular bone matrix allows bioaccumulation and thus leads to an increase in the half-life of the metal in the body. This is of particular importance when exposure levels are low but exposure is constant over time, since, in the long term, the deleterious effects could be the same or worse than short exposure to high levels of the metal. (Rodriguez and Mandalunis, 2018)

A case of osteoresorptive arsenic intoxication was reported by Dani (2013). Arsenic has been known for centuries both as a remedy and as a murder weapon. The LD50 for arsenate for the human species is 1 mg/kg. In epidemiological studies, chronic exposure to low-level environmental arsenic compounds at the parts-per-billion (ppb or ug/kg) to a few parts-per-million (ppm or mg/kg) has been linked to morbidity and mortality associated with the principal diseases affecting billions of people worldwide, ranging from developmental disturbances, abortion and stillbirth and infant mortality, to skin diseases, immunologic, and endocrinal dysfunctions, including thyroid disease and diabetes mellitus, liver diseases, cardiovascular diseases, cancer, and Alzheimer disease, among others. (Dani, 2013)

The bones have the capacity to accumulate pentavalent arsenic ($As^{5+}$) for long periods, and the ability to release arsenic in a controlled, sustained fashion into the fluid

compartments. $As^{5+}$ is a widespread form of environmental arsenic, and the skeletal accumulation of $As^{5+}$ is probably due to the resemblance of arsenate to phosphate, so that arsenate may substitute for phosphate in the hydroxyapatite crystal, $(Ca_5PO_4)_3OH$ thus forming arsenate apatite, $(Ca_5AsO_4)_3OH$ and possibly other calcium-arsenic crystals that are relatively stable under the prevailing bone pH conditions. Under the more acidic conditions during bone resorption, the apatites are dissolved and high levels of calcium, phosphate and arsenate are released into the extracellular fluid as osteoclasts tunnel into mineralized bone, breaking it down and releasing calcium, phosphorus, and arsenic from hydroxyapatite, and from arsenate apatite. This process results in a transfer of these minerals from bone fluid to the blood, and from the blood to the cells of the body, and eventually to the urine. (Dani, 2013)

As reported by Dani (2013), a 47-year-old woman consulted her dermatologist complaining whole body dermatitis, urticarial and irritating bullous eruptions on the plantar and side surfaces of her feet. She had had multiple hypopigmented spots on her skin since her early adulthood. The patient was treated with topical medication without significant improvement of symptoms. One year later she suffered a myocardial infarction, accompanied by refractory anemia. At the age of 49, a breast cancer was diagnosed and shortly thereafter her last menstruation occurred. At age 50 years, upon complaint of weight loss despite normal food intake, Hashimoto thyroiditis with latent hyperthyroidism, vitamin D insufficiency with secondary hyperparathyroidism, and poikilocytic anemia with anisochromia, hypochromia, anisocytosis, elliptocytes, drepanocytes, dacryocytes, acanthocytes, echinocytes, schizocytes, stomatocytes, and target cells were diagnosed. The osteodensitometric and laboratory examinations revealed osteoporosis with sustained elevation of urinary Dipyridinolin-crosslinks (u-Dpd), and urinary arsenic (u-As) of 500 ug/l (equivalent to 0.5 parts per million-ppm, 2.5 ug/mg creatinine/dl, uAs:Phosphate of 26 ug/mmol; the estimated bone As:P and As/kg body weight were 500 ug/g and 11.3 mg/kg, respectively). Thalassemia, immunglobinopathy and iron deficiency were excluded. Supplementation with oral vitamin D and calcium, and antiresorptive therapy with intravenous zolendronate normalized the u-Dpd, significantly decreased the urinary arsenic concentration, and cured the anemia and the urticarial. A diagnosis of osteoresorptive arsenic intoxication (ORAI) was established. (Dani, 2013)

## Section  10.0   General Structure of the Lung

The Respiratory system consists of the paired lungs and a series of air passages that lead to and from the lungs. Within the lung, the air passages branch into increasingly smaller tubes until the very smallest air spaces, called alveoli, are reached. (Pawlina, 2016)



Three principal functions are performed by this system:  air conduction, air filtration, and gas exchange (respiration).  Gas exchange occurs in the alveoli. The air passages of the respiratory system consist of a conducting portion and a respiratory portion.  The conducting portion of the respiratory system consists of those air passages that lead to the sites of respiration within the lung where gas exchange takes place.  The conducting passages include those located outside as well as within the lungs.  The passages external to the lungs consist of the following:

- nasal cavities—two large air-filled spaces in the uppermost part of the respiratory system;
- oral cavity—resides inferior to the nasal cavities and used during forced breathing;
- nasopharynx—lies behind the nasal cavities and above the level of the soft palate and communicates inferiorly with the oropharynx that is posterior to the oral cavity
- larynx—a hallow tubular organ containing the cartilaginous framework responsible for producing sounds;
- trachea—a flexible air tube that extends from the larynx to the thorax; serves as a conduit for air, and in the mediastinum bifurcates into paired main bronchi; paired main primary bronchi that enter the root of the right or left lung.

Within the lungs, the main bronchi undergo extensive branching to give rise ultimately to the distributing bronchioles, which are the terminal part of the conducting passages. Collectively, the internal bronchi and the bronchioles constitute the bronchial tree. (Pawlina, 2016)

Lining the trachea and other parts of the conducting branches, is ciliated epithelium that secretes mucous and moves particles upward away from the delicate alveoli.  The cilia of this respiratory epithelium beat in unison bringing particles away from the lung toward the orpharynx to be swallowed to the intestines.



Pseudostratified Ciliated Columnar Epithelium



The respiratory portion is that part of the respiratory tract in which gas exchange occurs.  Sequentially, it includes: respiratory bronchioles, alveolar ducts, alveolar sacs, and alveoli, which are the primary sites of

gas exchange.  (Pawlina, 2016)



**Alveoli
of Lung
250-300 μm
(.25-.3 mm)
 in diameter**

**Respirable particles:
≤ 2.5 μm
Non-respirable
Particles: >2.5 μm**

**About 150-250 million
Alveoli in adult lung**

Blood vessels enter the lung with the bronchi.  The arteries branch into smaller vessels as they follow the bronchial tree into the substance of the lung.  Capillaries come into intimate contact with the terminal respiratory units, the alveoli.  (Pawlina, 2016)



This intimate relationship between the alveolar air spaces and the pulmonary capillaries is the structural basis for gas exchange within the lung parenchyma. (Pawlina, 2016)



**Electron micrograph of lung alveoli in close apposition to blood capillaries**
(Pawlina, 2016)

    Alveolar macrophages, which are derived from blood monocytes, are phagocytic cells that reside in alveoli and in connective tissue.  In the alveoli, they scavenge the surface to remove inhaled particulate matter (dust, etc.).  Some engorged macrophages pass up the bronchial tree in the mucus and are disposed of by swallowing or expectoration when they reach the pharynx.  Other macrophages leave the air spaces and return to the connective tissue, where, filled with accumulated phagocytized material, they may remain for much of an individual's life.  (Pawlina, 2016)





**Section 8.0  Particulate Matter**

Particle pollution is a mixture of microscopic solids and liquid droplets suspended in air.  This pollution, also known as particulate matter, is made up of a number of components, including acids (such as nitrates and sulfates), organic chemicals, metals, soil or dust particles, and allergens (such as fragments of pollen or mold spores).  (EPA,2003)

The effect of particles on the human body is related to the diameter of the particle itself.  Normally, large-diameter particles will be filtered through nasal cilia and mucus and cannot pass through the nose and throat.  Particles with a diameter of less than 10um can infiltrate the lungs and bronchial alveolar structures.  Particles with a diameter of less than 2.5 um have a greater penetration potential.  They may infiltrate the fine bronchial wall and interfere with gas exchange in the lungs..  These particles can eventually enter the blood vessels, where they might impact other parts of the body through blood circulation, making PM2.5 more detrimental.  Burnett et al, surveyed eight cities in Canada and found that smaller particles cause more serious damage to the human body.  Atmospheric particulate matter increases the occurrence rate of mortality, asthma, atherosclerosis, and diabetes.  (Tan et al., 2018)

The size of particles is directly linked to their potential for causing health problems.  Small particles less than 10 micrometers in diameter pose the greatest problems, because they can get deep into your lungs, and some may even get into your bloodstream.  Exposure to such particles can affect both the lungs and heart.  Larger particles are of less concern, although they can irritate your eyes, nose, and throat.  (EPA,2003)

Small particles of concern include "fine particles" (such as those found in smoke and haze), which are 2.5 micrometers in diameter or less; and "coarse particles" (such as those found in wind-blown dust), which have diameters between 2.5 and 10 micrometers.  (EPA,2003)

People with heart or lung disease, older adults, and children are considered at greater

risk from particles than other people, especially when they are physically active. Exercise and physical activity cause people to breathe faster and more deeply, and to take more particles into their lungs. People with heart or lung diseases, such as coronary artery disease, congestive heart failure, and asthma or chronic obstructive pulmonary disease (COPD), are at increased risk, because particles can aggravate these diseases. People with diabetes also may be at increased risk, possibly because they are more likely to have underlying cardiovascular disease. Older adults are at increased risk, possibly because they may have undiagnosed heart or lung disease or diabetes. Many studies show that when particle levels are high, older adults are more likely to be hospitalized, and some may die of aggravated heart or lung disease. (EPA,2003)

Children are likely at increased risk for several reasons. Their lungs are still developing; they spend more time at high activity levels; and they are more likely to have asthma or acute respiratory diseases, which can be aggravated when particle levels are high. Factors that increase the risk of heart attack, such as high blood pressure or elevated cholesterol levels, also may increase the risk from particles. (EPA,2003)

Long-term exposures, such as those experienced by people living for many years in areas with high particle levels, have been associated with problems such as reduced lung function and the development of chronic bronchitis, and even premature death. Short-term exposures to particles (hours or days) can aggravate lung disease, causing asthma attacks and acute bronchitis, and may also increase susceptibility to respiratory infections. In people with heart disease, short-term exposures have been linked to heart attacks and arrhythmias. In healthy children and adults, only temporary minor irritation from elevated particle levels may be experienced. (EPA,2003)

Symptoms from particle exposure include the following: irritation of the eyes, nose, and throat; coughing; phlegm; chest tightness; and shortness of breath. In those with lung disease, difficulty breathing as deeply or as vigorously as normal, coughing, chest discomfort, wheezing, shortness of breath, asthma attacks, and unusual fatigue may be experienced. In those with heart disease, particle exposure can cause serious problems in a short period of time—even heart attacks—with no warning signs. Symptoms such as chest pain or tightness, palpitations, shortness of breath, or unusual fatigue may result from elevated particle levels. (EPA,2003)

## 10.1  EPA Standards for Particulate Matter

The Clean Air Act identifies two types of national ambient air quality standards. Primary standards provide public health protection, including protecting the health of "sensitive" populations such as asthmatics, children, and the elderly. Secondary standards provide public welfare protection, including protection against decreased visibility and damage to animals, crops, vegetation, and buildings. EPA has set National Ambient Air Quality Standards for six principal pollutants, which are called "criteria" pollutants. Particle pollution is one of these criteria air pollutants. Units of measure for the standards are parts per million (ppm) by volume, parts per billion (ppb) by volume, and micrograms per cubic meter of air ($\mu g/m^3$). (EPA, 2012)

In 2012, the EPA issued a new PM 2.5 primary standard, set at 12 μg/m3 and a secondary standard of 15 μg/m3 for annual averaging time.  A PM 2.5 primary and secondary standard of 35 μg/m3 was set for a 24-hour averaging time.  A PM 10 primary and secondary standard of 150 μg/m3 was set for a 24 hour averaging time.  (EPA, 2012)

The site of deposition of particles in the respiratory tract is determined by a combination of the physical forces that remove particles from an airstream and the anatomy of the respiratory tract.  The site of deposition affects (1) the severity of the consequences of tissue damage to the respiratory tract, (2) the degree of absorption of systemic toxicants, and (3) the clearance mechanisms available for the ultimate removal of the particles. (Casarett and Doull's, 1986, 2013)

Particles having an aerodynamic diameter of 5 to 30 μm are largely deposited in the nasopharyngeal region by impaction.  Particles having an aerodynamic diameter of 1 to 5 μm are deposited in the tracheobronchial regions by sedimentation.  The small particles, generally less than 1 μm, that have penetrated to the alveoli are deposited primarily by diffusion.  Particles in the range of 5  microns and below are deposited in the alveolar region.  Alveoli of the lung are 0.25 to 0.3 mm in diameter.  Respirable particles are ≤ 2.5 microns and can penetrate cells lining alveoli.  Additional physiologic or pathologic factors may act to influence particle deposition.  Chronic bronchitis, and bronchoconstriction from irritant materials, and cigarette smoking,  would tend to increase particle deposition.   (Casarett and Doull's, 1986, 2013; Ross and Pawlina, 2011)

## 10.2  Particulate Matter with Trace Metals

Hospitals are considered as a special and important type of indoor public place where air quality has significant impacts on potential health outcomes.  Slezakova et al., 2014, evaluated risks associated with inhalation exposure to ten toxic metals and chlorine (As, Ni, Cr, Cd, Pb, Mn, Se, Ba, Al, Si, and Cl) in coarse (P< $_{2.5-10}$) and fine ($PM_{2.5}$) particles in a Portuguese hospital in comparison with studies representative of other countries.  Samples were collected during 1 month in one urban hospital; elemental PM characterization was determined by proton-induced X-ray emission.  Noncarcinogenic and carcinogenic risks were assessed according to the methodology provided by the United States Environmental Protection Agency (USEPA; Region III Risk-Based ConcentrationTable) for three different age categories of hospital personnel.  Noncarcinogenic risks (sum of all metals) for PM $_{2.5}$-bound metals were above the safe level for all three age categories.  Arsenic and Chlorine were the most important contributors (approximately 90%) to noncarcinogenic risks.  Concerning carcinogenic risks, potential risks were observed for Arsenic and Chromium with values in $PM_{2.5}$ exceeding (up to 62 (As) and 5 times (Cr), respectively) USEPA guidelines across all age groups.  For $PM_{2.5-10}$ increased excess risks of Arsenic and Chromium were observed particularly for long-term exposures (adults 55-64 years).   The non-carcinogenic and carcinogenic risks estimated in this work were via inhalation route.  However, exposure to metals occurs also via ingestion and dermal contact and if these routes are considered, the estimated risks might be higher.  (Slezakova, et al., 2014)

## 10.3  Toxic Responses of the Respiratory System

Exposure to toxicants via inhalation occurs in all phases of human activity.  Inhalation is the most important route of exposure in the workplace.  Industrial atmospheres contain many gases and particles capable of producing pulmonary damage or damage to other organ systems when inhaled.  (Casarett and Doull's, 1986)  Schwartz, Makepeace, and Dean (1933) considered air and dust important vehicles in the production of industrial radium intoxication.  Evans, writing in 1943, regarded inhalation of dust from radium paint at that time as an "even more important" mode of entry into the body than ingestion, and considered radium dust more toxic than ingested radium because a smaller fraction is excreted.  He noted that higher burden were often found among inspectors and instrument workers who removed small chips of dry radium paint than among dial painters.

## 10.4  Structure of the Respiratory Tract

The respiratory tract may be considered as having three major regions:  the nasopharyngeal, the tracheobronchial, and the pulmonary.  The nasopharynx begins with the anterior nares and extends back and down to the level of the larynx.  The nasal passages are lined with vascular mucous epithelium, which is characterized, except at the entrance, by ciliated columnar epithelium and scattered mucous glands.  The nasopharynx filters out large inhaled particles and is the region in which the relative humidity is increased and the temperature of the air is moderated.  (Casarett and Doull's, 1986)

The trachea, bronchi, and the bronchioles serve as conducting airways between the nasopharynx and alveoli, where gas exchange occurs.  The conducting airways are lined with ciliated epithelium and coated with a thin layer of mucus secreted by goblet cells and mucus-secreting cells.  The surface of the airways serves as a mucociliary escalator, moving particles from the deep lung to the oral cavities so they may be swallowed and excreted.  The branching patterns and physical dimensions of the airways are critical in determining the deposition of particles and the absorption of gases by the respiratory tract.  (Casarett and Doull's, 1986)

The acinus is the basic functional unit of the mammalian lung and is the primary location of gas exchange between the environment and blood.  Anatomically, the acini consist of the structures distal to and including the first-order respiratory bronchiole, which is the first bronchiole with alveoli.  The acini, of which there are about 200,000 in the adult human, include three or four orders of respiratory bronchioles, several orders of alveolar ducts and alveolar sacs, hundreds of alveoli and associated blood vessels, lymphatic tissues, supportive tissues, and nerve enervations.  (Casarett and Doull's, 1986)

## 10.5  Particle Deposition

The site of deposition of solid particles or droplets in the respiratory tract, along with their chemical makeup, is important.  Particle size is usually the critical factor that determines the region of the respiratory tract in which a particle or an aerosol will be deposited.  Deposition of particles on the surface of the lung and airways is brought about by a combination of lung anatomy and the patterns of airflow in the respiratory system. (Casarett and Doull's, 1996, 2013)

The sites of deposition of gases in the respiratory tract define the pattern of toxicity of those gases.  Solubility, diffusivity, and metabolism/reactivity in respiratory tissues and breathing rate are the critical factors in determining how deeply a given gas penetrates into the lung.  Highly soluble gases such as SO2 or formaldehyde in low concentrations may deposit in the nose during nasal breathing unless doses are very high and will deposit deeper along the trachea-bronchial tree.  Very insoluble gases such as H2S efficiently pass through the respiratory tract and are taken up by the pulmonary blood supply to e distributed throughout the body.  Particles that can penetrate into the alveolar region can be a vehicle carrying adsorbed toxic gases.  Once deposited in the lung, the adsorbed materials may dissolve from the surface of the particles and enter the epithelium, endothelium, bloodstream, or lymphatics.  Small particles may directly penetrate cell membranes and evade clearance.   (Casarett & Doull's, 2013)

The site of deposition of particles in the respiratory tract is determined by a combination of the physical forces that remove particles from an airstream and the anatomy of the respiratory tract.  The site of deposition affects (1) the severity of the consequences of tissue damage to the respiratory tract, (2) the degree of absorption of systemic toxicants, and (3) the clearance mechanisms available for the ultimate removal of the particles. (Casarett and Doull's, 1986, 2013)

Particles having an aerodynamic diameter of 5 to 30 μm are largely deposited in the nasopharyngeal region by impaction.  Particles having an aerodynamic diameter of 1 to 5 μm are deposited in the tracheobronchial regions by sedimentation.  The small particles, generally less than 1 μm, that have penetrated to the alveoli are deposited primarily by diffusion.  Particles in the range of 5  microns and below are deposited in the alveolar region.  Alveoli of the lung are 0.25 to 0.3 mm in diameter.  Respirable particles are ≤ 2.5 microns and can penetrate cells lining alveoli.  Additional physiologic or pathologic factors may act to influence particle deposition.  Chronic bronchitis, and bronchoconstriction from irritant materials, and cigarette smoking,  would tend to increase particle deposition.   (Casarett and Doull's, 1986, 2013; Ross and Pawlina, 2011)

## 10.6  Particle Clearance

Lung defense is dependent on particle clearance.  Rapid removal lessens the time available to cause damage to the pulmonary tissues or permit local absorption.  An inert particle that can penetrate to the alveolar region can be a vehicle carrying adsorbed toxic gases.  Once deposited in the lung, the adsorbed materials may dissolve from the surfaces of particles and enter the epithelium, endothelium, bloodstream, or lymphatics.  Small particles may directly penetrate cell membranes and evade clearance.  (Casarett &

Doull's, 2013)

   The specific mechanisms available for the removal of particles from the respiratory tract vary with the site of the deposition.  <u>It is important to emphasize that clearance of particles from the respiratory tract is not synonymous with clearance from the body.</u> Depending on the specific clearance mechanism used, particles are cleared to (1) the stomach and gastrointestinal tract, (2) the lymphatics and lymph nodes, where they may be dissolved and enter the venous circulation, or (3) the pulmonary vasculature.  The only mechanisms by which the respiratory system can truly remove deposited particles from the body are coughing and blowing the nose. (Casarett and Doull's, 1996)

   Nasal clearance refers to particles deposited in the nose.  They are cleared by various mechanisms, depending on their site of deposition and solubility in mucus.  The anterior portion of the nose is lined with relatively dry squamous epithelium, and so particles deposited there are removed by extrinsic actions such as wiping and blowing.  The other regions of the nose are largely covered by a mucociliary epithelium that propels mucus toward the glottis, where it is swallowed.  Particles that are soluble in mucus may dissolve and enter the epithelium and/or blood before they can be mechanically removed. Uncertainties still remain about the clearance of particles that are deposited on olfactory regions or areas that are damaged by acute infection, chronic illnesses, or toxic injury. (Casarett and Doull's, 1996)

   Tracheobronchial clearance mechanisms involve the mucociliary escalator, specifically, the pseudostratified ciliated columnar epithelium of the conducting airways. The mucus layer covering the tracheobronchial tree is moved upward by the beating of the surface cilia of the respiratory epithelium.  This mucociliary escalator transports deposited particles and particle-laden macrophages upward to the oropharynx, where they are swallowed and pass through the GI tract.  (Casarett and Doull's, 1996)

**Trachea with lining of Pseudostratified Ciliated Columnar epithelium:**





(Pawlina, 2016)

**Pseudostratified ciliated columnar epithelium (Respiratory epithelium):**
**Finger-like projections move non-respirable particles up the respiratory tract to be swallowed into stomach and intestines.**  (Pawlina, 2016)



Minutes after particles are inhaled, they may be found in alveolar macrophages.  Many alveolar macrophages are ultimately transported to the mucociliary escalator.  It is possible that macrophages are carried to the bronchioles with the alveolar fluid that contributes to the fluid layer in the airways.  Other particles may be sequestered in the lung for very long periods, often in macrophages located in the interstitium.  (Casarett and Doull's, 1996)

## 10.7  Respiratory Tract Injury

Airborne agents can contact cells lining the respiratory tract from the nostrils to the gas-exchanging region.  The sites of interaction of toxicants in the respiratory tract have important implications for evaluation of the risk to humans posed by inhalants.  Certain gases and vapors stimulate nerve endings in the nose.  The result is holding of the breath or changes in breathing patterns, to avoid or reduce further exposure. (Casarett and Doull's, 1996)  Breath holding increases deposition of particles from sedimentation and diffusion.  Exercise, where larger volumes are inhaled at higher velocities, will increase particle deposition in the large and smaller airways and alveoli.  Quiet breathing in comparison will facilitate exhaling of some of the particles.  (Casarett and Doull's, 1986) If continued exposure cannot be avoided, many acidic or alkaline irritants produce cell necrosis and increased permeability of the alveolar walls.  The epithelial barrier in the alveolar zone, after a latency period of several hours, begins to leak, flooding the alveoli and producing a delayed pulmonary edema that is often fatal.  (Casarett and Doull's, 1996)

## Section  11.0  International Agency for Research on Cancer  (IARC)

In October 2013, 24 experts from 11 countries met at the International Agency for Research on Cancer in Lyon, France to assess the carcinogenicity of outdoor air

pollution.  Diverse approaches are used to measure air pollution and some countries have established monitoring networks that typically record levels of regulated pollutants, such as respirable particulate matter (PM10),  fine particulate matter (PM2.5), NO2, SO2, and O3.  PM2.5 is increasingly used as an indicator pollutant, with annual average concentrations ranging from less than 10 to more than 100 μg/m3 globally.  (Loomis, 2013)

The IARC Working Group unanimously classified outdoor air pollution and particulate matter from outdoor air pollution as carcinogenic to humans (IARC Group 1), based on sufficient evidence of carcinogenicity in humans and experimental animals and strong mechanistic evidence.  The findings regarded the carcinogenicity of outdoor air pollutants as a mixture and particulate matter specifically, are remarkably consistent in epidemiological research, studies of cancer in experimental animals, and a wide range of studies of mechanisms related to cancer.  Particularly, an increased risk of lung cancer was consistently observed in cohort and case-control studies including millions of people and many thousands of lung cancer cases from Europe, North American, and Asia.  (Loomis, 2013 on behalf of IARC)

**International Agency for Research on Cancer—Classification:  (Volume 109)**
**Outdoor Air Pollution                    Group 1 Human Carcinogen**
**Particulate Matter in Outdoor Air Pollution    Group 1 Human Carcinogen**

## 12.0  Chronic Sinusitis/Chronic Rhinosinusitis   (ICD code J32.9)

Chronic Sinusitis occurs when the spaces inside the nose and head (sinuses) are swollen and inflamed for three months or longer, despite treatment.  This common condition interferes with the way mucus normally drains, and makes the nose stuffy.  Breathing  through your nose may be difficult, and the area around your eyes might feel swollen or tender.  Chronic sinusitis can be brought on by an infection, by growths in the sinuses (nasal polyps) or swelling of the lining of your sinuses.  Also called chronic rhinosinusitis.  (Mayo Clinic, 2019)

Chronic sinusitis and acute sinusitis have similar signs and symptoms, but acute sinusitis is a temporary infection of the sinuses, often associated with a cold.  The signs and symptoms of chronic sinusitis last at least 12 weeks, but there may have been several episodes of acute sinusitis before developing chronic sinusitis.  (Mayo Clinic, 2019)

Symptoms include:
    Nasal inflammation
    Thick, discolored discharge from the nose
    Drainage down the back of the throat (postnasal drainage)
    Nasal obstruction or congestion, causing difficulty breathing through nose
    Pain, tenderness and swelling around the eyes, cheeks, nose, or forehead
    Reduced sense of smell and taste
    Ear pain

Aching in the upper jaw and teeth
Cough or throat clearing
Sore throat
Bad breath
Fatigue
(Mayo Clinic, 2019)

## 12.1  Particulate Matter and  Upper Airway Disease

Epidemiological studies have shown that air pollutants aggravate airway diseases including asthma, bronchitis, chronic obstructive pulmonary disorder, allergic and nonallergic rhinitis, sinusitis, and otitis media.  Particulate matter, photochemical pollutants, and ozone are associated with such conditions.  Reactive oxygen species, apoptosis, and inflammation are all in play.  (Jang et al., 2016)

Air pollution adversely affects human health.  The principal pollutants include particulate matter, ozone, and nitrogen dioxide ($NO_2$).  Air pollutants constitute a toxic mixture of particles and gases emitted in large quantities from many different combustion sources, including vehicles and factories.  Air pollution is thought to be an important risk factor for the development of upper airway disease.  (Jang et al., 2016)

Sand dust is a major problem in East Asia; particulate matter of aerodynamic diameter less than 10 um (PM10) is of particular concern.  Epidemiological studies have shown that air pollution increases the prevalence of respiratory diseases in children.  Significant increases in hospital admissions for asthma, allergic rhinitis, and upper and lower respiratory tract diseases have been observed.  **In a previous study, the adjusted odds ratios for exposure to PM2.5 (at increments of 10 ug/m$^3$) were 1.15 and 1.21 for asthma and allergic rhinitis combined with asthma, respectively.**  PM10 exposure significantly increased hospital admissions for all conditions studied, including asthma, allergic rhinitis, and upper and lower respiratory tract diseases.  (Jang et al., 2016)

In terms of duration, acute rhinosinusitis is defined as rhinosinusitis that persists for less than 12 weeks whereas chronic rhinosinusitis is of longer duration.  As rhinosinusitis is heterogeneous in nature, various treatment regimens have been developed.  In a large, well designed cross-sectional study, Bhattacharyya found that air quality was associated with the prevalence of rhinosinusitis.  As air quality improved, the incidence of rhinosinusitis fell.  Wolf reported positive correlations between the numbers of chronic rhinosinusitis patients and air pollution in Germany.  (Jang et al., 2016)

The development of rhinosinusitis is also influenced by occupational environment.  A recent study showed that chronic rhinosinusitis is more prevalent in those occupationally exposed to gases, fumes, dust, or smoke.  (Jang et al., 2016)

Air Quality influences the prevalence of hay fever and sinusitis.  The National Health Interview Survey for the calendar years 1997-2006 adult sample was analyzed to determine for each calendar year the one-year period prevalence of the two respiratory

conditions, hay fever and sinusitis and the nonrespiratory (control) condition, weak/failing kidneys.  A total of 313,982 patients were studied over the 10 calendar years 1997-2006.  For each of the disease conditions (hay fever and sinusitis) a statistically significant relationship with air quality was obtained (**p<0.001**).  In addition, the decreasing concentrations of the criteria pollutants exhibited a statistically significant and mathematically much larger decrease in the prevalence of both hay fever and sinusitis. (Bhattacharyya, 2009)

| TABLE III. Results of linear regression analysis for disease condition prevalence predicted by air quality variables. | | | | | | |
|---|---|---|---|---|---|---|
| | Hayfever | | Sinusitis | | Kidney Weak/Failing | |
| Air Quality Parameter | Standardized B | p-value | Standardized B | p-value | Standardized B | p-value |
| CO | 0.012 | <0.001 | 0.027 | <0.001 | −0.001 | <0.001 |
| NO2 | 0.013 | <0.001 | 0.026 | <0.001 | 0.001 | <0.001 |
| SO2 | 0.012 | <0.001 | 0.026 | <0.001 | 0.004 | <0.001 |
| Particulate Matter | 0.016 | <0.001 | 0.013 | <0.001 | 0.000 | <0.001 |

Laryngoscope 119: March 2009                    Bhattacharyya: Air Quality, Hay Fever, and Sinusitis



**Relationship of sinusitis prevalence to particulate matter in the air.**
(Bhattacharyya, 2009)

A dose response exists for prevalence of sinusitis with increasing concentrations of Particulate matter from 11.5 to 13.3 ug/m3

Nachman and Parker, 2012, studied relationships between chronic exposures to air pollution and respiratory health outcomes.  The objectives of this study are to evaluate the relationship between annual average ambient fine particulate matter (PM2.5) concentrations and respiratory outcomes for adults using modeled air pollution and health outcome data and to examine PM2.5 sensitivity across race/ethnicity.  PM2.5 concentrations and self-reported prevalence of respiratory outcomes including asthma, sinusitis and chronic bronchitis.  Statistically significant associations for sinusitis were observed:

**Overall     AOR = 1.18 95% CI (1.08-1.30)  ( p < 0.01)**
**Non-Hispanic whites    AOR = 1.31 95% CI (1.18-1.46)  ( p < 0.01)**

Increased chronic PM2.5 exposures in adults may contribute to population sinusitis burdens.  (**Nachman and Parker, 2012**)

D'Andrea and Reddy studied the development of long-term adverse health effects in oil spill cleanup workers of the Deepwater Horizon Drilling Rig Disaster.  The incidence of illness symptoms and health complaints in the oil spill cleanup workers was compared from their initial to their follow-up visits **5 years after the Gulf Oil Spill exposure**. Illness symptoms and the incidence at the initial visit and at 5-year follow-up were as follows:

| Illness symptom | Initial Visit N = 44 | 5-Year Follow-up N = 44 |
|---|---|---|
| Shortness of breath | 33 (75%) | 37  (84%) |
| Frequent headaches | 28 (64%) | 30  (68%) |
| Rash | 23 (52%) | 24  (55%) |
| Chronic cough | 20 (45%) | 21  (48%) |
| Nasal obstruction | 7  (16%) | 10  (23%) |
| Chronic rhinosinusitis | 0  (0%) | 40  (91%) |
| Reactive airway dysfunction syndrome | 0  (0%) | 20  (45%) |

At the **7-year follow-up visit**, 91% of the oil spill exposed subjects had progressive deterioration of their respiratory system and developed chronic rhinosinusitis and 45% of the exposed workers had developed chronic reactive airway dysfunction syndrome as new symptoms that were not reported during their initial visit.  (D'Andrea and Reddy, 2018) D'Andrea and Reddy

There is often overlap of rhinitis with chronic rhinosinusitis (CRS) disease presentation.  CRS with nasal polyposis (CRSwNP) and without nasal polyposis (CRSsNP) is driven by chronic inflammation with manifestations beyond rhinitis symptoms and clinical findings alone.  Studies have shown that air pollutants (AP) induce nasal inflammation, suggesting a possible role of nonallergen exposures in Non-Allergic Rhinitis-mediated (NAR) inflammation.  PM2.5 consists of fine inhalable particles measuring $\leq 2.5$ um in diameter.  Black carbon (BC), which denotes the light-absorbing components of aerosols that contain 2 forms of elemental carbon, is a major component of particulate matter (PM) and is directly emitted into the atmosphere in the form of PM2.5.  Mady et al, studied the impact of inhalant pollutants (PM2.5) and black carbon (BC) n allergic rhinitis and chronic rhinosinusitis (CRS) disease severity.  (Mady et al, 2018)

The geographic distribution of air pollutants (AP) was determined using spatial modeling for patients in the study.  There were significant differences in AP levels between allergy-negative and –positive patients.  Pm2.5 concentration measured, on average 11.32 ug/m$^3$ in nonallergic patients, compared with 11.07 ug/m$^3$ in allergic patients (p = 0.030).   BC was, on average, 0.81 absorbance (abs) among allergy-negative patients, compared with 0.76 abs among allergy-positive patients (p = 0.044).  Mean PM

2.5 and BC were not significantly different between patients with or without asthma. (Mady et al, 2018)

Nonallergic CRSwNP (chronic rhinosinusitis with nasal polyposis) demonstrated statistically significantly higher mean average PM2.5 than their allergy-positive counterparts (11.48 vs 11.09 ug/m$^3$, p = 0.032)  A similar pattern was observed for BC (0.82 vs 0.75 abs, p = 0.017).  Nonallergic polyp patients were also found to have a significant difference in PM2.5 compared with allergic non-polyp patients (11.48 vs 11.04 ug/m$^3$, p = 0.023).  A similar, but not statistically significant trend was observed in BC levels.  (Mady et al, 2018)

The results suggest that small inhalant pollutants may contribute to nonallergic symptomatology in CRS patients.  Regardless of allergy status, our findings propose that air pollutants may play a role in CRSsNP (CRS without polyposis) symptom severity.  This study is the first to evaluate objectively the influence of AP exposures in rhinitis disease expression among CRS phenotypes.  These findings may partly explain persistent rhinitis symptoms in allergy test-negative patients, which are often labeled with a diagnosis of chronic rhinitis.  Through this pilot study, the findings highlight the potential role of environmental factors in differential disease expression and provide insight into potentially underlying etiologies of chronic rhinitis.  (Mady et al, 2018)

Allergy has been inferred to contribute to the pathophysiology of chronic rhinosinusitis (CRS) although this role is controversial.  Common aeroallergens implicated in chronic rhinosinusitis include air pollution/second hand smoke, dust mite and pollen.  One emerging potential mechanism whereby aeroallergens contribute to CRS is through sinonasal epithelial barrier disruption.  Characterization of cytokine disruption of sinonasal epithelial cell barrier has been described including interleukin (IL)-4 and IL-13, as well as aeroallergens such as house dust mite and cigarette smoke.  Recent results have demonstrated severe barrier disruption in response to direct application of either particulate matter (PM or house dust mite (HDM) to sinonasal epithelial cells.  Sinonasal epithelial barrier disruption may contribute to CRS by enabling the perpetual and chronic exposure of inflammatory allergens and stimuli.  The sinonasal epithelial barrier plays a significant role in innate immune host defense.  Mechanisms of innate immune defense include pattern recognition receptors (PRRs), secreted endogenous antimicrobials and inflammatory cytokines that aid in repair mechanisms including IL-33.  Recent evidence implicates aeroallergens and dysregulated host innate immune responses in the development of CRS.  (London, et al., 2016)

The sinonasal mucosa is lined by a layer of sinonasal epithelial cells that act as the initial barrier and interface with the air/environment.  This interface serves to block outside allergens and inflammatory agents and regulate flow of fluid across the barrier.  This tight barrier is formed by intercellular junction proteins including epithelial cadherin (E-cadherin), zonula occludens-1 (ZO-1), occluding, claudin-1 and junctional adjesion molecule A(JAM-A).  Epithelial barrier dysfunction is a proposed pathogenic mechanism leading to persistent inflammation in diseases including Crohn's disease, asthma, atopic dermatitis and psoriasis.  (London, et al., 2016)

Inflammatory cytokines from the innate and adaptive immune response also contribute to CRS.  Many of these cytokines arise from CD4+ helper T (Th) cells and have been subdivided into cytokines arising from a Th1 versus Th2 response.  Th1 cytokines include tumor necrosis factor-alpha (TNF-alpha) and interferon-gamma (IFN-gamma) which activate cytotoxic T cells and macrophages while Th2 cytokines include interleukin (IL)-4, IL-5 and IL-13 and enhance the eosinophil and mast cell response.  These inflammatory cytokines may also be released within the sinonasal microenvironment including sinonasal epithelial cells.  Not only do Th1 and Th2 inflammatory cytokines enhance inflammatory cell activation but may also destabilize adjacent structures such as the sinonasal epithelial cell barrier.  (London, et al., 2016)



(London, et al., 2016)

107



**Salivary gland epithelium;  TJ = Tight Junction;
ZA = Zonula Adherens;  DES = Desmosomes**

(pocketdentistry.com)

   The size, morphology and component of PM2.5 play key roles in the adverse effects on human health.  Generally, smaller PM has higher health risks.  PM 2.5 is a small particulate, which is inhalable and able to penetrate to tissues.  Due to numerous sources, the chemical constituents of PM2.5 can contain nitrate, sulfate, ammonium, metals and poly aromatic hydrocarbons (PAHs).  Metals, PAHs, biological agents and ultrafine particles that adhere to particles are considered to be the constituents that have adverse effects on the respiratory system.  Inhaled PM2.5 makes contact with human nasal epithelial cells and may impair the function of these cells, thereby causing nasal inflammatory diseases such as chronic and allergic rhinitis.  (Hong et al., 2016).

   Oxidative stress is a state of inbalance between oxidation and anti-oxidation, and plays an important role in the pathology of many human diseases.  One source of oxidative stresses results from the generation of reactive oxygen species (ROS).  PM2.5 can induce ROS that directly interact with superoxide dismutase (SOD), catalase (CAT) and glutathione peroxidase (GSH-Px), and alter their enzymatic activities.  Nuclear factor NF-E2-related factor-2 (Nrf2) plays a key role in keeping cellular redox balance by protecting cells from oxidative stress.  The activation of Nrf2 increases the expression of antioxidant enzymes, which in turn removes ROS and decreases cell damage  However,

whether PM2.5 alters the activity of Nrf2 remains elusive.  (Hong et al., 2016).

In addition, airway epithelial cells play a key role in nasal inflammatory diseases by producing and releasing numerous inflammatory cytokines, leading to inflammatory response.  Previous studies have suggested that PM2.5 has a potential to stimulate cells to produce and release inflammatory cytokines.  In vitro studies have found that diesel exhaust particles (DEP) and PM increase the expression of granulocyte-macrophage colony-stimulating factor (GM-CSF), tumor necrosis factor-α (TNF- α), interleukin 8 (IL-8), IL-6, IL-1β and eotaxin in airway epithelial cells.  Since nasal epithelial cells function as the first epithelial barrier in the nasal cavity to protect from inhaled particles PM2.5 may induce inflammatory responses in nasal epithelial cells.  (Hong et al., 2016).

Hong et al., 2016, used human RpMI 2650 cells, derived from squamous cell carcinoma of the nasal septum, as a model of nasal epithelial cells, and exposed them to PM2.5 that was collected at Fudan University in Shanghai, China.  PM2.5 exposure decreased the viability of RPMI 2650 cells, suggesting that PM2.5 may impair the barrier function of nasal epithelial cells.  Moreover Pm2.5 increased the levels of intracellular reactive oxygen species (ROS) and the nuclear translocation of NF-E2-related factor-2 (Nrf2).  Importantly PM2.5 also decreased the activities of superoxide dismutase, catalase and glutathione peroxidase.  In addition, PM2.5 increased the production of granulocyte-macrophage colony-stimulating factor, tumor necrosis factor- α, interleukin-13 and eotaxin (C-C motif chemokine ligand 11), each of which initiates and/or augments local inflammation.  These results suggest that PM2.5 may induce oxidative stress and inflammatory responses in human nasal epithelial cells, thereby leading to nasal inflammatory diseases.  (Hong et al., 2016).

Chen et al., 2006 demonstrated a marked difference in stimulated Ciliary Beat Frequency (CBF) in human sinonasal mucosal explants.  Dynamic regulation of respiratory ciliary activity is critical for the respiratory epithelium to adapt to varying environmental situations.  Thus, diminished or absent adaptation could predispose the sinonasal cavity to accumulation of inhaled infectious and noxious particulate matter resulting in infection/inflammation.  The findings suggest that Chronic RhinoSinusitis (CRS) patients have decreased sinonasal ciliary adaptation to environmental stimuli.

Zhao et al., 2018, studied the effects of PM2.5 on mucus secretion and tissue remodeling in a rabbit model of chronic rhinosinusitis.  PM2.5 exposure substantially aggravated ciliary disruption in rabbits with CRS.  PM2.5 also significantly increased goblet cell hyperplasia and collagen deposition, as reflected by PAS staining of goblet cells and Masson Trichrome staining for collagen.  The nasal mucosa of CRS rabbits displayed markedly elevated MUC5AC expression after PM2.5 exposure.  Increases in ciliary disruption, nasal remodeling, and mucus hypersecretion may be the pathophysiologic mechanisms underlying the PM2.5-induced aggravation of CRS.



**FIGURE 6.** Proposed mechanism of tissue remodeling in CRS rabbits after exposure to PM2.5. CRS = chronic rhinosinusitis; PM2.5 = fine particulate matter.

(Zhao, 2018)

Ramanathan et al., 2017, tested the impact of chronic airborne PM exposure on the upper respiratory system in vivo. Mice were subjected by inhalation to concentrated fine PM2.5. Mice were then killed and analyzed for evidence of inflammation and barrier breakdown compared with control mice. Evidence of the destructive effects of chronic airborne PM on sinonasal health in vivo, including proinflammatory cytokine release, and macrophage and neutrophil inflammatory cell accumulation was observed. A significant increase in epithelial barrier dysfunction was observed, as assessed by serum albumin accumulation in nasal airway lavage fluid, as well as decreased expression of adhesion molecules, including claudin-1 and epithelial cadherin. A significant increase in eosinophilic inflammation, including increased IL-13, eotaxin-1, and eosinophil accumulation, was also observed. Finally, hematoxylin and eosin-stained tissue sections demonstrated a significant increase in subepithelial thickness (p < 0.001; Figures 6A and 6B;  FA = Filtered Air; PM = Particulate Matter)   These studies demonstrate the destructive effects of chronic airborne PM exposure on the sinonasal airway barrier disruption and non-allergic eosinophilic inflammation in mice.



**Figure 6.** Chronic airborne $PM_{2.5}$ exposure increases sinonasal subepithelial cell thickness assessed by histology. (*A*) Representative images of hematoxylin and eosin staining analysis of nasal subepithelial cell thickness with high-magnification *inset*. *Dashed line*, basal lamina; *scale bars*: 10 μm. (*B*) Quantification of nasal subepithelial cell thickness ($n = 3$ mice per group). Data is presented as mean ± SEM. *$P < 0.05$.

(Ramanathan et al., 2017)

Song et al., 2016, used cell cultures to study Let-7a effect on particulate matter 2.5 induced oxidative stress and injury in human airway epithelial cells.  The let-7a is the most significantly decreased among the let-7 miRNA family members in B2B cells exposed to PM2.5.  Decreased let-7a resulted in increased ARG2 expression, leading to elevated oxidative stress status and increased cell damage and apoptosis.

## Section 13.0  Carcinogenesis

Carcinogenesis begins with alterations in the cell cycle.  Normally most cells are in the $G_0$ phase  (resting phase), a differentiated and quiescent state.  After receiving signals to divide, they progress into the G1 phase of the cell division cycle.  It has been speculated that the regenerative process is initiated by the release of chemical mediators from damaged cells.  $G_0/G_1$ transition involves activation of immediate early genes so that cells acquire replicative competence.   (Casarett & Doull's, 2013)



Now increasingly responsive to growth factors, these cells progress to the phase of DNA synthesis (S).  If this progression is blocked (e.g. by expression of the tumor suppressor gene p53), the cells undergo apoptosis (A).  After DNA replication, the cells prepare further for mitosis in the $G_2$ phase.  During this phase there is a surge in the level of cyclins—proteins that activate cyclin-dependent kinases.  Cyclin-dependent kinases activate proteins involved in mitosis (e.g. microtubular proteins of the mitotic apparatus) (Casarett & Doull's, 2013)



(Casarett & Doull's, 2013)

The process of carcinogenesis when initiated by genotoxic carcinogens follows these pathways:



(Casarett & Doull's, 2013)

Mitosis (M) is the shortest phase of the cell cycle (approximately 40 minutes out of the 40-hour- long cycle of hepatocytes.  Mitosis requires the largest energy expenditure per unit of time.  The daughter cells produced may differentiate and enter into the pool of quiescent cells ($G_0$), substituting for those which had been lost.   After tissue necrosis, the number of cells entering the cell division cycle markedly increases at areas adjacent to the injury.  (Casarett & Doull's, 2013)

Epigenetic (Nongenotoxic) Carcinogens comprises those carcinogens for which there is evidence of an inability of the chemical to interact with genetic material.  Another biologic effect has been delineated that could be the basis for carcinogenicity.  Epigenetic carcinogenesis contains carcinogens characterized by their: promoting activity, hormone-modifying activity, cytotoxicity, immunosuppressive action, and the ability to induce peroxisome proliferation.  Many epigenetic agents increase DNA synthesis, mitosis, and cell duplication rates.  Arsenic methylates and hypomethylates DNA to express or silence specific genes leading to aberrant gene expression.   (Casarett & Doull's, 2013)

113

Below is a model depicting the modes of action of genotoxic and nongenotoxic carcinogens and the cooperation between proto-oncogenes and tumor suppressor genes in transformation of normal cells with controlled proliferation into neoplastic cells with uncontrolled proliferation.



(Casarett & Doull's, 2013)

## 14.0  Epidemiology of Arsenic and Skin Cancer

Chen et al., 1985, studied Skin cancer mortality in areas hyperendemic for Blackfoot disease, corresponding to high, medium, and low exposure.  Standard mortality ratios were calculated with control mortality rates in all Taiwan.

**SMR at the (95% CI) = 534 (379 – 689)  for men**
**SMR at the (95% CI) = 652 (469 – 835)  for women**

Tsai et al., 1999, studied Skin cancer mortality from 1971-1994 in areas endemic for Blackfoot disease in four townships in SW Taiwan.

**<u>Age- and sex-adjusted SMR at 95% CI:</u>**

**Men           4.8 (3.7 – 6.2)        Local standard**

|          | 5.9 (4.6 – 7.6) | **National standard** |
| **Women** | 5.7 (4.4 – 7.2) | **Local standard** |
|          | 6.8 (5,3 – 8.6) | **National standard** |

Smith et al., 1998, studied Skin Cancer Mortality in Region II of northern Chile in 1989-1993.  Average annual arsenic concentrations ranging from 43-569 ug/L in 1950-1994.  Age-standardized to the national rates of Chile in 1991.

**SMR at the 95% CI:  7.7 (4.7 – 11.9)**
**SMR at the 95% CI:  3.2 (1.3 – 6.6)**

Hsueh et al., 1995, studied Prevalence of skin cancer in three villages in Putai Township in Taiwan.

**For the duration in an area endemic for Blackfoot disease (years) as follows:**

| ≤ 45 years | 1.0 |
| 46 – 49 | 5.2  95% CI (1.1-25.8) |
| ≥ 50 | 8.5  95% CI (1.96-37.2) |
|  | **p for trend < 0.05** |

**For the duration of drinking artesian well-water (years):**

| ≤ 13 years | 1.0 |
| 14-25 | 5.1  95% CI (1.03-24.98) |
| ≥ 26 | 6.4  95% CI (1.4-27.9) |
|  | **p for trend  < 0.05** |

**For the average exposure to arsenic (ppm):**

| 0  ppm | 1.0 |
| 0—0.70 | 3.5  95% CI (0.7—17.0) |
| > 0.71 | 5.0  95% CI (1.1—23.8) |

**For the cumulative exposure to arsenic (ppm-years):**

| ≤ 4  ppm-years | 1.0 |
| 5—24 | 8.9  95%  CI (1.1—73.8) |
| ≥  25 | 13.7  95%  CI (1.7—111.6) |

Hsueh et al, 1997, studied Incidence of skin cancer from 1989 – 1992  in three villages in Putai township (SW) Taiwan.

**Relative Risk for skin cancer at the 95% CI for greater than 25 years of duration of consumption of artesian well-water (years) is as follows:**

**RR = 8.9   95% CI (1.1-72.9)**

**For Duration of consumption of artesian well-water (years):**

| 0  years | 1.0 |

|          |     |                       |
|----------|-----|-----------------------|
| 1-15     | 1.2 | 95% CI (0.4-19.7)     |
| 16-25    | 3.9 | 95% CI (0.5-32.1)     |
| > 25     | 8.9 | 95% CI (1.1-72.9)     |
|          |     | (p for trend = 0.05)  |

**For Average concentration of arsenic in drinking water (mg/L)**

|                    |                                    |
|--------------------|------------------------------------|
| 0                  | RR = 1.0                           |
| 0.01 – 0.70 mg/L   | RR = 3.3   95% CI (0.4-35.8)       |
| 0.71 – 1.10 mg/L   | RR = 8.7  95%  CI (1.1 – 65.5)     |
|                    | *(p for trend < 0.05)*             |

Rivara et al., 1997, studied mortality in an exposed group in Antofagasta in region II (arsenic concentration in drinking-water, 40-860 ug/L; 2950-1992.  An unexposed group region VIII, served as the control with no arsenic contamination (reference group).

**SMR = 3.2  95% CI (2/1-4.8)**

Beane Freeman et al., 2004, studied 645 eligible cases of Skin Malignant Melanoma ascertained through Iowa Cancer Registry.  Measurement of toenail arsenic content using atomic absorption spectrophotometry.

| Odds Ratio for Malignant Melanoma | Toenail arsenic  ug/g |
|-----------------------------------|-----------------------|
| OR =  1.0                         | 0.020                 |
| OR =  1.0  95% CI(0.6 – 1.6)      | 0.021 – 0.039         |
| OR =  1.7  95% CI(1.1 – 2.7)      | 0.040 – 0.083         |
| OR =  2.1  95% CI(1.4 – 3.3)      | ≥ 0.084               |
|                                   | *P for trend = 0.001* |

Kennedy et al., 2005, studied skin cancers including Squamous Cell Carcinoma, Basal Cell Carcinoma, and Malignant Melanoma (MM).  For cancer among men, the Odds Ratio at the 95% CI was statistically significant only for Malignant Melanoma.

**OR = 7.1     95% CI (1.1-45.5)  for Malignant Melanoma**

Pesch et al, 2002 studied 264 non-melanoma skin cancer cases in Slovakia.  Arsenic exposures were correlated with the place of residence as a proxy of distance related exposure measures.  Relative Risk was determined at the 95% CI as follows:

**RR =  1.0**     for low exposure
**RR =  2.41  95% CI (1.85 – 3.14)**  for medium exposure and male gender
**RR =  1.75  95% CI (1.14 – 2.70)**  for High Exposure and male gender
**RR =  1.28  95% CI (0.79 – 1.99)**  for Medium Exposure and female gender
**RR =  2.19  95% CI (1.61 – 3.10)**  for High Exposure and female gender

Leonardi et al., 2012, found positive associations between long-term exposure to iAs < 100 ug.L in drinking water and BCC of the skin.  The exposure metric that showed the most significant relationship with BCC was lifetime average water iAs concentration. The association between iAs and BCC remained significant in the subgroup exposed to iAs lifetime average water iAs concentration <40 ug/L (90th percentile).

**Table 2.** Results of logistic regression models of iAs exposure by quintile and BCC in the ASHRAM study population [OR (95% confidence interval)].

| Arsenic exposure index/quintile (range of exposure in controls) | Adjusted[a] | Additionally adjusted[b] | Trend test (p-value) |
|---|---|---|---|
| Lifetime average iAs concentration (µg/L) | | | 0.001 |
| 0.00–0.68 | 1.00 | 1.00 | |
| 0.68–0.98 | 1.27 (0.82, 1.97) | 1.39 (0.89, 2.19) | |
| 0.98–7.00 | 1.02 (0.67, 1.56) | 1.20 (0.77, 1.88) | |
| 7.10–19.43 | 1.63 (0.93, 2.85) | 1.73 (0.97, 3.11) | |
| 19.54–167.29 | 2.81 (1.62, 4.87) | 3.03 (1.70, 5.41) | |
| Peak daily iAs dose rate (µg/day) | | | 0.001 |
| 0.00–0.73 | 1.00 | 1.00 | |
| 0.73–1.48 | 0.93 (0.62, 1.39) | 0.91 (0.59, 1.39) | |
| 1.48–9.09 | 1.29 (0.86, 1.95) | 1.55 (1.00, 2.41) | |
| 9.09–32.23 | 1.78 (1.05, 3.02) | 1.76 (1.01, 3.07) | |
| 32.23–242.14 | 2.31 (1.32, 4.03) | 2.50 (1.39, 4.49) | |
| Cumulative iAs dose (g) | | | 0.001 |
| 0.00–0.01 | 1.00 | 1.00 | |
| 0.01–0.03 | 1.02 (0.68, 1.52) | 1.09 (0.72, 1.67) | |
| 0.03–0.13 | 1.19 (0.78, 1.81) | 1.46 (0.93, 2.27) | |
| 0.13–0.55 | 1.73 (1.02, 2.91) | 1.76 (1.02, 3.04) | |
| 0.55–4.46 | 2.45 (1.39, 4.32) | 2.63 (1.45, 4.78) | |

Relative risks of BCC were estimated as ORs comparing risk of cancer in a quintile with the quintile of lowest exposure. Range of iAs exposure within each quintile is expressed in the unit of measure specific for each exposure index.
[a]Adjusted for county, age, and sex, based on $n = 1,022$ for peak dose rate, $n = 1,025$ for lifetime average concentration, and $n = 1,011$ for cumulative dose. [b]Additionally adjusted for education, skin response to 1-hr midday sun, and skin complexion, based on $n = 989$ for peak dose rate, $n = 992$ for lifetime average concentration, and $n = 979$ for cumulative dose.

(Leonardi, 2012)

Guo et. al., 2001, analyzed the association between arsenic ingestion and skin cancer cell types.  The results suggest that the carcinogenicity of arsenic on skin is cell-type specific.  Data was obtained from the National Cancer Registration Program which is a hospital-based registry operated by the government (Taiwan).  The computerized database contains information on gender, date of birth, township of residence, date of diagnosis, clinical diagnosis, and pathological diagnosis of each patient.  Results from regression analyses indicated that arsenic levels above 0.64 mg/L were associated with an increased risk for BCC in men and SCC in both genders, and that levels between 0,32 and 0.64 mg/L were associated with a decreased risk for SCC in both men and women.  Risk estimates generated by this study might be affected by possible incomplete reporting of cases.  Other limitations are listed by the authors.

*Table 3.* Estimates of incremental rate difference (per 100,000 person-years) for 1% increase in the proportion of residents in each arsenic exposure category for skin cancers by gender and cell type

| Arsenic level (mg/L) | Men | | Women | |
|---|---|---|---|---|
| | Rate difference | SE[a] | Rate difference | SE[a] |
| **Basal cell carcinoma** | | | | |
| Intercept | 0.779 | | −0.002 | |
| 0.05–0.08 | 0.004 | 0.014 | −0.012 | 0.012 |
| 0.09–0.16 | −0.017 | 0.016 | 0.018 | 0.014 |
| 0.17–0.32 | 0.006 | 0.021 | 0.004 | 0.018 |
| 0.33–0.64 | −0.024 | 0.028 | 0.016 | 0.024 |
| >0.64 | 0.128 | 0.025** | 0.027 | 0.022 |
| **Squamous cell carcinoma** | | | | |
| Intercept | 0.821 | | 1.488 | |
| 0.05–0.08 | 0.024 | 0.016 | −0.006 | 0.014 |
| 0.09–0.16 | −0.026 | 0.018 | 0.006 | 0.016 |
| 0.17–0.32 | 0.073 | 0.024** | 0.016 | 0.020 |
| 0.33–0.64 | −0.100 | 0.031** | −0.064 | 0.027* |
| >0.64 | 0.155 | 0.028** | 0.212 | 0.024** |

[a] Standard error.
* $p < 0.05$; ** $p < 0.01$ for $t$-test for the significance of the difference.

## 15.0  International Agency for Research on Cancer (IARC)   Volume 100C  Arsenic

### 15.1  Studies of cancer in Humans

Several types of epidemiological study contribute to the assessment of carcinogenicity in humans—cohort studies, case—control studies, correlation (or ecological) studies and intervention studies.  Rarely, results from randomized trials may be available.  Case reports and case series of cancer in humans may also be reviewed.  (IARC, 2012)

Cohort and case—control studies relate individual exposures under study to the occurrence of cancer in individuals and provide an estimate of effect (such as relative risk) as the main measure of association.  Intervention studies may provide strong evidence for making causal inferences, as exemplified by cessation of smoking and the subsequent decrease in risk for lung cancer.  (IARC, 2012)

In correlation studies, the units of investigation are usually whole populations (e.g. in particular geographical areas or at particular times), and cancer frequency is related to a summary measure of the exposure of the population to the agent under study.  In correlation studies, individual exposure is not documented, which renders this kind of study more prone to confounding.  In some circumstances, however, correlation studies may be more informative than analytical study designs.  (IARC, 2012)

In some instances, case reports and case series have provided important information

about the carcinogenicity of an agent.  These types of study generally arise from a suspicion, based on clinical experience, that the concurrence of two events—that is, a particular exposure and occurrence of a cancer—has happened rather more frequently than would be expected by chance.  Case reports and case series usually lack complete ascertainment of cases in any population, definition or enumeration of the population at risk and estimation of the expected number of cases in the absence of exposure. (IARC, 2012)

The uncertainties that surround the interpretation of case reports, case series and correlation studies make them inadequate, except in rare instances, to form the sole basis for inferring a causal relationship.  When taken together with case-control and cohort studies, however, these types of study may add materially to the judgement that a causal relationship exists.  (IARC, 2012)

Epidemiological studies of benign neoplasms, presumed preneoplastic lesions and other end-points thought to be relevant to cancer are also reviewed.  They may, in some instances strengthen inferences drawn from studies of cancer itself.  (IARC, 2012)

## 15.2  IARC Evaluation of the Carcinogenicity of Arsenic—IARC vol 100C, 2012

There is sufficient evidence in humans for the carcinogenicity of mixed exposure to inorganic arsenic compounds, including arsenic trioxide, arsenite, and arsenate.  Inorganic arsenic compounds, including arsenic trioxide, arsenite, and arsenate, cause cancer of the lung, urinary bladder, and skin.  Also, a positive association has been observed between exposure to arsenic and inorganic arsenic compounds and cancer of the kidney, liver, and prostate.

There is sufficient evidence in experimental animals for the carcinogenicity of dimethylarsinic acid, calcium arsenate, and sodium arsenite.

There is limited evidence in experimental animals for the carcinogenicity of sodium arsenate, gallium arsenide, arsenic trioxide, and trimethylarsine oxide.

In view of the overall findings in animals, there is sufficient evidence in experimental animals for the carcinogenicity of inorganic arsenic compounds.

**Arsenic and inorganic arsenic compounds are carcinogenic to humans (Group 1).**

The Working Group made the overall evaluation on "arsenic and inorganic arsenic compounds"  rather than on some individual arsenic compounds, based on the combined results of epidemiological studies, carcinogenicity studies in experimental animals, and data on the chemical characteristics, metabolism, and modes of action of carcinogenicity.

Elemental arsenic and inorganic arsenic species share the same metabolic pathway; arsenate ➔ arsenite ➔ methylarsonate➔ dimethylarsenite.  Thus independent of the mechanisms of the carcinogenic action, and independent of which of the metabolites is

the actual ultimate carcinogen, different inorganic arsenic species should be considered as carcinogenic.  (IARC, vol 100C 2012)

## 16.0  Mechanisms of Arsenic Carcinogenesis

Oxidative stress reflects an imbalance between the systemic manifestation of reactive oxygen species and a biological system's ability to readily detoxify the reactive intermediates or to repair the resulting damage.  It is clear that oxidative stress plays an important role in the molecular mechanism of arsenic-induced toxicity and carcinogenesis.  Exposure to arsenic will generate NO and $O_2{}^-$ that is subsequently converted to other more damaging reactive species such as the OH• radical and $ONOO^-$. The reaction and interaction of these reactive species with target molecules lead to oxidative stress, lipid peroxidation, DNA damage, and activation of signaling cascades associated with tumor promotion and/or progression.  (Shi H, et al., 2004)

Arsenic in Environment

Arsenic in vivo

Redox Reaction or methylation



Scheme 1. Mechanism of arsenic toxicity and carcinogenesis.

Antioxidants that can inhibit, reduce, or scavenge the production of ROS and RNS induced by arsenic can not only decrease direct cellular damage such as lipid peroxidation, enzyme inactivation and DNA oxidation caused by arsenic, but also

ameliorate cell injuries or death by redox signaling pathways activated by arsenic exposure.  P53 plays a guarding role in maintaining genome integrity and accuracy of chromosome segregation.  The effects of arsenic on p53 activation has been emphasized in recent years.  Accompanying the appearance of DNA strand breaks was a significant accumulation of p53 in arsenite-treated human fibroblast cells.  (Shi H, et al., 2004)

Proposed mechanisms for arsenite are the interference with DNA repair processes and an increase in reactive oxygen species.  Furthermore, MMA(III) and DMA(V) generated DNA strand breaks in a concentration-dependent manner.  Taken together our results show that very low physiologically relevant doses of arsenite and the methylated metabolites induce high levels of oxidative DNA damage in cultured human cells.  Thus, biomethylation of inorganic arsenic may be involved in inorganic arsenic-induced genotoxicity/carcinogenicity.  Concentrations as low as 10nM arsenite or  100 nM of the trivalent methylated metabolites induced significant amounts of DNA damage. (Schwerdtle T, et al., 2003)   Wang et al., 2002, reported on independently derived data on DNA damage by arsenite and some methylated metabolites determined by comet assay.  In agreement with the results of Schwerdtle, 2003, Wang observed enzyme-sensitive sites generated by comparatively low concentrations of arsenite, DMA(V), MMA(V), and MMA(III) after short-term incubation of HL 60 cells.  (Shwerdtle, 2003)

Barchowsky et al, 1999, characterized the reactive species generated in these cells exposed to levels of arsenite that initiate cell signaling.  Arsenite increased extracellular accumulation of $H_2O_2$, measured as oxidation of homovanillic acid, with the same time and dose dependence, as seen for superoxide formation.  These data suggest that superoxide and $H_2O_2$ are the predominant reactive species produced by endothelial cells after arsenite exposures that stimulate cell signaling and activate transcription factors. (Barchowsky et al., 1999)

Cellular stress, mediated by an arsenic, leads to an intermediate adaptive response involving various mechanisms, including the nuclear translocation of redox-sensitive transcription factor such as Nrf2, which senses chemical dangers and orchestrates cell defense.  In the case of arsenic, Nrf2 genes of immediate significance are the antioxidant proteins, such a HO-1, Prx1, and γGCS; Phase II xenobiotic-metabolizing enzymes/ and Phase III transporters, such as GSTA1 and MRP1.  It has been noted that nuclear translocation occurs at nontoxic concentrations of arsenic and at time-points before overt toxicity is observed.  However, as arsenic concentration increases, there is a progressive dislocation of nuclear translocation of Nrf2, and gene expression of proteins overwhelms cell defenses.  Arsenic exposure can promote apoptosis by disruption of signal transduction, activation of AP-1, inactivation of constitutive NF-kB, and/or suppression of PI3K/Akt signaling.  Because upstream proteins that regulate AP-1, NF-kB, and Nrf2, and NO synthase all have reactive thiols, their oxidative modification by reactive oxygen species, generated during arsenic exposure, may be the critical step mediating cellular responses and toxicity.  (Kumagai and Sui 2007)

Arsenic, widely distributed in the environment, is a potent human carcinogen. Arsenite induced mainly kinetochore-positive MN (K+-MN) in HFW cells by low dose

exposure whereas maily kinetochore-negative MN (K−-MN) was induced by high dose exposure.  Arsenite induces micronuclei (MN) in a variety of cell systems.  MN are generally arisen from chromosome fragments or whole chromosomes that are not incorporated into daughter nuclei.  MN is either derived from whole chroosomes or chromosome fragments, and can be distinguished by CREST antibodies that are widely used to detect kinetochores  (a complex of proteins associated with the centromere of a chromosome during cell division, to which the microtubules of the spindle attach).  Kinetochore-positive MN were generally considered to be derived from whole chromosomes, while Kinetochore-negative were considered to be derived from chromosome fragments.  These results suggest that arsenite may act potentially as an aneugen or as a clastogen.  (Yih L, and Lee, T, 1999)

Huang et al., 1998, demonstrated that arsenite inhibits mitotic division and perturbs spindle dynamics in HeLa S3 cells.  Arsenite has been shown to induce micronuclei, aneuploidy and endoreduplication in human and rodent cells.  Treatment of G2-enriched human fibroblasts with 5uM arsenite results in mitotic delay and prolongation, and spindle derangement.  However, 18% of subclones surviving arsenite injury showed one chromosome loss, indicating that arsenite can induce chromosome alterations through disturbance of mitotic events in normal human fibroblasts.  The induction of aneuploidy plays an important and essential role in neoplastic development.  Our present results have shown that arsenite attenuates microtubule dynamics, interrupts chromosome congression, and inhibits mitotic exit in HeLaS3 cells. Aneuploidy and micronuclei may result from the failure of spindle-assembly checkpoints.  Our results suggest that arsenite-induced mitotic arrest may be due to arsenite's effects on attenuation of spindle dynamics. (Huang, 1998)

Bladder Cancer is considered to be the greatest risk for long-term arsenic exposure.  The relative risks of developing transitional cell carcinoma were estimated to be 8.2 and 15.3 for drinking water containing arsenic concentrations of 50.1—100 ug/L and > 100 ug/L, respectively.  Drinking arsenic-contaminated water is associated with an increased risk of bladder cancer.  Arsenate (iAs$^V$), Arsenite (iAs$^{III}$), monomethylarsonous acid (MMA$^{III}$), dimethylarsinous acid (DMA$^{III}$), and dimethylarsinic acid (DMA$^V$) have all been detected in the urine of people who drink arsenic-contaminated water.  The aim of this research was to investigate which of these arsenicals are more hazardous to human urothelial cells.  The results indicate that iAs$^{III}$, MMA$^{III}$, and DMA$^{III}$,  were more potent in inducing cytotoxicity, lipid peroxidation protein carbonylation, oxidative DNA damage, nitric oxide, superoxide, hydrogen peroxide, and cellular free iron than MMA$^V$, DMA$^V$, and iAs$^V$ in human urothelial carcinoma and transformed cells.  However, the results did not show convincingly that the trivalent arsenicals were more potent than pentavalent arsenicals in decreasing the intracellular contents of total thiol, and reduced glutathione.  Induction of oxidative DNA damage was observed with 0.2uM of iAs$^{III}$, MMA$^{III}$, or DMA$^{III}$ as early as 1 hour.  Because of its high oxidative damage, higher proportion in urine, and lower cytotoxicity, DMA$^{III}$, may be the most hazardous arsenical to human urothelial cells.  (Wang T, Jan K, et al., 2007)

Aberrations in cell proliferation, oxidative damage, and DNA-repair fidelity have been implicated in sodium arsenite (ASIII)-mediated carcinogenicity and toxicity.  We

hypothesized that the simultaneous interaction of these effects may be important in arsenic-mediated neoplasia in the skin.  To evaluate this, normal human epidermal keratinocytes (NHEK) were exposed to nontoxic doses (0.005-5 uM) of ASIII and monitored for several physiological endpoints at the times when cells were harvested for gene expression measurements (1-24 h).  Microarray analyses indicated that AsIII treatment decreased the expression of genes associated with DNA repair (e.g. p53 and Damage-specific DNA-biding protein 2) and increased the expression of genes indicative of the cellular response to oxidative stress (e.g. Superoxide dismutase 1, NAD(P)H quinone oxidoreductase, and Serinel threonine kinase 25.   AsIII also modulated the expression of certain transcripts associated with increased cell proliferation (e.g. Cyclin G1, Protein kinase C delta), oncogenes, and genes associated with cellular transformation (e.g. Gro-1 and V-yes).  These observations of AsIII treatment resulted in a dose-dependent increase in cellular mitoses at 24 hours and an increase in cell proliferation at 48 hours of exposure.  Arsenic III exposure simultaneously modulates DNA repair, cell proliferation, and redox-related gene expression in nontransformed, normal nHEK. (Hamadeh H, Trouba K, et al., 2002)

Significant DNA hypermethylation of promoter region of p53 gene was observed in DNA of arsenic-exposed people compared to control subjects.  This hypermethylation of p53 gene was also observed in arsenic-induced skin cancer patients compared to subjects having skin cancer unrelated to arsenic, though not at significant level.  However, a small subgroup of cases showed hypomethylation with high arsenic exposure.  Significant hypermethylation of gene p16 was also observed in cases of arsenicosis exposed to high level of arsenic.  In man, arsenic has the ability to alter DNA methylation patterns in gene p53 and p16, which are important in carcinogenesis.  (Chanda et al., 2006)

The evidence that As induces both loss of global DNA methylation and gene promoter DNA hypermethylation has suggested that epigenetic mechanisms may play an important role in As-induced carcinogenesis.  Zhou et al., 2008, present results that suggest a potential mechanism by which As induces carcinogenesis through the alteration of specific histone methylation that represent both gene silencing and activating marks. Furthermore, these marks are known to affect DNA methylation, and it is likely that arsenic's effect is not limited to histone modifications alone, but extends, perhaps by them, to DNA methylation as well.  (Zhou X, Sun H, et al., 2008)

Jensen T, et al., 2008 report on epigenetic remodeling during arsenical-induced malignant transformation.  They evaluated the potential epigenetic component of arsenical action by assessing the istone acetylation state of 13,000 human gene promoters in a cell line model of arsenical-mediated malignant transformation.   We show that changes in histone H3 acetylation  occur during arsenical-induced malignant transformation that are linked to the expression state of the associated gene.  DNA hyper methylation was detected in hypoacetylated promoters in the select cases analyzed. These epigenetic changes occurred frequently in the same promoters whether the selection was performed with arsenite [AsIII] or with monomethylarsonous acid [MMA[III]], suggesting that these promoters were targeted in a non-random fashion, and probably occur in regions important in arsenical-induced malignant transformation.

These data suggest that arsenicals may participate in tumorigenesis by altering the epigenetic terrain of select genes.  (Jensen T, et al., 2008)

The observed epigenetic changes are correlated with the expression of associated genes, thereby uncovering a collection of genes probably to play an important role in malignant transformation associated with arsenicals.  To the best of our knowledge, the data presented herein is the first to show that epigenomic remodeling occurs at specific promoters during arsenical-induced malignant transformation in human cells, providing further understanding of the molecular etiology of arsenical-induced bladder carcinogenesis as well as describing critical genes that may play a role in this process. (Jensen T, et al., 2008)

Arsenite, the most likely environmental carcinogenic form of arsenic, is not significantly mutagenic at non-toxic concentrations, but is able to enhance the mutagenicity of other agents.  Evidence suggests that this comutagenic effect of arsenite is due to inhibition of DNA repair.  The antigrowth circuit involving pRb is disrupted in a majority of human cancers.  These results show that in cells treated with arsenite, p53-dependent increase in p21 expression, normally a block to cell cycle progression after DNA damage is deficient.  The absence of p53-dependent p21 protein increase in cells with DNA damage in the presence of arsenite, along with up-regulation of cyclin D1, would be expected to have a major impact on this pathway.  Without elevated p21 protein levels to inhibit the cyclin D1-cdk4/6 complex, phosphorylation of pRB is expected to occur, promoting replication of a DNA-damaged template.  This is an important mechanism for the comutagenic and cocarcinogenic activity of arsenite.  (Vogt and Rossman, 2001)

Hei et al., 1998, demonstrated in an $A_L$ cell assay in which both intragenic and multilocus mutations are detectable, that asenite is in fact a strong dose-dependent mutagen and that it induces mostly large deletion mutations.  Thus the carcinogenicity of arsenite can be explained at least in part by it being a mutagen that depends on reactive oxygen species for its activity.  (Hei et al., 1998) Hei et al., 1998

Arsenic produces a variety of stress responses in mammalian cells, including metabolic abnormalities accompanied by growth inhibition and eventually apoptosis. Morphological alterations in cells exposed to arsenic often suggest underlying disruption of cytoskeletal structural elements responsible for cellular integrity, shape, and locomotion.  Various tissues and organs differ in their sensitivity to arsenic, with the liver and skin being the most studied.  Characteristic skin pathology related to arsenic exposure ranges from hyperkeratotic lesions to squamous-cell carcinomas.  Although mutagenicity of arsenic has not been unequivocally established, recent evidence supports the view that oncogenic mutations do occur, and that only selected enzymes related to DNA replication and repair are affected by arsenic.  Sensitivity of the mitotic spindle to arsenic, particularly its organic compounds, underlies the well-documented chromosomal aberrations in arsenic-exposed populations.  (Bernstam L, and Nriagu J, 2000)

Arsenite-induced stress at the molecular level shares many features with the heat

shock response.  This includes the differential sensitivity of the stress signal pathway elements to the magnitude of the stress, stressor-specific activation of the response elements, and the protective role of the heat shock response.  Oxidative stress, the central component of heat shock response, is typical of arsenic-related effects that are, in fact, regarded as the chemical paradigm of heat stress.  Similar to heat stress, arsenite induces heat shock proteins (HSPs) of various sizes.  The signal cascade triggered by arsenite-like heat stress induces the activity of the mitogen-activated protein (MAP) kinases, extracellular regulated kinase (ERK), c-jun terminal kinase (JNK), and p38.  Through the JNK and p38 pathways, arsenite activates the immediate early genes c-fos, c-jun, and egr-1, usually activated by various growth factors, cytokines, differentiation signals, and DNA-damaging agents.  Like other oxygen radical-producing stressors, arsenic induces nitric oxide production at the level of transcriptional activation along with induction of poly(ADP)-ribosylation, NAD depletion, DNA strand breaks, and formation of micronuclei.  (Bernstam L, and Nriagu J, 2000)

   The molecular mechanisms mediating arsenic-induced carcinogenesis are not well understood.  The role of confounding factors such as ultraviolet radiation (UV), add another level of complexity to the study of arsenic carcinogenesis and the cancer-risk assessment on humans.  The authors hypothesized that arsenicals are capable of overriding the growth arrest caused by UV treatment and may lead to selective proliferation.  This hypothesis was tested using a normal human epidermal keratinocyte (NHEK) cell culture model.  Treatment of cells with various arsenicals indicated a concentration-dependent increase in proliferation at 24 hours in the order of DMAs III > MMAs III > iAs.   Analysis of a battery of cell cycle proteins (cyclin D1, cdk5, PCNA, cdc25A, and cdc25C) indicated exposure-specific differential expression profiles.  Increased activation of JNK phosphorylation (5-10 fold) in the +UV group and the synergistic increase with methyl arsenicals suggested that JNK might be involved in cell survival and proliferative signaling.  Induction of ECF levels and increased phosphorylation of the EGF receptor by arsenicals (+UV) suggested that the ECF signaling pathway might mediate arsenical-induced cell proliferation of NHEK cells.  The data suggest that both UV exposure and methylation status of the arsenicals dictate the participation of key cell cycle proteins and related signaling events in arsenical-induced cell proliferation.  In conclusion, the current findings indicate that iAs induces proliferation of NHEK cells and that methylated arsenicals can also do so, but at lower concentrations compared to iAs.  (Mudipalli, et al., 2005)

   Epidemiological data suggest that arsenic exposure interacts with UV radiation exposure to increase the risk of skin cancer.  Studies have suggested that arsenic is able to impair DNA repair enzymes and alter the repair of UV-induced DNA damage.  In this study, the authors tested the hypothesis that arsenite (ASIII) and UV interact synergistically to enhance mutagenesis.  TK6 human lymphoblastoid cells that are functionally heterozygous at the thymidine kinase (TK) locus were pre-exposed to As(III) alone and in combination with UV.  These data suggest that pre-treatment of human cells with arsenic impairs the nucleotide excision repair pathway and leads to enhanced UV mutagenesis.  (Danaee H, Nelson H, et al., 2004)

Inorganic arsenic (arsenite and arsenate) in drinking water has been associated with skin cancers and increased incidence of cardiovascular diseases. Additionally, studies have demonstrated the pro-angiogenic effect of arsenite and its potential promotion of tumor angiogenesis and tumor progression. This present study was undertaken to determine the effect and mechanism on angiogenesis of arsenite at low level and its potential reversal by various selenium-derived compounds. These data suggest that the pro-angiogenesis effect of arsenic is initiated at the plasma membrane integrin $\alpha v \beta 3$, involves activation of the ERK1/2 pathway and is effectively reversed by various selenium-derived compounds. (Mousa SA, et al., 2007)

Moore, et al., 1997, performed studies that demonstrated that all four of the arsenicals appear to act by mechanisms that cause chromosomal mutations. Sodium arsenite, sodium arsenate, monomethylarsonic acid (MMA$^V$), and dimethylarsinic acid (DMA$^V$) were tested. These studies demonstrate that the organic arsenicals are substantially less cytotoxic, mutagenic, and clastogenic than the inorganic arsenicals. This is consistent with the hypothesis that methylation would serve as a means to detoxify inorganic arsenic. It should be noted that DMA required more than 5000 ug/ml to exert any adverse effect on the cells in culture. The mutagenic activity of the arsenicals, based both on the available literature and on the current evaluations, is due to their ability to induce chromosomal mutations. Both sodium arsenate and MMA appear to induce micronuclei. However, sodium arsenite induced only a small increase in the number of micronuclei. The micronucleus response for DMA was totally negative. The inorganic arsenicals appear capable of inducing a substantial amount of polyploidy and some endoreduplication. No endoreduplicated cells were found in any of the control cultures. This supports the conclusion that the inorganic arsenicals are capable of inducing a low level of endoreduplication in these rapidly dividing mouse lymphoma cells. Again, as with the endoreduplication, it appears that the inorganic arsenicals, but not the organic arsenicals are inducing an increase in the polyploid cell frequency. (Moore, et al., 1997)

Chinese hamster cells (V79-C13) were treated with 10 uM sodium arsenite for 24 hours. Cells showed a 70% survival, an early appearance of genetically unstable cells, namely, micronucleated, multinucleated, and mononucleated "giant" cells, as well as apoptotic cells. Indirect innunostaining using anti-β-tubulin antibody showed severe alterations in spindle morphology after only 6 hours treatment, when cells with small spindles whose poles were inside the metaphase plate appeared, and after 12 hours treatment, when cells in which spindle assembly had completely failed were observed. Arsenic induced early genetic instability or apoptosis in dividing cells. However, while apoptosis tended to cease when arsenic was removed from the culture medium, the acquired instability remained and propagated within the cell population. (Sciandrello G, et al., 2002)

Germolec D, et al., (1997) observed increased mRNA transcripts and secretion of keratinocyte growth factors, including granulocyte macrophage-colony stimulating factor (GM-CSF) and transforming growth factor-α (TGF-α) and the proinflammatory cytokine tumor necrosis factor-α (TNF-α) in primary human epidermal keratinocytes cultured in the presence of low micromolar concentrations of sodium arsenite. Total cell numbers,

as well as c-myc expression and incorporation of [$^3$H]thymidine, both indicators of cell proliferation, were also elevated in keratocyte cultures treated with sodium arsenite. (Germolec DR, et al., 1997)

Neoplasia is characterized by altered expression of miRNAs.  MicroRNAs (miRNA) are noncoding RNA species of ~22 nucleotides in length, of which the precursor gene products fold into a characteristic hairpin shape. In mammals, the active RNA is processed by the DICER protein and functions by base pairing imperfectly with target mRNAs to inhibit protein accumulation.  In humans, ~800 miRNAs are predicted to exist, and each of these is thought to have hundreds of targets, suggesting that mi RNAs play a critical regulatory role in cellular protein expression.  These miRNAs are known to play critical roles in developmental timing and patterning, differentiation, and organogenes is.  More recently, alterations in miRNA profiles have been observed in a variety of human cancers, and this type of profiling has been proposed as a novel method for classifying diseases.  In tumors, these miRNA may act as oncogenes, leading to the specific dysregulation of their target gene products.  The authors observed no significant alteration in miRNA expression in cells treated with γ-radiation, whereas exposure to sodium arsenite led to global increases in miRNA expression.  The miRNA has-miR-222 was identified from these arrays as significantly overexpressed under folate-deficient conditions.  Alterations to  cellular miRNA expression profiles represent a novel mode of action of folate deprivation and arsenic exposure, and specific alterations in miRNA expression may be a powerful biomarker for these and other toxins with serious effects on human health.  (Marsit CJ, et al., 2006)

Numerous epidemiological studies have shown that arsenic can cause neurotoxicity, liver injury, the endemic "blackfoot disease" and especially many type of cancer via exposure to contaminated drinking water and/or ambient air.  Methylated arsenicals have recently been shown to interfere with DNA repair in cellular and subcellular systems. The trivalent methylated metabolites MMA (III) and DMA(III) inhibit poly(ADP-ribosyl)ation in cultured human Hela S3 cells at concentrations as low as 1nM, thereby showing for the first time an inactivation of an enzymatic reaction related to DNA repair by the trivalent methylated arsenicals at very low environmentally relevant concentrations.  In contrast the pentavalent metabolites MMA(V)  and DMA(V) showed no such effects up to high micromolar concentrations.  (Walter, I, et al., 2007)

The study reported a decrease of poly(ADP-ribosyl)ation in HeLa S3 cells after incubation with nanomolar concentrations of arsenite.  Poly(ADP-ribosyl)ation occurs shortly after DNA strand break induction, where ADP-ribosyl residues from NAD+ are covalently attached to proteins, and which is mediated by members of the so-called "poly(ADP-ribose)polymerase(PARP) family".  In total 18 different cDNAs have been identified in the human genome encoding for members of this chromatin-associated super family of proteins, with highly conserved catalytic domains.  PARP-1, the founding member of this family is believed to mediate the main part of poly(ADP-ribosyl)ation, thereby catalyzing poly(ADP-ribosyl)ation of itself ("automotification☺ and of various nuclear proteins including histones H1, H2B and others involved in DNA synthesis, DNA repair and transcription.  There is strong evidence that PARP-1 contributes to base

excision repair (BER) which among others is responsible for the repair of oxidative DNA damage, and perhaps also to nucleotide excision repair (NER), that removes bulky DNA adducts.  Furthermore it is known that DNA single and double strand breaks can lead up to a 500-fold upregulation of PARP-1 activity.  Binding of PARP-1 to these lesions is mediated via two zinc finger motifs.  (Walter, I, et al., 2007)

## Section  17.0  Environmental regulations and guidelines for exposure to arsenic

The OSHA permissible exposure limit for workplace exposure to arsenic (OSHA 2001; NIOSH 2005) is no greater than 10 µg of inorganic arsenic per cubic meter of air, averaged over any 8 hour period for a 40 hour work week.

The National Institute for Occupational Safety and Health REL is 2 µg per cubic meter of air for no more than a 15 minute period.  NIOSH considers inorganic arsenic compounds to be potential occupational carcinogens as defined by the OSHA carcinogen policy [29 CFR 1990]  (NIOSH, 2016)

The ACGIH TLV/TWA Inhalation for air/workplace is 10 ug/m$^3$.

The United States EPA has set 10 ppb (10 µg/L) as the allowable level for arsenic in drinking water (Maximum contaminant level) (EPA, 2006)

The United States EPA oral reference dose (RfD): daily oral exposure that is likely to be without an appreciable risk of deleterious effects during a lifetime:
  0.0003 mg/kg-BW/d  (0.3 µg/kg/d  (US EPA, 2012)

Arsenic is usually present in natural waters at concentrations of less than 1-2 µg/L. The World Health Organization has established a provisional drinking water guideline value of 0.01 mg/L (10 µg/L)  (WHO, 2011)

The OEHHA (Office of Environmental Health and Hazard Assessment) of the California Environmental Protection Agency lists the following Reference Exposure Levels for Arsenic:
  Acute Inhalation REL:  0.20 ug/m$^3$
  8-hour Inhalation REL:  0.015 ug/m$^3$
  Chronic Inhalation REL:  0.015 ug/m$^3$
(OEHHA, July 2014)

The Air Quality Standards, Environmental Protection Agency, Ireland lists the air quality target value for Arsenic as 6 ng/m$^3$.  (EPA-Ireland, 2004)

Ontario's Ambient Air Quality Criteria, Standards Development Branch Ontario Ministry of the Environment lists the AAQC for Arsenic and compounds as 0.3 ug/m$^3$ for an averaging time of 24 hours (Health).

Cosmetic products must not contain any of the following substances:  heavy metals such as lead, cadmium, arsenic, antimony and its compounds as well as mercury and its compounds, except those special cases included as preservatives in Annex V.  The unintended presence of these heavy metals in cosmetic products is only allowed if it is technically unavoidable under good manufacturing practice and if the products are still safe for the human health.  In accordance with this unintended presence in cosmetic products in general arsenic may be presence in no greater amount than 0.5 mg/kg of arsenic.  (Bundesamt fur Verbraucherschutz und Lebensmit-telsicherheit, 2017)

## Section  18.0  Agency for Toxic Substances and Disease Registry—Minimal Risk Levels – Arsenic (ATSDR, 2007)

Minimal Risk Levels (MRLs) are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration for a given route of exposure.  An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse noncancer health effects over a specified duration of exposure.  MRLs are based on noncancer health effects only and are not based on a consideration of cancer effects.  MRLs  are derived for hazardous substances using the no-observed-adverse-effect level/uncertainty factor approach.  They are below levels that might cause adverse health effects in the people most sensitive to such chemical-induced effects.  MRLs are derived for acute (1-14 days), intermediate (15-364 days), and chronic (365 days and longer) durations and for the oral and inhalation routes of exposure.  MRLs are generally based on the most sensitive chemical-induced end point considered to e of relevance to humans.  Serious health effects are not used as a basis for establishing MRLs.  **(ATSDR, 2007)**

The acute MRL for inorganic arsenic by the oral route is 0.005 mg/kg/day.  The Reference used for this calculation is Mizuta N, Mizuta M, Ito F., et al. 1956.  An outbreak of acute arsenic poisoning caused by arsenic-contaminated soy-sauce (shoyu): A clinical report of 220 cases.  (Bull Yamaguchi Med Sch 4(2-3):131-149.  Mizuta et al (1956) summarized findings from 220 poisoning cases associated with an episode of arsenic contamination of soy sauce in Japan.  The soy sauce was contaminated with approximately 0.1 mg As/ml., probably as calcium arsenate.  Arsenic intake in the cases was estimated by the researchers to be 3 mg/day (0.05 mg/kg/day, assuming 55 kg average body weight for this Asian population).  **Duration of exposure was 2-3 weeks in most cases.**  Clinical symptoms were recorded.  Seventy patients were examined opthalmologically.  **(ATSDR, 2007)**

Effects noted in study and corresponding doses:  The primary symptoms were edema of the face, and gastrointestinal and upper respiratory symptoms initially, followed in some patients by skin lesions and neuropathy.  Other effects included mild anemia and leukopenia, mild degenerative liver lesions and hepatic dysfunction, abnormal electrocardiogram, and ocular lesions.  For derivation of the acute oral MRL, facial edema and gastrointestinal symptoms (nausea, vomiting, diarrhea), which were characteristic of the initial poisoning and then subsided, were considered to be the critical

effects.  **(ATSDR, 2007)**

The uncertainty factors used in the MRL derivation were 10 for the use of a LOAEL and 1 for human variability.   **(ATSDR, 2007)**

Other additional studies or pertinent information that lend support to this MRL:  The MRL is supported by the case of a man and wife in upstate New York who experienced gastrointestinal symptoms (nausea, diarrhea, abdominal cramps) starting almost immediately after beginning intermittent consumption of arsenic-tainted drinking water at an estimated dose of 0.05 mg As/kg/day (Franzblau and Lilis, 1989).  Gastrointestinal symptoms have been widely reported in other acute arsenic poisoning reports as well. **(ATSDR, 2007)**

### Section 19.0  Nonmelanoma Skin Cancer

Skin and its derivatives constitute the integumentary system.  Skin is the largest organ of the body, constituting 15% to 20% of its total mass.

Skin consists of two main layers:
1. Epidermis: composed of a keratinized stratified squamous epithelium that grows continuously:
--maintains its normal thickness by the process of desquamation; derived from ectoderm.
2. Dermis: composed of a dense connective tissue that imparts mechanical support, strength, and thickness to the skin; derived from mesoderm.  (Ross and Pawline, 2011)



Ross and Pawlina, 2011

The Layers of the Epidermis include the following:

■ Stratum basale—also called the stratum germinativum because of mitotically active cells, the stem cells of the epidermis
■ Stratum spinosum—also called the spinous layer or prickle cell layer because of short processes extending from cell to cell

130

- ■ Stratum granulosum—contains numerous intensely staining granules
- ■ Stratum lucidum—limited to thick skin and considered a subdivision of the stratum corneum
- ■ Stratum corneum—composed of keratinized cells (dead cells filled with keratin)

(Ross and Pawlina, 2011)



(Ross and Pawline, 2011)

## 19.1  Squamous Cell Carcinoma

Squamous Cell carcinoma—second most common skin cancer; more than 200,000 cases each year;  It usually develops from a small painless nodule or patch that is surrounded by an area of inflammation and is characterized by highly atypical cells at all levels of the epidermis.  Disruption of the basement membrane results in metastasis of the tumor cells to lymph nodes.   (Ross and Pawline, 2011)

## 19.2  Basal Cell Carcinoma

Basal cell carcinoma is the most common type of skin cancer.  The malignant cells originate from the stratum basale of the epidermis.  It is a slow growing tumor that usually does not metastasize.  The malignant cells typically arise from the follicular bulge of the outer root sheath of the hair follicle.  (Ross and Pawline, 2011)

**Section  20.0   Polycyclic Aromatic Hydrocarbons**

Allan et al., 2012, characterizes the oil that flowed from the Macondo well during the Deepwater Horizon oil spill as containing approximately 3.9% polycyclic aromatic hydrocarbons (PAHs) by weight; an estimated 2.1 x $10^{10}$ g of PAHs were released during the spill.  PAHs are one of the principal contaminant classes of concern in oil spills because many compounds are toxic and/or carcinogenic to humans and wildlife.  The water solubility and volatility of PAHs decreases as their molecular weight increases. The use of chemical dispersants during the Deepwater Horizon oil spill was a source of contention among scientists and the public, in part because the application of dispersants to crude oil makes PAHs and other hydrophobic compounds more soluble in water, increasing their bioavailability.

Of  particular toxicological concern are the polynuclear aromatic hydrocarbons (PAHs).

| Classification of PAHs | |
|---|---|
| **Compound** | **Effect** |

**1.  Unsubstituted 6-membered aromatic ring systems (fused, unfused, or mixed)**

| Compound | Effect |
|---|---|
| chrysene | mutagenic initiator |
|  | carcinogenic |
| pyrene | co-carcinogen |
|  | mutagenic |
| benzo[a]pyrene | mutagenic |
|  | carcinogenic |
|  | fetotoxic |
|  | teratogenic |
| benzo[e]pyrene | carcinogenic |
|  | mutagenic |
| benzo[a]anthracene | mutagenic |
|  | carcinogenic |
| benzo[c]phenanthrene | initiator |
|  | mutagenic |
| naphthalene | inhibitor |
| phenanthrene | initiator |
|  | mutagenic |
| anthracene | mutagenic |
| dibenzanthracene | mutagenic |
| acenaphthene | mutagenic |
| triphenylene | mutagenic |

**2.  Unsubstituted aromatic ring systems containing 5-numbered rings**

| Compound | Effect |
|---|---|
| fluoranthene | co-carcinogenic |
|  | initiator |
|  | mutagenic |
| benz[j]fluoranthene | carcinogenic |
|  | mutagenic |
| fluorene | mutagenic |

Known PAH carcinogens in coal tar are benz[a]anthracene, benz[a]carbazole, benzo[b]fluoranthene, benzo[i]fluoranthene, benz[c]acridine, benzo[a]pyrene, benzo[e]pyrene, chrysene, dibenzo[a,i]anthracene, dibenz[a,h]anthracene, dibenzo[a,h]pyrene, dibenzo[a,i]pyrene, and indeno[1,2,3-cd]pyrene.     A number of chemicals in PAH mixtures act as co-carcinogens, initiators, accelerating agents, and inhibitors.   Because of synergism among these components, the carcinogenic potency of such mixtures cannot be predicted by assaying samples of the mixture for single carcinogenic components.

## 20.1  Pertinent Literature- Health Effects of PAHs

In 1775, Sir Percival Pott first described Scrotal cancer in chimney sweeps.  His description was published in Industrial Carcinogens, 1959, and is as follows:

*"Ramazini has written a book de morbis artificum; the Colic of Poictou is a well known distemper; and everybody is acquainted with the disorders to which painters, plummers, glaziers, and the workers in white lead, are liable: but there is a disease as peculiar to a certain set of people, which has not, at least to my knowledge, been publicly noticed; I mean the chimney-sweeper's cancer."*
*"It is a disease which always makes its first attack on, and its first appearance in, the inferior part of the scrotum; where it produces a superficial, painful, ragged, ill-looking sore, with hard and rising edges; the trade call it the soot-wart."*

Cabot, et al, (1939) performed studies in carcinogenesis using coal tar fractions to produce skin tumors in mice painted with benzpyrene.  Promoting and inhibitory effects were studied and characterized.

Hueper, W.C. (1954) presented a list of carcinogenic chemicals to serve as a guide in the selection of other chemicals for carcinogenic screening from a chemical viewpoint.  Included in  the list of known carcinogens were many of the Polycyclic Aromatic Hydrocarbons.  The carcinogenic chemicals included:  9,10-Dimethylanthracene, 1,2-benzanthracene, 3,4-benzpyrene, chrysene, 3,4-benzphenanthrene.   His paper was presented before the Gordon Cancer conference in New London, Conneticut, August, 1954. (National Cancer Institute, 1954)

Wahal and Ansari, 1968, produced experimental brain tumors in albino mice by inserting methylcholanthrene pellets into the brain.  Various histologic types of brain tumors produced included;  Gliomas, Glioblastoma multiforme, oligodendroblastoma, astroblastoma, neuroblastoma, mixed glioma, sarcomas.  Tumor formation involved proliferation of neuroecto-dermal and mesodermal tissues.

Zimmerman (1967) used pellets of methylcholanthrene, dibenzanthracene, and benzpyrene to produce a tumor referred to as a so-called "medullablastoma".  This tumor was also referred to as neuroblastoma as neuroblasts  were present.  From a single tumor

in the cerebellum two sub-lines were grown from transplanted tumors:  1. the original medulloblastoma (neuroblastoma) and 2. a pure sarcoma.

Experimental brain tumors were produced in animals using 3,4-benzpyrene and 20-methylcholanthrene implanted into the brains of female rats.  (Hopewell and Wright, 1969).  Ttumors produced included: ependymoblastoma, glioblastoma multiforme, spongioblastoma, oligodendroglioma, astrocytoma, mixed oligodendroglioma/astrocytoma, choroids plexus tumor, meningioma, and anaplastic tumor.

Wahl and Ansari, 1968, performed similar experiments in animals, implanting methylcholanthrene pellets.  Tumors produced were the result of proliferation of neuroectodermal and mesodermal tissues and were classified broadly into gliomas, sarcomas, and mixed glioma and sarcoma.    On the basis of microscopic appearances the histological diagnoses of the 9 gliomas were glioblastoma multiforme, oligo-dendroblastoma, astroblastoma, medulloblastoma, (neuroblastoma), and mixed glioma one each

Experimental brain tumors were produced by Kobayashi and Bakay, 1971, with 20-methylcholanthrene, and the uptake of radioactive extracellular markers was studied by tissue assay and autoradiography.  The microscopic structure of the methyl cholanthrene-induced tumors varied considerably.  There were 7 meningeal sarcomas, 3 astrocytomas, 2 meningiomas, 1 oligodendroglioma, 1 glioblastoma multiforme, 1 histiocytic tumor, and 1 extracranial sarcoma.

A number of polycyclic and heterocyclic aromatic hydrocarbons present in coal tar creosote and coal tar have been well established as carcinogens (International Agency for Research on Cancer [IARC], 1973; Freudenthal and Jones, 1976, Committee on biologic Effects of Atmospheric Pollutants, 1972).  Specifically IARC (1973) reported that the following constituents of coal tar or creosote were carcinogenic to animals by one or more route of administration:  benz[a]anthracene, benzo[b]fluoranthene, benzo[j]fluoranthene, benzo[a]pyrene, benzo[e]pyrene, chrysene, dibenzo[a,h]anthracene, dibenzo[a,h]pyrene, dibenzo[a,i]pyrene, indeno[1,2,3-cd]pyrene, benz[c]acridine, dibenz[a,h]acridine, and dibenz[aj]acridine.  (EPA Position Document 1: Coal Tar, Creosote, and Coal Tar Neutral Oil; IARC, 1973)

De Santis, et al, 1981, experimentally induced synovial sarcoma in the knee joints of rats by intra-articular injection of 9-10-dimethyl-1-2-benzanthracene.  tumors developed from three to six months after the last injection.  the neoplasms obtained were classified as synovial sarcoma, fibrosarcoma, giant cell sarcoma, and malignant fibrous hystiocytoma.

Sulfur occurs in mineral oils in trace amounts and is added in its elemental form to retard oil breakdown and improve the lubricating properties of the fluids that are used under extreme pressure and temperature conditions.  It is also added to soluble oils as a surfactant/emulsifier in the form of petroleum sulfonates.  The sulfuric acid esters of

PAH have been found to produce higher levels of DNA adducts in rat livers and were more active as skin tumor initiators in the mouse than the parent hydroxymethyl benzopyrene or benzanthracene (Surh et al, 1990 in Eisen et al, 1994).  In the presence of sulfite, benzopyrene adducts in rat lung and liver were increased [Leung et al, 1989 in Eisen et al, 1994]  This finding supports earlier suggestions that sulfur compounds may be co-carcinogens or promoters [Horton et al, 1965 in Eisen et al, 1994]

Boffetta, et al, 1997, reviewed the cancer risk from occupational and environmental exposure to polycyclic aromatic hydrocarbons.  The authors concluded that heavy exposure to PAHs entails a substantial risk of lung, skin, and bladder cancer, which is not likely to be due to other carcinogenic exposures present in the same industries.  An increase in bladder cancer risk is found mainly in industries with high exposure to PAHs from coal tars and pitches.  Increased risks have been reported for other organs, namely, the larynx and the kidney.

Sediments from the Atlantic Wood Industries Superfund site (Elizabeth River, Virginia) are contaminated with creosote and its major PAH constituents.  These sediments induce cytochrome P4501A (CYP1A) enzyme activity and cause developmental deformities in Fundulus heteroclitus (killfish) embryos spawned from adults from a relatively uncontaminated reference site.  Deformities in the embryos included pericardial edema, heart elongation, and tail shortening.  (Wassenberg, DiGiulio, 2004)

Benzo[a]pyrene is a complete carcinogen, both an initiator and promoter.  The active metabolites of numerous compounds, such as PAHs can form bulky DNA adducts that block DNA synthesis, resulting in a noncoding lesion.  Double-strand breaks in DNA result from high doses of alkylating carcinogens such as polycyclic hydrocarbons. (Casarett and Doull, 2001)

Chemicals that react with DNA may cause damage such as adduct formation, oxidative alteration, and strand breakage.  If the lesions are not repaired or the injured cell is not eliminated, a lesion in the parental DNA strand may induce a heritable alteration, or mutation in the daughter strand during replication.  The mutation may remain silent if it does not alter the protein encoded by the mutant gene or if the mutation causes an amino acid substitution that does not affect the function of the protein.  Alternatively, the genetic alteration may be incompatible with cell survival.  the most consequential effect for the organism occurs when the altered genes express mutant proteins that reprogram cells for multiplication.  When such cells undergo mitosis, their descendants also have similar propensity for proliferation.  Because enhanced cell division increases the likelihood of mutations, these cells eventually acquire additional mutations that may further increase their growth advantage over their normal counterparts.  Their final outcome of this process is a nodule, followed by a tumor consisting of transformed rapidly proliferating cells.  (Casarett and Doull, 2001)

In the early 1930s, several polycyclic aromatic hydrocarbons were isolated from active crude tar fractions.  In 1930, the first synthetic carcinogenic polycyclic aromatic

hydrocarbon was produced.  This compound, dibenz-(a,h)anthracene was demonstrated to be a potent carcinogen after repeated painting on the skin of mice.  The isolation from coal tar and the synthesis of benzo(a)pyrene (3,4-benzpyrene) were achieved in 1932.  Polycyclic hydrocarbons vary in their carcinogenic potencies; for example, the compound dibenz(a,c)anthracene has very little carcinogenic activity, while the *a,h* isomer is carcinogenic.  The more potent polycyclic aromatic hydrocarbon carcinogens are 3-methylcholanthrene, 7,12-dimethylbenz(a)anthracene and dibenzo(c,q)carbazole.  Benzo(e)pyrene can initiate the carcinogenic process.  Benzo(a)pyrene has been used as a model compound in studies of carcinogenic polycyclic hydrocarbons.  (Casarett and Doull, 2001)

PAHs are carcinogenic, mutagenic, and immunosuppressant.  The PAHs suppress the antibody response to a variety of T cell-dependent and T cell-independent antigens.  (Casarett and Doull, 2001)

Pregnant rats administered 0.1% BaP in the diet caused fetal resorptions and stillbirth (Rigdon and Rennels, 1964).  Intramuscular injections of BaP for three to five months in female pigeons caused infertility with ovarian abnormalities (Hough et al., 1993).  Embryotoxicity caused by metabolites of BaP was observed in chickens (Anwer and Mehrotra, 1988).  BaP was predominantly activated by cytochrome P450 isoenzyme CYP1A1 in a Xenopus laevis frog embryo teratogenesis assay and induced malformations and death (Propst et al., 1997)  [Source:  Public Health Goal for Benzo(a)pyrene in Drinking Water, California Environmental Protection Agency, November, 1997]

As summarized in the REPROTOX® database  (Hall and Rumack, 1997) BaP is known to cross the placenta in mice and guinea pigs, producing adduct formation in fetal tissues after maternal treatment.  BaP inhibited ovulation in C57BL/6N mice and the ovary appeared capable of metabolizing BaP to its toxic metabolites.  BaP administered subcutaneously to female mice of A strain on the 18th and 19th days of pregnancy caused an increase in lung adenomas in four subsequent in-bred generations (Turusov et al., 1990).  Inhalation by pregnant Wistar rats indicated that BaP accumulated in fetal lungs (Withey et al., 1993) [Source:  Public Health Goal for Benzo(a)pyrene in Drinking Water, California Environmental Protection Agency, November, 1997]

**20.2  Mixtures**

Because humans are usually exposed to PAHs in complex mixtures rather than to individual PAHs, it is important to understand the potential interactions between the PAHs and other components of the mixture.  Interactions may occur among chemicals in a mixture prior to exposure, or may occur after exposure as a result of differing effects of the mixture components on the body.  synergistic and/or antagonistic interactions with regard to the development of health effects, particularly carcinogenesis, may occur.  (Mumtaz et al, 1996)

Skin contact with complex mixtures of chemicals from a variety of sources is strongly implicated as a cause of human skin cancer (IARC, 1985).  Agents for which there is

evidence for causation of human skin cancer include coal-tar, creosote, and bitumen.  A major class of chemicals present in these materials is the polycyclic aromatic hydrocarbons (PAHs), many of which are carcinogenic when applied topically to mouse skin.  [32]P-Postlabeling is a highly sensitive non-specific method for the detection of aromatic DNA adducts (Gupta et al, 1982) that does not require the use of radiolabelled carcinogens and is thus particularly suited to the analysis of DNA damage caused by mixtures of compounds.  It can also be readily applied to the retrospective analysis of animal or human DNA for evidence of previous exposure to carcinogens or mutagens.  [32]P-Postlabeling analysis of DNA from areas of mouse skin treated in vivo and of human skin treated in vitro with creosote resulted in the appearance of a band of radioactivity on chromatograms that indicated a complex patter of adducts similar to that formed by bitumen.  The levels of adducts formed were higher than with bitumen, which reflects the higher PAH content of creosote.  Multiple treatment of mice led to steady accumulation of adducts in DNA in skin, with a concomitant accumulation of adducts in lung tissue, at levels averaging 50% of those occurring in skin.  Crude coal-tar which typically contains 2 g/kg BP (benzo(a)pyrene), also gave rise to a complex pattern of PAH-DNA adducts when applied as a 20% solution in ethanol to mouse skin.  (Phillips, Schoket, et al, 1990)

A disease prevalence study and follow-up health surveillance were conducted among residents of an African-American community situated at the site of a former creosote wood-treatment facility contaminated with polycyclic aromatic hydrocarbons.  Household interviews were conducted among 214 residents living around the hazardous waste site (target population) and 212 comparison residents in a neighborhood 2.4 km away from the site.  Target area residents reported a higher prevalence of skin rashes than comparison residents (relative risk [RR]  =  5.7; 95% CI (3.0 – 10.9).  The prevalence of reported rashes increased with increasing levels of anthracene detected in yards (test for linear trend, p = 0.02).  (Brender, 2003)

## Section 21.0  Coal-Tar and Skin Cancer

The correlation between skin cancer and occupation dates back to the eighteenth century.  The English surgeon Sir Percival Pott of St. Bartholomew's Hospital of London was the first to notice the high incidence of squamous cell carcinoma of the scrotum in chimney sweeps.  Soon after the industrial revolution and the subsequent increased exposure to coal tar, von Volkman noted the increased incidence of skin cancer in exposed workers (Berlin, Germany, 1873) (Moustafa, et al., 2015).

Cancer is the most extensively studied adverse effect of coal tar on skin.  Both coal tar as a mixture of PAHs and some PAHs themselves, such as BaP, are known carcinogens as recognized by the IARC, (Table 2) which classifies these substances as Group 1 carcinogens (carcinogenic to humans).  The mechanism after dermal contact includes penetration of PAHs into the cells of the epidermis, absorption, and metabolic activation into benzo[a]pyrene diol-epoxides (BPDE), i.e., bioactive molecules, by the enzymes of the superfamily of cytochrome P-450 in the liver, skin, and blood.  These molecules then react with the DNA macromolecule, forming the BPDE DNA-adducts, which seem to be

associated with carcinogenesis.  (Moustafa, et al., 2015)

The PAHs (contained in coal tar) constitute the most frequent cause of carcinogenesis in the workplace together with asbestos.  (Moustafa, et al., 2015)

**Table 2** Coal tar and its components in International Agency for Research on Cancer classification

| Agent | CAS no. | Group | Cancer sites |
|---|---|---|---|
| Benzene | 000071-43-2 | 1 | Lung, skin, bladder |
| Benzo[a]pyrene | 000050-32-8 | 1 | Lung, skin, bladder |
| Coal tar | 008007-45-2 *plus* | 1 | Lung, skin, bladder |
| Coal tar pitch | 065996-93-2 | 1 | Lung, skin, bladder |

Source: International Agency for Research on Cancer.

Some workers were diagnosed with multiple malignancies on their skin, a fact in which the occupational nature of the disease may have played a role.  Another feature of possible occupational disease effect observed was the recurrence of the lesions. Moreover, the divergence in the localization and distribution of the lesions noted when compared to the general population (for example, more cases detected in the upper lip than the lower lip and in the less sun-exposed forearm compared to the back of the hand) points to occupational exposure.  Remarkable is the discrepancy between the number of tumors developed in the nostrils (which are not exposed to the sun) and those on the part of the nose that is exposed to the sun, which is probably caused by the inhalation of tar. The occupational origin is also supported by the high incidence of the lesions in that subset of the population compared to the general population.  However, the majority of the lesions appear to have been developed more intensely in parts of the body exposed to the sun, and thus the additive causal effect of solar radiation in their pathogenesis should be considered.  (Moustafa, et al., 2015)



**Figure 2** Number of skin lesions (squamous cell carcinomas, basal cell carcinomas, keratoacanthomas, precancerous lesions) on the whole body (a), on the head (b), on the hands and forearms (c), on the nose (d). Adapted from Voelter-Mahlknecht *et al.*[9]

Coal tar is currently considered a mixture of substances with mutagenic potential after dermal exposure. However, even PAH fumes are able to penetrate the epidermis, perhaps even more rapidly, a fact that cannot rule out the health hazards from PAHs in gas form. (Moustafa, et al., 2015)

The majority of research concludes that those at highest risk from the oncogenic properties of coal tar are those who undergo long-term exposure, even in small doses. The exposure does not have to be constant, but at least recurrent. (Moustafa, et al., 2015)

**Photosensitivity:**

Coal tar has a photosensitizing effect on skin (increased skin reactivity to sunlight or other stressors) expressed in the form of a phototoxic reaction (a type of skin reaction from overexposure to certain wavelengths of light and phototoxic substances.) This reaction mainly occurs in the ultraviolet A spectrum and the lowest wavelengths of the visible light. (Moustafa, et al., 2015)

**Skin irritation and burn:**

Irritation of the exposed skin is a common effect of coal tar and is often observed in patients treated for psoriasis, eczema, and other skin diseases. In some cases, severe burns can occur. (Moustafa, et al., 2015)

**Hypersensitivity:**

It has been shown that PAHs in coal tar increase total IgE after dermal contact. Additionally, in a retrospective study conducted in a region at Bosnia and Herzegovina, it was found that coal tar was the most frequent cause of allergic dermatitis in metal workers. (Moustafa, et al., 2015)

**Folliculitis:**

Folliculitis is a very common complication after dermal exposure to coal tar, particularly when the concentration of the mixture is high in tar, such as in the case of workers, although treated patients very often develop follicular irritation as well. (Moustafa, et al., 2015)

**Occupational acne:**

Coal tar is responsible for causing the so-called coal tar acne, due to obstruction of the sebaceous glands by the mixture and subsequent keratin production, resulting in accumulation of the oily liquid of the glands and formation of black plugs, which are indicative of occupational coal tar acne. (Moustafa, et al., 2015)

**Dermal atrophy:**

Owing to its cytostatic action, coal tar may cause atrophy of the epidermis. Atrophy is usually preceded by thickening of the epidermis on the contact site, which is characterized by the intense proliferation of the epidermal cells. (Moustafa, et al., 2015)

**Hyperpigmentation:**

Coal tar can also cause increased skin pigmentation. (Moustafa, et al., 2015)

**Section  20.0   Creosote: Mixture containing PAHs as major constituents**

**21.1  Creosote**

Creosote is a complex chemical mixture of organic compounds.  synonyms include creosote oil, dead oil, brick oil, coal tar oil, liquid pitch oil, creosote P1.  The CAS number of coal tar creosote is 8001-58-9.  Creosote has a sharp, smoky, tarry odor.  It has a burning and caustic taste.  It is slightly soluble in water and miscible with alcohol, ether and many organic solvents.  There are three forms of creosote:  one is derived from the distillation of coal tar or coal.  Another form is obtained from the destructive distillation of wood (beechwood creosote).  A third type is obtained from the sap of the creosote bush.  As a wood preservative, there are three grades of creosote that have been blended to meet certain specifications:  P1 creosote for land and fresh water use, P7 creosote for brush and spray applications and P13 creosote-coal tar blend for marine use.  For railroad ties, coal-derived creosote is generally blended with petroleum solvents and applied in a pressure process.  (Von Burg and Stout, 1992)

Commercial creosote is composed of several coal tar distillation fractions that have been blended to specific characteristics that are determined by the potential end use of the product.  In addition, almost all creosote is blended with tar acids and soaps to form a water-miscible material that can be used as an insecticide, herbicide, acaricide, arachnicide, fungicide, disinfectant, animal repellant, animal dip, and wood preservative. About 75% of the production of creosote goes to pressure treatment of railroad ties. (Von Burg and Stout, 1992)  Old creosote treated lumber …retains a considerable portion of the oil for periods up to 25 or 30 years.  (Patty's Industrial Hygiene and Toxicology, 3rd ed in HSDB, 2005)

Creosote is a primary skin irritant.  It is readily absorbed through the skin and mucous membranes. (EPA, No. 53, 1980 in HSDB)   Skin irritation is a frequent manifestation of coal tar creosote exposure.  Creosote burns were manifested by construction workers who handled wood treated with creosote.  Manifestations include; erythema, intense burning, itching, increased pigmentation and subsequent desquamation.  These effects were exacerbated by exposure to the sun.  Photosensitization, an enhancement of irritation by sunlight or greater susceptibility to sunburn, has been reported following exposure of the skin to coal tar creosote.        (Von Burg and Stout, 1992)

Creosotes  can be absorbed from the gastrointestinal tract and through the skin.  They appear to be excreted mainly through the urine and some of the conjugation products can impart a "smoky" appearance to the urine.  Traces are also excreted via the lungs.  (Von Burg and Stout, 1992)

In vitro Ames assays with coal tar creosote indicate that the material is an indirect mutagen that requires metabolic activation.  Testing of the volatile fraction of coal tar creosote for mutagenicity also showed positive results with metabolic activation.  The volatile fraction of coal tar creosote (type P!) also produces a positive response in the mouse lymphoma assay.  (Von Burg and Stout, 1992)

The American Conference of Governmental Industrial Hygienists (ACGIH), the National Institute for Occupational Safety and Health (NIOSH) and the Occupational Safety and Health Association (OSHA) recommended or stipulated worker exposures limits for "Coal Tar Pitch Volatiles" (CTPV) in an effort to limit worker exposure to products derived from coal tar products.  The EPA has designated creosote formulations as hazardous waste under the Resource Conservation and Recovery Act (RCRA 55 FR 50450).  The waste category is FO34 for wood preserving operations.  The listing also covers wastewaters, residuals, preservative drippings and spent preservatives from such operations.  (Von Burg and Stout, 1992)

Early studies of Kennaway (1924, 1930) and of Cook et al (1932) resulted in the discovery of benzo[a]pyrene (BaP) as a potent carcinogen in coal-tar. (Cook et al., 1933 in Shubik, 1977)  The carcinogenic effect of creosote is supported by reports of studies in which other coal tar products produced tumors in mice and rats by topical application and by inhalation, and by the identification of carcinogenic polycyclic aromatic hydrocarbons in coal tar products (NIOSH, 1977).

## 21.2  New Jersey Department of Health and Senior Services, January 2001

The New Jersey Department of Health produces a health hazard summary that denotes Coal Tar Creosote "is a CARCINOGEN—HANDLE WITH EXTREME CAUTION".  It further warns that "Coal Tar Creosote can affect you when breathin and by passing through your skin."  "Coal Tar Creosote is on the Special Health Hazard Substance List "because it is a CARCINOGEN."  Workplace exposure limits from OSHA, NIOSH, and ACGIH are provided with the notation that "The [above] exposure limits are for air levels only.  When skin contact also occurs, you may be overexposed, even though air levels are

less than the limits listed [above]."

### 21.3  U.S. EPA Carcinogen Assessment Group (CAG)

A **special notation** in the EPA Special Review Position Document 2/3 entitled "Creosote" states that:  **"U S EPA's Carcinogen Assessment Group (CAG) has evaluated creosote and has found sufficient evidence to indicate that this compound is carcinogenic."**  Substantial epidemiological evidence is available to show that exposure to coke oven emissions gives rise in workers to an excess risk of death from lung cancer and cancers of the bladder, prostate, pancreas, and large intestine. (CAG, 1978a)  The airborne chemicals comprising coke oven emissions are condensed to form coal tars.  (Special Review Position document 2/3, August 1984)

### 21.4  Creosote Composition-US EPA Creosote Special Review Position Document 2/3, August 1984

Coal tar and neutral oils is an extremely complex mixture produced by coking, the high temperature carbonization of coal.  Creosote is a lower boiling distillate of coal tar.  Both mixtures vary in composition depending on the temperature of coking and the source of coal use.  Each creosote batch is often produced from different source materials leading to a different chemical composition.  (Special Review Position document 2/3, August 1984)

Creosote is produced by the distillation of coal tar obtained from the coking of coal.  The composition of creosote is highly variable and depends on the composition of the coal used to make the tar, the design and operating conditions of the coke oven (e.g., gas collection system, temperature, coking time), and the design and operating condition of the still (e.g., feed rate, temperature, and blending of tar distillation fractions).   A common distillation temperature for creosote is about 200 to 400 °C.  (US EPA, April 30, 1980)

In distilling coal tar to form creosote, the lower molecular weight compounds are concentrated.  The balance of polynuclear aromatic hydrocarbons (PAH's) in creosote contain one to four rings, although larger PAH's such as benzo[a]pyrene, benzo[j]fluoranthane, and benzanthracene are present.  Eighteen compounds, accounting for about 75-85% of the total volatile creosote material, were identified and are listed below:  (Source: Table II-2, Special Review Position document 2/3, August, 1984).

#### Major Components of Creosote[a]

| Component | Approximate Percentage | Boiling Point (°C) |
|---|---|---|
| Naphthalene | 3.0 | 218 |
| 2-Methylnaphthalene | 1.2 | 241.05 |
| 1-Methylnaphthalene | 0.9 | 244.64 |
| Biphenyl | 0.8 | 255.9 |
| Dimethylnaphthalene | 2.0 | 268 |

| | | |
|---|---|---|
| Acenaphthene | 9.0 | 279 |
| Dibenzofuran | 5.0 | 287 |
| Fluorene | 10.0 | 293-295 |
| Methylfluorenes | 3.0 | 318 |
| Phenanthrene | 21.0 | 340 |
| Anthracene | 2.0 | 340 |
| Carbazole | 2.0 | 355 |
| Methylphenanthrene | 3.0 | 354-355 |
| Methylanthracenes | 4.0 | 360 |
| Fluoranthene | 10.0 | 382 |
| Pyrene | 8.5 | 393 |
| Benzofluorenes | 2.0 | 413 |
| Chrysene | 3.0 | 448 |

[a]Adapted from Lorenz and Gjovik (1972)

The chemicals comprising creosotes have been characterized by McNeil (1952) into eight classes (see below).  Chemicals derived from coal mined from different sources can vary in the relative proportions of chemicals present.  However, McNeil emphasizes that all creosotes contain essentially the same classes of chemical compounds, even while the proportion and distribution of classes varies.  Of particular toxicological concern are the polynuclear aromatic hydrocarbons (PAHs), aromatic amines, and phenolic constituents. (Special Review Position document 2/3, August 1984)

**Classification of Chemicals in Creosote**

| Compound | Effect |
|---|---|

**1.  Unsubstituted 6-membered aromatic ring systems (fused, unfused, or mixed)**

| | |
|---|---|
| chrysene | mutagenic initiator<br>carcinogenic |
| pyrene | co-carcinogen<br>  (with fluoranthene,<br>   benzo[a]pyrene)<br>mutagenic |
| benzo[a]pyrene | mutagenic<br>carcinogenic<br>fetotoxic<br>teratogenic |
| benzo[e]pyrene | carcinogenic<br>mutagenic |
| benzo[a]anthracene | mutagenic<br>carcinogenic |
| benzo[c]phenanthrene | initiator<br>mutagenic |
| naphthalene | inhibitor |
| phenanthrene | initiator |

143

|  |  |
|---|---|
|  | mutagenic |
| anthracene | mutagenic |
| dibenzanthracene | mutagenic |
| acenaphthene | mutagenic |
| triphenylene | mutagenic |

### 2. Unsubstituted aromatic ring systems containing 5-numbered rings

| | |
|---|---|
| fluoranthene | co-carcinogenic |
| | initiator |
| | mutagenic |
| benz[[j]fluoranthene | carcinogenic |
| | mutagenic |
| fluorene | mutagenic |

### 3. Heterocyclic Nitrogen Bases

| | |
|---|---|
| quinoline | carcinogenic |
| indole | mutagenic |
| benzocarbazoles | carcinogenic |
| isoquinoline | mutagenic |
| 1-methyl isoquinoline | possibly carcinogenic |
| 3-methyl isoquinoline | possibly carcinogenic |
| 5-methyl quinoline | possibly carcinogenic |
| 4-methyl quinoline | possibly carcinogenic |
| | mutagenic |
| 6- methyl quinoline | possibly carcinogenic |
| 5-methyl isoquinoline | possibly carcinogenic |
| 7-methyl isoquinoline | possibly carcinogenic |
| 6- methyl isoquinoline | possibly carcinogenic |
| 1,3-dimethyl isoquinoline | possibly carcinogenic |
| acridine | mutagenic |
| carbazole | mutagenic |

### 4. Heterocyclic Oxygen and Sulfur Compounds

coumarone
thionaphthene

### 5. Alkyl substituted compounds

| | |
|---|---|
| 1-methyl naphthacene | mutagenic |
| 2-methyl anthracene | mutagenic |
| methyl fluoranthene | possibly carcinogenic |
| 1-methyl naphthalene | inhibitor |
| 2-methyl naphthalene | inhibitor |

| | |
|---|---|
| **ethyl naphthalene** | **inhibitor** |
| **2,6-dimethyl naphthalene** | **inhibitor** |
| **1,5-dimethyl naphthalene** | **inhibitor** |
| **2,3-dimethyl naphthalene** | **accelerator** |
| **2,3,5-trimethyl naphthalene** | **inhibitor** |
| **2,3,6-trimethyl naphthalene** | **accelerator** |
| **methyl chrysene** | **initiator** |
| **1,4-dimethyl phenanthrene** | **initiator, mutagenic** |
| **1-methyl phenanthrene** | **mutagenic** |

**6. Hydroxy compounds**

| | |
|---|---|
| **phenol** | **promoter** |
| **p-cresol** | **promoter** |
| **o-cresol** | **promoter** |
| **m-cresol** | **promoter** |

**7. Aromatic amines**

| | |
|---|---|
| **2-naphthylamine** | **carcinogenic** |
| **p-toluidine** | **carcinogenic** |
| **o-toluidine** | **carcinogenic** |
| **2,4-xylidine** | **carcinogenic** |
| **2,5-xylidine** | **carcinogenic** |
| **8. Paraffins and naphthenes** | |

**Source:  Table II-6, Special Review Position document 2/3, August 1984**

Because coal tar contains an additional, higher boiling spectrum of coke oven volatiles than creosote, it contains a large number of 5- and 6-ring (PAHs).  The carcinogenicity of many of these larger PAHs has been studied and reviewed extensively (CAG, 1978b, IARC, 1973, 1983).  Known PAH carcinogens in coal tar are benz[a]anthracene, benz[a]carbazole, benzo[b]fluoranthene, benzo[i]fluoranthene, benz[c]acridine, benzo[a]pyrene, benzo[e]pyrene, chrysene, dibenzo[a,i]anthracene, dibenz[a,h]anthracene, dibenzo[a,h]pyrene, dibenzo[a,i]pyrene, and indeno[1,2,3-cd]pyrene.  (Special Review Position document 2/3, August 1984)

A number of chemicals in creosote and coal tar act as co-carcinogens, initiators, accelerating agents, and inhibitors.  These chemical agents will affect the carcinogenic potential of creosote and creosote/coal tar blends.  Because of synergism among these components, the carcinogenic potency of creosote or its coal tar blends cannot be predicted by assaying samples of the mixture for single carcinogenic components. (Special Review Position document 2/3, August 1984)

Elovaara, et al, 1995 published results of a study of creosote workers that demonstrated the significance of dermal and respiratory uptake in creosote workers.  The importance of dermal absorption in occupational exposure to PAHs is emphasized. Measurement of airborne naphthalene and the airborne PAH particulate phase as well as dermal exposure of pyrene and large molecular PAHs was conducted and correlated with concentrations of 1-hydroxypyrene, a metabolite of pyrene found in neat (dermal

exposure) and airborne creosote.  Naphthalene was determined in the vapor phase whereas pyrene and nine other larger PAHs were determined in the particulate phase of the breathing zone air of six workers during a working week. Pyrene occurs characteristically with the group of large molecular PAHs, and it is found among the PAHs (chrysene, benzo(k)fluoranthene, benzo(a)pyrene, benzao(ghi)perylene) specifically implicated in the etiology of human lung cancer.   It was evident that the workers were exposed both through the lungs and the skin to neat (dermal exposure) and airborne creosote.

### 21.5  Creosote Exposure data

Due to the complexity of creosote and the many different exposure situations, exposure profiles may vary widely.  Some estimations using BaP as a marker substance have been published for important exposure scenarios: children playing on creosoted playground equipment and residents living in the neighborhood of creosoting plants. (World Health Organization, 2004, INCHEM, Cicads 62, International Programme on Chemical Safety)

| Group | Route | BaP Content in creosote assumed | Exposure Period assumed | Starting assumptions | Estimated BaP exposure |
|---|---|---|---|---|---|
| Children Playing on creosoted playing equipment (Germany) | Dermal | 25 mg/kg | Once per week | estimated skin burden per week: 10ul creosote | 2.6 ng/kg[*] body weight per day |
| Children Playing on creosoted playing equipment (unknown country) | Dermal | N/A | 2 hours or 4 hours/day | 50% coverage of open skin, body weight of 15 kg | 0.85 or 1.7 ng/kg[*] body weight per day |
| Children playing on creosoted playing equipment (Netherlands) | Dermal | 50 mg/kg | Daily (3 h) | Extrapolation of data from creosote-exposed workers (measured pyrene concentrations on workers' skin; conversion BaP conc to children's exposure) | 2.04 ng/kg[*] body weight per day |

- assuming body weight of child is 15 kg

Although three different calculations were used for children's exposure, the results were in a comparable order of magnitude:  namely, about 1-2.6 ng BaP/kg body weight

per day.  Exposure of people consuming garden crops contaminated by airborne creosote has been estimated to be in the range of 1-70 ug BaP/kg body weight per day.

| Route | BaP content in creosote (assumed) | Starting assumptions | Estimated exposure |
|---|---|---|---|
| Oral (consumption of vegetables and fruits from gardens | 500 mg/kg | BaP concentration on crops at air conc of 0.5-5 ng/m$^3$:  0.2-10 mg/kg crop  Consumption:  0.5 kg crops/day  Adult body weight: 70 kg | 1.4-71.4 ug/kg body wt per day |

(World Health Organization, 2004, INCHEM, Cicads 62, International Programme on Chemical Safety)

Creosote is a genotoxic carcinogen for which a threshold has not been identified.  A study examining skin carcinogenicity of two samples of coal tar creosote, with different BaP contents, and of BaP alone in mice showed a significant increase in the rate of formation of papillomas and squamous cell carcinomas at the site of application.  However, other organs were not examined.  A linear relationship was observed between tumor rate and the dose of BaP in the creosote solution applied to the skin.  There was no evidence of a threshold for carcinogenic effects.  Analysis of the dose-response relationship resulted in a slope factor of 4.9 x 10$^{-3}$ tumors/animal for a total dose of 1 µg BaP.  In this study, based on its BaP content, creosote appeared to be about 5 times more carcinogenic than a solution of BaP alone.  (World Health Organization, 2004, INCHEM, Cicads 62, International Programme on Chemical Safety)

### Section 22.0  Coal Tar Pitch Volatiles: Mixture containing PAHs as major constituents

"The term "coal tar products," as used in this recommended standard, includes coal tar **and two of the fractionation products of coal tar, creosote and coal tar pitch**, derived from the carbonization of bituminous coal."  "Coal tar, coal tar pitch, and creosote derived from  bituminous coal often contain identifiable components which by themselves are carcinogenic, such as benzo(a)pyrene, benzanthracene, chrysene, and phenanthrene.  (NIOSH, 1977)

Coal tar pitch volatiles (CTPV's), particulate polycyclic organic material (PPOM), and polynuclear aromatic hydrocarbons (PNA's) are terms frequently encountered in dealing with coal tar **and its products**.  CTPV refers to the volatile matter emitted into the air when coal tar, coal tar pitch, or their products are heated, and may contain several PNA's (also referred to in the literature as PAH's). ( NIOSH, 1977*)*

Comparison of one and eight hour estimates to occupational health standards (OSHA, NIOSH, ACGIH all of which are 8 and 10 hour time-weighted averages):

**"From the epidemiologic and experimental toxicologic evidence on coal tar, coal tar pitch, and creosote, NIOSH has concluded that they are carcinogenic and can increase the risk of lung and skin cancer in workers.  Therefore, the permissible exposure limit recommended is the lowest concentration that can be reliably detected by the recommended method of environmental monitoring.  While compliance with this limit should substantially reduce the incidence of cancer produced by coal tar products, no absolutely safe concentration can be established for a carcinogen at this time.  The environmental limit is prepared to reduce the risk, and the employer should regard it as the upper boundary of exposure and make every effort to keep exposure as low as is technically feasible."** (NIOSH, 1977)

"It is important to recognize that occupational exposure limits do not correspond to exposure conditions devoid of health risk   The concept of acceptable exposure level must be understood as the level of exposure below which the probability of impairing the health of the exposed workers is acceptable.  The process of deciding what is an acceptable risk to occupational or environmental hazards blends the scientific disciplines of exposure assessment and toxicology with often vexing policy issues."  (Casarett & Doull's Toxicology:The Basic Science of Poisons, 6th Edition*)*

"The standard is designed to protect the health and provide for the safety of employees for up to a 10 hour work shift, 40-hour workweek, over a working lifetime.  Compliance with all sections of the standard should prevent or greatly reduce the adverse effects of coal tar products on the health and safety of employees."  (NIOSH, 1977*)*

All sections of the standard include the following environmental controls, protective personal equipment, and industrial hygiene techniques:

*"Employers shall use engineering controls to keep air concentrations of airborne coal tar products at or below the limits specified  (Greater than 0.1mg/cu m cyclohexane extractable or entry into unknown concentrations)…provide protective clothing and equipment impervious to coal tar products whenever liquid coal tar products may contact the skin or eyes.  (NIOSH, 1977)*
*" Employers shall provide, and shall require employees working with creosote to wear, gloves, protective sleeves, aprons, jackets, trousers, caps, and shoes as necessary to prevent skin contact with creosote.  These garments shall be made of a material resistant to penetration by creosote….." (NIOSH, 1977)*
*"The employer shall ensure that, at the completion of the work shift, all protective clothing is removed only in the change rooms"….(NIOSH, 1977)*

Workplace PELs, RELs, etc. provide reasonable boundaries for comparison of exposure of the plaintiffs in this case.  Those plaintiffs with exposure concentrations approaching the worker levels are unequivocally exposed to concentrations that are unacceptable health risks.  Those who are below such levels are not without health risks of exposure since these levels are for workers with engineering controls in the workplace,

and protective personal equipment, and industrial hygiene protocols to avoid exposure. Additionally, these OSHA, NIOSH, and ACGIH workplace exposure levels are for workers with proper equipment, hygiene, and engineering controls for only a workday of exposure for up to 10 hours and is far less than the 24 hour seven days a week exposure of a community member without protective equipment and hygiene and engineering controls.   Given these facts, use of the PELs, REL, TLVs, etc provides useful measures of comparison at the upper boundaries of exposure under ideal conditions of proper equipment, hygiene, and engineering controls.

"A Minimum Risk Levels is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse non-cancer health effects over a specified duration of exposure.  MRLs are based on non-cancer health effects only and are not based on a consideration of cancer effects.   To derive an MRL ATSDR generally selects the most sensitive end point which, in its best judgment, represents the most sensitive human health effect for a given exposure route and duration." (ATSDR, 2002)

Creosote is a mixture that can vary in chemical components and concentrations. At least 75% of the coal tar creosote mixture is PAHs. (ATSDR, 1996)  The National Toxicology Program classifies coal tar (coke oven emissions, coal tar, coal tar pitch, and creosotes) as a known human carcinogen (NTP 1998 in ATSDR, 2002).  "Coal tar, coal tar pitch, and creosote derived from  bituminous coal often contain identifiable components which by themselves are carcinogenic, such as benzo(a)pyrene, benzanthracene, chrysene, and phenanthrene.  (NIOSH, 1977)  The EPA classifies Benzo(a)pyrene (PAHs) as a carcinogen and lists its Maximum Contaminant Level Goal for Benzo(a)pyrene as zero in drinking water due to the increased risk of cancer in oral consumption.  "If there is evidence that a chemical may cause cancer, and there is no dose below which the chemical is considered safe, the MCLG is set at zero." (EPA,2006)

Comparison  of chemicals to the MRLs and EPA MCLGs provides a further level of exposure for both noncancerous and cancerous endpoints.  Certainly, variation in human susceptibility is well known and documented.  "Assay results and toxicokinetic modeling utilize means and standard deviations to measure variation, or even standard errors of the mean, to make the range as small as possible.  Outliers are seldom investigated." (Casarett & Doull's Toxicology:The Basic Science of Poisons, 6th Edition)

Host factors that influence susceptibility to environmental exposures include genetic traits, sex and age, preexisting diseases,  and coexisting exposures.  (Casarett & Doull's Toxicology:The Basic Science of Poisons, 6th Edition)  Any calculated levels for regulatory purposes cannot offer a guarantee of the presence or absence of adverse health effects that will be exhibited above or below such levels. To do so would deny the variation of personal susceptibilities of humans to toxic exposure.

The OSHA, NIOSH, ACGIH occupational standards are all based on one hour averages for maximum exposure.  OSHA further provides a 15 minute STEL (Short Term Exposure Limit)  in the event that the one hour exposure exceeds the one hour value for exposure during the eight hour workday.

The term CTPV is used interchangeably for Coal Tar Pitch Volatiles and Coal Tar Products Volatiles.  As evidence of such, the MSDS sheet that Kerr-McGee published for Coal Tar Creosote Treated Wood lists Exposure controls of this coal tar creosote treated wood in Section 8 (Exposure Controls) of the **Kerr-McGee MSDS**  in which the OSHA PEL TWA is used for coal tar pitch volatiles, as benzene solubles of 0.2 mg/m3 to monitor the creosote volatiles from the creosote treated wood.

According to the Industrial Hygiene Surveys of Occupational Exposure to Wood Preservative Chemicals, Contract No. 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, performed by NIOSH, February, 1983, the following was presented:

*"The variety of blended materials used for creosote treating would realistically preclude quantifying the range of these specific known carcinogenic compounds in the commercial mixtures.  More importantly, this type of specific PNA analysis in the past has not provided a reliable index of potential skin contact or inhalation hazard than total benzene extractable organics because individual compounds in the creosote mixtures, independently or in combination, can act as carcinogens directly, or as accelerators, promoters, and carcinogenic inhibitors. "*

*"While it can be scientifically argued that the wood preservative solutions are not identical to the airborne mixtures present in the coking oven industry, specific biological or other data have not been presented indicating that more liberal occupational limits are justified."*

*"Therefore, the same occupational limits used as a guide for health risk control purposes are appropriate based on composition and uses, boiling range, and plant experience.  This conservative approach is based, in part, on historic human experience related to the compounds and mixtures present in creosote, and on documented health effects which have occurred in the Shale oil, slack wax, and other industries and occupations."*

**Section 23.0  State Regulations applicable to Polycyclic Aromatic Hydrocarbons
     ATSDR, 1995**

**Water Quality-Human Health**

    **Acenaphthylene**
MO   Groundwater          0.003 µg/L

    Acenaphthene
AZ    Full Body Contact   8,400  µg/L

    Anthracene
AZ     **Full Body Contact   420 mg/L**

**Benz(a)Anthracene**
AZ    **Full Body contact    0.12  µg/L**

OH    **Human Health**
       **30-day average    0.31  µg/L**

**Benzo(k)Fluoranthene**
AZ    **Full Body Contact    0.12  µg/L**

**Benzo(g,h,i)Perylene**
AZ    **Full Body Contact    0.12  µg/L**

**Benzo(a)Pyrene**
AZ    **Full Body Contact    0.12  µg/L**

**Chrysene**
AZ    **Full Body Contact    0.12  µg/L**

**Dibenzo(a,h)Anthracene**
AZ    **Full Body Contact    0.12  µg/L**

**Fluoranthene**
AZ    **Full Body Contact    5600  µg/L**

**Fluorene**
AZ    **Full Body Contact    5600   µg/L**

**Indeno(1,2,3-cd)Pyrene**
AZ    **Full Body Contact    0.12  µg/L**

**Phenanthrene**
AZ    **Full Body Contact    0.12  µg/L**

**Pyrene**
AZ    **Full Body Contact    4200 µg/L**

---

### 23.1  Ambient water quality criteria for protection of human health

**EPA OWRS**:   Ingestion of water and organisms.   Because of their carcinogenic potential, the **EPA-recommended concentration for PAHs in ambient water is zero**. However, because attainment of this level may not be possible, the recommended criteria requires a E-G estimated incremental lifetime cancer risks.

PAHs                0.0028  µg/L      (0.28 ng/L  [$10^{-7}$]* – 2.8 ng/L [$10^{-5}$]*)
                                            * = cancer risk
Fluoranthene        42  µg/L

**(US EPA  Office of Water Regulations and Standards, 1980)**

## 23.2   National Primary Drinking Water Regulations-EPA  (2009)

Primary standards protect public health by limiting the levels of contaminants in drinking water.

- The **Maximum Contaminant Level Goal (MCLG)** is the maximum level of a contaminant in drinking water at which no known or anticipated adverse effect on the health of persons would occur, and which allows an adequate margin of safety.  MCLGs are non-enforceable public health goals.  Since MCLGs consider only public health and not the limits of detection and treatment technology.  When determining an MCLG, EPA considers the risk to sensitive subpopulations (infants, children, the elderly, and those with compromised immune systems) of experiencing a variety of adverse health effects.  **If there is evidence that a chemical may cause cancer, and there is no dose below which the chemical is considered safe, the MCLG is set at zero.**  If a chemical is carcinogenic and a safe dose can be determined, the MCLG is set at a level above zero that is safe.

- The Maximum Contaminant Level (MCL), the maximum permissible level of a contaminant in water which is delivered to any user of a public water system.

- The following chemical contaminants of drinking water are considered to have no dose below which the chemical is considered safe with the potential to cause cancer:

|  | MCLG | MCL |
|---|---|---|
| Benzo(a)pyrene (PAHs) | zero | 0.0002 mg/L |

## 23.3  MRL-Minimal Risk Level    (ATSDR 1995)

- An MRL of **0.6 mg/kg/day** has been derived for **intermediate-duration oral** exposure (15-364 days) to **acenaphthene.**

- An MRL of **0.4 mg/kg/day** has been derived for **intermediate-duration oral** exposure (15-364 days) to **fluoranthene.**

- An MRL of **0.4 mg/kg/day** has been derived for **intermediate-duration oral** exposure (15-364 days) to **fluorene**.

- An MRL of **10 mg/kg/day** has been derived for **intermediate-duration oral** exposure (15-364 days) to **anthracene.**

- An MRL of **0.0007 ppm** has been derived for **chronic inhalation exposure** (≥days) to **naphthalene.**

- An MRL of **0.6 mg/kg/day** has been derived for **acute oral** exposure (≤days) to **naphthalene.**

- An MRL of **0.6 mg/kg/day** has been derived for **intermediate-duration oral** exposure (15-364 days) to **naphthalene**

## Section 24.0  Epidemiology of PAHs and Skin Cancer

Karlehagen et al. (1992) studied cancer incidence among 922 creosote-exposed impregnators at 13 plants in Sweden and Norway.  The subjects had been impregnating wood (eg railroad cross-ties and telegraph poles).  Increased risks in both countries combined were observed for **lip cancer** (**SIR 2.50**, 95% confidence interval 0.81-5.83), **skin cancer** (**SIR 2.37**, 95% CI 1.08-4.5), and **malignant lymphoma** (**SIR 1.9**, 95% CI 0.83-3.78).  Exposure to sunlight may have contributed to the risk of lip and skin cancer. The findings indicate that impregnating wood with creosote in earlier decades increased the risk of skin cancer.

Partanen and Boffeta, 1994, presented a cancer risk in asphalt workers and roofers with increased risk for cancers of the lung stomach, nonmelanoma skin cancer (**RR = 4.0, 95% CI  (0.83- 11.7)** and leukemia.  A meta-analysis showed an increased cancer risk for all asphalt workers  (**meta-RR = 1.74, 95% CI: 1.07-2.65**)  Some of the excesses may be attributable to polycyclic aromatic hydrocarbons (PAH) from coal-tar products.  Coal-tars and coal-tar pitches, which are rich in PAH content, have been used in asphalt mixes. The authors estimated that BaP exposure occupationally encountered by the roofers, "is far greater than the degree of benzo(a)pyrene incurred by smoking cigarettes". (Partanen and Boffeta, 1994; Rhomberg et al., 2015)

All asphalt workers and roofers displayed Relative Risks for nonmelanotic skin cancers as follows :
   **RR = 2.2  95% CI   (1.2-3.7)**

Stenehjem et al., studied aromatic hydrocarbons and risk of skin cancer by anatomical site in 25,000 male offshore petroleum workers.  Non-melanoma skin cancer (NMSC) is the most common cancer worldwide of which basal cell carcinoma (BCC) and squamous cell carcinoma (SCC) are the two most frequent subtypes.  Mixtures containing aromatic hydrocarbons belong to the earliest recognized human carcinogens, with occupational skin cancer risks noted by Sir Percival Pott in the 18h century and confirmed chemical links in early animal experiments with application of coal tar in the 1910s.  Hazard ratios with 95% CI of skin cancer according to employment duration among 24,917 Norwegian male offshore workers were statistically significant as follows:

NMSC  (n=70; 63 SCC + 7 other):        **HR = 2.36  95% CI (1.28-5.46)**
      19-34 years duration of exposure
      **$P_{trend}$ = 0.033    p< 0.05    0 to 34 years**

Kubasiewicz et al. (1989, 1991) reported Case-control studies from Poland of skin cancer and exposure to Polycyclic aromatic hydrocarons (PSH) at statistically significant p values.

   Number of cases/controls = 376/752    Hospital cases compared to Controls
Tar   Exposed cases 28       OR = 1.1   p < 0.05
Pitch  Exposed cases 15      OR =  0.9   p < 0.05
Soot  Exposed cases  29      OR = 1.2  p < 0.05
Coke  Exposed cases 32       OR  = 1.3  p < 0.05
Any PAH   Exposed cases  216  OR  = 1.1  p < 0.05

An increased risk of skin cancer follows high dermal exposure. (Boffetta et al., 1997)

  Dement et al., 1998, reported Proportionate Mortality Among Union Members Employed at Three Texas Refineries.  Skin cancer was observed to be significantly increased **(PMR = 242) for workers with less than 20 years since union initiation**.   In nonwhite members skin cancer **deaths for all nonwhite members was statistically significant  p < 0.05  with a PMR = 436**.

   Carlsten, et al., 2005, reports a case of a 50-year-old male railroad worker who presented to his primary care physician with an erythematous, tender skin lesion on the anteromedial aspect of the right knee.  The patient reported that the lesion had been present and intermittently tender over several years prior to presentation.  The lesion was initially thought to be a simple cyst and was aspirated y the treating physician.  Antibiotics were also prescribed.  The lesion did not resolve and was subsequently biopsied, revealing squamous cell carcinoma *in situ*.  The site of the lesion was sun-protected but had been associated with 30 years of creosote-soaked clothing.

**Section 25.0  Mechanisms of Action of PAHs and Carcinogenesis**

   Because of their lipophilicity, PAHs dissolve into and are transported by diffusion across lipid/lipoprotein membranes of mammalian cells, thus facilitating their absorption by the respiratory tract, gastrointestinal tract and skin.  PAHs with two or three ring can be absorbed more rapidly and extensively than those with five or six rings.  Once absorbed, PAHs are widely distributed throughout the body, with some preferential distribution to or retention in fatty tissues.  They are rapidly metabolized to more soluble metabolites (epoxides, phenols, dihydrodiols, phenol dihydrodiols, dihydrodiol epoxides, quinones and tetrols), and conjugates of these metabolites are formed with sulfate, glutathione (GSH) or glucuronic acid.  The covalent binding of reactive PAH metabolites to form DNA adducts may represent a key molecular event in the formation of mutations and the initiation of cancer.  The structures of the DNA adducts that are formed provide an inference of the precursor metabolites.  PAHs are eliminated from the body principally as conjugated metabolites in the faeces, via biliary excretion, and in the urine.  (IARC, v92, 2010)

Most PAHs with potential biological activity range in size from two to six fused aromatic rings.  Because of this vast range in molecular weight, several of the physicochemical properties that are critical to their biological activity vary greatly.  Five properties in particular have a decisive influence on the biological activity of PAHs:  their vapor pressure, their adsorption onto surfaces of solid carrier particles, their absorption into liquid carriers, their lipid/aqueous partition coefficient in tissues and their limits of solubility in the lipid and aqueous phases of tissues.  These properties are intrinsically lined with the metabolic activation of the most toxic PAHs, and an understanding of the nature of this interaction may facilitate the interpretation of studies on their deposition and disposition that are occasionally conflicting.  (IARC, v92, 2010)

Transporters may play a role in the biological activity of PAHs.  Adenosine triphosphate (ATP)-binding cassette (ABC) trasporters (49 genes characterized in humans) transport specific molecules across lipid membranes including hydrophobic compounds and metabolites.  P-Glycoprotein transports mainly non-metabolized compounds and multidrug resistance-associated protein-1 (MRP1) and -2 conjugates of foreign compounds.  Several ABC transporters are polymorphic.  Benzo[a]pyrene conjugates may be substrates for ABC transporters, such as the GSH conjugate of benzo[a]pyrene-7,8-diol-9,10-oxide which is a substrate for MRP2 and benzo[a]pyrene-3-glucuronide which is a substrate for breast cancer resistance protein (BCRP).  (IARC, v92, 2010)

**Figure 4.1. Metabolic schema for benzo[*a*]pyrene**



Adapted from Cooper *et al.* (1983); ATSDR (1995); IPCS (1998).
CYP, cytochrome P450; EH, epoxide hydrolase; GSH, glutathione; PS, prostaglandin H synthase; QR, quinone reductase

(IARC, v92, 2010)



**Figure 4.2.   Metabolism of benzo[a]pyrene by CYPs and other drug-metabolizing enzymes**

AKR, aldo-keto reductase; B[a]P, benzo[a]pyrene; CYP, cytochrome P450; EH, microsomal epoxide hydrolase; GST, glutathione S-transferase; SULT, sulfotransferase; UGT, Uridine 5'-diphosphate-glucuronosyltransferase

(IARC, v92, 2010)

   Bay-region diol epoxides represent major electrophilic PAH metabolites at the core of one of the proposed mechanisms of PAH activation.  The pathways that lead to the formation of bay-region epoxides of benzo[a]pyrene were investigated extensively in rat liver microsomes and reconstituted systems containing purified rat CYPs and epoxide hydrolase and serve as a model for other by-region PAHs.  Benzo[a]pyrene is first oxidized by liver microsomes of 3-methylcholanthrene-treated rats to (=)- and (-)-benzo[a]pyrene-7,8'oxides;  the rate of conversion of the (+) enantiomer is much higher than that of the (-) form.  Subsequently, microsomal epoxide hydrolase hydrolyses these oxides to 9-)- and (+)-benzo[a]pyrene-7,8-diols, which are finally activated by CYP isoforms to the highly reactive bay-region epoxides, (-)-benzo[a]pyrene-7,8-diol-9,10-epoxide-1, (+)-benzo[a]pyrene-7,8-diol-9,10-epoxide-2.  (+)-benzo[a]pyrene-7,8-diol-9,10-epoxide-1 and (-)-benzo[a]pyrene-7,8-diol-9,10-epoxide-2.  (IARC, v92, 2010)

   The bay-region theory has also been applied to other PAHs.  On the basis of this common mechanism, it is important to know that the major CYP isoforms involved in the formation of the respective arene oxides and dio epoxides are CYP1A1, CYP1A2 and CYP1B1.  (IARC, v92, 2010)

   The generalized diol epoxide mechanism was developed from the bay-region theory

proposed by Jerina et al. (1976), based on the earlier observations of the nature of PAH metabolites, and results from a quantum mechanical model.  This theory recognized that angular benzo ring fusions on PAHs created a topological indentation on the polycyclic ring structure, called the bay region.  In benzo[a]pyrene, the bay region encompasses four carbons (carbons 10, 10a, 10b and 11) and three carbon-carbon bonds.  In the example of benzo[a]pyrene, metabolism by the CYP isozymes at the C7-C8 aromatic double bond creates an arene oxide, benzo[a]pyrene-7,8-oxide, that disrupts the aromatic nucleus by saturating that carbon-carbon bond.  Benzo[a]pyrene-7,8-oxode  is hydrated by epoxide hydrolase to a form a dihydrodiol (diol),  benzo[a]-pyrene-7,8-diol.  Benzo[a]pyrene-7,8-diol is further metabolized (epoxidized) by the CYP isozymes at the C9-C10 double bond to give the bay-region diol epoxide, benzo[a]-pyrene-7,8-diol-9,10-oxide.  This diol epoxide possesses an inherent activity to undergo carbon-oxygen bond scission or ring opening to form a carbonium ion on carbon 10 (i.e. a positively charged carbon atom).  Carbonium ions are highly reactive species that react with nucleophiles, such as DNA and proteins, to form covalent adducts.  This theory was expanded to include PAH structures with deeper peripheral indentations in their structure—those that contain a fjord region (e.g. dibenzo[al]pyrene.  The fjord region encompasses five carbons and four carbon-carbon bonds; in some cases, the steric interactions between atoms within the fjord region of the PAH forces the PAH ring system out of planarity.  (IARC, v92, 2010)

The stereochemistry of the metabolic transformation of PAHs to diols and diol epoxides is an important component of this mechanism of action and affects the biological activities of these metabolites.  CYPs can be region- and stereospecific in their action.  The sterospecific metabolizing activity of each CYP, in combination with the capacity of many PAH carbons to form chiral centres through metabolism, can create multiple forms of many PAH metabolites.  (IARC, v92, 2010)

One of the original tenets of the mechanism for by-region or fjord-region diol epoxides is that, as the PAH is metabolically activated in sequence through the diol to the diol epoide, the process creates intermediates that generally possess greater biological activities than their precursors.  (IARC, v92, 2010)

Bay-region and fjord-region diol epoxides possess many biological activities;  one of the most important of these is their ability to form stable covalent adducts with DNA.  The nature and sequence specificity of these DNA adducts are based, in part, on the absolute configuration, molecular conformation and stereochemistry of the diol epoxide, the specific purine (or pyrimidine base) that is adducted, the site of adduction and the nature and sequence of the DNA that is adducted.  (IARC, v92, 2010)

### 25.1  Mechanistic studies

Herbert et al., 1990, studied adducts of DNA in white blood cells of roofers by $P^{32}$-postlabeling, and the relationship of adduct levels to measures of exposure to polycyclic aromatic hydrocarbons.  A pilot study of roofers occupationally exposed to PAHs was conducted.  DNA isolated from white blood cells of roofers and nonoccupationally exposed comparison subjects matched for age, sex, and smoking status was analyzed for

DNA adducts with the use of $P^{32}$-postlabeling methods.  Occupational exposures to PAHs were assessed by personal air sampling and skin wipes.  Ten of the 12 roofers, but only 2 of the 12 comparison subjects, had detectable levels of aromatic DNA adducts in the $P^{32}$-postlabeling assay.  Among the roofers the post-shift levels of PAHs in the skin wipes were correlated with the DNA adduct levels.  These results suggest that $P^{32}$-postlabeling assay may be useful for monitoring internal exposures to complex mixtures of aromatic hydrocarbons in industrial populations.  (Herbert et al., 1990)

Phillips et al., 1990, detected the formation in vivo of DNA adducts by P32-postlabeling of complex mixtures of PAHs in coal-tar creosote, bitumen, juniper tar, used engine oils, and fuel exhaust condensates.  The presence of DNA adducts derived from these agents has been investigated in mouse skin, in human skin explants maintained in short-term organ culture and in human skin in vivo, and in the formation of many different PAH-DNA adducts was observed.  Similar levels and patterns of adducts were found in DNA from human skin to those in mouse skin, which is known to be susceptible to the carcinogenic activity of PAH mixtures, thus demonstrating the potential hazard to man of epidermal contact with these materials.  (Phillips et al., 1990)

The development of basal cell carcinoma (BCC), the most frequently diagnosed tumor among persons with European ancestry, is closely linked to mutations in the Hedgehog (Hh) receptor and tumor suppressor Patched 1 (Ptch).  Using Ptch $^{flox/flox}$CD4Cre$^{+/-}$ mice, in which Ptch was ablated in CD4Cre-expressing cells, we demonstrate that the targeted cells can give rise to BCC after treatment with DMBA (7,12-dimethylbenz(a)anthracene)/TPA, but not after wounding of the skin.  In addition in this model, BCC are not caused by malfunctioning of Ptch-deficient T cells, as BCC did not develop when bone marrow (BM) of  Ptch $^{flox/flox}$CD4Cre$^{+/-}$ mice was transplanted into Ptch wild-type mice.  Instead, lineage-tracing experiments and flow cytometric analyses suggest that the tumors are initiated from rare Ptch-deficient stem cell-like cells of the epidermis that express CD4.  As CMBA/TPA is a prerequisite for BCC development in this model, the initiated cells need a second stimulus for expansion and tumor formation.  However, in contrast to papilloma, this stimulus seems to be unrelated to alterations in the Ras signaling cascade..  Together these data suggest that biallelic loss of Ptch in CD$+ cells does no suffice for BCC formation and that BCC formation requires a second so far unknown event, at least in the Ptch $^{flox/flox}$CD4Cre$^{+/-}$ mouse model.   (Uhmann et al., 2014)

## Section 26.0   IARC Evaluation

**Creosotes**
**IARC   Group 2A  -  Evidence for carcinogenicity to humans *(limited)***
                                  **Evidence for carcinogenicity to animals *(sufficient)***
                **Creosotes are probably carcinogenic to humans *(Group 2A)***

**EPA  Group B1- probable human carcinogen**
**(IARC, Supplement 7, 1987)**

**Coal-tars**

**IARC  Group 1  -  Evidence for carcinogenicity to humans** *(sufficient)*

                                   **Evidence for carcinogenicity to animals** *(sufficient)*

             **Coal-tars are carcinogenic to humans** *(Group 1)*

**(IARC, Supplement 7, 1987)**

**Benzo[a]pyrene**

**IARC Group 1 -  Benzo[a]pyrene is carcinogenic to humans – *(Group 1)***

**(IARC,  Volume 100F, 2012)**

**IARC, Volume 92, 2010**

**Overall Evaluation:**

     **Occupational exposures during coal gasification are carcinogenic to humans—*(Group 1)***

     **Occupational exposures during coke production are carcinogenic to humans—*(Group 1)***

     **Occupational exposures during coal-tar distillation are carcinogenic to humans—*(Group 1)***

     **Occupational exposure as a chimney sweep is carcinogenic to humans—*(Group 1)***

     **Occupational exposures during paving and roofing with coal-tar pitch are carcinogenic to humans—*(Group 1)***

     **Occupational exposures during aluminum production are carcinogenic to humans—*( Group 1)***

     **Benzo(a)pyrene is carcinogenic to humans –*(Group 1)***

     **Creosotes are probably carcinogenic to humans—*(Group 2A)***

     **Cyclopental[cd]pyrene, dibenz[a,h]anthracene and dibenzo[a,l]pyrene are probably carcinogenic to humans--*(Group 2A)***

**Section 27.0   Benzene: Historical Perspective:  Science, Politics, OSHA, and the Supreme Court**

**27.1  Benzene**

    The chemical formula for benzene is C6H6, and it has a molecular weight of 78.11 g/mol.)  Benzene occurs as a volatile, colorless, highly flammable liquid that is slightly soluble in water.  Benzene has a sweet odor with an ASTDR reported odor threshold of 1.5 ppm (5 mg/m3).  The vapor pressure for benzene is 95.2 mm Hg at 25 °C, and it has a log octanol/water partition coefficient (log Kow) of 2.13.  The conversion factor:  ppm = 0.313 x mg/m3.  (IARC, vol 100F, 2012; US EPA)  Benzene is lipophilic and easily penetrates cell membranes.  Benzene undergoes ready absorption across the lung, skin, and GI tract.  Benzene is a neurotoxin, hematotoxin, carcinogen, and CNS depressant.

**27.2  Benzene and Leukemia**

Benzene was first isolated in 1825, and commercially recovered from coal-tar-derived light oil in 1849 and from petroleum in 1941 (IARC, 1982).  By the late 1950's, most commercial benzene was petroleum-derived. (McMichael, 1988)   The first description of purpura due to chronic benzene poisoning was published in Paris in 1897 by LeNoire and Claude.  (Askoy, 1980)   In 1928, Delore and Borgomano described the first case of "benzene leukemia", an acute leukemia in a worker so heavily exposed to benzene that none of his fellow workers could stay in the same workplace more than two months without becoming ill.  Since then reports of acute and chronic leukemia of multiple cell lineages occurring in man have been attributed to benzene.  (Maltoni, 1985)

In 1967, Forni published a case of leukemia in a woman who cleaned electric cables with solvents containing benzene.  In  1977, Infante released a study of  Ohio rubber workers. A cohort of workers exposed to benzene from 1940-49 revealed disturbing levels of leukemia.  Askoy (1974) identified 26 patients with acute leukemia or preleukemia among shoemakers in the cottage industry in Istanbul, Turkey.  Vigliani (1976) identified 11 cases of leukemia in rotogravure plants and other industries in Milan, Italy, that use benzene as a solvent.  (Tabershaw, 1978)

Among the cases of benzene leukemia observed at the Institute of Occupational Health of the University of  Milan from 1943 to 1973, 8 were acute hemocytoblastic or myeloblastic leukemias and 3 were erythroleukemias.  Vigliana and Saita calculated that in subjects exposed to benzene in the provinces of Milan and Pavia during the early nineteen-sixties, the risk of acute leukemia was at least 20 times higher than in the general population.  The banning of benzene as a solvent for glues and inks, after the outbreaks of aplastic anemia and leukemia in the provinces of Milan and Pavia, led to a sharp decrease in the number of cases of chronic benzene poisoning.  (Forni and Vigliani, 1974)

In 1976 a project of integrated experimental carcinogenicity bioassays was set up at the Experimental Bentivoglio Unit of the Bologna Institute of Oncology.  By 1977, these experiments performed by Maltoni and Scarnato, were the first to demonstrate that benzene is an experimental carcinogen in rats.  Nearly 50 years had passed since the first report of a case of  "benzene leukemia" associated with benzene exposure.  (Maltoni, 1985)

### 27.3   Industry, Labor, Benzene Regulations, and The Supreme Court

*The **American Petroleum Institute** (**API**) in September of 1948, issued a document entitled "API Toxicology Review: Benzene," prepared by P. Drinker and widely circulated to oil companies.  This report states, **__"Inasmuch as the body develops no tolerance to benzene and there is a wide variation in individual susceptibility, it is generally considered that the only absolutely safe concentration for benzene is zero."__'' American Journal of Industrial Medicine 20:707-711 (1991)*

When disturbing levels of leukemia appeared among Ohio tire builders exposed to benzene, NIOSH issued a criteria document in 1974 urging further investigation.

NIOSH submitted its criteria document concerning occupational exposure to benzene to the Secretary of Labor.  This document stated that "the possibility that benzene can induce leukemia cannot be dismissed", recommending retention of a permissible exposure limit of 10 ppm and ceiling concentrations of 25 ppm, measured over a 10-minute period.  This recommendation, however, was not based on benzene's potential leukemogenic hazards.   (Zenz, 1978)

 In 1976, with more evidence from Ohio, NIOSH recommended that benzene be added to the list of carcinogens.  NIOSH urged OSHA to issue an emergency temporary standard reducing the permissible time-weighted exposure limit from 10 ppm to 1 ppm, with a 5 ppm limit over any 15-minute period.  In August 1976 NIOSH published an "Update Criteria and Recommendations for a Revised Benzene Standard".  This document acknowledged a cause and effect relationship between benzene and observed blood abnormalities, especially aplastic anemia. (Zenz, 1978)

    In October 1976, NIOSH recommended a priority publication of occupational health standards to the Occupational Safety and Health Administration which emphasized concern to accelerate rule making processes, particularly for substances presenting new evidence for carcinogenic effects on humans, with benzene heading the list.  This communication reiterated:

> **"that since the 1974 criteria were issued, seven epidemiological studies had been   reported, along with case reports of benzene-related blood dyscrasias and chromosomal aberrations, and that NIOSH considered the recently accumulated evidence from clinical as well as from epidemiologic data to be conclusive at that time that benzene is leukemogenic because it produces progressive, malignant disease of the blood-forming organs, strongly recommended that OSHA publish an emergency standard for benzene without delay, recommending that the exposure level be kept as low as possible (1 ppm in air)." (Zenz, 1978)**

    No other occupational exposure air limits have shown so many downward revisions as benzene; since 1946, there have been four on the first published list by the threshold limit value (TLV) committee; in 1946 the recommended TLV for benzene was 100 ppm Maximum Allowable Concentration.  In 1947, the 8 hour Time-Weighted Average  was reduced to 50 ppm, and in 1948, to 25 ppm.   In 1963, the ceiling exposure was 25 ppm.  In 1970, the TWA was reduced to 10 ppm.  In 1974, the TWO was 10 ppm and the ceiling was 25 ppm.  In 1976, the recommended benzene concentration in workplaces was reduced to 1 ppm by NIOSH, with urging to OSHA to issue an emergency standard. (Zenz, 1978)

    Prior to 1976, the TLVs were directed primarily at substances which caused some physiological responses such as acute symptoms and signs, i.e., irritation of eyes, nose, throat or respiratory system; skin reactions; etc.  The TLVs were not established on the basis of carcinogenic, mutagenic or teratogenic properties, nor the likelihood of

synergistic effects of concomitant exposures to several substances.  (Zenz, 1978)

In November of 1976, the International workshop on the Toxicology of Benzene was held in Paris under the auspices of the Permanent Commission and International Association on Occupational Health and more specifically organized by its Scientific committee on Permissible Limits for Airborne Potentially Toxic Chemicals in Working Areas.  The organizing committee consisted of Professor Rene Truhaut, Professor E. C.Vigliani, Dr. Robert Murray, and Dr. H.G. S. van Raalte.  Forty-nine representatives from 16 different countries together with representatives of ILO and WHO participated in the Workshop.  The object of the Workshop was to discuss available information in the fields of experimental toxicology and epidemiology related to benzene exposure with special emphasis on dose-response relationships in workers, particularly with regard to long term effects of low levels of exposure.  (Truhaut and Murray, 1978)

In 1977 OSHA issued the emergency standard.  In 1978, the American Petroleum Institute and other industry representatives went to court to challenge OSHA's standard. The Fifth Circuit Court of Appeals overturned the standard based on employer arguments that OSHA failed to estimate the costs to industry that would result from the regulation. (OCAW-Labor Institute, Hazardous Materials Workbook; The New York Times, April 23, 1983)

"In January, 1978, The American Petroleum Institute (API) sent out a news release circulated to many  Oil, Chemical, and Atomic Workers International Union workers in refineries.  The news release was an attempt to downplay the dangers of benzene and reject the solidly established link between benzene and leukemia." ( Krekel, 1978)

Affidavits filed by about 15 major oil companies in the 1978 suit in the Fifth Circuit followed the same general format--listing the reasons that could not comply with the timetables set up by  OSHA and concluding with a threat that the government revise their timetables for compliance or run the risk of the companies shutting down benzene operations.   The threat was couched in identical language in each of the affidavits: "...the impending compliance dates threaten many company industrial operations which may be unable to continue in view of the substantial civil and criminal penalties provided by the Occupational Safety and Health Act." (Krekel, 1978)

In 1980, Askoy published data on  44 individuals with aplastic anemia, six of whom later died from Acute Myelogenous Leukemia (AML).  Infante (1977) and Rinsky (1981) reported an increased incidence of leukemia in individuals who apparently were exposed to a time-weighted average of only 10 ppm.  Further analysis of the concentration of benzene in the workplace showed that at times individuals could have been exposed to as high as 300 ppm.  (Cronkite, 1985)

In 1980, Unions appealed the Fifth Circuit Court of Appeals' decision to the US Supreme Court.  The Supreme Court backed the lower court's decision.   As a result of the Supreme Court decision, a quantitative leukemia risk assessment of benzene was undertaken by OSHA staff, submitted for peer review, and published in 1982 (White et

al, 1982).  The results indicate that a significant risk of developing leukemia is associated with life time occupational exposure (45 years) to 10 ppm benzene averaged over an 8-hour day and that a significant reduction in that risk could be achieved by lowering the PEL to 1 ppm.  In response, toxicologists employed by the petroleum industry have argued that the assessment overestimated the leukemia risk because the benzene exposures experienced by the cohorts used for the assessments were underestimated (Van Raalte, 1984).  This does not appear to be the case based on the best available data (Infante, 1984).  (Infante, 1987)  Benzene has been recognized by the International Agency for Research on Cancer as a human leukemogen since 1982.  (Wallace, 1989)

In  1984, OSHA requested Dr. Kenny Crump to perform an independent exposure assessment of the NIOSH cohort and a risk assessment of the benzene cohorts studied by NIOSH and the Dow Chemical Company, and a Chemical Manufacturers Association cohort study of benzene exposed workers.  Crump and Allen estimated that 40 years of occupational exposure to 10 ppm benzene would result in 88 excess leukemia deaths per 1,000 workers.  For excess leukemia risk associated with lifetime occupational exposure to 1 ppm benzene, Crump and Allen estimated 9.5 per 1,000 based on 40 years exposure. These independent studies confirmed the findings of White and Infante.  The estimated risks of death from occupational leukemia that had been characterized by OSHA as significant in 1983  were confirmed as the result of average benzene exposures to the PEL of 10 ppm as well as to the OSHA draft proposal of 1 ppm.  OSHA asked Crump and Allen to perform even further risk assessments based solely on the Chemical Manufactures Association study of benzene exposed workers.  This was done.  The results indicated an even higher estimate of 121 excess leukemia deaths per 1,000 workers exposed for 40 years to benzene levels of 10 ppm and 13 per 1,000 for those exposed to 1 ppm for 40 years (Crump and Allen, 1984).  (Infante, 1987)

The delay and abortion of the promulgation of health standards necessary to protect American workers and the general public was criticized by Dr. Peter Infante of OSHA. In 1985, Dr. Infante published "Benzene Toxicity: Studying a Subject to Death".  He states that very little or no protection against toxic substances is afforded until exhaustive research relating to toxicity has been performed.  This prevailing practice results in continuing exposure to toxic materials while scientific inquiry raises more questions than it answers.  "Studying a subject to death" unfortunately sometimes includes the deaths of those exposed."  (Infante, 1987)

## 27.4   The Final Benzene Standard

In 1983, armed with more data from NIOSH showing that workers exposed to benzene for even brief periods were six times more likely to die from leukemia, a coalition of unions and public health groups petitioned OSHA for a new emergency standard.  OSHA issued a notice of proposed rule-making, the first step in a lengthy process of issuing a new regulation.  The unions accused OSHA of ignoring a six-year history of efforts to lower the benzene standard.  In 1984, OSHA rejected the coalition's petition for an emergency temporary standard.  The agency promised a standard by the end of the year.  Nothing happened and in December a group of unions filed suit against

OSHA with the Washington, D.C. Circuit Court.  OSHA agreed to issue a standard by February 1987; the D.C. Court accepted this.  In 1987, OSHA lowered the standard to 1 ppm with a short-term exposure limit (STEL) of 5 ppm.

Published in the Federal Register, Friday September 11, 1987, Part II, Department of Labor, OSHA 29 CFR Part 1910, Occupational Exposure to Benzene, Final Rule: "Epidemiologic studies demonstrate that benzene exposure can cause leukemia, multiple myeloma and perhaps other hemopoietic and lymphatic cancers."  In June, 1990, NIOSH published a Recommended Exposure Limit of 0.1 ppm with a 1 ppm Short Term Exposure Limit.   In 1990, the ACGIH published notice of intent to change the limit to 0.1 ppm.  (AFL-CIO Health and Safety Department and the New York Times, April 23, 1983. )

**Time-line for Benzene Regulations**
- **1974 –NIOSH  10 ppm REL and 25 ppm ceiling (10 min)**
- **1976—NIOSH  1 ppm REL and 5 ppm STEL (15 min)**
     **Recommended Benzene as Carcinogen to OSHA**
- **1977—OSHA Emergency Standard  1 ppm PEL/5 ppm STEL**
- **1978- API sent out news release circulated to OCAW in refineries; downplayed dangers of benzene (Krekel,  1978)**
- **1978—fifteen major oil companies sued to stop OSHA emergency standard**
- **1982-International Agency for Research on Cancer –Benzene is a Group 1 Human Carcinogen**
- **1983—NIOSH publishes data that workers exposed to benzene for  brief periods were 6 times more likely to die from leukemia**
- **1987—OSHA lowered the standard to 1 ppm PEL and 5 ppm STEL**
- **1990—NIOSH published REL of 0.1 ppm; released data that some workers died of leukemia at 1 ppm exposure without peak exposures; cytogenetic damage at 1.0 ppm**

1990 OSHA publishes 0.5 ppm action level with required Medical surveillance guidelines:  mandatory requirements for removal of the worker from benzene exposures in the event there is a determination of a detrimental effect of benzene on the blood-forming system.

OSHA standard 1910.1028 (h) further states that protective clothing and equipment shall be worn where appropriate to prevent eye contact and limit dermal exposure to liquid benzene.  Protective clothing and equipment shall be provided by the employer at no cost to the employee and the employer shall assure its use where appropriate.  The employer must further make available a medical surveillance program for employees who are or may be exposed to benzene at or above the action level of (0.5ppm TWA) for 30 or more days per year; for employees who are or may be exposed to benzene at or above the PELs 10 or more days per year;  and for employees who have been exposed to more than 10 ppm of benzene for 30 or more days in a year prior to the effective date of the standard when employed by their current employer.   The medical surveillance guidelines for Benzene are precise and listed in Appendix C of OSHA 1910.1028.  These guideline provide precise clinical procedures to monitor the worker for developing hematotoxicity

from benzene exposure with mandatory requirements for removal of the worker from benzene exposures in the event there is a determination of a detrimental effect of benzene on the blood-forming system.

Benzene is well documented to cause decreasing trends in one or more cell lineages of the blood: red cell, platelet, and/or white cell lines.  Careful monitoring may detect early warning signs of benzene toxicity that may allow for removal of the employee from exposures before aplastic anemia, leukemia,  and/or other malignancies will develop. The medical surveillance guidelines specifically state that **"The detrimental effect on the blood-forming system of prolonged exposure to small quantities of benzene vapor is of extreme importance.  The hematopoietic system is the chief target for benzene's toxic effects which are manifested by alterations in the levels of formed elements in the peripheral blood. "**

Infante summarized the data in 1992 in support of a 0.1 ppm TLV.  He points out that in the Dow cohort that was exposed to an average benzene concentration of about 5.5 ppm benzene for 7.0 years (38.5 ppm-years), consisted of some workers who died from leukemia and were exposed to an average of only 1.0 ppm without the opportunity for high-peak exposures.  In addition, chromosomal studies among workers and in animals exposed to benzene indicate that low-level exposure of 1.0 ppm is associated with elevated cytogenetic damage.

Benzene is classified as a human carcinogen by OSHA, NIOSH, IARC, and ACGIH. Benzene is a hematotoxin and targets blood-forming tissues.  Benzene can cause many Blood diseases and cancers:
- Aplastic anemia—decreased red and white blood cells and platelets—shut down of blood formation
- Leukemia
- Multiple Myeloma
- Non-Hodgkin Lymphoma
- Myelodysplastic syndrome
- Thrombocytopenia—decreased platelets
- Leukopenia—decreased white blood cells
- Anemia—decreased red blood cells

Exposure Concentrations:
- 1 ppm OSHA TWA for 8 hour workday for worker with personal protective equipment; inhalation exposure
- 5 ppm OSHA Short Term Exposure Limit (STEL) 15 min peak exposure
- OSHA IDLH Immediate Danger of Life and Health:   500 ppm
- ATSDR Minimum Risk Levels: end-point used—decreased B-cells and T-cells

acute exposure of residents    = .009 ppm  (9 ppb)
chronic exposure of residents = .003 ppm  (3 ppb)
    For non-worker—no protective equipment
ppm = parts per million; ppb = parts per billion

Peak Exposures
- ■ Amounts of benzene metabolites formed in the body following a peak exposure to <u>32 ppm of benzene over 15 minutes (STEL)</u> are on average <u>20% higher</u> than those formed following an <u>inhalation dose of 1 ppm (PEL)</u> over an 8 hour time period  (Bois and Paxman, 1992)

## 28.0  Agency for Toxic Substances and Disease Registry—August 2007 (MRL ATSDR list, May 2019)

ATSDR (2007) reports a Minimal Risk Level for Benzene of 0.009 ppm for acute-duration inhalation exposure to benzene (14 days or less).   An MRL of 0.006 ppm has been derived for intermediate-duration inhalation exposure (15-364 days) to benzene.  An MRL of 0.003 ppm has been derived for chronic-duration inhalation exposure 365 days or more) to benzene.  (ATSDR, 2007)

During the development of  toxicological profiles, Minimal Risk Levels (MRLs) are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration for a given route of exposure. An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse non-cancer health effects over a specified duration of exposure.  MRLs are based on non-cancer health effects only and are not based on a consideration of cancer effects.  These substance specific estimates, which are intended to serve as screening levels, are used by ATSDR health assessors to identify contaminants and potential health effects that may be of concern at hazardous waste sites. ATSDR (2007)

MRLs are below levels that might cause adverse health effects in the people most sensitive to such chemical-induced effects.  Currently, MRLs for the dermal route of exposure are not derived because ATSDR has not yet identified a method suitable for this route of exposure.  MRLs are generally based on the most sensitive chemical-induced end point considered to be of relevance to humans.  MRLs are subject to change as new information becomes available concomitant with updating the toxicological profiles. Thus, MRLs in the most recent toxicological profiles supersede previously published levels.  (ATSDR, 2007)

The MRL for acute inhalation is based on animal studies in which exposure to benzene in whole-body inhalation chambers was performed for 6 hours/day for 6 consecutive days.  Results revealed depressed peripheral lymphocytes and mitogen-induced blastogenesis of femoral B-lymphocytes at 10.2 ppm.  An uncertainty factor of 300 was assigned because of the use of the LOAEL (lowest observed adverse effects level), extrapolation from animals to humans and for human variability.  This resulted in an MRL for humans of 0.009 ppm for acute inhalation.  (ATSDR, 2007)

The intermediate inhalation MRL for benzene is based on animal studies in which at 10 ppm exposure to benzene by inhalation for 6 hours/day, 5 days/week for 20 exposure

days yielded significantly delayed splenic lymphocyte reaction to foreign antigens evaluated in vitro mixed lymphocyte reaction.  An uncertainty factor of 300 was assigned because of the use of the LOAEL (lowest observed adverse effects level), extrapolation from animals to humans and for human variability.  This resulted in an MRL for humans of 0.006 ppm for intermediate inhalation.  (ATSDR, 2007)

   For the chronic duration inhalation MRL a cross-sectional human study was performed on 250 workers (approximately two-thirds female) exposed to benzene at two shoe manufacturing facilities in Tianjin, China with matched non-exposed controls.  The benzene exposed workers had been employed for 3.2 to 9 years for an average of 6.1 years.  Study subjects were exposed as follows:  109 at <1 ppm, 110 at 1 – < 10 ppm, and 31 at ≥  10 ppm.  Mean one-month benzene exposure levels in the four groups (controls, <1 ppm, 1 – < 10 ppm,  and ≥  10 ppm) were <0.04 ppm, 0.57±0.24, 2.85±2.11, and 28.73±20.74 ppm, respectively.  All types of white blood cells (WBC) and platelets were significantly decreased in the lowest exposure group (<1 ppm), ranging in magnitude from approximately 8 to 15% lower than controls.  Decreases in all types of WBCs and platelets were noted at higher exposure levels as well.  The decreases in the highest exposure group ranged in magnitude from 15 to 36%.  Lymphocyte subset analysis revealed significantly decreased CD4+-Tcells, CD4+/CD8+ ratio, and B cells.  Hemoglobin concentrations were significantly decreased only within the highest (≥  10 ppm) exposure group.  These data suggest that the 1-month benzene exposure results could be used as an indicator of longer term low-level benzene hematotoxicity.  The dose and end point used for MRL derivation was 0.10ppm for significantly decreased B cell count.  A conversion was performed to adjust the 0.10 ppm from the 8-hour TWA to a continuous exposure concentration of 24 hours, 7 days a week yielding a 0.03 ppm benchmark dose level.  Adjustment was made for human variability resulting in an MRL for chronic duration of  0.003 ppm.  (ATSDR, 2007)

## 29.0   US EPA Reference Concentration for Benzene

   The inhalation Reference Concentration (RfC) is analogous to the oral RfD and is likewise based on the assumption that thresholds exist for certain toxic effects such as cellular necrosis. The inhalation RfC considers toxic effects for both the respiratory system (portal-of-entry) and for effects peripheral to the respiratory system (extra-respiratory effects). It is generally expressed in units of mg/cu.m. In general, the RfC is an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily inhalation exposure of the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime.  The critical effect used in derivation of the RfC is  decreased lymphocyte count (Human occupational inhalation study of Rothman et al., 1996)   The Benzene RfC = 3 x 10-2 mg/m3  (0.009 ppm)  (www.epa.gov  June 5 2019

## 30.0   OEHHA—The Office of Environmental Health Hazard Assessment

   The Office of Environmental Health Hazard Assessment (OEHHA) is required to

develop guidelines for conducting health risk assessments under the Air Toxics Hot Spots Program (Health and safety code Section 44360(b)(2)).  OEHHA developed a Technical Support Document (TSD) that describes acute, 8-hour, and chronic Reference Exposure Levels (RELs).  These guidelines have been used to develop the RELs for benzene presented in this document.  (OEHHA, Appendix D1, July 28, 2017)

**Benzene Acute REL**

| | |
|---|---|
| Reference Exposure Level | **27 ug/m$^3$   (0.008 ppm; 8 ppb)** |
| Critical effect(s) | Developmental hematotoxicity in fetal and neonatal mice |
| Hazard Index target(s) | Developmental; Immune System; Hematologic System |

**Benzene 8-Hour REL**

| | |
|---|---|
| Reference Exposure Level | **3 ug/m$^3$  (0.001 ppm; 1 ppb)** |
| Critical effect(s) | Decreased peripheral blood cells in Chinese Workers |
| Hazard Index target(s) | Hematologic System |

**Benzene Chronic REL**

| | |
|---|---|
| Reference Exposure Level | **3 ug/m$^3$ (.001 ppm; 1 ppb)** |
| Critical effect(s) | Decreased peripheral blood cells in Chinese Workers |
| Hazard Index target(s) | Hematologic System |

| | |
|---|---|
| Metabolites | hydroquinone, benzoquinone, catechol, phenol |
| Conversion factor | 1 ppm = 3.26 mg/m$^3$ |

(OEHHA, Appendix D1, June 2014)

A survey of indoor levels of volatile organic chemicals reported a geometric mean of 0.69 ug/m$^3$ (0.22 ppb) for benzene (range = 0.29-2.11 ug/m$^3$ ) in 29 small- and medium-sized commercial buildings in California (Wu et al., 2011 in (OEHHA, Appendix D1, June 2014)

Indoor benzene levels were measured prior to and after the Ireland Public Health Tobacco Act of 2002 ban on smoking in pubs (McNabola et al., 2006).  The average ambient concentration of benzene measured inside two Dublin pubs in March 2004 prior to the ban was 4.83 ug/m$^3$ (1.5 ppb).  The average ambient level outside the pubs was 0.84 ug/m$^3$ (0.26 ppb).  In August 2004 after the ban the average indoor level was 0.54 ug/m$^3$ (0.2 ppb).  The average ambient outside level was 0.13 ug/m$^3$ (0.04 ppb). (OEHHA, Appendix D1, June 2014)

## 31.0    Metabolism of Benzene

Benzene must be metabolized to become carcinogenic.  The initial metabolic step

involves cytochrome P450 (CYP)-dependent oxidation to benzene oxide, which exists in equilibrium with its tautomer oxepin. Most benzene oxide spontaneously rearranges to phenol, which is either excreted or further metabolized to hydroquinone and 1,4-benzoquinone. The remaining benzene oxide is either hydrolysed to produce benzene 1,2-dihydrodiol (catechol), which is further oxidized to 1,2-benzoquinone, or it reacts with glutathione to produce S-phenylmercapturic acid. Metabolism of oxepin is thought to open the aromatic ring, to yield the reactive muconaldehydes and E,E-muconic acid. Benzene oxide, the benzoquinones, muconaldehydes, and benzene dihydrodiol epoxides (formed from CYP-mediated oxidation of benzene dihydrodiol) are electrophiles that readily react with peptides, proteins, and DNA and can thereby interfere with cellular function.   Benzoquinone formation from hydroquinone via myeloperoxidase in the bone marrow has been suggested as being a key step.  There is considerable evidence for an important role of this metabolic pathway that leads to benzoquinone formation. (IARC, 2012)

Recently it has been shown that benzene is most likely metabolized initially to phenol and E,E-muconic acid via two enzymes rather than just one CYP enzyme, and that the putative, high-affinity enzyme is active primarily at benzene concentrations below 1 ppm. CYP2E1 is the primary enzyme responsible for mammalian metabolism of benzene at higher levels of exposure.   CYP2F1 and CYP2A13 are reasonable candidate enzymes that are active at environmental levels of exposure below 1 ppm.   These CYPs are highly expressed in the human lung. Despite much research, more work is needed to elucidate the different roles of multiple metabolites in the toxicity of benzene and the pathways that lead to their formation.  (IARC, 2012)

A role for the aryl-hydrocarbon receptor (AhR) is also emerging in the haematotoxicity of benzene. AhR is known mainly as the mediator for the toxicity of certain xenobiotics.  However, this transcription factor has many important biological functions and evidence is emerging that it has a significant role in the regulation of haematopoietic stem cells.  It has been hypothesized that AhR expression is necessary for the proper maintenance of quiescence in these cells, and that AhR downregulation is essential for their "escape" from quiescence and subsequent proliferation.  The absence or downregulation of AhR removes haematopoietic stem cells from their quiescent state and makes them susceptible to DNA damage from benzene exposure and subsequent cell death through apoptosis. (IARC, 2012)

AML and MDS are closely-related diseases of the bone marrow that arise de novo (without an obvious cause) in the general population or following therapy with alkylating agents, topoisomerase II inhibitors, or ionizing radiation (therapy-related AML and MDS, i.e. t-AML and t-MDS).  Occupational exposure to benzene is widely thought to cause leukaemias that are similar to various forms of t-AML and t-MDS.  AML and MDS both arise from genetically altered CD34+ stem cells or progenitor cells in the bone marrow and are characterized by many different types of recurrent chromosome aberrations. These aberrations have been shown to often develop into the genetic mutations that produce leukaemia.  Recent research has shown that the chromosome aberrations and gene mutations detected in therapy-related and de novo MDS and AML are identical,

although the frequencies with which they are observed in different subtypes may differ. Hence, therapy-related and de novo MDS and AML are considered identical diseases. At least three cytogenetic categories of AML and MDS are commonly observed: those with unbalanced aberrations, with balanced rearrangements, and with normal karyotype. (IARC, 2012)

Another classical pathway to AML is through the transformation of a myeloproliferative disorder (MPD).   MPDs include Philadelphia chromosome (Ph)-positive chronic myelogenous leukaemia (CML) and the Ph-negative conditions polycythemia vera, essential thrombocythemia and idiopathic myelofibrosis. It is well established that AML may occur as a late complication in all these disorders.   (IARC, 2012)

Exposure to benzene can lead to multiple alterations that contribute to the leukaemogenic process.  Benzene may act by causing chromosomal damage (aneuploidy, deletions and translocations) through inhibition of topoisomerase II, disruption of microtubules and other mechanisms; by generating oxygen radicals that lead to point mutations, strand breaks and oxidative stress; by causing immune system dysfunction that leads to decreased immunosurveillance by altering stem-cell pool sizes through haematotoxic effects  by inhibiting gap-junction intercellular communication and by altering DNA methylation and perhaps specific microRNAs.  This multimodal mechanism of action for benzene suggests that the effects of benzene on the leukaemogenic process are not singular and can occur throughout the process.  (IARC, 2012)

## Section 32.0 - Acute Myeloid Leukemia  (AML)

### 32.1 Pathobiology of  Human Acute Myeloid Leukemia (AML)

Acute myeloid leukemia (AML) describes a heterogeneous group of hematologic disorders characterized by a block in the terminal differentiation of particular hematopoietic cell lineages.  Like normal hematopoietic stem cells, the leukemia cells retain the capability to divide and proliferate, resulting in self-renewal, but their capacity to differentiate terminally to morphologically and functionally mature hematopoietic cells is markedly compromised.  This results in the progressive accumulation of relatively immature, poorly functioning cells that eventually inhibit the production and differentiation of cells within the normal hematopoietic compartments.  This inhibition of normal marrow function that characterizes AML eventually results in severe bleeding, infections, and metabolic complications that, left untreated, invariably prove lethal.   If untreated, AML is usually fatal within weeks to months after diagnosis.  (Hoffman, 2nd Ed.)

The heterogeneity in the clinical presentation and pathophysiology of AML reflects both the different hematopoietic lineages that can be affected by this differentiation block, as well as the different developmental stages within a given hematopoietic lineage

in which this differentiation block occurs.  The terms acute nonlymphocytic leukemia, acute myeloid leukemia, and acute myelogenous leukemia are generally used interchangeably.  Thus, the broad term AML commonly includes disorders affecting differentiation within the granulocyte, monocyte/macrophage, erythroid, and megakaryocytic lineages.  This heterogeneity is reflected in the different terms frequently used to describe AML, including acute granulocytic, promyelocytic, monocytic, myelomonocytic, erythroid, megakaryocytic, or undifferentiated leukemia.  In some patients, the disease appears to be restricted to cells of the granulocyte/monocyte lineage, while in other cases the disease involves a multipotential stem cell, capable of differentiation along the erythroid and megakaryocytic in addition to the granulocyte/monocyte lineages.  (Hoffman, 2nd Ed.)

The observation that AML cells are clonally derived suggests that a rare event, such as genetic mutation(s), is critical to the development of AML.  Exposure to a number of different environmental insults, including radiation, hydrocarbons, and certain anticancer chemotherapeutic agents, has been associated with the development of AML.  These agents have in common the potential to damage DNA.  Such damage may lead to particular mutations or chromosome aberrations that are critical to the hematopoietic differentiation block that characterizes the development of  AML.  Exposure to chemicals, particularly benzene, as well as other petroleum products, is also associated with an increased  risk of AML.    (Hoffman, 2nd Ed.)

Chronic exposure to a number of chemicals has been associated with the development of acute leukemia.  Benzene is the best studied and has been the most widely used chemical leukemogenic agent.  Leather and rubber industry workers chronically exposed to benzene and to benzene derivatives have a significantly increased incidence of AML. Case-control studies have found that truck drivers, filling station attendants, and painters have an increased incidence of AML related to their chronic exposure to benzene and other hydrocarbons. (Hoffman, 2nd Ed.)

## 32.2  Chromosomal Aberrations and Benzene Exposure

The exact significance and prevalence of chromosomal aberrations induced in lymphocytes or bone marrow cells by benzene or other environmental agents is not well understood.  (Van den Berghe, 1979; Mitelman, 1981)  Mitelman describes chromosomal aberrations in 75% of fifty-two  (39 with chromosomal aberrations and 13 without) ANLL patients with occupational exposure to chemical solvents, insecticides, or petrol products.   She reports 32% of the 110 patients with ANLL in the nonexposed group had similar chromosomal aberrations (35 with chromosomal aberrations and 75 without).

Marked increases in the frequencies of chromosomal aberrations (CASs) in peripheral blood lymphocytes of  occupational workers, often with high levels of exposures to benzene (>100 ppm) have been recorded in the literature (IARC,1982).  Further a two-fold increase was recorded (Sarto, 1984) in the frequencies of  Chromosomal Aberrations in workers in benzene production facilities who had sustained low-level exposures (1.1-12.4 ppm) to benzene.  Increased chromosomal aberrations are found in patients with

increased use of cigarette smoking and increased alcohol use. Tampo et al described chromosomal studies of benzene-exposed workers compared to non-exposed industrial and non-industrial controls. Overall, the frequencies of chromosomal aberrations were significantly higher than in controls thus providing evidence for the clastogenic effects of benzene. However, these analyses are for groups of workers and little can be drawn concerning the presence or absence of chromosomal aberrations in a percentage of individuals in each category of workers and controls.

Sasiadek (1992) analyzed chromosomal aberrations in fifty-six workers occupationally exposed to benzene and other solvents. She reports breakpoints in the karyotypes accumulated mainly on chromosomes 2,4, and 7. Again data was analyzed as total chromosomal aberrations in the total metaphases in the test group compared to the control group.

The Nordic study performed by Hagmar et al (1994) utilizing cytogenetic assays in peripheral blood lymphocytes (PBL) reported that there was no significant trend in the frequencies of Sister Chromatid Exchanges. There was a linear trend in Chromosomal aberrations with regard to subsequent cancer risk. Again group analyses were performed to obtain trend data. It is generally accepted that chromosomal mutations are causal events in the development of neoplasia. The conceptual basis for using Chromosomal aberrations in PBL as a biomarker has been the hypothesis that the extent of genetic damage in PBL reflects similar events in the precursor cells for carcinogenic processes in the target tissues. However, many factors, exogenous as well as endogenous, influence the individual Chromosomal aberrations and Sister Chromatid Exchange values, for example, age, sex, genetic constitution, and different occupational and life style exposures. The influence of these modifying factors on the cancer predictability of the different end points have not yet been studied.

Infante and White (1985) report that animal studies demonstrate chromosomal damage to bone marrow cells, significant depression of the bone marrow, and disturbances of immune system function as a result of less than 1 week of exposure to the current permissible benzene exposure limit of 10 ppm.

## Section 33.0  Benzene and Hematopoietic Malignancies

Tareeff (1963) describes 16 cases of leukemia (6 acute and 10 chronic) in workers in the USSR that were occupationally exposed to benzene for 4 to 27 years. In 50% of the acute cases, a latent period of 2-5 years between the cessation of exposure and the development of leukemia was noted. Goguel (1967) described 50 cases of leukemia observed in workers with confirmed exposure to benzene in the industries in the Paris region. Of these 13 cases of chronic myeloid leukemia and 23 cases of acute myeloid leukemia and 8 cases of chronic lymphoid leukemia were diagnosed. (IARC, 1982)

In 1980, Goldstein reported observing, in the course of a long-term carcinogenicity bioassay on benzene, a few cases of acute and chronic myelogenous leukemia, namely in

one Sprague-Dawley rat, and two in CD-1 mice.  The authors concluded that:  "Although not statistically significant as compared to the respective control groups, the fact that myelogenous leukemia has not been reported in control animals of these two strains suggests a causative role for benzene."  (Maltoni, 1983)

White, Infante, and Walker (1980) described a 29 year old whose cause of death was chronic myelogenous leukemia and died within two years of his initial exposure to benzene.  Browning (1965) described 61 cases of leukemia among persons exposed to benzene with 21 of these diagnosed as chronic myeloid leukemias.  Askoy (1980) described 42 cases of leukemia, with 16 as acute myeloblastic leukemia.  "The other types of leukemia in descending order of frequency were:  acute erythroleukemia, preleukemia, acute lymphoblastic leukemia,  acute monocytic leukemia, chronic myeloid leukemia, acute myelocytic anemia, and acute undifferentiated leukemia."

Ishimaru (1971) conducted a study of 303 leukemia cases among adult survivors of the atomic bomb explosions in Hiroshima and Nagasaki, Japan.  The risk of leukemia was found to be significantly higher among those employed in occupations where various solvents, including benzene, were used as compared to those without such exposure.  "The relative risk was 1.8 times higher for chronic leukemia and 2.9 times higher for acute leukemia."

White (1980) cautioned that mortality studies can be compromised for those individuals whose causes of death were listed as acute infectious disease.  Since infection may be a common problem in the leukemic patient, the fact that the individual had leukemia may be overlooked when the cause of death is coded.

Mehlman (1991) reports that the types of leukemias caused from exposure to benzene include acute myelogenous leukemia, acute erythroleukemia, acute myelomonocytic leukemia, acute promyelocytic leukemia, acute undifferentiated leukemia, hairy cell leukemia, chronic myelogenous leukemia, chronic lymphocytic leukemia, Hodgkin's lymphoma, non-Hodgkin's lymphoma, and multiple myeloma.

Forni (1976) stated that 44 cases of leukemia had been identified in persons with chronic benzene exposure in Paris from 1950-1965.  Of these 23 cases were classified as acute leukemia, 13 as chronic myeloid leukemia, and 8 as chronic lymphocytic leukemia.  Askoy (1980) reports 42 leukemia patients with chronic exposure to benzene in  Turkey.  The types of leukemia reported included 16 acute myeloblastic leukemia, 8 acute erythroleukemia, 7 preleukemia, 4 acute monocytic leukemia, 2 chronic myeloid leukemia, and one each of acute promyelocytic leukemia and acute undifferentiated leukemia.

## Cohort studies of benzene and acute non-lymphocytic leukemia/acute myelogenous leukemia:   (IARC, 2012)

McCraw et al., 1985   All white male employees at an oil refinery for at least one day between 1973-1982, and retirees alive as of 1973, total 3,976.

**AML        SMR = 3.9, 95% CI  (1.7-7.9)**

Hayes et al., 1997       74,828 benzene-exposed workers employed in China from
                        1972-1987
            Benzene cumulative person-years
            **For 40 – 99 person-years        ANLL         RR =  4.3 95%  CI (1.1-16.0)**
            **For ≥ 100 person-years          ANLL         RR =  3.6 95%  CI (1.1-11.60**

Glass et al., 2003   Australian petroleum workers cohort
            Benzene cumulative lifetime exposure ppm-years
            **For > 8 ppm-years            ANLL          RR = 7.2  95%  CI (1.3-40.4)**

Kirkeleit et al., 2008     Cohort of 27,919 offshore petroleum workers in Norway
                    **AML      RR = 2.9 95%  (1.2-6.7)**

## 33.1  Latency Studies

   Latency studies show great variance in the time from initial exposure to diagnosis of
leukemia.  Yin (1987) reports a variance of from 0.8 year latency to 49.5 years from
initiation of exposure to benzene to diagnosis of leukemia in 30 cases of leukemia in
benzene workers.  Rinsky (1987) describes a chronic myelogenous leukemia with a two
year period from time of benzene exposure to death.  The duration of exposure was one
month with a 0.10 ppm-year cumulative benzene exposure.  Realize that this latency was
defined as exposure to death in 2 years and would be less than 2 years if exposure to
diagnosis had been reported.  Infante and White (1983) report a three year latency period
from initial exposure to development of leukemia in a 30 year old instructor
demonstrating a laboratory procedure which used benzene as a solvent.  His average time
of exposure to benzene was three hours every 1 to 2 weeks over the course of 18 months.
Tareeff describes a 2 - 5 year latency from cessation of the exposure and the development
of leukemia.  Vigliani (1976) describes a range of 3 - 24 years of latency from the start of
exposure to clinical diagnosis of leukemia (IARC, 1982).

## 33.2  Low-Dose Exposure and Cumulative Exposure

   Rinsky (1987) developed models to explain the risk of death from leukemia with three
exposure variables considered separately:  cumulative exposure, duration of the exposure,
and average exposure rate.  " In these three models, cumulative exposure (ppm-years)
was found to be the strongest single predictor of death from leukemia."  The principal
findings of this analysis are that there is a strongly positive exposure response relation
between benzene and leukemia.  This relation can be projected downward to mean annual
exposure levels of less than 1 ppm cumulated over a 40 year working lifetime; and in the
population studied, there was also a statistically significant excess of deaths from
multiple myeloma.  "According to this study a worker occupationally exposed to benzene
at an average exposure level of 10 ppm for 40 years would have an increased risk of
death from leukemia of 154.5.  If the average exposure were lowered to 1 ppm, that
excess risk would decrease to 1.7.  AT 0.1 ppm the risk would be virtually equivalent to

the background risk.

Goldstein (1986) describes animal experiments with evidence of toxicity to bone marrow stem cells occurring from exposure at or below the current standard of 10 ppm. Infante reports a study of workers occupationally exposed to benzene with a five-fold excessive risk of all leukemias and a ten-fold excess of deaths from myeloid and monocytic leukemias.  "The environment of the workers in the study population was not contaminated with solvents other than benzene, and existing records indicate that the benzene levels themselves were generally below the limits recommended at the time of their measurement."

White, Infante, and Walker (1980) report that new evidence reveals that there are data which demonstrate serious adverse health effects resulting from low-level exposure to benzene.  Ott (1977) discussed three individuals diagnosed as having leukemia and had worked in jobs where benzene exposure was characterized by the authors as low (TWA = 2-9 ppm) or very low (TWA less than 2 ppm).  Further, the period of exposure to benzene for these cases was relatively short, ranging from 18 months to 10 years.  Picciano later presented an analysis of the cytogenetic results by level of exposure to benzene (1980). This analysis showed chromosomal damage at exposures averaging below 2.5 ppm as well as a dose-response relationship between chromosomal damage and benzene exposure level.  The percentage of individuals with both chromosome breaks and markers was 3% for non-exposed persons, 21% for persons exposed to levels up to 1.0 ppm, 25% for persons exposed from 1.0 to 2.5 ppm, and 33 % for workers exposed to levels from 2.5 ppm up to 10 ppm.  White states, "Thus data currently available demonstrate the induction of leukemia and chromosomal damage as a result of exposure to benzene at average concentrations below 10 ppm.

Quantitative cancer risk assessments have demonstrated a significant risk of death from leukemia associated with exposure to 1 ppm.  In 1982, White published a quantitative cancer risk assessment.  It estimated that an occupational lifetime exposure to 10 ppm benzene was associated with 44-152 excess leukemia deaths per 1000 workers. At 1 ppm, the risk was estimated to range from 5-14 excess leukemia deaths per 1000 workers.  OSHA hired Dr. Kenny Crump to reanalyze published studies to do an independent exposure assessment and a quantitative cancer risk assessment.  Crump and Allen calculated a risk of 88 per 1000 excess leukemia deaths as the maximum likelihood estimate associated with the 10 ppm level.  This risk ranged between 34 and 174 excess leukemia deaths per 1000 workers exposed to 10 ppm.  At 1 ppm, the maximum likelihood estimate was 9.5 excess leukemia deaths per 1000 workers.   Utilizing data from the U.S. National Toxicology Program's study, Dr. Crump conducted quantitative cancer risk assessments and published as OSHA Docket H-059B, Exhibit No. 152.  By means of these bioassay studies, Dr. Crump associated a 10 ppm exposure to benzene for a 40 year occupational lifetime with 7.6 per 1000 (on the basis of data from male rats) to 19.9 per 1000 (on the basis of data from male mice).  The corresponding excess cancer deaths associated with 1 ppm over a 40 year occupational lifetime were 0.8 and 2.0 per 1000 workers, respectively.  "Maximum likelihood estimates based upon the epidemiologic studies ranged from 5 to 15 excess leukemia deaths per 1000 workers as a

result of 40 years of occupational exposure to 1 ppm benzene.  Thus, the estimates of excess cancer risk associated with the OSHA proposed limit of 1 ppm appear to be about the same, whether they are based on epidemiologic or experimental animal data. Moreover, the risk remaining at the 1 ppm limit, while significantly reduced, appears to still be significant.

Two studies conducted by researchers at the Dow Chemical Company suggest that adverse health effects can be caused by exposure to benzene at average concentrations of less than 10 ppm.  The first is the epidemiologic study by Ott (1983) which reported that all three workers who died from leukemia had been exposed to benzene at TWA concentrations of less than 10 ppm.  A second study by Dow researchers demonstrated a significant increase in structural chromosomal aberrations in workers whose average benzene exposures were below 10 ppm.

Guenel et al., 2002, studied the risk of leukemia in a large cohort of gas and electricity utility workers with low dose exposure to benzene.  A case-control study nested within the cohort was conducted, with 72 leukemia cases  identified among male workers, and 285 controls matched to the cases by year of birth.  Exposure assessment was based on a job-exposure matrix developed from expert judgment using a standardized procedure. The median TWA exposure to benzene among exposed controls was 0.16 ppm with 90% of workers having exposure below 2 ppm.  The median cumulative exposure would be 1.1 ppm-years, with 90% of workers having cumulative exposure below 16.8 ppm-years. The risk of leukemia was increased in workers with an estimated cumulative exposure to benzene $\geq$ 16.8 ppm-years (OR = 3.6; 95% CI 1.1-11.7).  The link for benzene was more pronounced for acute leukemia than for chronic leukemia.  For all acute leukemia at exposures of $\geq$ 16.8 ppm-years:  OR = 4.6; 95% CI (1.2-17.4).   The risk of leukemia remained elevated for latency periods of 2, 5, or 10 years.  (Guenel, et al., 2002)

### 33.3  Recent Cohort Studies of  AML and Benzene

Recent epidemiologic research on benzene consists of (1) updated analyses of workers exposed to benzene at two facilities in Ohio, who were involved in the manufacture of Pliofilm; (2) analyses of workers in the petroleum industry in North America, Australia, and Europe, who were exposed to benzene and other petroleum products containing benzene; and (3) workers from a broad spectrum of industries in China, who were exposed to benzene and a wide variety of other chemicals.

A large cohort of 74, 828 benzene-exposed and 35,805 unexposed workers employed between 1972 and 1987 in 12 cities in China were followed to determine mortality from all causes and the incidence of lymphohematopoietic malignancies and other hematologic disorders.  Benzene-exposed study subjects were employed in a variety of occupations, including painting, printing, and the manufacture of footwear, paint, and other chemicals. (Yin, 1987)  In that study 25 leukemia deaths were identified among benzene-exposed workers vs. 4 leukemia deaths among controls, resulting in a mortality ratio of 5.7.  Since 1987, the US National Cancer Institute has collaborated with the Chinese Academy of Preventive Medicine to expand the mortality study in cohort size, duration, and recency

time of follow-up, and to investigate the incidence of hematologic malignancies and related disorders. Employment in benzene-associated occupations in China is associated with a wide spectrum of myelogenous and lymphocytic malignant diseases and related disorders. Among the leukemia subtypes, only acute myelogenous leukemia (AML) incidence was significantly elevated (RR = 3.1) although nonsignificant excesses were also noted for chronic myelogenous leukemia (RR = 2.6) and lymphocytic leukemias (RR = 2.8). Significant excesses were found for aplastic anemia and myelodysplastic syndrome. (Yin et al, 1995)

Mortality in the Pliofilm cohort was updated through 1987. Based on an analysis on leukemia (all cell types combined), Paxton (1994) concluded that a significant increase in risk occurred at cumulative exposure above 50 ppm-yr. Recent advances in epidemiology and laboratory sciences demonstrate that "leukemia" is a group of distinct malignancies, which should be analyzed separately. Based on an analysis of acute myeloid leukemia (AML), Wong (1995) concluded that a significant increase in AML occurred at a much higher level of cumulative exposure (200 ppm-yr based on the set of lowest estimates, and between 370-530 ppm-yr based on other estimates). Furthermore, the slope of the exposure-response curve for AML was much steeper than that for all leukemia cell types combined. Schnatter (1996) analyzed the data using the long-term average concentration associated with the maximally exposed job of each worker. Using the lowest exposure estimates, Schnatter et al (1996) concluded that the critical concentration of benzene exposure for an increased risk of AML was between 20 and 25 ppm. (Wong, 2000)

Cohort studies of petroleum workers (primarily refinery and distribution workers) were first conducted in the 1980s in the United States and other Western countries and have been updated periodically. These workers were exposed to benzene and benzene-containing products. In general, benzene exposure levels in the petroleum industry are relatively low (between 1 and 10 ppm)(Tsai, 1993). Overall reviews and meta-analyses by cancer site of petroleum studies have been reported previously (Wong & Raabe, 1997). For cell-type specific leukemias and other lymphopoietic cancers such as multiple myeloma, because of the small number of deaths in individual studies and the broad and overlapping categories used in U.S. mortality statistics, separate results were not presented in many original reports of cohort studies in the United States. Wong and Raabe (1995, 1997) reported results for cell-type specific leukemias and multiple myelomas for individual studies. Meta-analyses have not been able to report cell-type specific leukemias for combined databases. (Wong, 2000)

McCraw et al, 1985, report a statistically significant SMR of 394 (CI = 172-788) for Acute Myeloid Leukemia in a refinery population with heavy benzene exposure.

Lynge, Anttila, and Hemminki, 1997, report on a cohort in the production of Plioform whose production involved the use of large volumes of benzene as a solvent. Follow-up of the workers demonstrated an SMR of 5.0 (CI = 1.8-11.0) for acute myeloid leukemia, thus showing a strong association with cumulative exposure.

### 33.4 Skin Absorption

Limited absorption of benzene does occur through the skin.  Studies in animals suggest that 4 to 8 mg of benzene can be absorbed percutaneously.  This is 20% to 40% of the NIOSH recommended standard of 1 ppm.  (Susten, 1985)

Maibach (1981) has reported the preliminary results of painting radiolabeled-C-benzene on the forearm and palm of human volunteers.  Penetration of benzene ranged from an average of 0.06% of the dose when applied to the forearm of 0.13% when applied to the hand.  Abraded skin or prolonged contact with skin would allow the penetration of a relatively greater amount of benzene.  Infante and White (1983) report another instance of a 30 year old instructor who developed acute myelocytic leukemia 3 years after demonstrating a laboratory procedure which used benzene as a solvent.  His average time of exposure to benzene was 3 hours every 1 to 2 weeks over the course of 18 months.

Infante discusses data of McMichael (1975) in which there is a significant increase in leukemia demonstrated among a large cohort of rubber workers.  Case-control analysis indicated that those dying from leukemia spent much more time in solvent exposure jobs than did their matched controls.  Since many solvent-exposure jobs in the rubber industry related to tire-building activity, a major issue needing to be resolved for these workers is the contribution of benzene absorbed not only by inhalation but also through the skin.  It is generally accepted that individuals involved in tire-building cannot wear gloves because they lose the tactile sense needed to craft tires.  Thus, the permeability of benzene through the skin needs to be evaluated.  In this regard, recent studies published by Susten of the National Institute of Occupational Safety and Health (NIOSH) on hairless mice have shown that about 1 percent of benzene is absorbed through the skin.  The authors then estimated the amount of benzene that would be absorbed through the skin of tire-builders in the rubber industry  who build roughly 150 tires a day.  They assumed that the petroleum naphtha would contain 0.5 percent benzene.  Under these assumptions, their analysis indicated that 4-8 mg of benzene would be absorbed through the skin as compared to 14 mg of benzene that would be absorbed through inhalation of 1 ppm for an 8 hour day.  According to the NIOSH investigators, had they adjusted their data for cracked and fissured skin (commonly observed in tire-builders) their estimate of benzene absorption would have been five times greater.

A cohort of 338 men was investigated as to causes of death among employees of the fleet maintenance division of Washington DC's Department of Public Works (Hunting et al. 1995).  This mortality study was undertaken because of three cases of leukemia among car and mobile equipments mechanics.  Preliminary evaluation showed that the garage mechanics regularly used gasoline to clean parts and wash their hands;  these workers also experienced dermal and inhalation exposure to gasoline during maintenance of vehicles.  The men were employed for at least 1 year between January 1, 1977, and December 31, 1989.  (ATSDR, 2005)

Benzene is readily absorbed through the skin of man and animals.  In general, studies

in humans suggest a dermal uptake rate in the forearm of 0.4 mg/cm2/hr.  Paustenbach et al. suggested that under certain occupational circumstances, dermal absorption can make a significant contribution (about 10-25%) of the worker's total uptake.  (Paustenbach et al, 1993)

Dermal absorption of benzene in human volunteers was reported to occur at a relatively low rate.  Benzene applied to the skin under a closed cup was absorbed at 0.4 mg/cm2 skin / hour (Hanke et al., 1961)

## Section 34.0  Non-Hodgkin Lymphoma

### 34.1  Benzene mechanisms for causation of  NHL:

Benzene is changed to toxic metabolites in the liver and travels through the blood and tissues and tissue fluid throughout the body.  <u>Toxic metabolites include:</u>  ortho-benzoquinones, para-benzoquinones, hydroquinone, and Muconaldehyde.  Benzene is highly reactive with DNA; capable of forming DNA adducts; and can bind to proteins, DNA, and RNA.  Toxic metabolites of Benzene cause:  DNA breaks and fragments—prevents copying of normal DNA; Attach to DNA—Adducts—blocks copying of normal DNA; causes errors in copying of DNA; and leads to cell mutation—neoplastic cell formation.

According to the International Agency for Research on Cancer of the World Health Organization:  "There is strong evidence of genotoxicity as the main mechanism for causation of Non-Hodgkin Lymphoma"  (Coagliano, Lancet, 10:1143-1144, 2009)

The molecular pathogenesis of Non-Hodgkin Lymphoma has been unraveled over the past two decades, owing to advances in molecular biology and genomics, the branch of molecular biology concerned with the structure, function, evolution, and mapping of genes.  NHL is a multistep accumulation of genetic aberrations (changes, breaks, translocations, abnormal structure formations) that confer a selective growth advantage on the malignant clone and leads to overexpression and/or misexpression of oncogenes that control cell proliferation, survival, and differentiation.  (IARC, vol 100F, 2012)

Zhang et al, 2007 studied aberrations in Chromosomes associated with Lymphoma and therapy-related Leukemia in Benzene-exposed workers (peripheral blood used).  Monosomy of chromosomes 2,4,6,11,12,14, and 18 were detected by FISH in Chinese workers exposed to benzene at levels $\leq$ 31 ppm; and > 31 ppm.   Statistically significant dose responses were observed in all seven chromosomes tested ($P_{trend}$ <0.0001 to 0.01); Only monosomy rate of chromosome 6 was increased significantly in the lower exposed group compared with controls (p < 0.05).   Trisomy of chromosomes 2, 4, 6, 11, 12, 14, and 18 were detected by FISH in Chinese workers exposed to benzene at levels $\leq$ 31 ppm; and > 31 ppm.  Statistically significant dose responses were observed in all seven chromosomes tested ($P_{trend}$ <0.0001 to 0.05) and frequencies of trisomy 4,6, and 11 were significantly higher in $\leq$ 31 ppm group than the control group.  (Zhang et al, 2007)

Apoptosis is the orderly programmed cell death that is triggered when DNA is damaged.  This is the normal mechanism for elimination of a malignant cell—regulated through the p53 gene which stops cell division and initiates apoptosis.  Upon DNA damage the p53 tumor suppressor gene arrests both the G1 and G2 portions of the cell cycle, initiates apoptosis, and  genomic stability.  The Growth Arrest and DNA Damage-inducible 45 (GADD45) proteins have been implicated in the regulation of many cellular functions including DNA repair, cell cycle control, senescence and genotoxic stress.  Emerging functional evidence implies that GADD45 proteins serve as tumor suppressors in response to diverse stimuli, connecting multiple cell signaling modules.  Defects in the GADD45 pathway can be related to the initiation and progression of malignancies.  (Tamura, 2012)

Benzene causes an increase in the incidence of  nonthymic lymphoma in mice (equivalent of NHL in humans).   Mice were treated for 26 weeks  and followed for their lifetime.  Cumulative incidence of thymic lymphoma (%):  wild type—normal p53 function, excessive apoptosis to eliminate cells with DNA damage.  Increase was observed of  Nonthymic lymphomas observed in p53 deficient mice due to: reduced DNA repair, loss of apoptosis, gene instability, absence of cell cycle arrest.  (Kawasaki et al 2009)

DNA repair depends on the extent of damage to DNA and the time available for repair during the cell cycle before cell division.  Cell cycle checkpoints slow down or arrest cell cycle progression.  This allows the cell to repair damaged DNA or the cell can initiate orderly cell death of the damaged cell (apoptosis).   Apoptosis removes a damaged cell from a tissue.  Cancer cells have defects in these protective cell cycle checkpoints that allows the mutated cell to divide and form a clone of damaged cells that may go on to become a cancerous tumor.  Benzene causes reduced immunosurveillance that leads to increased B-cell neoplasia
(cell proliferation).    (Kawasaki et al 2009)

T-cell immunosurveillance is important in preventing B-cell neoplasia.  Immunosurveillance is carried out by activated cytotoxic T lymphocytes.  Benzene is toxic to T-cells  with a selective effect on CD4+ T-lymphocytes that results in a lowering of the CD4+/CD8+ ($T_{helper}$/$T_{cytotoxic}$) ratio.  This results in an onset of aquired immuno-deficiency syndrome (AIDS-but not as severe) which is associated with NHL (Lan et al., 2004; Grulich et al, 2007)

Benzene animal studies in mice demonstrated that inhalation of benzene caused a reduction of lymphocytes during a 12 day period of benzene exposure.  (Cronkite et al, 1985)

Benzene causes DNA damage by inhibiting Topoisomerase II enzymes needed for normal DNA replication and transcription (IARC v100F).  Normally transient breaks in both strands of double-stranded DNA occur to allow passage of a second DNA strand.  Topoisomerase II enzymes relieve torsional strain on DNA to allow proper DNA

replication and transcription (copy of DNA for normal proliferation and cell division). For proper copying of DNA, the strands must be separated.  Benzene metabolites are strong clastogens (break chromosomes, rearrange DNA) that contribute to altered proliferation and carcinogenicity of benzene.
(Frantz, et al, 1996)

"DNA damage is a relatively common event in the life of a cell, and may lead to mutation, cancer, and cellular or organismic (whole individual) death.  How much an individual is exposed to these DNA-damage agents or genotoxic insults and how their cells respond to DNA damage are critical determinants of whether that individual will develop cancer."  (Ishikawa, et al., 2006)

### 34.2    Statistically Significant Study Results for Benzene and Diffuse Large B Cell Lymphoma

- Hayes et al, 1997 (Chinese cohort NCI Study) reported  **RR=4.1(1.2-14.4) for** NHL in benzene exposed workers hired before 1972 with mean exposure 24.9 ppm  (Histopathologic review: 2 of 4 cases were Diffuse Large B Cell Lymphoma)
-  Miligi et al, 2006  (Italy case-control study) Diffuse NHL with medium to high occupational benzene exposure (Medium = moderate or poor control measures; High = No control measures)
  **OR= 2.4 (1.3-4.5)**
-  Yin et al, 1996 (Chinese cohort NCI Study) reported a statistically significant association for benzene exposed workers and nodal and extranodal NHL; **RR = 4.0 (95% CI: 1.1-25.7)** Histopathologic review: 2 of 4 cases of NHL  were Diffuse Large B Cell Lymphoma

Dose-Response Trends for Diffuse NHL (includes Diffuse Large B-cell Lymphoma)
- Blair et al., 1993, (population-based case control in Iowa and Minnesota) reported for benzene-exposed individuals and Diffuse NHL:
  **Lower Intensity   OR = 1.2  95%CI (0.8-1.8)   Biologic**
  **Higher Intensity  OR = 1.8 95% CI (0.6-5.4)    Gradient**

Dose-Response Trends for NHL
- Hayes et al, 1997,  China cohort study further investigated—quantitative estimates of occupational benzene exposure. A statistically significant association for NHL and increasing benzene exposure  **( p trend = 0.04)**
  **RR = 2.7 (95% CI: 0.7-10.6)  < 10 ppm**
  **RR = 1.7 (95% CI: 0.3-10.2)  10-24 ppm**
  **RR = 4.2 (95% CI: 1.1-15.9) ≥ 25 ppm**
- A highly statistically significant dose response for NHL was reported based on duration of exposure to benzene  **(p = 0.01):**
  **< 5 years exposure to benzene     RR = 0.7 (95% CI: 0.1-7.2)**
  **5-9 years exposure to benzene     RR = 3.3  (95% CI: 0.7-14.7)**
  **≥ 10 years exposure to benzene  RR = 4.2 (95% CI: 1.1-15.9)**

Fabbro-Peray, et al., 2001 –Case-control study in Southern France;  445 cases of NHL
   **NHL  OR = 2.0 (95% CI; 1.1-3.9)**
   **NHL  OR = 2.0 (95% CI; 1.2-3.4)  probable benzene exposure**
   **NHL  OR = 5.7 (95% CI; 1.4-23.2) >810 days benzene exp**
   **NHL OR  =  2.1 (95% CI; 1.1-4.1) >10 yrs  since 1st exposure**
   **NHL OR  =  4.6 (95% CI; 1.1-19.2) (p = 0.04) Logistic**
                                    **regression  >810 days exposure**

Nilsson RI, et al., 1998--Nested case-referent in two Cohorts of male Swedish Seamen;
13,449 workers
   **NHL  OR = 3.3  (95% CI; 1.1-10.6) exposed to benzene from cargo vapors**

Hardell, L. et al., 1994—hospital based Umea, Sweden
   **NHL  OR = 28 (95% CI; 1.8-730) exposed to benzene**

Epidemiology with use of older terminology
Vianna NJ, et al., 1979 ; occupational benzene exposure [includes NHL]
   **Lymphosarcoma RR = 2.0  (95% CI; 1.8-2.1)**

Checkoway, et al., 1984;   workers in rubber industry  [includes NHL]
   **Lymphosarcoma  RR = 3.0**

Xu, C.et al., 2003; Hospital Case-control Study; 150 cases; 300 Controls
   **Malignant Lymphoma  OR = 2.66 (95% CI; 1.86-7.55)  [HD and NHL]**
   **Malignant Lymphoma  OR = 2.78 (95% CI; 1.68-14.32)  p= 0.001 [HD and**
   **NHL]**

Wilcosky et al., 1984, Lymphoreticulosarcoma [includes NHL]
                     in benzene-exposed rubber worker
   **Lymphoreticulosarcoma  OR = 3.0**

Consonni D, et al., 1999, Cohort 1,583 workers employed in an Italian Oil Refinery;
Lymphoma [includes NHL] in relation to time since first employment 30+ yrs
   **Lymphoma  SMR = 402 (95% CI; 108-1028)**

Wong, O  1987; 3,536 chemical workers with continuous exposure to benzene;  ≥15 yrs
continuous exposure to Benzene
   **Lymphosarcoma and Reticulosarcoma  [includes NHL]  SMR = 217.8**

Marsh G, et al., 1991; Motality of Male Petroleum Refinery workers and
Lympho-reticulosarcoma [includes NHL]
   **Lympho-reticulosarcoma   SMR = 816 (p < 0.01)  Duration of employment**
      **30+ years**
**P trend = 0.004        SMR = 69   Duration of employment 20-29 years**
                     **SMR = 92   Duration of employment under 20 years**

NHL at Peak Exposures:
Wang et al, 1987; chemical workers exposed to benzene at peak exposures (intermittent exposures only) for at least 6 months:

**Lymphosarcoma and reticulosarcoma (includes NHL)**
**< 25 ppm   SMR = 154.2**
**25-100 ppm   SMR = 188.2       Biologic gradient (Dose-response)**
**>100 ppm     SMR = 54.5**

Collins et al., 2002; deaths of chemical workers exposed to benzene at peak exposures > 100 ppm:

**Non-Hodgkin Lymphoma**
**no days peak exp        1.4 (0.9-2.2)**
**< 7 days peak exp      1.3 (0.0-7.4)     Biologic gradient (Dose-response)**
**7-40 days peak exp     0.7 (0.0-4.2)**
**> 40 days peak exp    1.8  (0.4-5.1)**

Hogstedt et al., 1991; Increased Frequencies and sizes of Micronuclei in lymphocytes of benzene exposed gasoline pump mechanics:

**Benzene peak exposure levels of 20 mg/m$^3$ (6 ppm)**
**Micronuclei stimulated by Pokeweed mitogen:**
**Frequency /1000 cells**
**Exposed  5.3   Controls 3.4  (p = 0.016)**
**Size ratio**
**Exposed 0.051  Controls  0.039 (p = 0.050)**


## 35.0   IARC (International Agency for Research on Cancer) Vol. 100 F Chemical Agents and Related Occupations 2012

### Leukaemogenic potential of benzene:

Benzene is carcinogenic to the bone marrow causing leukaemia and myelodysplastic syndromes (MDS) and probably also to the lymphatic system causing non-Hodgkin lymphoma.

### Evaluation:
There is sufficient evidence in humans for the carcinogenicity of benzene. Benzene causes acute myeloid leukaemia/acute non-lymphocytic leukaemia.
Also, a positive association has been observed between exposure to benzene and Non-Hodgkin lymphoma.
There is sufficient evidence for the carcinogenicity of benzene in experimental animals. Benzene is carcinogenic to humans (Group 1).

**International Agency for Research on Cancer:**
The October 2009 Working Group strengthened this conclusion:

There is a continuum between sufficient evidence and limited evidence, not a "bright line" that demarcates relationships that are causal from those that are not. Scientific judgment plays a role here, and individual scientists can legitimately reach varying conclusions about the evidence on each subtype of leukemia/lymphoma."
 (Cogliano on behalf of the IARC Monographs programme staff, 2011)

## 35.1   IARC Volume 120

There is sufficient evidence in humans for the carcinogenicity of benzene.  Benzene causes acute myeloid leukemia in adults.  Positive associations have been observed for on-Hodgkin lymphoma, chronic lymphoid leukemia, multiple myeloma, chronic myeloid leukemia, acute myeloid leukemia in children, and cancer of the lung.  A small minority of the working Group considered that benzene also causes non-Hodgkin lymphoma.  (IARC, vol 120, 2018)

There is sufficient evidence in experimental animals for the carcinogenicity of benzene.  (IARC, vol 120, 2018)

Benzene is carcinogenic to humans (Group 1).  (IARC, vol 120, 2018)

A Group 1 evaluation was supported by mechanistic data demonstrating that benzene exhibits many of the key characteristics of carcinogens.  In particular, there is strong evidence, including in humans, that benzene:  is metabolically activated to electrophilic metabolites;  induces oxidative stress and associated oxidative DNA damage is genotoxic, inducing DNA damage and chromosomal changes; is immunosuppressive; and causes haematotoxicity.  (IARC, vol 120, 2018)


## 36.0   Abnormal Clinical Laboratory Procedures Resulting from Benzene Hematotoxicity

Most of the environmental diseases from toxic exposure are chronic in nature and take years to develop.  Clinical warning signs can be utilized to prevent the development of disease.  Some diseases can be reversed if detected early enough.  When the environmental disease cannot be prevented, early detection can affect the disease process such that proper treatment may be received early for the best results and possible prevention of the demise of the patient.  The development of abnormal laboratory tests may provide a warning signal of  developing disease or malignancy.

In order to detect the various clinical warning signs of developing **hematological** disease from benzene exposure,  OSHA requires a comprehensive medical surveillance program utilizing clinical laboratory procedures.   Hematological parameters must be performed in accordance with the OSHA recommendations  (1910.1028 Appendix C) for medical surveillance for hematotoxicity to reveal decreasing trends of the erythrocyte, leukocytes, and platelet counts within normal values.  **A 10% decrease in the platelet count from that last performed is indicative of developing thrombocytopenia and**

**necessitates increased monitoring.**   A decreasing trend within any hematological parameter is indicative of  hematotoxicity and necessitates increased monitoring. Consistently decreased indices (MCV, MCH, MCHC) are monitored and indicative of hematotoxicity in the absence of  iron deficiency anemia, or other known endogenous causes.   The recognition of decreasing trends within normal values is not a usual or routine method of evaluation or interpretation of  individuals in the absence of exposure. The reticulocyte count is not a routine laboratory parameter measured in individuals in the absence of hematotoxin exposure and may reflect suppression of erythropoiesis or erythroid hyperplasia within the bone marrow.  Conversely, increases in any cell line (leukocytes, erythrocytes, platelets) are also indicators of hematotoxicity in exposed individuals and warrant further investigation.  Such increases may reflect increased proliferation of cellular progenitors and should be evaluated.

## 36.1   OSHA 1910.1028 Appendix C

The Code of Federal Regulations 29, Part 1910.1028 provides precise guidelines for detection and monitoring of hematotoxicity of benzene.   In 1910.1028 (i)(5), it is stated that any abnormalities of the complete blood count shall require repeat testing of the patient within 2 weeks.  **It specifically states that the worker be referred to a hematologist or internist if one of the following exists:  the hemoglobin level or the hematocrit falls below the normal limit; the hemoglobin or hematocrit show a persistent downward trend from the individual's pre-exposure norms; the thrombocyte (platelet) count varies more than 20 percent below the employee's most recent values or falls outside the normal limit; the leukocyte count is below 4,000/cu mm.**

## 36.2  Retrospective analysis of two exposed individuals with clinical warning signs of developing disease.   (Analysis performed by Patricia M. Williams PhD DABT):

## Case Report #1

A white male, aged 42 was diagnosed with Multiple Myeloma in August of 1992.  The patient was employed for the same industrial plant since 1978 at the age of 28.  He was a full-time employee who worked overtime on a regular basis throughout his employment. During his employment, the patient was exposed to gasoline, diesel fuel, benzene, toluene, aromatic amines,  and pesticides containing chlorinated hydrocarbons.

Physical evidence of benzene exposure was documented in the medical records of the patient as early as 1981.  Employment records document the persistence of chemical dermatitis from a dichloro-chemical unit.  The chloro-rashes persisted for months extending to the forearms, neck, and lower legs.  Additionally, company records document nausea from inhalation of fumes emitted from an incinerator.  Allergies, skin rashes, and gastro-intestinal symptoms are documented.  Recurrent episodes of hematuria are documented, two associated with kidney stone formation, and others without association of any clinical symptoms or findings.  Benzene, toluene, and other aromatic amines can result in hematuria.  In May of 1992, the patient presented with recurrent

episodes of hematuria lasting through June 3, 1992 and without any symptoms or findings relating to the kidney or bladder.

In 1986, there was evidence of abnormal globulin levels, with another occurrence in 1991. Globulins are a heterogeneous group of proteins which include the immunoglobulins. Multiple myeloma is a generalized malignancy which results from the proliferation of a single clone of neoplastic plasma cells (derived from the B-lymphocyte). Neoplastic transformation results in cells that produce increased levels of globulins, immunoglobulins, and a variety of abnormal proteins. There were no follow-up tests to determine if any of the increased globulin levels were due to abnormal proteins and globulins as are characteristic in Multiple Myeloma.

Coincident with the two abnormal laboratory tests for globulin, there are significant decreases within the normal ranges of the hemoglobin, hematocrit, erythrocyte count, and the platelet count (see Figures 1, 2, 3, & 4).

The laboratory parameters of the patient demonstrated a persistent downward trend from the 1981 baseline in the erythrocyte count, hematocrit, hemoglobin, and platelet count. Most obvious is the platelet count, where values dropped 31% in 1987 and a 29% decrease in 1989, each decreased from the previous laboratory platelet count with an overall persistent downward trend from 1987 to 1991. The erythrocyte count showed a downward trend from 5.45 million/cu mm in 1981 to the abnormally low value of 4.19 million / cu mm in 1991. There were two transient attempts of erythrocytic recovery in 1983 and 1988 followed by subsequent downward trends eventually leading to a persistent decrease (1989-91) with eventual subnormal values in 1991. The hemoglobin values parallel the erythrocyte values. The hematocrit showed an initial drop in 1982 from the 47.7% value in 1981 to a 43% value in 1982, with a subsequent rise in 1983 to 48.9% followed by a downward trend in 1986 and 1987 with a value of 40.4%. An incomplete recovery was observed from 1989-90 with a sharp and persistent decrease from 1990 to 1991 to the abnormal low hematocrit value of 38.1%.

The laboratory parameters for the erythrocyte, hemoglobin, hematocrit, and platelet values show a trend of decreasing values from 1981 to 1991. In August of 1992, the patient was diagnosed with Multiple Myeloma.





The immunotoxicity and hematotoxicity of benzene, radium, diesel fuels, gasoline, and pesticides are well documented.  The laboratory parameters from 1982 through 1992 are consistent documentation that the patient was experiencing hematotoxic and immunotoxic events as a result of documented workplace exposures.  Benzene, radium, diesel fuel, gasoline, and pesticides are all associated with the development of  Multiple Myeloma.  Benzene and radium are known hematotoxic carcinogens.  Both are DNA-reactive carcinogens capable of producing malignant transformation of hematological cell progenitors resulting in malignancies such as: leukemias, lymphomas, multiple myeloma, etc.  Additionally, both benzene and radium are known to cause bone marrow suppression or stem cell injury resulting in blood dyscrasias such as Myelodysplastic syndrome or Aplastic Anemia

*CFR 29 Part 1910.1028 Appendix C Section V.B., states that certain abnormalities found through routine screening are of greater significance in the benzene-exposed worker and require prompt consultation with a specialist, namely:*

*…"A trend of decreasing white cell, red cell, or platelet indices in an individual over time is more worrisome than an isolated abnormal finding at one test time.  The importance of trend highlights the need to compare an individual's test results to baseline and/or previous periodic tests."*



190



*" A constellation or pattern of abnormalities in the different blood indices is of more significance than a single abnormality.  ...whereas if the low white cell count is accompanied by decreases in the platelet and/or red cell indices, such a pattern is more likely to be associated with benzene toxicity and merits thorough investigation."*

## Case Report #2

A white male, aged 50 was diagnosed with Non-Hodgkin's Lymphoma in 1999 and died of the same in January, 2000.   He was employed as a tankerman and seaman for 15 years between 1984  and 1999 and was exposed to benzene and petroleum vapors during the conduct of  his workplace duties.   The patient was placed in a Benzene Monitoring Program from 1993 to 2000 in accordance with applicable workplace regulations. Additional workplace physicals provided laboratory results for the years 1987 and 1992. (See chart 3)

*Certain abnormalities found through routine screening are of greater significance in the benzene-exposed worker and require prompt consultation with a specialist. (46 CFR 197.560 and 29  CFR  1910.1028).  Listed in these aforementioned abnormalities is the following:*

*"Anemia, leukopenia, macrocytosis, or an abnormal differential white blood cell count should alert the physician to investigate further and to refer the patient if repeat tests confirm the abnormalities."*

Laboratory results indicate that the patient's Mean Corpuscular Hemoglobin (MCH) was increased as early as November 30, 1987.  It remained consistently elevated when compared to the normal ranges of the laboratory performing the procedures for nine of

the ten times that it was tested.  The tenth determination of March 26, 1992 was performed in a different laboratory utilizing a broad normal range that would include values for adults as well as for infants and children.  This tenth determination of the MCH was elevated when compared to the 27 to 33 picogram normal range of the laboratory performing the other nine determinations.

On November 8, 1995, the Mean Corpuscular Volume (MCV) was elevated.  This test result and subsequent testing revealed elevated MCV determinations for four successive benzene medical exams and an additional elevated repeat MCV (on 12/4//95) following elevated MCV results of the Benzene Medical Exam of 11/8/95.  **Although the patient was referred for a hematological consult, none was performed.**

Additionally, the LDH (Lactate Dehydrogenase) was elevated on December 3, 1993 (benzene medical exam), December 6, 1996 (benzene medical exam), and on a repeat test of December 23, 1996.  There are many causes for an elevated LDH, including hemolytic anemias, and lymphoma.

The patient was eventually referred for hematological consult in January, 1999 for evaluation of the persistent macrocytosis. Bone marrow biopsies on February 3, 1999, referred to as "bilateral", showed an erythroid hyperplasia without evidence for lymphoma. On February 22, 1999, the patient's LDH was markedly elevated at 1,131. Mediastinal biopsy on March 19, 1999 revealed  a B-cell non-Hodgkin's lymphoma with necrosis.

**Goldstein, et al, 1988,** reports that the finding of an increased red cell mean corpuscular volume (MCV) indicative of macrocytosis can be of  value in the early detection of benzene hematotoxicity.  **Ruiz, et al, 1993**, report that macrocytosis and lymphopenia are the earliest hematological signs of benzene toxicity.  **Rothman et al, 1996** reports that the MCV (mean corpuscular volume) was higher among benzene-exposed subjects than among unexposed controls in workplace studies.  **Barrera et al, 1997,** reports that animals treated with benzene for 60 days showed persistent reduction in hemoglobin and platelet concentration, macrocytosis and lymphopenia until day 60.

Case Report # 2

| | Kaiser Different Normals For Lab | | | | Different Normals For Lab | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/30/87 | 03/26/92 | 07/20/93 | 12/03/93 | 11/29/94 | 11/08/95 | 12/04/95 | 12/06/96 | 12/23/96 | 01/17/97 | 11/21/97 | 11/10/98 |
| WBC | 9.0 | 6.6 | 6.4 | 5.6 | 5.5 | 5.4 | 5.2 | 6.6 | | 6.8 | 5.0 | 6.8 |
| RBC | 4.67 | 4.74 | 4.93 | 4.85 | 4.7 | 4.92 | 4.63 | 4.84 | | 4.54 | 4.86 | 4.75 |
| Hb | 16.0 | 16.0 | 16.9 | 16.2 | 16.3 | 16.2 H | 16.4 | | | 15.6 | 16.7 | 16.9 |
| Het | 46.6 | 44.5 | 45.8 | 45.6 | 46.8 | 50.3 H | 48.7 H | 49.6 | | 43.4 | 50.5 H | 49.1 |
| Platelet Count | 270 | 258 | 258 | 217 | 226 | 188 | 218 | 215 | | 247 | 181 | 226 |
| MCH (27-33) | 34.3 H | 33.8 (Nlr=24-34) | 34.3 H | 33.4 H | 34.9 H | 34.0 H | 34.9 H | 33.9 H | | | 34.3 H | 35.7 H |
| MCHC (32-36) | 34.4 | 36.0 | 36.9 | 34.7 | 34.9 | 33.3 | 33.2 | 33.0 | | | 33.0 | 34.5 |
| MCV | 99.7 | 94 | 93 | 96 | 100 | 102.2 H | 105 H | 102.5 H | | 96 | 103.9 H | 103.4 H |
| % Lymphs 20-46% | 19.7 L | | | | | | | | | | | |
| LDH | | | | 191 H | | | | 262 H | 276 H | | | |
| ALT (SGPT) | | | | | | | | | 49 H | 47 H | | |
| Total Iron | | | | | | | | | | | 199 H | |
| Iron Binding % Sat | | | | | | | | | | | 64 H | |
| Abs Mono (200-1100) Cells/MCL | | | | | | | | | | | | 163 L Monocytosis i+ on smear |
| Bilirubin Total | | | | 1.1 H | | | | | | | | |

**36.3  Prospective analysis of individuals with clinical warning signs of developing disease in a one year medical surveillance program of the residents of Grand Bois, Louisiana.**

A one year medical surveillance program was carried out on the residents of Grand Bois, Louisiana.  this community of Native American/Cajun residents was situated next to an oilfield waste dumping facility with less than 500 feet separation from the nearest house to the oil field waste site.  This oilfield waste site was designated as "Nonhazardous oilfield waste" by virtue of Federal legislation and not by virtue of the specific chemical content.

The medical surveillance project was under the direction of  Patricia M. Williams, PhD as Principal Investigator and with Internal Review Board approval from the LSU School of Medicine in Shreveport.  (At the time Patricia M.Williams PhD was Director of the Occupational Toxicology Outreach Program, Associate Professor of Medicine of the Department of Medicine, LSU Medical Center in Shreveport and Laboratory Director of an in-house CLIA-certified medical surveillance laboratory.)  Funding for the project was provided by the Secretary of the Department of Health and Hospitals and the Legislature of the State of Louisiana.  The purpose of the medical surveillance project was to evaluate clinical laboratory parameters that would serve as indicators of developing disease or indicators of abnormalities of concern but of unknown future course. Laboratory data was utilized to confirm exposure during the year long monthly surveillance which included: complete blood counts, manual differentials, reticulocyte counts, stipple cell preparations, blood chemistries, and urinalysis.  The people of Grand

Bois were exposed to toxic substances that included benzene, radium, hydrogen sulfide, and heavy metals.   Examples of  charting of the hematological parameters to detect hematotoxicity and to reveal decreasing trends of the cellular elements are as follows:













## Section 37.0    Benzene and Asthma

Bolden et al., 2015, reviewed the scientific literature on BTEX (Benzene, Toluene, Ethyl Benzene, and Xylene) and identified epidemiological studies assessing the noncancer health impacts of ambient level BTEX exposure (i.e., nonoccupational) and discussed how the health conditions may be hormonally mediated.  Health effects

196

significantly associated with ambient level exposure included sperm abnormalities, reduced fetal growth, cardiovascular disease, respiratory dysfunction, asthma, sensitization to common antigens, and more.  Several hormones including estrogens, androgens, glucocorticoids, insulin, and serotonin may be involved in these health outcomes.  This analysis suggests that all four chemicals may have endocrine disrupting properties at exposure levels below reference concentrations (i.e. safe levels) issued by the US Environmental Protection Agency.  These data should be considered when evaluating the use of BTEX in consumer and industrial products and indicates a need to change how chemicals present at low concentrations are assessed and regulated.



**Figure 1.** Structures and Chemical Abstracts Service (CAS) Registry numbers of BTEX. Images reprinted from Toxnet, National Institutes of Health, U.S. National Library of Medicine.

(Bolden et al., 2015)

Thirty-five studies examined relationships between ambient level benzene exposure and health impacts.  Average ambient levels ranged from 1.01 to 24.8 ug/m$^3$.  All of the ambient level exposure studies measured benzene below the reference concentration (RfC) of 0.03 mg/m$^3$.   (Bolden et al., 2015)

Developmental effects due to benzene exposure included maternal exposure and increased odds of having offspring with spina bifida, significant alterations in biparietal diameter, preterm birth, and head circumference.  Reproductive effects were demonstrated in many studies in men.  A study in men showed that trans-trans-muconic acid (*t,t*-MA) levels (a benzene metabolite) were significantly increased in teratospermic (i.e. malformed sperm), oligospermic (i.e., decreased sperm motility) individuals.  Significant decreases in sperm concentration, normal sperm morphology, and viability were also correlated with increased *t,t*-MA levels.  (Bolden et al., 2015)

Immunological effects were demonstrated.  Eleven studies assessed the impact of benzene exposure on several elements of the immune system.  In three studies, aspects of allergy including eczema and sensitization to pollen were shown to be correlated with benzene exposure.  Other studies showed deficits in immune system functions. (Bolden et al., 2015)

Effects on the Respiratory Function were demonstrated.  Thirteen studies assessed the relationship between ambient benzene exposure and asthma, including asthma, asthma in

the last year, lifetime asthma, exercise-induced asthma, current asthma, physician-diagnosed asthma, severe asthma, and asthma symptoms. Seven studies that assessed children and one in adults found significantly increased odds of asthma. For the exposure concentration of **1.21 ug/m³ of Benzene in combination with BTEX, the OR = 1.63  95% CI(1.17-2.27); p < 0.05**  (Arif and Shah, 2007) (Bolden et al., 2015)

In a cross-sectional study of a representative sample of the US population, environmental exposures to VOCs, especially aromatic compounds (BTEX) were associated with adverse respiratory effects.  The odds ratio among subjects never diagnosed by a physician to have asthma showed **a statistically significant increased odds ratio for the occurrence of one to two wheezing attacks for aromatic compounds**:          **OR = 1.68, 95% CI (1.08-2.16).**  (Arif and Shah, 2007)

Noh et al., 2019, studied the Hebei Spirit oil spill and its long-term effect on children's asthma symptoms.  On December 7th, 2007, an estimated 12,547 kL of crude oil was spilled from the collision of Hebei Spirit near residential area.  Our previous study demonstrated worsening of children's asthma symptoms one year after the accident.  This study investigated long-term effect of the oil spill on children's asthma symptoms up to five years after the accident.  All elementary and middle school students in the exposure area were surveyed on one year (n=655), three years (664), and five years (611) after the accident.  Oil spill exposure was estimated using two estimates including distance from the oil spill (a) and modeled estimates of benzene, toluene, ethylbenzene, and xylene (BTES) compounds (B),  and each was dichotomously categorized.  (A: high-exposure vs low-exposure; B: ≥20 mg/m³ vs <20 mg/m³).  Asthma symptoms were evaluated using a standard questionnaire.  Oil spill exposure estimates were associated with asthma symptoms on one year (odds ratios (95% confidence interval)  A:1.9 (1.1-3.1);  B: 1.6 (0.9-2.7), three years (A: 1.9 (1.1-3.2); B: 1,3 (0.8-2.2)), and five years (A: 1.2 (0.7-1.9); B: 1.8 (1.1-2.8)) after the oil spill.  **Significant longitudinal relationship between oil spill exposure estimates and asthma symptoms was also observed  (A: 1.6 (1.2-2.2); BL 1.6 (1.1-2.1)).**  Overall, the effect of oil spill exposure estimates was more severe on younger children.  Oil spill exposure estimates were associated with asthma symptoms in children up to five years after the oil spill.  SAS version 9.4 was used for the statistical analysis.  (Noh et al., 2019)

Gordian et al., 2010, studied evaporative gasoline emissions and asthma symptoms.  Attached garages are known to be associated with indoor air volatile organic compounds (VOCs).  This study looked at indoor exposure to VOCs presumably from evaporative emissions of gasoline.  Alaskan gasoline contains 5% benzene making benzene a marker for gasoline exposure.  The authors monitored indoor air in their primary living space for benzene, toluene, ethylbenzene and xylenes for one week using passive organic vapor monitoring badges.  Benzene levels in homes ranged from undetectable to 58 parts per billion.  High concentrations of benzene in gasoline increase indoor air levels of benzene in residences with attached garages exposing people to benzene at levels above ATSDR's minimal risk level.  Residents reported more severe symptoms of asthma in the homes with high gasoline exposure (16%) where benzene levels exceeded the 9 ppb.

Households and individuals were divided by their benzene exposure over the one week of monitoring into low exposure (<3ppb), intermediate exposure (3-9 ppb), and high exposure (>9 ppb).  There was a significant association between elevated benzene and those exhibiting severe symptoms related to wheezing.  Individuals in the high exposure group were 2.5 times more likely to have severe asthma symptoms than those in the low exposure group.  (Gordian et al., 2010)

Severe asthma in the high exposure (>9 ppb) benzene were statistically significant when compared to the low exposure group <3 ppb:

**OR = 2.49  95% CI(1.22-5.07)**

(Gordian et al., 2010)

Cakmak et al., 2014, studied residential exposure to volatile organic compounds and lung function through a population-based cross-sectional survey.  Statistical analyses were carried out as previously described (Cakmak et al., 2011), using generalized linear mixed models to test the association between VOC exposure and spirometry,  Exposure to residential volatile organic compounds (VOCs) is ubiquitous in homes, and may influence respiratory health with important public health implications in the Canadian population between 2009 and 2011 using a population based cross-sectional survey designed to be representative of the Canadian population.  Of the 84 VOCs measured 47 were detectable in at least 50% of homes and ten were negatively associated with lung function, including benzene.  Differences were observed between males and females, as well as by age, and significant associations were most frequent in those under 17 years.  These results provide evidence that some VOCs measured indoors are negatively associated with lung function in the Canadian population.  Statistically significant persistent change in lung function at the 95% CI were found for Benzene in the overall study population, males, Children under 17, and adults 39-64 years.   See charts below (statistically significant deficits in lung function are in bold type.)

**Overall Study Population (Statistically significant in bold print)**

Table 3
Percent change in lung function (and 95% CI) associated with an interquartile range change in VOC concentrations. Significant differences are indicated in bold.

| Group | VOC | FEV$_1$ | FVC | FEV$_1$/FVC |
|---|---|---|---|---|
| Aldehydes | Decanal | **−2.46 (−4.06, −0.87)** | −1.43 (−2.88, 0.02) | −0.82 (−1.72, 0.09) |
| | 2-Furancarboxaldehyde | **−2.79 (−4.65, −0.93)** | −0.52 (−2.38, 1.33) | **−2.41 (−3.45, −1.37)** |
| | Hexanal | **−2.83 (−5.04, −0.61)** | −1.21 (−3.47, 1.04) | **−1.27 (−2.51, −0.03)** |
| | Nonanal | **−3.86 (−6.57, −1.15)** | **−3.21 (−5.69, −0.72)** | −0.89 (−3.13, 1.36) |
| | Octanal | **−1.95 (−3.62, −0.27)** | **−1.95 (−3.43, −0.46)** | −0.03 (−0.97, 0.91) |
| Alkyl Benzenes | Benzene | −1.02 (−2.21, 0.17) | −0.43 (−1.53, 0.66) | **−0.98 (−1.76, −0.20)** |
| | Styrene | −1.08 (−2.21, 0.05) | −0.3 (−1.25, 0.65) | **−0.82 (−1.61, −0.03)** |
| Terpenes | α-Pinene | **−1.21 (−2.34, −0.08)** | −3.32 (−13.45, 6.8) | −2.97 (−6.36, 0.41) |
| Miscellaneous | 2-Methyl-1,3-butadiene | −4.76 (−9.85, 0.33) | −1.43 (−6.14, 3.27) | **−2.53 (−4.37, −0.68)** |
| | Naphthalene | **−0.76 (−1.11, −0.41)** | **−0.78 (−1.15, −0.4)** | **−0.03 (−0.06, −0.01)** |

199

## Males  (Statistically significant in bold print)

**Table 4**
Percent change in lung function (and 95% CI) in males associated with an interquartile range change in VOC concentrations. Significant differences are indicated in bold.

| Group | VOC | $FEV_1$ | FVC | $FEV_1/FVC$ |
|---|---|---|---|---|
| Aldehydes | Decanal | **−2.95 (−5.64, −0.25)** | −2.23 (−4.61, 0.14) | −0.94 (−2.41, 0.52) |
| | 2-Furancarboxaldehyde | −1.76 (−4.51, 0.98) | 0.26 (−1.33, 1.86) | **−2.68 (−4.28, −1.08)** |
| | Hexanal | −5.51 (−14.06, 3.03) | −5.18 (−13.09, 2.38) | −2.3 (−5.22, 0.48) |
| | Nonanal | **−7.38 (−13.44, −1.32)** | **−5.95 (−11.24, −0.65)** | −0.95 (−3.28, 1.38) |
| | Octanal | −2.3 (−4.71, 0.11) | **−2.3 (−4.4, −0.2)** | −0.08 (−1.52, 1.35) |
| Alkyl Benzenes | Benzene | −1.25 (−2.6, 0.1) | −0.23 (−1.12, 0.67) | **−1.75 (−2.71, −0.79)** |
| | Styrene | −1.14 (−2.72, 0.44) | −0.22 (−1.62, 1.19) | **−0.89 (−1.61, −0.17)** |
| Terpenes | α-Pinene | **−2.05 (−3.8, −0.3)** | −1.54 (−3.11, 0.36) | −0.57 (−1.66, 0.51) |
| Miscellaneous | 2-Methyl-1,3-butadiene | −5.5 (−14.6, 3.62) | 0.51 (−7.72, 8.74) | **−6.47 (−11.77, −1.16)** |
| | Naphthalene | −0.6 (−1.8, 0.7) | −0.1 (−0.21, 0.01) | 0.33 (−0.33, 0.98) |

## Children < 17  (Statistically significant in bold print)

**Table 6**
Percent change in lung function (and 95% CI) in people **below 17 years** of age associated with an interquartile range change in VOC concentrations. Significant differences are indicated in bold. n = 709.

| Group | VOC | $FEV_1$ | FVC | $FEV_1/FVC$ |
|---|---|---|---|---|
| Aldehydes | Decanal | **−3.9 (−7.62, −0.19)** | −1.15 (−4.79, 2.48) | **−2.32 (−4.53, −0.11)** |
| | 2-Furancarboxaldehyde | **−5.09 (−9.24, −0.95)** | 0.13 (−3.94, 4.2) | **−4.47 (−6.95, −1.99)** |
| | Hexanal | **−3.32 (−5.84, −0.76)** | −1.21 (−2.61, 0.19) | **−1.65 (−2.29, −1.01)** |
| | Nonanal | **−9.03 (−15.44, −2.62)** | −4.82 (−10.79, 1.16) | −2.95 (−6.74, 0.84) |
| | Octanal | **−3.83 (−7.53, −0.13)** | −1.91 (−5.4, 1.59) | −1.5 (−3.73, 0.73) |
| Alkyl Benzenes | Benzene | −1.23 (−3.55, 1.09) | 1.17 (−1.1, 3.45) | **−2.3 (−3.7, −0.9)** |
| | Styrene | −1.9 (−3.97, 0.18) | −0.25 (−2.29, 1.8) | **−1.62 (−2.88, −0.37)** |
| Terpenes | α-Pinene | **−2.22 (−3.69, −0.75)** | **−0.89 (−1.61, −0.14)** | **−1.65 (−2.21, −1.09)** |
| Miscellaneous | 2-Methyl-1,3-butadiene | −4.42 (−9.77, 0.92) | 2.81 (−2.44, 8.06) | **−6.84 (−10.01, −3.66)** |
| | Naphthalene | −1.26 (−2.51, 0) | −0.99 (−2.22, 0.25) | −0.3 (−1.1, 0.51) |

## 39-64 years of age  (Statistically significant in bold print)

**Table 8**
Percent change in lung function (and 95% CI) in people **39 to 64 years** of age associated with an interquartile range change in VOC concentrations. Significant differences are indicated in bold. n = 1005.

| Group | VOC | $FEV_1$ | FVC | $FEV_1/FVC$ |
|---|---|---|---|---|
| Aldehydes | Decanal | −1.82 (−4.1, 0.46) | −1.97 (−3.99, 0.06) | 0.16 (−1.11, 1.42) |
| | 2-Furancarboxaldehyde | **−4.12 (−7.05, −1.2)** | −2.06 (−4.81, 0.69) | **−2.5 (−4.04, −0.96)** |
| | Hexanal | 1.95 (−14.49, 18.38) | −3.04 (−16.34, 10.25) | 4.99 (−3.54, 13.52) |
| | Nonanal | −0.68 (−4.56, 3.2) | −1.98 (−5.67, 1.71) | 0.92 (−1.23, 3.06) |
| | Octanal | −0.81 (−3.28, 1.66) | −1.86 (−4.04, 0.32) | 0.96 (−0.4, 2.32) |
| Alkyl Benzenes | Benzene | −2.3 (−4.62, 0.01) | −1.21 (−2.8, 0.39) | **−1.45 (−2.44, −0.45)** |
| | Styrene | **−1.75 (−3.27, −0.24)** | −1.34 (−2.67, 0) | −0.65 (−1.42, 0.12) |
| Terpenes | α-Pinene | 2.49 (−5.54, 10.52) | 1.51 (−5.67, 8.68) | 1.33 (−2.61, 5.27) |
| Miscellaneous | 2-Methyl-1,3-butadiene | **−8.51 (−11.96, −5.05)** | **−4.8 (−8.28, −1.32)** | **−4.89 (−6.78, −3)** |
| | Naphthalene | 0.42 (−0.83, 1.67) | 0.15 (−0.94, 1.25) | 0.34 (−0.29, 0.97) |

(Cakmak et al., 2014)

   Rumchev et al., 2004,  performed a study to investigate the association between domestic exposure to volatile organic compounds (VOCs) and asthma in young children. A population based case-control study was conducted in Perth Western Australia in children aged between 6 months and 3 years.  Cases were exposed to significantly higher VOC levels (ug/m3) than controls (p<0.01).  Most of the individual VOCs appeared to be significant risk factors for asthma with the highest odds rations for benzene followed by ethylbenzene and toluene.  For every 10 unit increase in the concentration of toluene and benzene (ug/m3) the risk of having asthma increased by almost two and three times, respectively.

   **For Benzene:     OR = 2.922  95% CI (2.250-3.795)**

   Domestic exposure to VOCs at levels below currently accepted recommendations may increase the risk of childhood asthmas.  Measurement of total VOCs may underestimate the risks associated with individual compounds.  (Rumchev et al., 2004)

Delfino et al., 2003, conducted a panel study of 22 Hispanic children with asthma who were 10-16 years old and living in a Los Angeles community with high traffic density.  Pollutants included ambient hourly values of ozone, nitrogen dioxide, sulfur dioxide, and carbon monoxide and 24-hr values of volatile organic compounds (VOCs), particulate matter with aerodynamic diameter <10 um (PM10) and elemental carbon (EC) and organic carbon (OC) PM10 fractions.  Asthma symptom severity was regressed on pollutants using generalized estimating equations, and peak expiratory flow (PEF) was regressed on pollutants using mixed models.  Positive associations were found with numerous pollutants including benzene.  Selected adjusted odds ratios for bothersome or more severe asthma symptoms from interquartile range increases in pollutants were:

**for 1.00 ppb benzene, 1.23 95% CI (1.02-1.48) (p < 0.05)**

**Section  38.0  Opinions:**

**Based upon scientifically documented evidence in the scientific literature, the personal interview of the plaintiff, facts revealed in discovery documents, medical records, and health survey, US EPA MSDS for Corexit 9500A and US EPA MSDS for Corexit 9527A, MSDS for Crude Oil and Weathered Crude Oil, Federal and State publications and reports, environmental report of Lee J. Lemond, and established scientific methodology, the following considerations and General and Specific Causation opinions have been made:**

**The scientific literature documents the causal considerations of sufficient strength of association in clinical and epidemiologic studies and consistency of repeated observations of an association in different populations; cause and effect of mechanistic studies and consistency of repeated observations of such in numerous studies; Dose-response and biological gradients in both animal, *in vitro*, and epidemiologic studies; Temporal relationships are documented for exposures and its biological effects;  The associations of epidemiologic studies and the demonstrated effects of mechanistic studies are biologically plausible and consistent with the natural history and biology of the damage, disease, and cancer caused by the following mentioned toxicants; Experimental evidence in animals and in vitro studies supplement and confirm human studies in causal determination.  These considerations were made to render the following General and Specific Causation opinions:**

**…..A cause-effect relationship exists between  Benzene (a Group I Human Carcinogen) and Asthma.**

**…..A cause-effect relationship exists between  Arsenic (a Group I Human Carcinogen) and Dermatitis.**

**…..A cause-effect relationship exists between  Particulate Matter (a Group I Human Carcinogen) and Sinusitis.**

…..The plaintiff experienced significant exposures to arsenic, benzene, Particulate Matter and crude oil containing PAHs and other constituents in concentrations known to cause adverse health effects through his completed exposure pathways by inhalation, incidental ingestion, and dermal exposure.

….. Fugitive aerosols, solid particles, and dispersants in the atmosphere and breathing zones of workers and residents as well as dermal exposures are documented in the literature following Oil Spills with subsequent adverse health effects.

…..Dispersants released into the atmosphere from aerial spraying contain arsenic in concentrations of 160 ppb and are capable of causing subsequent adverse health effects through inhalation, ingestion, and dermal exposure pathways.

…..Direct contact of skin with particulates from dispersants alone and dispersants on crude oil, causes acute and/or chronic clinical signs, symptoms, and disease known to be caused by Arsenic.

…..The solid particles, aerosols, and contaminated water in the eye, skin, and/or respiratory tract containing arsenic, benzene, and Particulate Matter is pertinent to completed exposure pathways by dermal, inhalation, and incidental ingestion exposure.

…..A temporal relationship exists between the release of Crude Oil and the aerial and surface spraying of dispersants and the release of contaminants into air, water, and sand/sediment from the crude oil release from the Deepwater Horizon Oil Spill, and direct contact of skin, inhalation, and incidental ingestion with particulate matter from crude oil, dispersants, aerosols and surface water contaminated with crude oil containing benzene, and dispersants containing arsenic, and other workplace duties and the asthma, sinusitis, and dermatitis of Antonio Saavedra-Vargas.

…..The plaintiff had inadequate Personal Protective Equipment and personal monitoring for contaminants that fostered workplace exposures to contaminants in his workplace during his work place duties, including swimming in crude oil and immersion in crude oil and dispersant contaminated surface waters to perform his workplace duties.

…..The US EPA MSDS for Corexit 9500A documents that 160 ppb of Arsenic is contained in the dispersant particulates.

….. Mr. Antonio Saavedra-Vargas exhibits clinical signs of arsenic exposure including medically documented skin rashes, depigmented patches on skin, and persistent skin trouble,  These signs are consistent with his exposures to Arsenic which is contained in the aerial dispersants and dispersed tar balls and dispersants in crude oil on the surface waters, contaminated booms, and bottoms of boats being moved to the barges.

202

.....The sinusitis, dermatitis, and asthma of Antonio Saavedra-Vargas were caused, in total or in part, by his exposures during workplace duties to Particulate Matter Arsenic, and Benzene in the contaminated air, surface water, crude oil, dust, particles, aerosols, and dispersants (which contain 160 ppb of Arsenic).   These duties included immersion in crude oil contaminated surface waters to retrieve the contaminated boom, swimming in crude oil contaminated surface waters to islands, being doused with crude oil from underneath boats when assisting in the lifting of boats to the barge, bagging of boom for disposal with torn Tyvek suits, and lack of proper personal protective equipment in all of his duties,

I reserve the right to submit a supplemental report as additional discovery documents become available.

2-17-2020   *Patricia M Willia*
**Date**